**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:  DeCurtis LLC                                          §    Case No. 23-10549-JKS
       a/k/a DeCurtis Corporation                    §
                               §
                               §
              Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/30/2023. The case was converted to one under Chapter 7 on 08/29/2023. The undersigned trustee was appointed on 08/29/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of               $          49,646.70

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 95.85 |
| Bank service fees | 1,993.29 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 47,557.56 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/07/2023 and the deadline for filing governmental claims was 02/26/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,714.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,714.67, for a total compensation of $5,714.67[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $26.11 for total expenses of $26.11[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2025

By: /s/ Alfred T. Giuliano
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  23-10549-JKS

**Case Name:**  DeCurtis LLC

**For Period Ending:**  09/22/2025

**Trustee Name:**  (500670) Alfred T. Giuliano

**Date Filed (f) or Converted (c):**  08/29/2023 (c)

**§ 341(a) Meeting Date:**  10/18/2023

**Claims Bar Date:**  11/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Banking<br><br>Funds received upon conversion were pursuant to Carve-Out [D.I. 285 & 784]<br>Truist - Account Ending 9245 (Operating) Scheduled $439,630.87 [Date of Conversion $54,197.59]<br>Truist - Account Ending 9237 (Money Market) Scheduled $150.27 [Date of Conversion $152.54]<br>First Republic Bank Account Ending 6098 (Deposit) $0.00 | 439,781.14 | 75,000.00 | | 0.00 | FA |
| 2 | Prepayments<br><br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>See Exhibit AB8<br>Prepaid Professional Fees and Retainers Province LLC $97,074.00<br>Prepaid Professional Fees and Retainers Potter Anderson & Corroon LLP $46,328.00<br>Prepaid Professional Fees and Retainers Omni Agent Solutions, Inc. $17,035.00<br>Prepaid Professional Fees and Retainers Groombridge, Wu, Baughman & Stone LLP $379,402.71<br>Prepaid Professional Fees and Retainers Homer Bonner Jacobs Ortiz, PA 143,745.00<br>Prepaid Professional Fees and Retainers Maples and Calder (Cayman) LLP $5,000.00<br>Prepaid Expenses GoToMeeting $290.00<br>Prepaid Expenses Github $12,852.00<br>Prepaid Expenses Accura Technolabs $39,000.00<br>Prepaid Expenses WeekDone $3,080.00<br>Prepaid Expenses PandaDocs $4,312.00<br>Prepaid Expenses Taada Investments $12,380.00<br>Prepaid Expenses Jay's Park II Condominium UOA $1,057.68<br>Prepaid Expenses Anago of the Triangle $1,400.00<br>Prepaid Insurance Rahn & Associates $51,022.00<br>Prepaid Insurance Lockton Ins Brokers $264,355.58<br>Prepaid Insurance The Hartford $4,117.50<br>Prepaid Insurance Everest National Insurance Company $8,219.18<br>Prepaid Insurance UHC $30,299.26 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable<br><br>Pursuant to Final Order [Docket No.: 678] All Accounts Receivable accounts were transferred under the foreclosure on August 24, 2023.<br>90 Days Old or Less $2,245,552.09<br>Over 90 Days Old $57,486.25 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Inventory<br><br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>Finished Goods 01/03/23 $505,535.88 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Office Furniture & Equipment<br><br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>Office Furniture $15,808.55<br>Computer Equipment & Software $16,937.53 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Warehouse Equipment<br><br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 2

**Case No.:** 23-10549-JKS

**Case Name:** DeCurtis LLC

**For Period Ending:** 09/22/2025

**Trustee Name:** (500670) Alfred T. Giuliano

**Date Filed (f) or Converted (c):** 08/29/2023 (c)

**§ 341(a) Meeting Date:** 10/18/2023

**Claims Bar Date:** 11/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | Lease - Dania Beach, FL 33004<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>313 N. Bryan Road<br>Dania Beach, FL 33004 Scheduled Value "Undetermined"<br><br>300 Dominion Drive<br>Units 600 & 625<br>Morrisville, NC 27560 Scheduled Value "Undetermined" | Unknown | 0.00 | | 0.00 | FA |
| 8 | Intangibles & Intellectual Property<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>60.1   Patents, copyrights, trademarks, or trade secrets (See Exhibit AB60) Schedule Value "Undetermined"<br>61.1   Internet domain names & websites (See Exhibit AB61) Scheduled Value "Undetermined"<br>64.1   Product Offerings & Modules (See Exhibit AB64) Scheduled<br>65.1   Goodwill Net Book Value $27,976,568.00 Scheduled Value "Undetermined" | Unknown | 0.00 | | 0.00 | FA |
| 9 | Causes of Action<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>Claims by DeCurtis LLC against Carnival Corporation Nature of Claim: Patent Infringement, patent unenforceability, anti-trust, tortious interference and unfair competition | Unknown | 0.00 | | 0.00 | FA |
| 10 | Other Contingent/Unliquidated Claims<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>IRS Employer Retention Credit Program | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Intercompany Receivable<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>DeCurtis Holdings Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Intercompany Receivable<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023.<br>DeCurtis Holdings, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Refund - NY State Workers Compensation Board<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Leasehold Improvements<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Overpayment - NYS Dept. of Labor Unemployment Insurance<br>Pursuant to Final Report [Docket No.: 678] Asset transferred out of the debtors under the foreclosure action on August 24, 2023. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

**Case No.:** 23-10549-JKS

**Case Name:** DeCurtis LLC

**For Period Ending:** 09/22/2025

**Trustee Name:** (500670) Alfred T. Giuliano

**Date Filed (f) or Converted (c):** 08/29/2023 (c)

**§ 341(a) Meeting Date:** 10/18/2023

**Claims Bar Date:** 11/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Carve-Out Reserve  (u)<br>See Docket No.: 285 & 784 re: Trustee Carve-out | 15,000.00 | 15,000.00 | | 49,646.70 | FA |
| 17 | Banking - Truist (u)<br>Truist Utility Deposit Account Ending 0194 (Non-Estate Funds) | 3,250.00 | 0.00 | | 0.00 | FA |
| **17** | **Assets Totals (Excluding unknown values)** | **$458,031.14** | **$90,000.00** | | **$49,646.70** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/31/2027

**Current Projected Date Of Final Report (TFR):** 09/22/2025 (Actual)

## Form 2

### Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 23-10549-JKS | | **Trustee Name:** | | Alfred T. Giuliano (500670) | |
| **Case Name:** | DeCurtis LLC | | **Bank Name:** | | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***9241 | | **Account #:** | | ******7012 Checking Account | |
| **For Period Ending:** | 09/22/2025 | | **Blanket Bond (per case limit):** | | $5,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/23 | {16} | Truist Bank | Turnover of Funds from Account Ending 9245 re: Carve-Out [D.I. 285 & 784] | 1229-000 | 941.82 | | 941.82 |
| 12/07/23 | | Truist Bank | Turnover of Funds (Estate & Non-Estate) from Account Ending 9245 re: re: Carve-Out [D.I. 285 & 784] | | 300,000.00 | | 300,941.82 |
| | | | Turnover of Non-Estate Funds (Funds Received Post-Conversion) $266,295.12 | 1280-000 | | | |
| | {16} | | Carve Out Reserve to Trustee $704.88 | 1229-000 | | | |
| | {16} | | Carve Out Reserve to Trustee $33,000.00 | 1229-000 | | | |
| 12/18/23 | 101 | UnumX 2, LLC | Turnover of Non-Estate Funds | 1280-000 | -266,295.12 | | 34,646.70 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 353.70 | 34,293.00 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 202.30 | 34,090.70 |
| 02/15/24 | 102 | International Sureties, Ltd | Bond Premium Assessed - Ledger Balance as of 01/01/24 for Bond No.: 612419193 Period 01/01/24 - 01/01/25 | 2300-000 | | 40.43 | 34,050.27 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 52.67 | 33,997.60 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 52.54 | 33,945.06 |
| 04/01/24 | {16} | Potter Anderson & Corroon, LLP | Turnover of Carve-Out Reserve re: Shortfall in Funding of the Final DIP Order [Docket No.: 285] | 1229-000 | 15,000.00 | | 48,945.06 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 81.04 | 48,864.02 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 80.70 | 48,783.32 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 72.77 | 48,710.55 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 85.64 | 48,624.91 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 77.71 | 48,547.20 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 75.00 | 48,472.20 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 85.23 | 48,386.97 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 72.18 | 48,314.79 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 84.94 | 48,229.85 |
| 01/29/25 | 103 | International Sureties, Ltd | Bond Premium Assessed - Ledger Balance as of 01/29/25 for Bond No.: 612419193 Period 01/01/25 - 01/01/26 | 2300-000 | | 55.42 | 48,174.43 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 79.86 | 48,094.57 |

**Page Subtotals:**   $49,646.70   $1,552.13

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 23-10549-JKS | |
| **Case Name:** | DeCurtis LLC | |
| **Taxpayer ID #:** | **-***9241 | |
| **For Period Ending:** | 09/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Alfred T. Giuliano (500670) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******7012 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 72.00 | 48,022.57 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 74.39 | 47,948.18 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 81.97 | 47,866.21 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 76.71 | 47,789.50 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 74.03 | 47,715.47 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 84.12 | 47,631.35 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 73.79 | 47,557.56 |

|  | | |
|---|---|---|
| **COLUMN TOTALS** | 49,646.70 | 2,089.14 | **$47,557.56** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 49,646.70 | 2,089.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$49,646.70** | **$2,089.14** | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page:  3

| | | | |
|---|---|---|---|
| **Case No.:** | 23-10549-JKS | **Trustee Name:** | Alfred T. Giuliano (500670) |
| **Case Name:** | DeCurtis LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***9241 | **Account #:** | ******7012 Checking Account |
| **For Period Ending:** | 09/22/2025 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $49,646.70 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $49,646.70 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7012 Checking Account | $49,646.70 | $2,089.14 | $47,557.56 |
| | **$49,646.70** | **$2,089.14** | **$47,557.56** |

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**  11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|-------------------------------------|------------------------|---------------------|----------------------|--------------|---------------|
| ATG1 | Alfred T. Giuliano<br><br>2301 E. Evesham Road<br>Pavillion 800, Suite 210<br>Voorhees, NJ 08043<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>02/28/25 | | $ 5,714.67<br>$ 5,714.67 | $0.00 | $5,714.67 |
| ATG2 | Alfred T. Giuliano<br><br>2301 E. Evesham Road<br>Pavillion 800, Suite 210<br>Voorhees, NJ 08043<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>09/04/25 | | $ 26.11<br>$ 26.11 | $0.00 | $26.11 |
| BOND | International Sureties, Ltd<br><br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139<br><br><2300-00 Bond Payments>, 200 | Admin Ch. 7<br>08/29/23 | | $ 95.85<br>$ 95.85 | $95.85 | $0.00 |
| C | Cooley, LLP<br><br><br><6210-00 Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) >, 300 | Admin Ch. 11<br>09/04/25 | Counsel to the Debtors<br>Co-Counsel to the Debtors Pre-Petition Retainer $250,000.00 ($0.00 on date of Petition)<br>1st Fee Application 04/03/23 - 05/31/23 $750,438.50 $380.43<br>2nd Fee Application 06/01/23 - 07/31/23 $1,210,791.60 $9,363.20<br>3rd Fee Application 08/01/23 - 08/29/23 $99,870.50 $6,125.52<br>Final Fee Application 04/30/23 - 08/29/23 $2,061,100.60 $15,869.15<br>Carve-Out $511,983.86 Paid out by Potter Anderson Corroon, LLP [D.I.784] | $ 2,076,969.75<br>$ 0.00 | $0.00 | $0.00 |

Printed:   09/22/2025 1:06 PM

**Exhibit C**

Page:  2

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|-------------------------------------|------------------------|---------------------|-----------------------|--------------|---------------|
| GMC1 | Giuliano, Miller & Co., LLC | Admin Ch. 7 | | $ 9,487.00 | $0.00 | $9,487.00 |
| | 2301 E. Evesham Road Pavilion 800, Suite 210 Voorhees, NJ 08043 | 09/15/25 | | $ 9,487.00 | | |
| | | | 1st & Final Fee Application for Period of 08/29/23 - 08/27/23 $9,487.00 $39.40 | | | |
| | <3310-00 Accountant for Trustee Fees (Trustee Firm)>, 200 | | | | | |
| GMC2 | Giuliano, Miller & Co., LLC | Admin Ch. 7 | | $ 39.40 | $0.00 | $39.40 |
| | 2301 E. Evesham Road Pavilion 800, Suite 210 Voorhees, NJ 08043 | 09/15/25 | | $ 39.40 | | |
| | | | 1st & Final Fee Application for Period of 08/29/23 - 08/27/23 $9,487.00 $39.40 | | | |
| | <3320-00 Accountant for Trustee Expenses (Trustee Firm)>, 200 | | | | | |
| GWBS | Groombridge, Wu, Baughman & Stone, LLP | Admin Ch. 11 | 0018.0001 | $ 1,859,159.63 | $0.00 | $456,090.78 |
| | 565 Fifth Avenue Suite 2900 New York, NY 10017 | 07/11/23 | | $ 456,090.78 | | |
| | <6210-00 Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) >, 300 | | Special Counsel to the Debtors (Retainer $500,000.00) 1st Fee Application 04/30/23 - 05/31/23 $106,135.00 $19.22 Paid $84,927.22 $19.22 2nd Fee Application 06/01/23 - 06/30/23 $332,061.50 $83,791.36 3rd Fee Application 07/01/23 - 07/31/23 $1,212,555.00 $44,354.55 4th Fee Application 08/01/23 - 08/29/23 $80,243.00 $0.00 Final Fee Application 04/30/23 - 08/29/23 $1,730,994.50 $128,165.13 (Fees/Expenses Reduced by $82,741.95 [$9,300.00 + $15,946.45 + $57,495.50 Expenses]) Carve Out $456,090.78 Paid out by Potter Anderson Corroon, LLP [D.I.784] | | | |

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| IGM | Invictus Global Management, LLC | Secured 08/29/23 | | $ 17,889,382.89 $ 17,889,382.89 | $0.00 | $17,889,382.89 |
| | <4210-00 Personal Property & Intangibles - Consensual Liens>, 202 | | As of Date of Conversion (D.I. 678) Invictus Global Management, LLC , as administrative and collateral agent for that certain Senior Secured Super-Priority Debtor-in-Possession Credit Facility Term Sheet [$17,889,382.89 plus any accrued and unpaid interest, fees, and expenses] | | | |
| OMNI | Omni Agent Solutions, Inc. | Admin Ch. 11 09/04/25 | | $ 49,369.80 $ 0.00 | $0.00 | $0.00 |
| | <6990-00 Other Prior Chapter Administrative Expenses>, 300 | | Administrative Agent to the Debtors ($20,000.00 Retainer) Final  Fee Application 04/30/23 - 08/29/23 $49,369.80 $0.00 Carve-Out $71,871.94 Paid out by Potter Anderson Corroon, LLP [D.I.784] | | | |
| P | Province, LLC | Admin Ch. 11 09/04/25 | | $ 954,848.98 $ 0.00 | $0.00 | $0.00 |
| | <6410-00 Prior Chapter Accountant for Trustee/DIP Fees (Other Firm)>, 300 | | Financial Advisor to the Debtors Retainer Balance $97,074.00 1st Fee Application 04/30/23 - 05/31/23 $339,557.00 $292.98 2nd Fee Application 06/01/23 - 06/30/23 $316,802.00 $705.00 3rd Fee Application 07/01/23 - 07/31/23 $197,758.00 $220.00 4th Fee Application 08/01/23 - 08/29/23 $100,863.00 $651.00 Final Fee Application 04/30/23 - 08/29/23 $954,980.00 $1,868.98 Carve-Out $276,683.46 Paid out by Potter Anderson Corroon, LLP [D.I.784] | | | |

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| PAC | Potter Anderson & Corroon, LLP | Admin Ch. 11 09/04/25 | | $ 996,167.12 $ 0.00 | $0.00 | $0.00 |
| | <6210-00 Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) >, 300 | | Co-Counsel to the Debtors Pre-Petition Retainer Balance $46,328.00 1st Fee Application 04/30/23 - 05/31/23 $283,789.50 $4,233.15 2nd Fee Application 06/01/23 - 06/30/23 $212,232.00 $8,333.65 3rd Fee Application 07/01/23 - 07/31/23 $295,931.50 $74,226.63 4th Fee Application 08/01/23 - 08/29/23 $116,596.00 $824.69 Final Fee Application 04/30/23 - 08/29/23 $908,549.00 $87,618.12 Carve-Out $0.00 | | | |
| PSZJ1 | Pachulski Stang Ziehl & Jones LLP 919 North Market Street, 17th Floor Wilmington, DE 19801 <3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7 09/10/25 | 1st & Final Fee Application 08/29/23 - 07/31/25 $69,631.00 $793.45 | $ 69,631.00 $ 69,631.00 | $0.00 | $69,631.00 |
| PSZJ2 | Pachulski Stang Ziehl & Jones LLP 919 North Market Street, 17th Floor Wilmington, DE 19801 <3220-00 Attorney for Trustee Expenses (Other Firm) >, 200 | Admin Ch. 7 09/10/25 | 1st & Final Fee Application 08/29/23 - 07/31/25 $69,631.00 $793.45 | $ 793.45 $ 793.45 | $0.00 | $793.45 |
| UST | Office of The United States Trustee United States Trustee Payment Center P. O. Box 6200-19 Portland, OR 97228-6200 <2950-00 U.S. Trustee Quarterly Fees>, 200 | Admin Ch. 7 09/05/25 | | $ 74,243.00 $ 74,243.00 | $0.00 | $74,243.00 |

# Exhibit C

## Claims Register

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**  11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Morgan, Lewis & Brockius, LLP | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | Attn: Ron Marks | 09/20/23 | | $ 0.00 | | |
| | 2222 Market Street | | Amends Claim's Agent Claim No.: 549-14 | | | |
| | Philadelphia, PA 19103 | | Amended by Claim No.: 1-2 | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | Claim Submitted as $630,562.31 General Unsecured re: Legal Services | | | |
| 1-2 | Morgan, Lewis & Brockius, LLP | Unsecured | | $ 694,273.38 | $0.00 | $694,273.38 |
| | Attn: Ron Marks | 09/20/23 | | $ 694,273.38 | | |
| | 2222 Market Street | | Amends Claim No.: 1 | | | |
| | Philadelphia, PA 19103 | | Claim Submitted as $694,273.38 General Unsecured | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 2 | Comptroller of Public Accounts | Admin Ch. 11 | | $ 1,491.84 | $0.00 | $1,491.84 |
| | c/o Office of the Attorney General | 10/05/23 | | $ 1,491.84 | | |
| | P. O. Box 12548 | | Claim Submitted as $1,491.84 Chapter 11 Administrative | | | |
| | Austin, TX 78711-2548 | | Period 23F Franchise Tax $1,491.84 (Estimated) | | | |
| | <6990-00 Other Prior Chapter Administrative Expenses>, 300 | | | | | |
| 3 | Viking Crewing 1 Limited | Unsecured | | $ 3,908.14 | $0.00 | $3,908.14 |
| | Castle Emplacement | 10/31/23 | | $ 3,908.14 | | |
| | St Peter Port, Guernsey | | Claim Submitted as $3,908.14 General Unsecured | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |

Printed:   09/22/2025 1:06 PM

# Exhibit C

## Claims Register

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | X-Data Copycenter Miami, LLC<br><br>30 SW 1st Street, Suite 201<br>Miami, FL 33130<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>10/31/23 | Claim Submitted as $98,841.25 General Unsecured | $ 98,841.25<br>$ 98,841.25 | $0.00 | $98,841.25 |
| 5 | Weil, Gotshal & Manges, LLP<br><br>767 Fifth Avenue<br>New York, NY 10153<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>11/02/23 | Claim Submitted as $781,256.50 General Unsecured | $ 781,256.50<br>$ 781,256.50 | $0.00 | $781,256.50 |
| 6 | Blueed Technology Private Limited<br><br>c/o Saul Ewing, LLP<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br><br><6990-00 Other Prior Chapter Administrative Expenses>, 300 | Admin Ch. 11<br>11/06/23 | Blueed has an allowed chapter 11 administrative expense against DeCurtis LLC in the amount of $487,500 entitled to priority pursuant to 11 U.S.C. § 507(a)(2), which shall be entitled to payment pro rata with other allowed chapter 11 administrative expenses as and when such similarly situated allowed chapter 11 administrative expenses receive a distribution [Docket No.: 758]<br>Motion for Payment of Administrative Claim [Docket No.: 728]<br>Claim Submitted as $487,500.00 Chapter 11 Administrative re: MSA dated 4/22/19, SOW dated 4/1/23 | $ 487,500.00<br>$ 487,500.00 | $0.00 | $487,500.00 |
| 7 | Texas Comptroller of Public Accounts<br><br>c/o Office of the Attorney General<br>P. O. Box 12548, MC-008<br>Austin, TX 78711-2548<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>12/07/23 | 6785<br><br>Amends Claim's Agent Claim No.: 549-19<br>Claim Submitted as $1,089.68 Priority (Tax)<br>Period 23 Franchise Tax | $ 1,089.68<br>$ 1,089.68 | $0.00 | $1,089.68 |

# Exhibit C

## Claims Register

### Case: 23-10549-JKS DeCurtis LLC

**Claims Bar Date:**  11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Texas Comptroller of Public Accounts | Admin Ch. 11 | | $ 2,374.02 | $0.00 | $2,374.02 |
| | C/O Office of the Attorney General P. O. Box 12548 Austin, TX 78711-2548 | 12/07/23 | | $ 2,374.02 | | |
| | <6820-00 Prior Chapter Other State or Local Taxes >, 300 | | Amends Claim's Agent Claim No.: 549-22 Claim Submitted as $2,374.02 Chapter 11 Administrative Sales & Use Tax 04/23 - 06/23 Tax $1,039.91 Penalty $257.98 Interest $13.80 ($1,311.69) (Estimated) Sales & Use Tax 07/23 - 09/23 Tax $1,062.33 (Estimated) ; Modify to $0.00 Chapter 11 Administrative (Case converted on 04/30/23; as such, no sales tax was collected) | | | |
| 549-1 | Dell Marketing, L.P. | Admin Ch. 11 | 0463 | $ 2,092.35 | $0.00 | $2,092.35 |
| | c/o Streusand, Landon, Ozburn & Lemmon, LLP 1801 S. MoPac Expressway, Ste 320 Austin, TX 78746 | 05/15/23 | | $ 2,092.35 | | |
| | <6990-00 Other Prior Chapter Administrative Expenses>, 300 | | Claim Submitted as $2,092.35 Chapter 11 Administrative (Reclamation Claim) | | | |
| 549-2 | Florida Power & Light | Unsecured | 9241 | $ 779.50 | $0.00 | $779.50 |
| | 4200 W. Flagler Street RRD/LFO-BKY | 05/18/23 | | $ 779.50 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | Claim Submitted as $779.50 General Unsecured | | | |
| 549-3P | New York State Dept. of Tax & Finance | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | Bankruptcy Section P. O. Box 5300 Albany, NY 12205-0300 | 05/24/23 | | $ 0.00 | | |
| | <5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | | Claim Submitted as $2,945.46 Priority (Tax) $667.50 General Unsecured (Penalty) Sales Tax 02/28/21 Tax $750.00 Interest $267.51 Penalty $225.00 (Estimated) Sales Tax 05/31/21 Tax $750.00 Interest $231.39 Penalty $225.00 (Estimated) Sales Tax 08/31/21 Tax $750.00 Interest $196.56 Penalty $217.50 (Estimated) | | | |

Printed:   09/22/2025 1:06 PM

## Exhibit C

Page:  8

### Claims Register

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 549-3U | New York State Dept. of Tax & Finance<br><br>Bankruptcy Section<br>P. O. Box 5300<br>Albany, NY 12205-0300<br><br><7300-00 Fines, Penalties - § 726(a)(4)>, 630 | Unsecured<br>05/24/23 | Claim Submitted as $2,945.46 Priority (Tax) $667.50 General Unsecured (Penalty)<br>Sales Tax 02/28/21 Tax $750.00 Interest $267.51 Penalty $225.00 (Estimated)<br>Sales Tax 05/31/21 Tax $750.00 Interest $231.39 Penalty $225.00 (Estimated)<br>Sales Tax 08/31/21 Tax $750.00 Interest $196.56 Penalty $217.50 (Estimated) | $ 667.50<br>$ 667.50 | $0.00 | $667.50 |
| 549-4 | Internal Revenue Service<br><br>P. O. Box 7346<br>Philadelphia, PA 19101-7346<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>05/26/23 | Amended by Claim No.: 549-21<br>Claim Submitted as $400,349.00 Priority (Tax)<br>WT-FICA 06/30/23 $400,349.00 (Estimated) | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 549-5P | Illinois Dept. of Employment Security<br><br>c/o Revenue Division, Bankruptcy Unit<br>115 S. LaSalle Street, Floor LL2<br>Chicago, IL 60603<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>06/18/23 | Claim Submitted as $2,301.78 Priority (Tax) $100.00 General Unsecured (Penalty)<br>Quarter 2, 2021 Contributions $1,645.92 Interest $655.86 Penalty $100.00<br>Change of Address from 33 State Street, 10th Floor, Chicago, IL 60603-2802 to Illinois Department of Employment Security, c/o Revenue Division, Bankruptcy Unit, 115 S. LaSalle Street, Floor LL2, Chicago, IL 60603 [Docket No.: 795] | $ 2,301.78<br>$ 2,301.78 | $0.00 | $2,301.78 |

Printed:   09/22/2025 1:06 PM

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 549-5U | Illinois Dept. of Employment Security<br><br>c/o Revenue Division, Bankruptcy Unit<br>115 LaSalle Street, Floor LL2<br>Chicago, IL 60603<br><br><7300-00 Fines, Penalties - § 726(a)(4)>, 630 | Unsecured<br>06/18/23 | | $ 2,301.78<br>$ 2,301.78 | $0.00 | $2,301.78 |
| | Claim Submitted as $2,301.78 Priority (Tax) $100.00 General Unsecured (Penalty) Quarter 2, 2021 Contributions $1,645.92 Interest $655.86 Penalty $100.00 Change of Address from 33 State Street, 10th Floor, Chicago, IL 60603-2802 to Illinois Department of Employment Security, c/o Revenue Division, Bankruptcy Unit, 115 S. LaSalle Street, Floor LL2, Chicago, IL 60603 [Docket No.: 795] | | | | | |
| 549-6 | Lighthouse Document Technologies<br><br>Attn: Brian McManus<br>51 University Street, Ste 400<br>Seattle, WA 68101<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/26/23 | DEC40 | $ 4,180.00<br>$ 4,180.00 | $0.00 | $4,180.00 |
| | Claim Submitted as $4,180.00 General Unsecured | | | | | |
| 549-7 | Quinn Emanuel Urquhart & Sullivan, LLP<br><br>Attn: Grant Maxwell<br>865 S. Figueroa Street, 10th FL<br>Los Angeles, CA 90017<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/27/23 | | $ 3,296,723.55<br>$ 3,296,723.55 | $0.00 | $3,296,723.55 |
| | Claim Submitted as $3,296,723.55 General Unsecured | | | | | |
| 549-8 | Copy Center Miami<br><br>30 SW 1st Street, Office 20<br>Miami, FL 33130<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/27/23 | | $ 98,841.25<br>$ 98,841.25 | $0.00 | $98,841.25 |
| | Claim Submitted as $98,841.25 General Unsecured | | | | | |

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:** 11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 549-9 | Groombridge, Wu, Baughman & Stone, LLP<br><br>565 Fifth Avenue<br>Suite 2900<br>New York, NY 10017<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/11/23 | 0018.0001<br><br>Duplicate of Claim No.: 549-12<br>Claim Submitted as $4,901,495.22 General Unsecured (Pre-Petition) | $ 4,901,495.22<br>$ 4,901,495.22 | $0.00 | $4,901,495.22 |
| 549-10 | Crum & Forster Specialty Insurance Company<br><br>Attn: Frank Fiorello<br>305 Madison Avenue<br>Morristown, NJ 07960<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/12/23 | Claim Submitted as $0.00 Secured; Addendum to POC reflects an Unliquidated and/or Contingent General Unsecured Claim | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 549-11 | Croke Fairchild Duarte & Beres, LLC<br><br>180 N. LaSalle Street #3400<br>Chicago, IL 60601<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/12/23 | Claim Submitted as $6,658.75 General Unsecured | $ 6,658.75<br>$ 6,658.75 | $0.00 | $6,658.75 |
| 549-12 | Groombridge, Wu, Baughman & Stone, LLP<br><br>565 Fifth Avenue, Suite 2900<br>new York, NY 10017<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/12/23 | 0018.0001/0018.0002<br><br>Duplicate of Claim No.: 549-9<br>Claim Submitted as $4,901,495.22 General Unsecured (Pre-Petition) | $ 4,901,495.22<br>$ 4,901,495.22 | $0.00 | $4,901,495.22 |

Printed:   09/22/2025 1:06 PM

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 549-13 | Freeman & Peters, LLP<br><br>Attn: Steve Hartmann<br>311 S. Wacker Drive, Suit 3000<br>Chicago, IL 60606<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br><br>07/12/23 | <br><br>Duplicate of Claim No.: 49-16<br>Claim Submitted as $2,005,145.47 General Unsecured | $ 2,005,145.47<br><br>$ 2,005,145.47 | $0.00 | $2,005,145.47 |
| 549-14 | Morgan, Lewis & Bockius, LLP<br><br>Attn: Ronald Cappiello<br>101 Park Avenue<br>New York, NY 10178<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br><br>07/13/23 | <br><br>Amended by Claim No.: 1<br>Claim Submitted as $525,687.90 General Unsecured | $ 0.00<br><br>$ 0.00 | $0.00 | $0.00 |
| 549-15A | Peritum, LLC<br><br>1401 Red Oak Trail<br>Fairview, TX 75069<br><br><6990-00 Other Prior Chapter Administrative Expenses>, 300 | Admin Ch. 11<br><br>07/13/23 | <br><br>Claim Incorrectly Completed as Submitted as $15,150.00 Priority (Wages) $164,923.72<br>General Unsecured & $180,073.72 Chapter 11 Administrative Pursuant to 503(b)(9) | $ 180,073.72<br><br>$ 180,073.72 | $0.00 | $180,073.72 |
| 549-15P | Peritum, LLC<br><br>1401 Red Oak Trail<br>Fairview, TX 75069<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured<br><br>07/13/23 | <br><br>Claim Incorrectly Completed as Submitted as $15,150.00 Priority (Wages) $164,923.72<br>General Unsecured & $180,073.72 Chapter 11 Administrative Pursuant to 503(b)(9) | $ 15,150.00<br><br>$ 15,150.00 | $0.00 | $15,150.00 |

# Exhibit C

## Claims Register

### Case: 23-10549-JKS DeCurtis LLC

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 549-15U | Peritum, LLC<br><br>1401 Red Oak Trail<br>Fairview, TX 75069<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/13/23 | Claim Incorrectly Completed as Submitted as $15,150.00 Priority (Wages) $164,923.72 General Unsecured & $180,073.72 Chapter 11 Administrative Pursuant to 503(b)(9) | $ 164,923.72<br>$ 164,923.72 | $0.00 | $164,923.72<br><br>$164,923.72 |
| 549-16 | Freeborn & Peters, LLP<br><br>Attn: Steven Hartmann<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/13/23 | Duplicate of Claim No.: 549-13<br>Claim Submitted as $2,005,145.47 General Unsecured (Estimated) | $ 2,005,145.47<br>$ 2,005,145.47 | $0.00 | $2,005,145.47 |
| 549-17 | Carnival Corporation<br><br>3655 NW 87th Avenue<br>Miami, FL 33178<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/14/23 | Claim Submitted as $41,597,146.80 General Unsecured | $ 41,597,146.80<br>$ 41,597,146.80 | $0.00 | $41,597,146.80 |
| 549-18P | Massachusetts DOR<br><br>P. O. Box 7090<br>Boston, MA 02204-7090<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>07/18/23 | Claim Submitted as $6,592.49 Priority (Tax) $105.00 General Unsecured (Penalty) | $ 6,592.49<br>$ 6,592.49 | $0.00 | $6,592.49 |
| 549-18U | Massachusetts DOR<br><br>P. O. Box 7090<br>Boston, MA 02204-7090<br><br><7300-00 Fines, Penalties - § 726(a)(4)>, 630 | Unsecured<br>07/18/23 | Claim Submitted as $6,592.49 Priority (Tax) $105.00 General Unsecured (Penalty) | $ 105.00<br>$ 105.00 | $0.00 | $105.00 |

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 549-19 | Texas Comptroller of Public Accounts | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | Office of the Attorney General | 07/25/23 | | $ 0.00 | | |
| | P. O. Box 12548, MC-008 | | Amended by Claim No.: 7 | | | |
| | Austin, TX 78711 | | Claim Submitted as $2,259.42 Priority (Tax) | | | |
| | <5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | | | | | |
| 549-20P | Texas Comptroller of Public Accounts | Priority Unsecured | | $ 5,603.44 | $0.00 | $5,603.44 |
| | Office of the Attorney General | 07/25/23 | | $ 5,603.44 | | |
| | P. O. Box 12548, MC-008 | | Claim Submitted as $5,603.44 Priority (Tax) $1,028.58 General Unsecured (Penalty) | | | |
| | Austin, TX 78711 | | Sales & Use Tax 04/22 - 06/22 Tax $1,276.29 Penalty $305.25 Interest $50.68 ($1,632.22) (Estimated) | | | |
| | <5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | | Sales & Use Tax 07/22 - 09/22 Tax $1,340.10 Penalty $318.03 Interest $39.01 ($1,697.14) (Estimated) | | | |
| | | | Sales & Use Tax 10/22 - 12/22 Tax $1/407.11 Penalty $331.43 Interest $12.78 ($1/751.32) (Estimated) | | | |
| | | | Sales & Use Tax 01/23 - 03/23 Tax $1/477.47 Penalty $73.87 Interest $0.00 ($1/551.34) (Estimated) | | | |

# Exhibit C

## Claims Register

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|---------|---------|---------|---------|---------|---------|
| 549-20U | Texas Comptroller of Public Accounts<br><br>Office of the Attorney General<br>P. O. Box 12548, MC-008<br>Austin, TX 78711<br><br><7300-00 Fines, Penalties - § 726(a)(4)>, 630 | Unsecured<br><br>07/25/23 | Claim Submitted as $5,603.44 Priority (Tax) $1,028.58 General Unsecured (Penalty)<br>Sales & Use Tax 04/22 - 06/22 Tax $1,276.29 Penalty $305.25 Interest $50.68 ($1,632.22) (Estimated)<br>Sales & Use Tax 07/22 - 09/22 Tax $1,340.10 Penalty $318.03 Interest $39.01 ($1,697.14) (Estimated)<br>Sales & Use Tax 10/22 - 12/22 Tax $1/407.11 Penalty $331.43 Interest $12.78 ($1/751.32) (Estimated)<br>Sales & Use Tax 01/23 - 03/23 Tax $1/477.47 Penalty $73.87 Interest $0.00 ($1/551.34) (Estimated) | $ 1,028.58<br>$ 1,028.58 | $0.00 | $1,028.58 |
| 549-21 | Internal Revenue Services<br><br>P. O. Box 7346<br>Philadelphia, PA 19101-7346<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br><br>08/18/23 | Amends Claim No.: 549-4<br>Claim Submitted as $1,000.00 Priority (Tax)<br>WT-FICA 09/30/21 Tax $1,000.00 (Estimated) | $ 1,000.00<br>$ 1,000.00 | $0.00 | $1,000.00 |
| 549-22 | Texas Comptroller of Public Accounts<br><br>c/o Office of the Attorney General<br>P. O. Box 12548<br>Austin, TX 78711-2548<br><br><6820-00 Prior Chapter Other State or Local Taxes >, 300 | Admin Ch. 11<br><br>08/25/23 | Amended by Claim No.: 8<br>Claim Submitted as $1,141.91 Chapter 11 Administrative<br>Sales & Use Tax 04/23 - 06/23 Tax $1,039.91 Penalty $102.00 ($1,141.91) (Estimated) | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

**Exhibit C**

**Claims Register**

**Case: 23-10549-JKS DeCurtis LLC**

**Claims Bar Date:**   11/7/23 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|-------------------------------------|------------------------|---------------------|-----------------------|--------------|---------------|
| | | | **Case Total:** | | $95.85 | $79,775,594.70 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-10549-JKS
Case Name:  DeCurtis LLC
Trustee Name: Alfred T. Giuliano

**Balance on hand:**       $                    47,557.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| IGM | Invictus Global Management, LLC | 17,889,382.89 | 17,889,382.89 | 0.00 | 0.00 |

Total to be paid to secured creditors:       $            0.00
Remaining balance:                           $      47,557.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Alfred T. Giuliano | 5,714.67 | 0.00 | 5,714.67 |
| Trustee, Expenses - Alfred T. Giuliano | 26.11 | 0.00 | 26.11 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 9,487.00 | 0.00 | 9,487.00 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 39.40 | 0.00 | 39.40 |
| Fees, United States Trustee | 74,243.00 | 0.00 | 0.00 |
| Bond Payments - International Sureties, Ltd | 95.85 | 95.85 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 69,631.00 | 0.00 | 31,926.57 |
| Attorney for Trustee Expenses (Other Firm)  - Pachulski Stang Ziehl & Jones LLP | 793.45 | 0.00 | 363.81 |

Total to be paid for chapter 7 administrative expenses:       $      47,557.56
Remaining balance:                                           $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Groombridge, Wu, Baughman & Stone, LLP | 456,090.78 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Potter Anderson & Corroon, LLP | 0.00 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Cooley, LLP | 0.00 | 0.00 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Province, LLC | 0.00 | 0.00 | 0.00 |
| Prior Chapter Other State or Local Taxes  - Texas Comptroller of Public Accounts | 2,374.02 | 0.00 | 0.00 |
| Prior Chapter Other State or Local Taxes  - Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Comptroller of Public Accounts | 1,491.84 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Blueed Technology Private Limited | 487,500.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Dell Marketing, L.P. | 2,092.35 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Peritum, LLC | 180,073.72 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Omni Agent Solutions, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,737.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Texas Comptroller of Public Accounts | 1,089.68 | 0.00 | 0.00 |
| 549-3P | New York State Dept. of Tax & Finance | 0.00 | 0.00 | 0.00 |
| 549-4 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 549-5P | Illinois Dept. of Employment Security | 2,301.78 | 0.00 | 0.00 |
| 549-15P | Peritum, LLC | 15,150.00 | 0.00 | 0.00 |
| 549-18P | Massachusetts DOR | 6,592.49 | 0.00 | 0.00 |
| 549-19 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 549-20P | Texas Comptroller of Public Accounts | 5,603.44 | 0.00 | 0.00 |
| 549-21 | Internal Revenue Services | 1,000.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $60,560,814.22 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Morgan, Lewis & Brockius, LLP | 0.00 | 0.00 | 0.00 |
| 1-2 | Morgan, Lewis & Brockius, LLP | 694,273.38 | 0.00 | 0.00 |
| 3 | Viking Crewing 1 Limited | 3,908.14 | 0.00 | 0.00 |
| 4 | X-Data Copycenter Miami, LLC | 98,841.25 | 0.00 | 0.00 |
| 5 | Weil, Gotshal & Manges, LLP | 781,256.50 | 0.00 | 0.00 |
| 549-2 | Florida Power & Light | 779.50 | 0.00 | 0.00 |
| 549-6 | Lighthouse Document Technologies | 4,180.00 | 0.00 | 0.00 |
| 549-7 | Quinn Emanuel Urquhart & Sullivan, LLP | 3,296,723.55 | 0.00 | 0.00 |
| 549-8 | Copy Center Miami | 98,841.25 | 0.00 | 0.00 |
| 549-9 | Groombridge, Wu, Baughman & Stone, LLP | 4,901,495.22 | 0.00 | 0.00 |
| 549-10 | Crum & Forster Specialty Insurance Company | 0.00 | 0.00 | 0.00 |
| 549-11 | Croke Fairchild Duarte & Beres, LLC | 6,658.75 | 0.00 | 0.00 |
| 549-12 | Groombridge, Wu, Baughman & Stone, LLP | 4,901,495.22 | 0.00 | 0.00 |
| 549-13 | Freeman & Peters, LLP | 2,005,145.47 | 0.00 | 0.00 |
| 549-14 | Morgan, Lewis & Bockius, LLP | 0.00 | 0.00 | 0.00 |
| 549-15U | Peritum, LLC | 164,923.72 | 0.00 | 0.00 |
| 549-16 | Freeborn & Peters, LLP | 2,005,145.47 | 0.00 | 0.00 |
| 549-17 | Carnival Corporation | 41,597,146.80 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| None      |          |                         |                          |                  |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $4,102.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 549-3U | New York State Dept. of Tax & Finance | 667.50 | 0.00 | 0.00 |
| 549-5U | Illinois Dept. of Employment Security | 2,301.78 | 0.00 | 0.00 |
| 549-18U | Massachusetts DOR | 105.00 | 0.00 | 0.00 |
| 549-20U | Texas Comptroller of Public Accounts | 1,028.58 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00