## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on <u>August 29, 2023</u>.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of <u>$5,714.67</u> for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of <u>$26.11</u> for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. **COMPUTATION OF COMPENSATION**

Total disbursement to parties in interest, *EXCLUDING DISBURSEMENT TO THE DEBTOR*, are <u>$49,646.70</u>. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $ 1,250.00 |
| 10% on next | $ | 45,000 | = | $ 4,464.67 |
| 5% on next | $ | 950,000 | = | $ 0.00 |
| 3% on balance over | $ | 1,000,000 | = | $ 0.00 |
| Total Compensation | | | = | $ 5,714.67 |

7. **TRUSTEE EXPENSES ITEMIZATION**

| Description of Expense | Amount of Expense |
|---|---|
| COPIES – 241 @ $ .10 each | $ 24.10 |
| POSTAGE | $ 2.01 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $5,714.67 and reimbursement of expenses in the amount of $26.11.

Dated: _____          _____
                                                                    Alfred T. Giuliano, Chapter 7 Trustee

Printed: 09/04/2025 4.05 PM

# Trustee's Compensation

**Debtor:** DeCurtis LLC  **Case:** 23-10549-JKS

## Computation of Compensation

| | | | |
|---|---:|---|---:|
| Total disbursements to other than the debtor are: | | | 49,646.70 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 44,646.70 | = | 4,464.67 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$5,714.67** |
| Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$5,714.67** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$5,714.67** |

## Trustee Expenses

| | | |
|---|---|---:|
| COPIES | 241.0 COPY at $0.10 | $24.10 |
| POSTAGE | | $2.01 |
| **Subtotal Expenses:** | | **$26.11** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$26.11** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$26.11** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $5714.67 as compensation and $26.11 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:    09/04/2025    Signed: _____

Alfred T. Giuliano, TRUSTEE
2301 E. Evesham Road , Pavilion 800, Suite 210
Voorhees, NJ 08043



# Giuliano Miller & Company, LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ  08043
Phone:  856-767-3000     Fax:   856-767-3500

DeCurtis, LLC
c/o Alfred T. Giuliano, Chapter 7 Trustee
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043

*Invoice #:*  28117
*Date:*  9/4/2025
*Due Date:*  10/4/2025
*Client ID:*  73300

*Please return top portion with remittance.*

Amount Enclosed  $ _____

For professional service rendered as follows:

| Transaction Date | Comment |
|---|---|
| 9/12/23 | Email to Omni re: Claims |
| 9/18/23 | Set up code re: work entries |
| 10/2/23 | Return call/voicemail re: Creditor question |
| 10/2/23 | Email Creditor re: case (L. Cohen) |
| 10/3/23 | Email BS & PK re: Trustee carve-out |
| 10/12/23 | Prepare correspondence; email to CS re: 341 document request |
| 10/16/23 | Follow up email re: status of document request |
| 10/17/23 | Email to Laura at Fleuriste Roy Florist, Ltd. re: 341 notice (error) |
| 10/19/23 | Email to WM re: 341 mailing notice |
| 10/30/23 | Email to Creditor (TB) re: POC |
| 11/13/23 | Reconcile October bank statements with Form 2 |
| 11/14/23 | Provide Updated Form II (MG) |
| 11/20/23 | Provide statements to MG |
| 12/1/23 | Email PK re: funds not received |
| 12/7/23 | Preparation of (1) Cash Receipt |
| 12/11/23 | Confirmation to PK re: receipt of funds |
| 12/18/23 | Reconcile Form 2 with November bank statements |
| 12/18/23 | Preparation of (1) Cash Disbursement |
| 12/28/23 | Email PK re: status of UnumX turnover |
| 1/19/24 | Reconcile December bank statement with Form 2 |
| 1/26/24 | Email to CS re: bank statement copies |
| 2/6/24 | Follow up email to CS re: bank statement copies |
| 2/12/24 | Reconcile January bank statements with Form 2's |
| 2/15/24 | Preparation of (1) Cash Disbursement |
| 2/20/24 | Third follow up to CS re: bank statement copies |
| 2/20/24 | Email to KG at Potter Anderson re: bank statement copies |
| 2/20/24 | Email to MG re: update re: bank statement copies |
| 2/20/24 | Email copies to MG |

Giuliano Miller & Company, LLC

Invoice #: 28117
Client ID: 73300

| Date | Description |
|---|---|
| 2/29/24 | Email to Mamson (Creditor) re: status |
| 3/20/24 | Reconcile February bank statement(s) with Form 2 |
| 4/1/24 | Preparation of (1) Cash Receipt |
| 4/1/24 | Email to PK re: confirmation of wire |
| 4/11/24 | Reconcile March bank statement with Form 2 |
| 4/12/24 | Letter of amount re: ERC credits |
| 5/15/24 | Reconcile April bank statement with Form 2 |
| 6/17/24 | Reconcile May bank statements with Form 2's |
| 7/10/24 | Reconcile June Form 2 with bank statement |
| 7/22/24 | Email to MC re: import of claims (not provided) |
| 8/19/24 | Reconcile July bank statements with Form 2s |
| 9/11/24 | Reconcile August bank statements with Form 2 |
| 10/14/24 | Reconcile September bank statements with Form 2's |
| 1/29/25 | Preparation of (1) Cash Disbursement |
| 2/17/25 | Reconcile January bank statements with Form 2 |
| 3/28/25 | Reconcile February bank statements with Form 2's |
| 7/7/25 | Email to PK re: fees |
| 8/13/25 | Reconcile July bank statement with Form 2 |
| 9/3/25 | Preparation of TFR |
| 9/4/25 | Preparation of TFR |