IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Case No. 23-10549/JKS |
| **DeCurtis, LLC** | : | |
| *a/k/a DeCurtis Corporation* | : | CHAPTER 7 |
| | : | |
| **Debtor.** | | |
| | | **Related Doc. No. 21** |

## ORDER SCHEDULING AMENDED OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following amended omnibus hearing date is scheduled in the above-captioned case before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

| DATE | TIME |
|---|---|
| March 4, 2026 | 10:00 a.m. (ET) |