**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| DECURTIS LLC,[1] | ) Case No. 23-10549 (JKS) |
|  | ) |
| Debtor. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket No. 27** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING ESCROW AGENT TO DISTRIBUTE FUNDS FOR PAYMENT OF PROFESSIONAL FEES AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that on February 18, 2026, Potter Anderson & Corroon LLP ("Potter Anderson"), as the escrow agent and former counsel to DeCurtis LLC, the debtor in the above-captioned case (the "Debtor" and together with former debtor DeCurtis Holdings LLC[2], the "Debtors"), filed the *Motion for Entry of an Order (I) Authorizing Escrow Agent to Distribute Funds for Payment of Professional Fees and (II) Granting Related Relief* [Docket No. 27] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than February 25, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1]  The Debtor in this chapter 7 case, along with the last four digits of each Debtor's federal tax identification number is DeCurtis LLC (9241).

[2]  The bankruptcy case of DeCurtis Holdings LLC was converted to a case under Chapter 7 of the Bankruptcy Code (defined herein) on August 29, 2023, and was closed on October 4, 2025. As of the filing of this Certificate of No Objection, the bankruptcy case of Debtor DeCurtis LLC remains open.

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by Potter Anderson, as escrow agent or has appeared on the Courts' docket in this case.

WHEREFORE, Potter Anderson respectfully requests that the Proposed Order, attached to the Motion, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: February 26, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Gregory J. Flasser (No. 6154)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>        astulman@potteranderson.com<br>        gflasser@potteranderson.com<br>        srizvi@potteranderson.com<br><br>*Escrow Agent and Former Counsel to the Debtors* |