**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS LLC, | ) | Case No. 23-10549 (JKS) |
| | ) | |
| | ) | |
| Debtor.[1] | ) | **Re: Docket No. 793** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO, MILLER AND COMPANY, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD AUGUST 29, 2023 THROUGH AUGUST 27, 2025**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First and Final Application for Compensation and Reimbursement of Expenses of Giuliano, Miller and Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period August 29, 2023 through August 27, 2025* (the "Application") [Case No. 23-10548] [Docket No. 793] filed on September 15, 2025. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of hearing [Docket No. 26], objections to the Application were to be filed and served no later than February 26, 2026 at 4:00 p.m. (ET).

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

---

[1] The Debtor's case was jointly administered with the chapter 7 case of DeCurtis Holdings LLC, Case No. 23-10548 (JKS) (the "Lead Case"). The Lead Case was closed on October 4, 2025.

2

Dated: March 2, 2026                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:       bsandler@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*