**<u>EXHIBIT B</u>**

DeCurtis Holdings LLC
Re Ch. 11 Representation

DISBURSEMENTS

Through May 31, 2023

| | | |
|---|---|---:|
| 1400 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 5892531105081918 DATE: 5/8/2023 | 188.00 |
| | Credit CardAdministration Misc USBC Filing Fees - Sale Motion | |
| 1402 | May 2023 Westlaw Online Research | 3.22 |
| 1408 | VENDOR: Secretary of State - Division of Corpora INVOICE#: 20232128328 DATE: 5/17/2023 | 82.00 |
| | Secretary of State - Division of Corpora Decurtis Holdings LLC - UCC Plain Copy Fees | |
| 1410 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 5886979205041501 DATE: 5/4/2023 | 50.00 |
| | Credit CardAdministration District Court Filing Fees PHV Filings - District Court - Jennifer Wu and Allison Penfield | |
| 1414 | VENDOR: Reliable Wilmington INVOICE#: WL110797 DATE: 5/25/2023 | 2,153.25 |
| | Reliable Wilmington Hourly Transcript - Original | |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 5889787605051357 DATE: 5/5/2023 | 185.90 |
| | Credit CardAdministration Hotel - Lodging Lodging for Late Night Filing- Sameen Rizvi | |
| 1419 | MEALS | 637.01 |
| 1469 | Parcels SumInv 36910 36911 | 90.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 177072 DATE: 5/30/2023 | 843.77 |
| | DLS Discovery, LLC Litigation Prints and Delivery | |

Total Disbursements        $4,233.15