# EXHIBIT B

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM APRIL 30, 2023 THROUGH MAY 31, 2023**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Michael Atkinson, Principal | $1,320 | 36.8 | $48,576.00 |
| Jason Crockett, Principal | $1,030 | 73.0 | $75,190.00 |
| Stilian Morrison, Principal | $980 | 5.3 | $5,194.00 |
| Eunice Min, Senior Director | $820 | 82.7 | $67,814.00 |
| Raul Busto, Vice President | $680 | 174.8 | $118,864.00 |
| Ryan Power, Senior Associate | $590 | 16.1 | $9,499.00 |
| Mitchell Boal, Senior Associate | $570 | 2.8 | $1,596.00 |
| Timothy Strickler, Senior Associate | $560 | 22.9 | $12,824.00 |
| **Grand Total** | | **414.4** | **$339,557.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 154.7 | $119,768.00 |
| Case Administration | 37.7 | $33,163.00 |
| Claims Analysis and Objections | 1.5 | $1,230.00 |
| Court Filings | 74.6 | $58,377.00 |
| Court Hearings | 20.3 | $20,728.00 |
| Fee / Employment Applications | 2.4 | $1,940.00 |
| Financing Activities | 10.4 | $10,702.00 |
| Litigation | 16.2 | $12,672.00 |
| Sale Process | 96.6 | $80,977.00 |
| **Grand Total** | **414.4** | **$339,557.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Airfare/Train | Train to/from Wilmington, DE to attend hearing. | $261.00 |
| Ground Transportation | Transportation and parking fee while traveling to Wilmington, DE to attend hearing. | $19.28 |
| Meals | Meal while traveling to Wilmington, DE to attend hearing. | $12.70 |
| **Total Expenses** | | **$292.98** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/2023 | Raul Busto | Analyze historical budget payroll and expenses reconciliations. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 5/1/2023 | Jason Crockett | Address issues related to critical vendor sizing and needs. | Business Analysis / Operations | 0.70 | 1,030.00 | $721.00 |
| 5/1/2023 | Raul Busto | Review AP aging. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/1/2023 | Michael Atkinson | Review budget support for lenders | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 5/1/2023 | Raul Busto | Work on diligence request list. | Business Analysis / Operations | 1.70 | 680.00 | $1,156.00 |
| 5/1/2023 | Eunice Min | Prepare follow up to debtors on creditor matrix and other near-term items. | Case Administration | 1.40 | 820.00 | $1,148.00 |
| 5/1/2023 | Jason Crockett | Prepare information related to insurance motion. | Court Filings | 0.90 | 1,030.00 | $927.00 |
| 5/1/2023 | Eunice Min | Debtors' professionals call to discuss first days. | Case Administration | 0.50 | 820.00 | $410.00 |
| 5/1/2023 | Raul Busto | Daily planning call with counsel. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/1/2023 | Raul Busto | Call with J. Carino to discuss budget reconciliation. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/1/2023 | Raul Busto | Analyze critical vendor list. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/1/2023 | Jason Crockett | Prepare information regarding critical vendor and timing issues. | Case Administration | 0.80 | 1,030.00 | $824.00 |
| 5/1/2023 | Jason Crockett | Analyze and compare variances of budget line items. | Business Analysis / Operations | 0.90 | 1,030.00 | $927.00 |
| 5/1/2023 | Michael Atkinson | Review issues for counsel related to filing | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 5/1/2023 | Jason Crockett | Participate in meeting with E. Lazerowitz and K. Good regarding first day hearing preparation and open items. | Case Administration | 0.50 | 1,030.00 | $515.00 |
| 5/1/2023 | Eunice Min | Review preliminary diligence request. | Business Analysis / Operations | 0.20 | 820.00 | $164.00 |
| 5/1/2023 | Raul Busto | Begin outline of marketing materials. | Sale Process | 0.70 | 680.00 | $476.00 |
| 5/1/2023 | Raul Busto | Review independent director agreement. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/2/2023 | Raul Busto | Attend first day hearing. | Court Hearings | 2.00 | 680.00 | $1,360.00 |
| 5/2/2023 | Raul Busto | Review critical vendor summary. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/2/2023 | Raul Busto | Analyze accrued expenses detail. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/2/2023 | Jason Crockett | Participate in first day hearings. | Court Hearings | 2.10 | 1,030.00 | $2,163.00 |
| 5/2/2023 | Timothy Strickler | Reviewed company creditors for bankruptcy schedules. | Case Administration | 1.60 | 560.00 | $896.00 |
| 5/2/2023 | Raul Busto | Draft diligence request email. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/2/2023 | Raul Busto | Draft responses to M. Atkinson's questions on declaration. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/2/2023 | Jason Crockett | Prepare information for first day hearings. | Court Hearings | 1.30 | 1,030.00 | $1,339.00 |
| 5/2/2023 | Raul Busto | Review independent director engagement letter. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/2/2023 | Raul Busto | Review historical CIM materials. | Sale Process | 2.30 | 680.00 | $1,564.00 |
| 5/2/2023 | Eunice Min | Call with J. Carino related to creditor list issues. | Business Analysis / Operations | 0.30 | 820.00 | $246.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/2/2023 | Michael Atkinson | Attend first day hearing | Court Hearings | 2.00 | 1,320.00 | $2,640.00 |
| 5/2/2023 | Michael Atkinson | Review and prepare for hearing | Business Analysis / Operations | 1.60 | 1,320.00 | $2,112.00 |
| 5/2/2023 | Raul Busto | Work on draft teaser. | Sale Process | 3.00 | 680.00 | $2,040.00 |
| 5/3/2023 | Ryan Power | Prepared initial presentation materials. | Business Analysis / Operations | 1.60 | 590.00 | $944.00 |
| 5/3/2023 | Raul Busto | Call with R. Power on CIM outline. | Sale Process | 0.70 | 680.00 | $476.00 |
| 5/3/2023 | Raul Busto | Refine teaser. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 5/3/2023 | Ryan Power | Continued to prepare initial presentation materials. | Business Analysis / Operations | 1.60 | 590.00 | $944.00 |
| 5/3/2023 | Jason Crockett | Prepare information for second day filings creditor matrix. | Case Administration | 1.10 | 1,030.00 | $1,133.00 |
| 5/3/2023 | Ryan Power | Reviewed various diligence files received to date. | Business Analysis / Operations | 0.40 | 590.00 | $236.00 |
| 5/3/2023 | Ryan Power | Reviewed debtor business overview presentation materials. | Business Analysis / Operations | 1.50 | 590.00 | $885.00 |
| 5/3/2023 | Eunice Min | Pull together list of top 21-30 creditors | Claims Analysis and Objections | 1.50 | 820.00 | $1,230.00 |
| 5/3/2023 | Raul Busto | Call with counsel on creditor matrix. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/3/2023 | Stilian Morrison | Review guaranty and security agreement | Financing Activities | 0.20 | 980.00 | $196.00 |
| 5/3/2023 | Raul Busto | Review employee and customer matrix. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/3/2023 | Ryan Power | Reviewed overview presentation materials of debtor business. | Business Analysis / Operations | 0.30 | 590.00 | $177.00 |
| 5/3/2023 | Michael Atkinson | Review and analyze sales process points and analysis | Sale Process | 1.40 | 1,320.00 | $1,848.00 |
| 5/3/2023 | Jason Crockett | Review of information related to required reporting to lenders and cadence for updated budgets. | Financing Activities | 0.80 | 1,030.00 | $824.00 |
| 5/3/2023 | Raul Busto | Review outlook. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/3/2023 | Eunice Min | Continue pulling contact information for notice parties. | Case Administration | 2.80 | 820.00 | $2,296.00 |
| 5/3/2023 | Eunice Min | Amend top 21-30 creditor list. | Case Administration | 0.80 | 820.00 | $656.00 |
| 5/3/2023 | Stilian Morrison | Review latest draft of teaser | Sale Process | 0.30 | 980.00 | $294.00 |
| 5/2/2023 | Jason Crockett | Participate in call with K. Good and E. Lazerowitz regarding bid procedures motion and related issues. | Court Filings | 0.80 | 1,030.00 | $824.00 |
| 5/3/2023 | Ryan Power | Revised initial presentation materials based on comments received. | Business Analysis / Operations | 1.60 | 590.00 | $944.00 |
| 5/3/2023 | Michael Atkinson | Review DIP issues | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 5/3/2023 | Raul Busto | Review module sheets. | Business Analysis / Operations | 1.90 | 680.00 | $1,292.00 |
| 5/3/2023 | Raul Busto | Work on CIM. | Sale Process | 3.00 | 680.00 | $2,040.00 |
| 5/3/2023 | Jason Crockett | Participate in call with J. Carino regarding variance reporting and updating budget. | Financing Activities | 0.50 | 1,030.00 | $515.00 |
| 5/3/2023 | Eunice Min | Analyze company's records and compile contact information for notice parties. | Case Administration | 3.00 | 820.00 | $2,460.00 |
| 5/3/2023 | Raul Busto | Review draft bid procedures motions. | Sale Process | 1.30 | 680.00 | $884.00 |
| 5/3/2023 | Ryan Power | Call with R. Busto to discuss strategy for initial presentation materials. | Case Administration | 0.40 | 590.00 | $236.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/3/2023 | Raul Busto | Call with J. Carino on reporting issues. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 5/4/2023 | Raul Busto | Turn J. Crockett's comments on teaser. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/4/2023 | Jason Crockett | Coordinate on information regarding top vendors list for counsel. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 5/4/2023 | Eunice Min | Call with counsel, Province, and debtor management teams related to go-forward case procedures | Case Administration | 1.00 | 820.00 | $820.00 |
| 5/4/2023 | Jason Crockett | Call with K. Good regarding case administration issues and reporting to UST. | Case Administration | 0.10 | 1,030.00 | $103.00 |
| 5/4/2023 | Jason Crockett | Participate in call with A. Stulman and the company regarding mechanics of first day motions and company operations. | Business Analysis / Operations | 1.00 | 1,030.00 | $1,030.00 |
| 5/4/2023 | Eunice Min | Review cash management order and prepare required correspondence for banks | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 5/4/2023 | Raul Busto | Review historical financials. | Business Analysis / Operations | 2.90 | 680.00 | $1,972.00 |
| 5/4/2023 | Stilian Morrison | Review draft CIM and teaser | Sale Process | 0.90 | 980.00 | $882.00 |
| 5/4/2023 | Ryan Power | Call with R. Busto to discuss next steps for initial presentation materials. | Case Administration | 0.30 | 590.00 | $177.00 |
| 5/4/2023 | Raul Busto | Work on CIM. | Sale Process | 2.70 | 680.00 | $1,836.00 |
| 5/4/2023 | Timothy Strickler | Reviewed transactions for filing schedules and SOFA. | Business Analysis / Operations | 1.50 | 560.00 | $840.00 |
| 5/4/2023 | Ryan Power | Continued to prepare initial presentation materials. | Business Analysis / Operations | 1.00 | 590.00 | $590.00 |
| 5/4/2023 | Mitchell Boal | Created slide covering the org chart of the Debtor | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/4/2023 | Jason Crockett | Call with V. Indelicato regarding critical vendor issues. | Financing Activities | 0.20 | 1,030.00 | $206.00 |
| 5/4/2023 | Jason Crockett | Review of DIP financing documents and coordinate on reporting requirements and intervals. | Financing Activities | 1.30 | 1,030.00 | $1,339.00 |
| 5/4/2023 | Eunice Min | Start pulling together responses for IDI | Case Administration | 1.40 | 820.00 | $1,148.00 |
| 5/4/2023 | Jason Crockett | Prepare materials for sale process. | Sale Process | 1.50 | 1,030.00 | $1,545.00 |
| 5/4/2023 | Eunice Min | Update diligence tracker list and draft additional follow up items to gather necessary information for IDI and other matters | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 5/4/2023 | Ryan Power | Revised slides in presentation materials on business overview. | Business Analysis / Operations | 0.50 | 590.00 | $295.00 |
| 5/4/2023 | Ryan Power | Revised slides on historical company timeline and key management. | Business Analysis / Operations | 1.70 | 590.00 | $1,003.00 |
| 5/4/2023 | Raul Busto | Create buyers list for outreach. | Sale Process | 3.00 | 680.00 | $2,040.00 |
| 5/4/2023 | Raul Busto | Review draft NDA. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/4/2023 | Raul Busto | Attend all-hands call on case procedures. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 5/4/2023 | Michael Atkinson | Review and analyze documents related to initial contact in the sales process | Sale Process | 1.60 | 1,320.00 | $2,112.00 |
| 5/5/2023 | Eunice Min | Review materials responsive to IDI | Case Administration | 1.50 | 820.00 | $1,230.00 |
| 5/5/2023 | Raul Busto | Continue preparing CIM | Sale Process | 2.80 | 680.00 | $1,904.00 |
| 5/5/2023 | Raul Busto | Attend call with R. Arnold on marketing materials. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/5/2023 | Raul Busto | Work on CIM. | Sale Process | 3.20 | 680.00 | $2,176.00 |
| 5/5/2023 | Stilian Morrison | Review latest draft of teaser | Sale Process | 0.20 | 980.00 | $196.00 |
| 5/5/2023 | Jason Crockett | Review of materials for data room for sales process. | Sale Process | 1.70 | 1,030.00 | $1,751.00 |
| 5/5/2023 | Jason Crockett | Review of draft APA. | Sale Process | 2.30 | 1,030.00 | $2,369.00 |
| 5/5/2023 | Jason Crockett | Prepare information related to critical vendor program. | Business Analysis / Operations | 0.20 | 1,030.00 | $206.00 |
| 5/5/2023 | Eunice Min | Start workplan for schedules and statements. | Case Administration | 0.90 | 820.00 | $738.00 |
| 5/5/2023 | Ryan Power | Continued to revise initial presentation materials regarding industry overview. | Business Analysis / Operations | 1.00 | 590.00 | $590.00 |
| 5/5/2023 | Eunice Min | Continue gathering and organizing materials responsive to IDI | Case Administration | 1.50 | 820.00 | $1,230.00 |
| 5/5/2023 | Raul Busto | Work on legal due diligence. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/5/2023 | Timothy Strickler | Reviewed transaction activity in Quickbooks for schedules and SOFA. | Business Analysis / Operations | 2.10 | 560.00 | $1,176.00 |
| 5/5/2023 | Eunice Min | Pull receipt and disbursement reports from quickbooks | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 5/5/2023 | Raul Busto | Work on buyer outreach. | Sale Process | 1.60 | 680.00 | $1,088.00 |
| 5/5/2023 | Ryan Power | Prepared historical financial summary for presentation materials. | Business Analysis / Operations | 0.80 | 590.00 | $472.00 |
| 5/5/2023 | Jason Crockett | Review of and prepare teaser materials and information. | Sale Process | 1.20 | 1,030.00 | $1,236.00 |
| 5/5/2023 | Michael Atkinson | Review go to market materials for sales process | Sale Process | 0.80 | 1,320.00 | $1,056.00 |
| 5/5/2023 | Raul Busto | Populate dataroom. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/5/2023 | Stilian Morrison | Analyze non-recurring adjustments to financials | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 5/6/2023 | Raul Busto | Work on CIM. | Sale Process | 3.40 | 680.00 | $2,312.00 |
| 5/6/2023 | Jason Crockett | Prepare information requested by interested parties. | Sale Process | 0.50 | 1,030.00 | $515.00 |
| 5/6/2023 | Raul Busto | Review non-dxp revenue. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/6/2023 | Jason Crockett | Review and analyze APA and prepare comments for counsel. | Sale Process | 1.80 | 1,030.00 | $1,854.00 |
| 5/6/2023 | Michael Atkinson | Review and analyze information needed for bankruptcy reporting purposes | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 5/7/2023 | Raul Busto | Work on CIM. | Sale Process | 3.00 | 680.00 | $2,040.00 |
| 5/7/2023 | Raul Busto | Work on buyer outreach. | Sale Process | 2.10 | 680.00 | $1,428.00 |
| 5/7/2023 | Michael Atkinson | Review and analyze sales process | Sale Process | 1.30 | 1,320.00 | $1,716.00 |
| 5/7/2023 | Eunice Min | Continue gathering and organizing materials responsive to IDI | Case Administration | 0.40 | 820.00 | $328.00 |
| 5/8/2023 | Raul Busto | Make edits to CIM. | Sale Process | 1.40 | 680.00 | $952.00 |
| 5/8/2023 | Jason Crockett | Review and analyze actual cash flow receipts and disbursements activity. | Business Analysis / Operations | 1.40 | 1,030.00 | |
| 5/8/2023 | Michael Atkinson | Review and analyze additional potential buyers and send initial reach out information | Sale Process | 1.20 | 1,320.00 | |
| 5/8/2023 | Jason Crockett | Coordinate with the company on vendor issues and communications. | Business Analysis / Operations | 0.30 | 1,030.00 | $1,442.00 |

5

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/8/2023 | Jason Crockett | Review of finalized APA. | Court Filings | 0.60 | 1,030.00 | $1,584.00 |
| 5/8/2023 | Raul Busto | Work on dataroom production. | Business Analysis / Operations | 1.60 | 680.00 | $1,088.00 |
| 5/8/2023 | Raul Busto | Review latest cash projections. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/8/2023 | Raul Busto | Draft overview script for bid calls. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/8/2023 | Ryan Power | Continued to gather contact outreach database. | Sale Process | 0.80 | 590.00 | $472.00 |
| 5/8/2023 | Eunice Min | Analyze pre-petition payment data | Business Analysis / Operations | 1.20 | 820.00 | $984.00 |
| 5/8/2023 | Eunice Min | Review list of vendors paid in prior year and identify potential insiders. | Court Filings | 1.30 | 820.00 | $1,066.00 |
| 5/8/2023 | Raul Busto | Call with J. Carino on budget details. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 5/8/2023 | Ryan Power | Continued to gather database of potential sponsor outreaches. | Sale Process | 0.20 | 590.00 | $118.00 |
| 5/8/2023 | Ryan Power | Gathered database of potential sponsor outreaches. | Sale Process | 1.10 | 590.00 | $649.00 |
| 5/8/2023 | Jason Crockett | Identify potential additional targets for sales process. | Sale Process | 1.60 | 1,030.00 | $1,648.00 |
| 5/8/2023 | Raul Busto | Review quickbooks reporting. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 5/8/2023 | Ryan Power | Researched and gathered database of potential contacts for outreach. | Sale Process | 1.30 | 590.00 | $767.00 |
| 5/8/2023 | Timothy Strickler | Reviewed payment activity in Quickbooks for statement of financial affairs. | Court Filings | 2.80 | 560.00 | $1,568.00 |
| 5/8/2023 | Eunice Min | Prepare follow up to company related to outstanding IDI requests | Case Administration | 0.60 | 820.00 | $492.00 |
| 5/8/2023 | Eunice Min | Call with Omni team and J. Carino related to schedules and statements | Case Administration | 0.50 | 820.00 | $410.00 |
| 5/8/2023 | Raul Busto | Work on bidder outreach. | Sale Process | 1.40 | 680.00 | $952.00 |
| 5/8/2023 | Jason Crockett | Review of draft Atkinson declaration related to contract assumption and motion and coordinate with company and counsel on content. | Court Filings | 0.90 | 1,030.00 | $927.00 |
| 5/9/2023 | Stilian Morrison | Review statements and SOFAs | Court Filings | 0.40 | 980.00 | $392.00 |
| 5/9/2023 | Raul Busto | Review critical vendor projected payments. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 5/9/2023 | Raul Busto | Review DIP budget. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/9/2023 | Michael Atkinson | Review and analyze issues related to responding to bankruptcy reporting issues | Case Administration | 0.90 | 1,320.00 | $1,188.00 |
| 5/9/2023 | Raul Busto | Work on budget-to-actual reporting. | Business Analysis / Operations | 4.00 | 680.00 | $2,720.00 |
| 5/9/2023 | Raul Busto | Call with J. Carino on DIP materials. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 5/9/2023 | Eunice Min | Compile and perform final review of IDI request materials for UST | Case Administration | 1.10 | 820.00 | $902.00 |
| 5/9/2023 | Jason Crockett | Coordinate with the company (J. Carino) and counsel (A. Stulman) on critical vendor and payment authorization issues. | Case Administration | 0.90 | 1,030.00 | $927.00 |
| 5/9/2023 | Raul Busto | Review quickbooks reporting. | Business Analysis / Operations | 1.70 | 680.00 | $1,156.00 |
| 5/10/2023 | Raul Busto | Update budget reporting package. | Business Analysis / Operations | 3.10 | 680.00 | $2,108.00 |
| 5/10/2023 | Jason Crockett | Prepare information for the Company regarding critical vendor, wages, utilities and rent payments and authorization to pay. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |

6

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/10/2023 | Jason Crockett | Participate in call with UST and counsel regarding certain creditors. | Case Administration | 0.40 | 1,030.00 | $412.00 |
| 5/10/2023 | Michael Atkinson | Review financial reporting | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 5/10/2023 | Eunice Min | Analyze pre-petition payments made by debtors for schedules and sofas | Court Filings | 2.20 | 820.00 | $1,804.00 |
| 5/10/2023 | Raul Busto | Work on sale process diligence. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 5/10/2023 | Raul Busto | Analyze historical invoices for select vendors. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/10/2023 | Raul Busto | Discuss budget issues with J. Carino. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/10/2023 | Raul Busto | Review UCC questionnaire issues. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/10/2023 | Jason Crockett | Analyze information related to potential outstanding pre-petition claims and parties responsible for obligations. | Case Administration | 0.70 | 1,030.00 | $721.00 |
| 5/10/2023 | Timothy Strickler | Reviewed and extracted data in Quickbooks for schedules and statement of financial affairs. | Court Filings | 2.10 | 560.00 | $1,176.00 |
| 5/10/2023 | Michael Atkinson | Review budget to actuals | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 5/10/2023 | Raul Busto | Review patent summaries. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 5/10/2023 | Stilian Morrison | Review cash projection | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |
| 5/10/2023 | Michael Atkinson | Review vendor issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 5/10/2023 | Jason Crockett | Review of budget to actual results, variance report and updated cash flow and provide comments related to presentation. | Financing Activities | 1.10 | 1,030.00 | $1,133.00 |
| 5/10/2023 | Jason Crockett | Coordinate with the company and counsel on UCC questionnaire and related information. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 5/10/2023 | Raul Busto | Review responses to critical vendor questions. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/11/2023 | Michael Atkinson | Review status of data room for sales process | Sale Process | 0.40 | 1,320.00 | $528.00 |
| 5/11/2023 | Michael Atkinson | Call with UST | Case Administration | 0.70 | 1,320.00 | $924.00 |
| 5/11/2023 | Raul Busto | Draft responses to CFO's questions on DIP model. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/11/2023 | Stilian Morrison | Comments to R. Busto and E. Min on teaser | Sale Process | 0.40 | 980.00 | $392.00 |
| 5/11/2023 | Raul Busto | Review historical financials. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/11/2023 | Jason Crockett | Participate in call with UST regarding monthly operating reports and related issues. | Case Administration | 0.70 | 1,030.00 | $721.00 |
| 5/11/2023 | Raul Busto | Edit DIP model for sharing externally. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/11/2023 | Raul Busto | Review key reporting obligations for US trustee. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/11/2023 | Raul Busto | Review production of materials related to lender requests. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/11/2023 | Raul Busto | Work on CIM. | Sale Process | 3.00 | 680.00 | $2,040.00 |
| 5/11/2023 | Jason Crockett | Participate in call with J. Carino and K. Good regarding trustee IDI meeting. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 5/11/2023 | Raul Busto | Attend call with US trustee. | Case Administration | 1.00 | 680.00 | $680.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/11/2023 | Eunice Min | Call with UST and debtors professionals | Case Administration | 0.70 | 820.00 | $574.00 |
| 5/11/2023 | Raul Busto | Review managements comments to CIM. | Sale Process | 0.50 | 680.00 | $340.00 |
| 5/11/2023 | Raul Busto | Review teaser materials. | Sale Process | 0.40 | 680.00 | $272.00 |
| 5/11/2023 | Eunice Min | Analyze information produced to date for schedules and statements | Court Filings | 1.40 | 820.00 | $1,148.00 |
| 5/11/2023 | Raul Busto | Update sale process tracker. | Sale Process | 0.20 | 680.00 | $136.00 |
| 5/12/2023 | Raul Busto | Prepare revenue breakdown analysis. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/12/2023 | Timothy Strickler | Reviewed expense activity for filing schedules. | Court Filings | 1.50 | 560.00 | $840.00 |
| 5/12/2023 | Jason Crockett | Participate on call with potentially interested party. | Sale Process | 0.70 | 1,030.00 | $721.00 |
| 5/12/2023 | Jason Crockett | Analyze issues related to unpaid vendors. | Case Administration | 0.20 | 1,030.00 | $206.00 |
| 5/12/2023 | Jason Crockett | Correspond with potential buyers and schedule introductory calls. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 5/12/2023 | Michael Atkinson | Review and analyze sales process issues | Sale Process | 0.80 | 1,320.00 | $1,056.00 |
| 5/12/2023 | Raul Busto | Update sale process tracker. | Sale Process | 0.40 | 680.00 | $272.00 |
| 5/12/2023 | Jason Crockett | Analyze revenue by product. | Business Analysis / Operations | 0.60 | 1,030.00 | $618.00 |
| 5/12/2023 | Raul Busto | Attend call with J. Carino to discuss revenue flows. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/12/2023 | Eunice Min | Review and revise draft retention application | Fee / Employment Applications | 1.30 | 820.00 | $1,066.00 |
| 5/12/2023 | Raul Busto | Review deposition interrogatories. | Litigation | 0.80 | 680.00 | $544.00 |
| 5/12/2023 | Jason Crockett | Follow up regarding UST requests | Case Administration | 0.30 | 1,030.00 | $309.00 |
| 5/12/2023 | Raul Busto | Attend call with interested bidder. | Sale Process | 0.70 | 680.00 | $476.00 |
| 5/12/2023 | Jason Crockett | Review of revenue and profitability of company and various products. | Sale Process | 1.40 | 1,030.00 | $1,442.00 |
| 5/12/2023 | Raul Busto | Attend call with interested bidder. | Sale Process | 0.40 | 680.00 | $272.00 |
| 5/12/2023 | Eunice Min | Correspondence with bank related to UST requests | Case Administration | 0.40 | 820.00 | $328.00 |
| 5/12/2023 | Raul Busto | Review litigation case background materials. | Litigation | 1.40 | 680.00 | $952.00 |
| 5/12/2023 | Raul Busto | Upload materials to bidder dataroom. | Sale Process | 2.10 | 680.00 | $1,428.00 |
| 5/12/2023 | Raul Busto | Correspond with interested bidders. | Sale Process | 0.60 | 680.00 | $408.00 |
| 5/12/2023 | Eunice Min | Review Carnival discovery requests. | Litigation | 0.50 | 820.00 | $410.00 |
| 5/12/2023 | Jason Crockett | Participate in call with interested party. | Sale Process | 0.40 | 1,030.00 | $412.00 |
| 5/13/2023 | Michael Atkinson | Review and analyze various reporting details | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 5/13/2023 | Michael Atkinson | Review sales process details | Sale Process | 0.50 | 1,320.00 | $660.00 |
| 5/14/2023 | Michael Atkinson | Review discovery requests | Litigation | 0.40 | 1,320.00 | $528.00 |
| 5/15/2023 | Raul Busto | Begin review of patent litigation reports. | Litigation | 2.40 | 680.00 | $1,632.00 |
| 5/15/2023 | Raul Busto | Analyze weekly quickbooks reporting. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/15/2023 | Jason Crockett | Assist in preparing information for reporting requirements with court. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 5/15/2023 | Stilian Morrison | Review sponsor outreach list | Sale Process | 0.40 | 980.00 | $392.00 |
| 5/15/2023 | Eunice Min | Respond to Cooley on question about potential party in interest | Case Administration | 0.10 | 820.00 | $82.00 |
| 5/15/2023 | Raul Busto | Correspond with potential bidders. | Sale Process | 0.60 | 680.00 | $408.00 |
| 5/15/2023 | Raul Busto | Prepare script for sales call. | Sale Process | 0.50 | 680.00 | $340.00 |
| 5/15/2023 | Raul Busto | Add materials to dataroom for bidders. | Sale Process | 1.70 | 680.00 | $1,156.00 |
| 5/15/2023 | Raul Busto | Correspond with counsel on ordinary course professionals. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/15/2023 | Eunice Min | Continue preparing list of 90-day payments | Court Filings | 1.50 | 820.00 | $1,230.00 |
| 5/15/2023 | Jason Crockett | Review of reporting requirements related to certain loan parties. | Financing Activities | 0.30 | 1,030.00 | $309.00 |
| 5/15/2023 | Raul Busto | Work on financial analysis. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/15/2023 | Jason Crockett | Participate in call with interested party regarding purchase of assets. | Sale Process | 0.30 | 1,030.00 | $309.00 |
| 5/15/2023 | Raul Busto | Draft additional diligence request items. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/15/2023 | Raul Busto | Review litigation memo. | Litigation | 0.60 | 680.00 | $408.00 |
| 5/15/2023 | Michael Atkinson | Review and analyze financial reporting issues | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/15/2023 | Raul Busto | Correspond on critical vendor issue. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/15/2023 | Raul Busto | Participate in sales call. | Sale Process | 0.60 | 680.00 | $408.00 |
| 5/15/2023 | Eunice Min | Research certain vendor and respond to counsel regarding. | Case Administration | 0.30 | 820.00 | $246.00 |
| 5/15/2023 | Stilian Morrison | Review stalking horse bid comps | Sale Process | 0.30 | 980.00 | $294.00 |
| 5/16/2023 | Raul Busto | Update sale process tracker. | Sale Process | 0.20 | 680.00 | $136.00 |
| 5/16/2023 | Raul Busto | Analyze potential caps for ordinary course professionals. | Business Analysis / Operations | 1.60 | 680.00 | $1,088.00 |
| 5/16/2023 | Raul Busto | Draft update bullets for board on sale process. | Sale Process | 0.40 | 680.00 | $272.00 |
| 5/16/2023 | Raul Busto | Redline bid protections declaration. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/16/2023 | Raul Busto | Discuss latest reporting with J. Carino. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/16/2023 | Raul Busto | Add potential bidders to outreach list. | Sale Process | 0.70 | 680.00 | $476.00 |
| 5/16/2023 | Raul Busto | Work on cash reporting update. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 5/16/2023 | Michael Atkinson | Call with board regarding case update | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/16/2023 | Raul Busto | Collect additional parties to reach out to. | Sale Process | 0.70 | 680.00 | $476.00 |
| 5/16/2023 | Jason Crockett | Participate in update call with board. | Case Administration | 0.30 | 1,030.00 | $309.00 |
| 5/16/2023 | Jason Crockett | Review of draft declaration in support of bid procedures and prepare language. | Court Filings | 1.30 | 1,030.00 | $1,339.00 |
| 5/16/2023 | Eunice Min | Review draft retention app and send to counsel to review | Fee / Employment Applications | 0.40 | 820.00 | $328.00 |
| 5/16/2023 | Michael Atkinson | Review and analyze declaration issues on Bid procedures | Business Analysis / Operations | 1.10 | 1,320.00 | $1,452.00 |

9

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/2023 | Raul Busto | Attend call with counsel to discuss latest updates on case. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/16/2023 | Raul Busto | Follow up with counsel on ordinary course professionals. | Business Analysis / Operations | 0.10 | 680.00 | $68.00 |
| 5/16/2023 | Eunice Min | Prepare SOFA and SOAL data | Court Filings | 2.80 | 820.00 | $2,296.00 |
| 5/16/2023 | Raul Busto | Coordinate diligence requests with J. Carino. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/16/2023 | Eunice Min | Draft updated diligence request list for company | Case Administration | 0.80 | 820.00 | $656.00 |
| 5/16/2023 | Raul Busto | Analyze comparable bid protection fees. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 5/16/2023 | Jason Crockett | Prepare information related to sales process and interested parties. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 5/17/2023 | Eunice Min | Correspondence with debtors on financial reporting | Case Administration | 0.20 | 820.00 | $164.00 |
| 5/17/2023 | Stilian Morrison | Review historical financial statements | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 5/17/2023 | Jason Crockett | Analyze issues related to PII and sale of information. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 5/17/2023 | Jason Crockett | Participate in update call with UST regarding sales process. | Sale Process | 0.40 | 1,030.00 | $412.00 |
| 5/17/2023 | Jason Crockett | Participate in call with Company regarding budgeting issues. | Financing Activities | 0.30 | 1,030.00 | $309.00 |
| 5/17/2023 | Michael Atkinson | Review discovery issues | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 5/17/2023 | Michael Atkinson | Review status of sales process | Sale Process | 0.40 | 1,320.00 | $528.00 |
| 5/17/2023 | Raul Busto | Respond to M. Atkinson's questions on cash reporting. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/17/2023 | Raul Busto | Prepare dataroom for newest party. | Sale Process | 0.30 | 680.00 | $204.00 |
| 5/17/2023 | Raul Busto | Work on DIP forecast. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/17/2023 | Raul Busto | Respond to J. Carino's questions on diligence requests. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/17/2023 | Eunice Min | Draft update for counsel on bank accounts | Case Administration | 0.60 | 820.00 | $492.00 |
| 5/17/2023 | Raul Busto | Call with J. Carino on latest DIP forecast. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/17/2023 | Raul Busto | Draft responses to UST questions on bid procedures. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/17/2023 | Eunice Min | Review latest cash flow variance | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 5/17/2023 | Raul Busto | Work on ordinary course professional fee estimates. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 5/17/2023 | Raul Busto | Respond to diligence requests by interested party. | Sale Process | 0.80 | 680.00 | $544.00 |
| 5/17/2023 | Eunice Min | Analyze DIPL financial statements | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 5/17/2023 | Raul Busto | Update outreach stats. | Sale Process | 0.20 | 680.00 | $136.00 |
| 5/17/2023 | Michael Atkinson | Call with UST | Case Administration | 0.30 | 1,320.00 | $396.00 |
| 5/17/2023 | Eunice Min | Continue preparing SOFA and SOAL data | Court Filings | 2.30 | 820.00 | $1,886.00 |
| 5/17/2023 | Michael Atkinson | Review weekly reporting | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 5/18/2023 | Raul Busto | Review latest critical vendor update. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/18/2023 | Raul Busto | Review Reponses to payroll diligence. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |

10

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/18/2023 | Raul Busto | Discuss ordinary course professionals with J. Carino. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/18/2023 | Michael Atkinson | Review critical vendor and schedules status | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/18/2023 | Michael Atkinson | Review and analyze financial actuals | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 5/18/2023 | Mitchell Boal | Spread balance sheet and income statement of DIPL in foreign currency into model for periodic update. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 5/18/2023 | Raul Busto | Review SOFA / SOAL diligence correspondence. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/18/2023 | Eunice Min | Draft update request list for debtors | Case Administration | 0.70 | 820.00 | $574.00 |
| 5/18/2023 | Michael Atkinson | Review sales process and data room updating | Sale Process | 0.60 | 1,320.00 | $792.00 |
| 5/18/2023 | Raul Busto | Fix dataroom sharing issues. | Sale Process | 0.70 | 680.00 | $476.00 |
| 5/18/2023 | Eunice Min | Call with G. Flasser (Potter) regarding retention app | Fee / Employment Applications | 0.10 | 820.00 | $82.00 |
| 5/18/2023 | Eunice Min | Prepare list of insiders for SOFAs and email counsel regarding | Court Filings | 1.40 | 820.00 | $1,148.00 |
| 5/18/2023 | Eunice Min | Respond to counsel on list of potential insiders. | Court Filings | 0.20 | 820.00 | $164.00 |
| 5/18/2023 | Jason Crockett | Coordinate with counsel and the Company on critical vendor relief, timing, authorization, and related issues. | Court Filings | 0.70 | 1,030.00 | $721.00 |
| 5/18/2023 | Jason Crockett | Participate in sales process update call with board. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 5/18/2023 | Raul Busto | Discuss latest budget update with J. Carino. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/18/2023 | Mitchell Boal | Converted statements of Debtor in periodic update model and ensured accuracy with third-party data. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/18/2023 | Jason Crockett | Review of information related to data room, buyers, and status. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 5/18/2023 | Timothy Strickler | Researched payment data for statement of financial affairs. | Court Filings | 0.50 | 560.00 | $280.00 |
| 5/18/2023 | Raul Busto | Comment on retention application. | Fee / Employment Applications | 0.20 | 680.00 | $136.00 |
| 5/18/2023 | Eunice Min | Review Province employment application for filing | Fee / Employment Applications | 0.40 | 820.00 | $328.00 |
| 5/18/2023 | Eunice Min | Catch up call with K. Steverson (Omni) regarding schedules/statements. | Case Administration | 0.10 | 820.00 | $82.00 |
| 5/18/2023 | Raul Busto | Work on financial update. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 5/18/2023 | Raul Busto | Download and share files for prospective buyer. | Sale Process | 0.40 | 680.00 | $272.00 |
| 5/19/2023 | Eunice Min | Continue compiling responses on schedules and sofa's | Court Filings | 1.90 | 820.00 | $1,558.00 |
| 5/19/2023 | Timothy Strickler | Review executory contracts for filing schedules. | Court Filings | 2.50 | 560.00 | $1,400.00 |
| 5/19/2023 | Eunice Min | Prepare list of 1-year insider payments | Court Filings | 2.20 | 820.00 | $1,804.00 |
| 5/19/2023 | Michael Atkinson | Review schedule and sofa details and open items | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 5/19/2023 | Eunice Min | Call with J. Carino and controller to discuss reporting and other questions | Business Analysis / Operations | 1.00 | 820.00 | $820.00 |
| 5/19/2023 | Jason Crockett | Analyze information related to financials of each debtor and reporting requirements. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 5/19/2023 | Eunice Min | Prepare update email for Omni on schedules and statements | Case Administration | 0.30 | 820.00 | $246.00 |

11

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/19/2023 | Eunice Min | Populate dataroom for Omni | Case Administration | 0.80 | 820.00 | $656.00 |
| 5/20/2023 | Jason Crockett | Analyze reply arguments to Carnival bid procedures objection. | Court Filings | 1.50 | 1,030.00 | $1,545.00 |
| 5/20/2023 | Raul Busto | Review and comment on Carnival objection replies. | Litigation | 2.10 | 680.00 | $1,428.00 |
| 5/20/2023 | Michael Atkinson | Review Carnival objection | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 5/21/2023 | Stilian Morrison | Review bid procedures reply to objection | Court Filings | 0.40 | 980.00 | $392.00 |
| 5/21/2023 | Jason Crockett | Review of latest draft reply to Carnival sale objection and prepare edits. | Court Filings | 1.40 | 1,030.00 | $1,442.00 |
| 5/21/2023 | Raul Busto | Review and comment on Carnival objection reply. | Litigation | 0.80 | 680.00 | $544.00 |
| 5/21/2023 | Michael Atkinson | Call with counsel regarding Carnival and Corbin | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 5/21/2023 | Raul Busto | Analyze revenue by customer. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 5/21/2023 | Michael Atkinson | Review data room status and documents | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 5/21/2023 | Michael Atkinson | Review sales process | Sale Process | 0.70 | 1,320.00 | $924.00 |
| 5/22/2023 | Raul Busto | Respond to counsel's questions on APA. | Sale Process | 0.20 | 680.00 | $136.00 |
| 5/22/2023 | Jason Crockett | Analyze liquidity at various dates and with sensitivity on receipts and timing. | Financing Activities | 1.20 | 1,030.00 | $1,236.00 |
| 5/22/2023 | Jason Crockett | Review of company diligence provided related to SOFAs and schedules. | Business Analysis / Operations | 0.40 | 1,030.00 | $412.00 |
| 5/22/2023 | Raul Busto | Analyze revised trial balances. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/22/2023 | Timothy Strickler | Prepared employee payments and accounts receivable reports for schedules/SOFAs. | Court Filings | 2.50 | 560.00 | $1,400.00 |
| 5/22/2023 | Raul Busto | Update budget for removal of certain professional fees. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/22/2023 | Eunice Min | Analyze insider payments and prepare SOFA 4 | Court Filings | 1.90 | 820.00 | $1,558.00 |
| 5/22/2023 | Raul Busto | Attend status conference. | Court Hearings | 0.40 | 680.00 | $272.00 |
| 5/22/2023 | Raul Busto | Prepare next round of correspondence with bidders. | Sale Process | 0.40 | 680.00 | $272.00 |
| 5/22/2023 | Michael Atkinson | Attend hearing | Court Hearings | 0.40 | 1,320.00 | $528.00 |
| 5/22/2023 | Raul Busto | Review amended CV pleadings. | Court Filings | 1.10 | 680.00 | $748.00 |
| 5/22/2023 | Raul Busto | Respond to counsel's questions on APA. | Sale Process | 0.20 | 680.00 | $136.00 |
| 5/22/2023 | Jason Crockett | Review of APA and outstanding items. | Sale Process | 1.20 | 1,030.00 | $1,236.00 |
| 5/22/2023 | Michael Atkinson | Review and follow up with potential buyers with emails | Sale Process | 0.60 | 1,320.00 | $792.00 |
| 5/22/2023 | Jason Crockett | Analyze issues related to critical vendors and budgeting. | Business Analysis / Operations | 0.70 | 1,030.00 | $721.00 |
| 5/22/2023 | Raul Busto | Call with J. Carino on potential impact to budget for delay in milestones. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/22/2023 | Michael Atkinson | Review and discuss with counsel hearing | Court Hearings | 0.50 | 1,320.00 | $660.00 |
| 5/22/2023 | Jason Crockett | Participate in court hearing regarding bid procedures and mediation. | Court Hearings | 0.30 | 1,030.00 | $309.00 |
| 5/22/2023 | Raul Busto | Analyze entity level balance sheets. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/2023 | Raul Busto | Review management's responses to diligence reporting. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/22/2023 | Jason Crockett | Review of draft balance sheet information for MOR. | Business Analysis / Operations | 0.90 | 1,030.00 | $927.00 |
| 5/22/2023 | Raul Busto | Revise budget. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/22/2023 | Raul Busto | Review retained contract updates for APA. | Sale Process | 0.30 | 680.00 | $204.00 |
| 5/23/2023 | Timothy Strickler | Prepared updated schedules of 90-day and 1-year payments. | Court Filings | 1.50 | 560.00 | $840.00 |
| 5/23/2023 | Eunice Min | Prepare draft of Periodic Report (Report 2015.3) for DIPL | Court Filings | 2.60 | 820.00 | $2,132.00 |
| 5/23/2023 | Raul Busto | Make changes to budget forecast. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/23/2023 | Timothy Strickler | Reviewed and reconciled schedules of 90-day and 1-year payments. | Court Filings | 2.60 | 560.00 | $1,456.00 |
| 5/23/2023 | Eunice Min | Correspondence with company and Potter related to new bank account | Case Administration | 0.30 | 820.00 | $246.00 |
| 5/23/2023 | Raul Busto | Update sale process materials. | Sale Process | 1.10 | 680.00 | $748.00 |
| 5/23/2023 | Raul Busto | Work on outstanding concerns with APA. | Sale Process | 0.70 | 680.00 | $476.00 |
| 5/23/2023 | Jason Crockett | Prepare information for APA schedules. | Sale Process | 1.10 | 1,030.00 | $1,133.00 |
| 5/23/2023 | Jason Crockett | Address open APA schedules and related issues. | Sale Process | 1.30 | 1,030.00 | $1,339.00 |
| 5/23/2023 | Eunice Min | Continue preparing data for schedules and statements | Court Filings | 2.10 | 820.00 | $1,722.00 |
| 5/23/2023 | Eunice Min | Continue preparing data for schedules and statements and draft follow up diligence request list for company | Court Filings | 1.80 | 820.00 | $1,476.00 |
| 5/24/2023 | Raul Busto | Updates sale process tracker. | Sale Process | 0.40 | 680.00 | $272.00 |
| 5/24/2023 | Jason Crockett | Prepare budget updates. | Financing Activities | 1.10 | 1,030.00 | $1,133.00 |
| 5/24/2023 | Michael Atkinson | Review and analyze sale process | Sale Process | 0.70 | 1,320.00 | $924.00 |
| 5/24/2023 | Jason Crockett | Assist in preparing discovery production. | Litigation | 0.80 | 1,030.00 | $824.00 |
| 5/24/2023 | Raul Busto | Review APA and disclosure schedules. | Sale Process | 1.30 | 680.00 | $884.00 |
| 5/24/2023 | Raul Busto | Analyze quickbooks invoices. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/24/2023 | Eunice Min | Continue preparing data for schedules and statements. | Court Filings | 2.40 | 820.00 | $1,968.00 |
| 5/24/2023 | Jason Crockett | Prepare discovery information related to Carnival. | Litigation | 1.60 | 1,030.00 | $1,648.00 |
| 5/24/2023 | Timothy Strickler | Researched payment data related to SOFAs. | Court Filings | 0.50 | 560.00 | $280.00 |
| 5/24/2023 | Raul Busto | Update 13-week budget. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 5/24/2023 | Raul Busto | Work on draft wind-down budget. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 5/24/2023 | Raul Busto | Prepare weekly DIP reporting package. | Business Analysis / Operations | 2.70 | 680.00 | $1,836.00 |
| 5/24/2023 | Raul Busto | Review responses on APA diligence. | Sale Process | 0.30 | 680.00 | $204.00 |
| 5/24/2023 | Michael Atkinson | Review and analyze schedules and sofas status and questions | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/24/2023 | Raul Busto | Call with J. Carino to discuss cash update. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/25/2023 | Jason Crockett | Prepare information for hearing on DIP financing and sales process. | Court Hearings | 1.40 | 1,030.00 | $1,442.00 |
| 5/25/2023 | Timothy Strickler | Prepared/reconciled updated A/P balances for filing schedules. | Court Filings | 1.20 | 560.00 | $672.00 |
| 5/25/2023 | Raul Busto | Multiple calls with M. Atkinson and J. Crockett on testimony preparation. | Litigation | 1.40 | 680.00 | $952.00 |
| 5/25/2023 | Stilian Morrison | Review updated budget | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 5/25/2023 | Raul Busto | Review diligence responses to SOFA / SOALs. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/25/2023 | Raul Busto | Make changes to wind-down budget. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/25/2023 | Eunice Min | Review company production and update Schedule G folder | Court Filings | 0.80 | 820.00 | $656.00 |
| 5/25/2023 | Raul Busto | Review M. Atkinson testimony preparation. | Litigation | 0.70 | 680.00 | $476.00 |
| 5/25/2023 | Raul Busto | Work on wind-down budget. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/25/2023 | Raul Busto | Review balances for SOALs. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 5/25/2023 | Jason Crockett | Prepare information regarding financing related to contest hearing. | Financing Activities | 1.50 | 1,030.00 | $1,545.00 |
| 5/25/2023 | Eunice Min | Continue preparing data for schedules and statements. | Court Filings | 2.70 | 820.00 | $2,214.00 |
| 5/25/2023 | Michael Atkinson | Review and analyze documents for potential contested hearing and testimony | Court Hearings | 1.20 | 1,320.00 | $1,584.00 |
| 5/25/2023 | Eunice Min | Continue preparing data for schedules and statements. | Court Filings | 3.20 | 820.00 | $2,624.00 |
| 5/25/2023 | Eunice Min | Analyze receivables by aging and by customer | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 5/25/2023 | Jason Crockett | Prepare information for APA schedules and wind down budget. | Sale Process | 1.60 | 1,030.00 | $1,648.00 |
| 5/25/2023 | Raul Busto | Work on testimony preparation. | Litigation | 1.30 | 680.00 | $884.00 |
| 5/25/2023 | Michael Atkinson | Review winddown budget | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 5/25/2023 | Eunice Min | Prepare correspondence related to cash management to Truist | Case Administration | 0.20 | 820.00 | $164.00 |
| 5/26/2023 | Raul Busto | Review management's response to trial balance diligence. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/26/2023 | Eunice Min | Revise Report 2015.3 for DIPL per comments from debtors. | Court Filings | 1.70 | 820.00 | $1,394.00 |
| 5/26/2023 | Raul Busto | Correspond with Company on funded debt balance related issues. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/26/2023 | Stilian Morrison | Review DIP declaration | Court Filings | 0.30 | 980.00 | $294.00 |
| 5/26/2023 | Raul Busto | Work on schedule of assets and liabilities. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/26/2023 | Raul Busto | Correspond with Company on various vendor related questions. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/26/2023 | Michael Atkinson | Review and prepare for hearing | Business Analysis / Operations | 2.60 | 1,320.00 | $3,432.00 |
| 5/26/2023 | Jason Crockett | Prepare information in advance of hearing related to cash flow, sales process and financing. | Court Hearings | 1.70 | 1,030.00 | $1,751.00 |
| 5/26/2023 | Eunice Min | Draft global notes to schedules and statements. | Court Filings | 2.10 | 820.00 | $1,722.00 |
| 5/26/2023 | Michael Atkinson | Attend court hearing | Court Hearings | 3.00 | 1,320.00 | $3,960.00 |
| 5/26/2023 | Raul Busto | Attend contested DIP hearing. | Court Hearings | 4.00 | 680.00 | $2,720.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/26/2023 | Raul Busto | Respond to critical vendor diligence questions impact on liquidity. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/27/2023 | Raul Busto | Review management's responses on SOFA / SOAL diligence | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 5/28/2023 | Raul Busto | Analyze cash projection scenarios. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/29/2023 | Eunice Min | Analyze information for debtors for schedules and statements | Court Filings | 0.90 | 820.00 | $738.00 |
| 5/30/2023 | Eunice Min | Review secured debt claim calculations as of petition date | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 5/30/2023 | Jason Crockett | Review and analyze issues related to adequate protection and cash flow. | Financing Activities | 1.40 | 1,030.00 | $1,442.00 |
| 5/30/2023 | Jason Crockett | Review of term sheet drafts and comments. | Business Analysis / Operations | 0.70 | 1,030.00 | $721.00 |
| 5/30/2023 | Eunice Min | Revise Rule 2015 report on DIPL | Court Filings | 1.50 | 820.00 | $1,230.00 |
| 5/30/2023 | Eunice Min | Review outstanding statements and schedules items | Court Filings | 0.80 | 820.00 | $656.00 |
| 5/30/2023 | Jason Crockett | Review of draft report related to DIPL. | Court Filings | 0.40 | 1,030.00 | $412.00 |
| 5/30/2023 | Raul Busto | Review rule 2015 report. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/30/2023 | Jason Crockett | Review of terms related to potential settlement with key party. | Sale Process | 0.90 | 1,030.00 | $927.00 |
| 5/30/2023 | Eunice Min | Continue preparing schedules and statements | Court Filings | 1.60 | 820.00 | $1,312.00 |
| 5/30/2023 | Raul Busto | Respond to critical vendor diligence questions. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/30/2023 | Raul Busto | Analyze potential adequate protection for lender. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 5/30/2023 | Raul Busto | Analyze accrued loan balance calculations. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 5/30/2023 | Raul Busto | Review cash balance. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/30/2023 | Raul Busto | Analyze Corbin settlement proposal. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 5/31/2023 | Eunice Min | Review remaining outstanding statements and schedules items | Court Filings | 1.30 | 820.00 | $1,066.00 |
| 5/31/2023 | Raul Busto | Create weekly budget reporting package. | Business Analysis / Operations | 3.00 | 680.00 | $2,040.00 |
| 5/31/2023 | Raul Busto | Revise budget update per J. Carino's comments on receipts. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 5/31/2023 | Jason Crockett | Participate in call with D. Mack and E. Lazerowitz regarding liquidity. | Financing Activities | 0.50 | 1,030.00 | $515.00 |
| 5/31/2023 | Jason Crockett | Analyze cash flow and liquidity under certain assumptions. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 5/31/2023 | Raul Busto | Call with counsel, D. Mack and J. Crockett on liquidity forecasting. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/31/2023 | Raul Busto | Call with J. Carino on budget update. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/31/2023 | Jason Crockett | Review of position statements related to upcoming mediation. | Litigation | 1.40 | 1,030.00 | $1,442.00 |
| 5/31/2023 | Raul Busto | Prepare cash projection model. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 5/31/2023 | Michael Atkinson | Review and analyze carnival issues | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 5/31/2023 | Jason Crockett | Coordinate payment of certain ordered prepetition amounts due. | Business Analysis / Operations | 0.40 | 1,030.00 | $412.00 |
| 5/31/2023 | Raul Busto | Review correspondence with management on mediation. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/31/2023 | Raul Busto | Review Carnival's mediation statement. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/31/2023 | Jason Crockett | Call with J. Carino regarding operations issues and payment timing and authorization. | Business Analysis / Operations | 0.50 | 1,030.00 | $515.00 |
| 5/31/2023 | Raul Busto | Review accounting related diligence responses. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/31/2023 | Raul Busto | Call with J. Carino and J. Crockett on vendor diligence. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 5/31/2023 | Jason Crockett | Address issues related to accounting treatment of certain transactions, making payments, and other operating issues. | Business Analysis / Operations | 0.70 | 1,030.00 | $721.00 |
| 5/31/2023 | Raul Busto | Research comparable multiples for mediation discussions. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/31/2023 | Raul Busto | Review stalking horse APA diligence questions. | Sale Process | 0.80 | 680.00 | $544.00 |
| 5/31/2023 | Eunice Min | Revise global notes to schedules and statements | Court Filings | 1.60 | 820.00 | $1,312.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 5/26/2023 | Airfare/Train | Amtrak - M. Atkinson train BWI-Wilmington, DE to attend hearing. | $146.00 |
| 5/26/2023 | Meals | Olympic Steaks and Subs - M. Atkinson lunch while traveling to Wilmington, DE to attend hearing. | $12.70 |
| 5/26/2023 | Ground Transportation | LAZ Parking - M. Atkinson parking fee while traveling to Wilmington, DE to attend hearing. | $9.00 |
| 5/26/2023 | Ground Transportation | Lyft - M. Atkinson transportation while traveling to Wilmington, DE to attend hearing. | $10.28 |
| 5/26/2023 | Airfare/Train | Amtrak - M. Atkinson train Wilmington, DE-BWI to attend hearing. | $115.00 |
| | **Total Expenses** | | **$292.98** |