**Exhibit B**

**Statement of Expenses**

| Client Ref: | 0018 - 0002 | July 5, 2023 |

**Reference No. 130**

| Date | Expenses | Amount |
|---|---|---|
| 05/31/23 | Online research  - Westlaw | 19.22 |
| **Total Expenses** | | **$19.22** |