**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 248** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED FIRST MONTHLY APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD APRIL 30, 2023 THROUGH MAY 31, 2023**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the *Combined First Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period April 30, 2023 Through May 31, 2023* [Docket No. 248] (the "Application") of Potter Anderson & Corroon LLP (the "Applicant"). The undersigned further certifies that she has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 174] (the "Interim Compensation Order") entered May 26, 2023, the Debtors are authorized and directed to pay the Applicant eighty

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] Pursuant to the Interim Compensation Order, parties have twenty-one (21) days after the date of service to object to the Application.

IMPAC 10907505v.1

percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: July 10, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  csamis@potteranderson.com<br>           kgood@potteranderson.com<br>           astulman@potteranderson.com<br>           srizvi@potteranderson.com<br><br>-and-<br><br>Cullen Drescher Speckhart, Esq.<br>Michael A. Klein, Esq.<br>Evan Lazerowitz, Esq.<br>Paul Springer, Esq.<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 479-6000<br>Facsimile:  (212) 479-6275<br>Email:  cspeckhart@cooley.com<br>           mklein@cooley.com<br>           elazerowitz@cooley.com<br>           pspringer@cooley.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

# EXHIBIT A

**DeCurtis Holdings LLC,** *et al.*
**Case No. 23-10548 (JKS)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Potter Anderson & Corroon LLP [Docket No. 248] | 4/30/23 - 5/31/23 | $283,789.50 (Fees) $4,233.15 (Expenses) | $227,031.60 (Fees @ 80%) $4,233.15 (Expenses @ 100%) | 6/16/23 | 7/7/23 |

IMPAC 10907505v.1