# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: August 7, 2023 at 4:00 p.m. (ET)** |

## SUMMARY OF SECOND MONTHLY APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023

| | |
|---|---|
| Name of Applicant: | Potter Anderson & Corroon LLP |
| Authorized to Provide Professional Services to: | the above-captioned Debtors and Debtors in Possession |
| Date of Retention: | June 5, 2023 effective as of April 30, 2023 |
| Period for which compensation and reimbursement are sought: | June 1, 2023 through June 30, 2023[2] |
| Amount of Compensation sought as actual, reasonable, and necessary: | $169,785.60 (80% of $212,232.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $8,333.65 |

This is a(n):  X  monthly ____ interim __final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] This application also includes fess and expenses from May 2023 that were not captured in Potter Anderson's Combined First Monthly Fee App.

IMPAC 10915324v.2

Previously Filed Applications:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) |
|---|---|---|---|---|---|
| June 16, 2023 [Docket No. 248] | April 30, 2023 – May 31, 2023 | $283,789.50 | $4,233.15 | $283,789.50 | $4,233.15 |

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael W. Whittaker | Joined firm as an Associate in 2000. Partner in 2008. Member of DE Bar since 2000. Member of FL since 2003. | $920 | 0.1 | $92.00 |
| Christopher M. Samis | Joined firm as a Partner in 2019. Member of DE & PA Bars since 2006. | $865 | 46.1 | $39,876.50 |
| L. Katherine Good | Joined firm as Partner in 2019. Member of PA Bar since 2007. Member of DE Bar since 2008. | $830 | 40.4 | $33,532.00 |
| Aaron H. Stulman | Joined firm as an Associate in 2019. Member of DE Bar since 2012. Member of NY Bar since 2014. Partner in 2023. | $675 | 93.9 | $63,382.50 |
| Gregory J. Flasser | Joined firm as an Associate in 2023. Member of DE Bar since 2015 and NJ Bar since 2016. | $585 | 15.2 | $8,892.00 |
| Sameen Rizvi | Joined firm as an Associate in 2021. Member of the DE Bar since 2022. | $460 | 76.8 | $35,328.00 |
| Levi Akkerman | Joined firm as an Associate in 2022. Member of the DE Bar since 2022. | $440 | 9.7 | $4,268.00 |
| Michelle M. Dero | Joined firm as Paralegal in 2022. Paralegal since 1997. | $350 | 4.2 | $1,470.00 |
| Melissa L. Romano | Joined firm as a Paralegal in 2023. Paralegal since 2003. | $350 | 1.4 | $490.00 |
| Kristin A. McCloskey | Joined firm as a Paralegal in 2023. Paralegal since 2004. | $350 | 0.8 | $280.00 |

3

| Lauren C. Huber | Joined firm as a Paralegal in 2019.  Paralegal since 2018. | $330 | 70.6 | $23,298.00 |
|---|---|---|---|---|
| Litigation Support | In-house Technology and Computer Support for Potter Anderson | $270 | 4.9 | $1,323.00 |
| | | **TOTAL** | **364.1** | **$212,232.00** |
| | | **Grand Total** | | **$212,232.00** |
| | | **Attorney** | | **$185,371.00** |
| | | **Total Attorney Hours** | | **282.2** |
| | | **Blended Attorney Rate** | | **$656.88** |

IMPAC 10915324v.2

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Project Category | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (AA) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (AP) | 85.8 | $49,454.50 |
| Business Operations (BO) | 18.3 | $9,962.50 |
| Case Administration (CA) | 14.8 | $7,276.50 |
| Court Appearances/Communications/Hearings (CH) | 85.2 | $49,426.50 |
| Creditor Inquiries (CI) | 1.1 | $948.00 |
| Financing/Cash Collateral/DIP (CR) | 40.6 | $27,251.50 |
| Employment Applications/Objections (EA) | 28.4 | $15,352.50 |
| Employee Benefits/Pensions (EB) | 0.3 | $175.50 |
| Executory Contracts and Leases (EC) | 35.5 | $20,392.50 |
| Fee Applications/Objections (FA) | 9.0 | $3,816.00 |
| Tax Issues/Corporate Matters (MA) | 0.0 | $0.00 |
| Committee Communications/Meetings (MC) | 0.0 | $0.00 |
| Relief from Stay Proceedings (MR) | 3.4 | $2,136.00 |
| Claims Administration and Objections (PC) | 11.2 | $6,044.00 |
| Plan and Disclosure Statement (PL) | 0.0 | $0.00 |
| Asset Disposition/Use, Sale (SA) | 17.1 | $10,456.00 |
| Communications with Debtors or Trustee (TR) | 12.7 | $9,067.50 |
| Utilities (UM) | 0.7 | $472.50 |
| Valuation (VT) | 0.0 | $0.00 |
| Non-Working Travel (NWT) | 0.0 | $0.00 |
| **TOTAL** | **364.1** | **$212,232.00** |

IMPAC 10915324v.2

## EXPENSE CATEGORY
## JUNE 1, 2023 THROUGH JUNE 30, 2023

| Expense Category | Amount |
|---|---|
| Copies (10 cents per page) | $0.00 |
| Color Copies (80 cents per page) | $0.00 |
| Digital Scanning/Reproduction (DLS Discovery) | $4,818.82 |
| Legal Research | $0.00 |
| Postage | $0.00 |
| Federal Express | $0.00 |
| Long Distance / Client Telephone | $0.00 |
| Miscellaneous Court Costs (Lien Search/CourtCall) | $101.00 |
| Pacer Electronic Records | $3.00 |
| Special Delivery & Daily Runner Services (Parcels, Inc.) | $90.00 |
| Court Reporter (Reliable) | $2,102.50 |
| Travel/Lodging | $573.59 |
| E-Filing | $0.00 |
| Meals | $644.74 |
| **TOTAL** | **$8,333.65** |

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Meal & Number of People | Description | Amount |
| 6/6/23 | The Quoin Hotel | Dinner for 6 | Preparation for June 7th Hearing | $350.00 |
| 6/7/23 | Panera Bread | Breakfast for 6 | Preparation for June 7th Hearing | $163.94 |
| 6/7/23 | Chelsea Tavern | Lunch for 6 | Continued preparations during June 7th hearing break | $130.80 |
| **TOTAL** | | | | **$644.74** |

IMPAC 10915324v.2

| **TRAVEL DETAIL** | | | |
|---|---|---|---|
| **Date** | **Provider** | **Destination & Number of People** | **Amount** |
| 5/4/23 | Lyft | Sameen Rizvi – Travel for first day hearing | $6.99 |
| 6/6/23 | The Quoin Hotel | Derek Fournier – Lodging for June 7 Hearing | $419.81 |
| 6/7/23 | Campbell Transportation | Derek Fournier – Travel from Wilmington to Philadelphia following June 7th hearing | $146.79 |
| **TOTAL** | | | **$573.59** |

IMPAC 10915324v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10548 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objection Deadline: August 7, 2023 at 4:00 p.m. (ET)** |

**SECOND MONTHLY APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023**

Pursuant to Sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 174] (the "Administrative Order"), Potter Anderson & Corroon LLP ("Potter Anderson") hereby files this *Second Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period June 1, 2023 Through June 30, 2023* (the "Application"). By the Application, Potter Anderson seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $212,232.00 as compensation and $8,333.65 for reimbursement of actual and necessary expenses, for a total of $220,565.65 for the period June 1,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

IMPAC 10915324v.2

2023 through June 30, 2023 (the "Compensation Period"). In support of this Application, Potter Anderson respectfully represents as follows:

**Background**

1. On April 30, 2023 (the "Petition Date"), DeCurtis Holdings LLC and its affiliated debtor (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2. The Debtors have continued possession of its property and have continued to operate and maintain their business as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. No trustee of examiner has been appointed in the Chapter 11 Cases.

3. Potter Anderson was retained effective as of the Petition Date by this Court's Order, dated June 5, 2023 [Docket No. 214] (the "Retention Order"). The Retention Order authorized Potter Anderson to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**Compensation Paid and its Source**

4. All services for which compensation are requested by Potter Anderson were performed for or on behalf of the Debtors.

5. Potter Anderson has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Potter Anderson and any other person other than the Partners of Potter Anderson for the sharing of compensation to be received for services rendered in this case.

IMPAC 10915324v.2

**Fee Statement**

6. The fee statement for the Compensation Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for the Compensation Period. To the best of Potter Anderson's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rule 2016-2, applicable Third Circuit law and the Administrative Order.

**Actual and Necessary Expenses**

7. A summary of actual and necessary expenses and daily logs of expenses incurred by Potter Anderson during the Compensation Period is attached hereto as **Exhibit B**. Potter Anderson charges all of its bankruptcy clients $0.10 per page for photocopying expenses ($0.80 for color copies) and $0.10 per page for printing. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

8. Regarding providers of online legal research (*e.g.*, LEXIS and WESTLAW), Potter Anderson currently is under contract to pay these providers at an agreed upon discounted rate. Further, Potter Anderson passes such discount onto its clients by charging clients a pro-rated rate, based on searches ran, of Potter Anderson's discounted rate with the online-providers.

9. Potter Anderson believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Potter Anderson believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

IMPAC 10915324v.2

**Summary of Services Rendered**

10.     The Potter Anderson attorneys who have rendered professional services in this case are as follows: Michael W. Whittaker, Christopher M. Samis, L. Katherine Good, Aaron H. Stulman, Gregory J. Flasser, Sameen Rizvi and Levi Akkerman.  The paraprofessionals who have provided services to these attorneys in this case are as follows: Michelle M. Dero, Melissa L. Romano, Kristin A. McCloskey, Lauren C. Huber and Potter Anderson's Litigation Support.

11.     Potter Anderson, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with this case and has performed all necessary professional services, which are described and narrated in detail hereinafter.

AA.    <u>Asset Analysis and Recovery</u>

Fees: $0.00;                                                            Total Hours: 0.0

This category includes all matters related to the investigation of Debtors' assets other than for litigation, valuation or sale purposes.

AP.    <u>Litigation/Adversary Proceedings</u>

Fees: $49,454.50;                                                    Total Hours: 85.8

This category includes all matters related to litigation and adversary proceedings.

BO.    <u>Business Operations</u>

Fees: $9,962.50;                                                      Total Hours: 18.3

This category includes all matters related to transactional corporate governance, and other matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

    CA.    <u>Case Administration</u>

        Fees:  $7,276.50;        Total Hours: 14.8

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, critical date lists, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

    CH.    <u>Court Appearances/Communications/Hearings</u>

        Fees:  $49,426.50;        Total Hours: 85.2

This category includes all matters related to preparation for and attendance at court hearings.

    CI.    <u>Creditor Inquiries</u>

        Fees:  $948.00;        Total Hours: 1.1

This category includes all matters related to responding to creditor inquiries.

    CR.    <u>Financing/Cash Collateral/DIP</u>

        Fees:  $27,251.50;        Total Hours: 40.6

This category includes all matters related to the negotiation and documentation of debtor in possession financing and exit financing, all cash collateral issues and related pleadings.

    EA.    <u>Employment Applications/Objections</u>

        Fees:  $15,352.50;        Total Hours: 28.4

This category includes all matters related to preparing applications to retain Potter Anderson, time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

EB.   Employee Benefits/Pensions

Fees: $175.50;                                    Total Hours: 0.3

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA and retirement benefits.

EC.   Executory Contracts and Leases

Fees: $20,392.50;                                 Total Hours: 35.5

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

FA.   Fee Applications/Objections

Fees: $3,816.00;                                  Total Hours: 9.0

This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for Potter Anderson and other professionals, reviewing and objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

MA.   Tax Issues/Corporate Matters

Fees: $0.00;                                      Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than tax aspects of the plan or reorganization.

MC.   Committee Communications/Meetings

Fees: $0.00;                                      Total Hours: 0.0

This category includes all communications and meetings with or between the Committee and its counsel.

IMPAC 10915324v.2

    MR.    <u>Relief from Stay Proceedings</u>

           Fees: $2,136.00;                        Total Hours: 3.4

This category includes all matters related to drafting, negotiations and objections related to stay relief motions.

    PC.    <u>Claims Administration and Objections</u>

           Fees: $6,044.00;                        Total Hours: 11.2

This category includes all matters related to claims administration and bar date issues, and claims objections and related contested matters.

    PL.    <u>Plan and Disclosure Statement</u>

           Fees: $0.00;                            Total Hours: 0.0

This category includes all matters related to the review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements and related corporate documentation and all research relating thereto.

    SA.    <u>Asset Disposition/Use, Sale</u>

           Fees: $10,456.00;                     Total Hours: 17.1

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

    TR.    <u>Communications with Debtors or Trustee</u>

           Fees: $9,067.50;                        Total Hours: 12.7

This category includes all communications with the Debtors or its advisors related to the bankruptcy cases and not otherwise subsumed within another category.

UM.  <u>Utilities</u>

    Fees:  $472.50;                                      Total Hours: 0.7

This category includes all matters related to utility issues.

VT.  <u>Valuation</u>

    Fees:  $0.00;                                        Total Hours: 0.0

This category includes all matters related to valuation of assets.

NWT.  <u>Non-Working Travel</u>

    Fees:  $0.00;                                        Total Hours: 0.0

This category includes all time not otherwise chargeable.

## Valuation of Services

12.    Attorneys and paraprofessionals of Potter Anderson have expended a total of 364.1 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Michael W. Whittaker | 0.1 | $920 |
| Christopher M. Samis | 46.1 | $865 |
| L. Katherine Good | 40.4 | $830 |
| Aaron H. Stulman | 93.9 | $675 |
| Gregory J. Flasser | 15.2 | $585 |
| Sameen Rizvi | 76.8 | $460 |
| Levi Akkerman | 9.7 | $440 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Michelle M. Dero | 4.2 | $350 |
| Melissa L. Romano | 1.4 | $350 |
| Kristin A. McCloskey | 0.8 | $350 |
| Lauren C. Huber | 70.6 | $330 |
| Litigation Support | 4.9 | $270 |

13.    The nature of the work performed by these persons is fully set forth in **Exhibit A** attached hereto.  These are Potter Anderson's normal hourly rates for work of this character.  The

8

reasonable value of the services rendered by Potter Anderson to the Debtors during the Compensation Period is $212,232.00.

14. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Potter Anderson is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.  Moreover, Potter Anderson has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Potter Anderson respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to Potter Anderson pursuant to the terms of the Administrative Order, with respect to the sum of $212,232.00 as compensation for necessary professional services rendered (80% of which equals $169,785.60) and the sum of $8,333.65 as reimbursement of actual necessary costs and expenses, for a total of $220,565.65 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated:  July 17, 2023<br>　　　　Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Levi Akkerman*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Levi Akkerman (No. 7015)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  csamis@potteranderson.com<br>　　　　kgood@potteranderson.com<br>　　　　astulman@potteranderson.com<br>　　　　lakkerman@potteranderson.com<br><br>*Counsel for Debtors and Debtors in Possession* |

9

## **VERIFICATION**

I, Christopher M. Samis, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and based on the information and records available to me:

a) I am a Partner with the applicant firm, Potter Anderson & Corroon LLP and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the professionals in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

/s/ *Christopher M. Samis*
Christopher M. Samis (No. 4909)

IMPAC 10915324v.2