**EXHIBIT B**

DeCurtis Holdings LLC
Re Ch. 11 Representation

DISBURSEMENTS

Through June 30, 2023

| | | |
|---|---|---:|
| 1400 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 5886841805041501 DATE: 5/4/2023<br>Credit CardAdministration Misc USBC Filing Fees - Motion to Redact Creditor Matrix | 26.00 |
| 1410 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 5887000005041501 DATE: 5/4/2023<br>Credit CardAdministration District Court Filing Fees AHSA USDC PHV Filings - Michael Klein, Evan Lazerowitz and Paul Springer | 75.00 |
| 1414 | VENDOR: Reliable Wilmington INVOICE#: WL111210 DATE: 6/20/2023<br>Reliable Wilmington Transcripts | 2,102.50 |
| 1418 | TRAVEL/LODGING | 573.59 |
| 1419 | MEALS | 644.74 |
| 1464 | April 2023 Pacer Electronic Records | 3.00 |
| 1469 | Parcels SumInv 36989 36990 | 90.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 178283 DATE: 6/20/2023<br>DLS Discovery, LLC Litigation and Color Prints, Courier Services | 4,818.82 |
| | Total Disbursements | $8,333.65 |