IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DECURTIS HOLDINGS, LLC, *et al.*, | ) ) ) | Case No. 23-10548 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF CARNIVAL CORPORATION'S FILING OF TESTIMONY

Carnival Corporation hereby submits and moves into evidence without objection[1] the following trial testimony from the Florida Litigation, Case No. 1:20-cv-22945-RNS (S.D. Fla.), for this Court's consideration in connection with the evidentiary hearing that will commence before this Court on July 18, 2023:

1. Highlighted excerpts of the Florida trial testimony of John Padgett, dated February 28 and March 1, 2023, with documentary exhibits referenced therein, attached hereto as Exhibit A;

2. Highlighted excerpts of the Florida trial testimony of Michael Jungen, dated March 1, 2023, with documentary exhibits referenced therein, attached hereto as Exhibit B;

3. Highlighted excerpts of the Florida trial testimony of James Learish, dated March 7, 2023, with documentary exhibits referenced therein, attached hereto as Exhibit C;

4. Transcript of the Florida videotaped trial testimony of Megha Agrawal (filed at D.E. 549-1 in the Florida Litigation), with documentary exhibits referenced therein, attached hereto as Exhibit D;

---

[1] Pursuant to paragraph 7 of the Scheduling Order (D.E. 321) dated July 6, 2023, the parties agreed that they will not object to the admission of evidence admitted at trial in the Florida Litigation and all transcripts of trial or court hearings in the Florida Litigation for purposes of these bankruptcy proceedings subject to the same limitations on the admission of such evidence that existed in the Florida Litigation and provided that any confidentiality restrictions on such evidence are maintained in the bankruptcy proceeding and Adversary Proceeding.

PHIL1 10576556v.1

5. Transcript of the Florida videotaped trial testimony of Simon Murray (filed at D.E. 549-2 in the Florida Litigation), with public documentary exhibits referenced therein, attached hereto as Exhibit E; and

6. Excerpts of the Florida trial testimony of Erik de la Iglesia, dated March 6, 7, and 9, 2023, attached hereto as Exhibit F.

In addition, Carnival hereby submits and moves into evidence the Declaration of Erik de la Iglesia regarding Debtors' Opening Brief in Support of Their Motion for a Declaration that Debtors' Own Their Assets, attached hereto as Exhibit G. Mr. de la Iglesia will be available for cross-examination at the hearing that will commence before this Court on July 18, 2023.

| | |
|---|---|
| Dated: July 17, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Richard M. Beck (DE Bar No. 3370)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com<br>        rbeck@klehr.com<br>        sveghte@klehr.com |
| | -and- |
| | Raniero D'Aversa, Esq.<br>Michael Trentin, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York, 10019-6142<br>Telephone: (212) 506-5000<br>Email: rdaversa@orrick.com<br>        mtrentin@orrick.com |
| | -and- |
| | Sheryl K. Garko, Esq.<br>Laura Najemy, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley Street, Suite 2000<br>Boston, Massachusetts 02116<br>Telephone: (617) 880-1800<br>Email: sgarko@orrick.com |

        lnajemy@orrick.com

-and-

Steven J. Routh Esq.
T. Vann Pearce, Jr., Esq.
Diana S. Fassbender, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street NW
Washington, D.C. 20005
Telephone: (202) 339-8400
Email: srouth@orrick.com
       vpearce@orrick.com
       dszego@orrick.com

-and-

Robert Uriarte, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Avenue
Suite 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Email: ruriarte@orrick.com

*Counsel to Carnival Corporation*