# EXHIBIT B

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE
PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE
DEBTORS, FOR THE PERIOD FROM
JUNE 1, 2023 THROUGH JUNE 30, 2023**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Michael Atkinson, Principal | $1,320 | 41.2 | $54,384.00 |
| Jason Crockett, Principal | $1,030 | 97.8 | $100,734.00 |
| Stilian Morrison, Principal | $980 | 1.1 | $1,078.00 |
| Eunice Min, Senior Director | $820 | 56.3 | $46,166.00 |
| Raul Busto, Vice President | $680 | 165.2 | $112,336.00 |
| Timothy Strickler, Senior Associate | $560 | 2.6 | $1,456.00 |
| Eric Mattson, Paralegal | $270 | 2.4 | $648.00 |
| **Grand Total** |  | **366.6** | **$316,802.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 216.7 | $178,345.00 |
| Case Administration | 8.4 | $7,430.00 |
| Court Filings | 58.0 | $49,366.00 |
| Court Hearings | 13.0 | $13,447.00 |
| Fee / Employment Applications | 5.0 | $2,696.00 |
| Financing Activities | 37.3 | $38,104.00 |
| Litigation | 19.1 | $18,938.00 |
| Sale Process | 9.1 | $8,476.00 |
| **Grand Total** | **366.6** | **$316,802.00** |

## EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---|
| Miscellaneous | Research fees. | $705.00 |
| **Total Expenses** |  | **$705.00** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/1/2023 | Michael Atkinson | Review liquidly issues | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 6/1/2023 | Raul Busto | Call with J. Carino on wind-down / conversion analysis. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 6/1/2023 | Raul Busto | Correspond on retention order issues. | Fee / Employment Applications | 0.60 | 680.00 | $408.00 |
| 6/1/2023 | Jason Crockett | Analyze liquidity and cash forecasts. | Financing Activities | 1.20 | 1,030.00 | $1,236.00 |
| 6/1/2023 | Raul Busto | Create wind-down / conversion analysis. | Business Analysis / Operations | 2.80 | 680.00 | $1,904.00 |
| 6/1/2023 | Raul Busto | Prepare for call with management on budget. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/1/2023 | Jason Crockett | Review of mediation statement and prepare comments. | Litigation | 0.80 | 1,030.00 | $824.00 |
| 6/1/2023 | Raul Busto | Create exhibit on professional fee variance. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/1/2023 | Eunice Min | Review proposed revised retention order. | Fee / Employment Applications | 0.20 | 820.00 | $164.00 |
| 6/1/2023 | Jason Crockett | Develop wind down budget. | Financing Activities | 0.90 | 1,030.00 | $927.00 |
| 6/1/2023 | Michael Atkinson | Call with Invictus | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 6/1/2023 | Raul Busto | Incorporate J. Carino's comments into wind-down / conversion analysis. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 6/1/2023 | Jason Crockett | Address issues related to retention application and proposed modifications. | Case Administration | 0.70 | 1,030.00 | $721.00 |
| 6/1/2023 | Raul Busto | Create exhibits on various DIP budget scenarios. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 6/1/2023 | Jason Crockett | Analyze liquidity and potential administrative accrued claims. | Financing Activities | 0.80 | 1,030.00 | $824.00 |
| 6/1/2023 | Raul Busto | Make edits to going concern budget. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/1/2023 | Eunice Min | Review draft statements and schedules from Omni | Court Filings | 2.60 | 820.00 | $2,132.00 |
| 6/1/2023 | Raul Busto | Call with J. Carino to discuss latest going concern budget. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 6/1/2023 | Michael Atkinson | Review Corbin objection issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/1/2023 | Michael Atkinson | Review critical vendor issues | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 6/2/2023 | Michael Atkinson | Call with board member | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/2/2023 | Eunice Min | Revise SOFA 4 and Schedule E/F and send to Omni | Court Filings | 1.50 | 820.00 | $1,230.00 |
| 6/2/2023 | Raul Busto | Consolidate professional fees. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/2/2023 | Michael Atkinson | Call with counsel regarding case | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 6/2/2023 | Raul Busto | Work on emergency budget. | Business Analysis / Operations | 1.90 | 680.00 | $1,292.00 |
| 6/2/2023 | Eunice Min | Call with Omni team to walk through schedules and statements | Court Filings | 0.70 | 820.00 | $574.00 |
| 6/2/2023 | Michael Atkinson | Call with CFO regarding cash and case issues | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 6/2/2023 | Raul Busto | Attend multiple calls with board, management and counsel. | Business Analysis / Operations | 3.00 | 680.00 | $2,040.00 |
| 6/2/2023 | Jason Crockett | Participate in call with board and counsel. | Case Administration | 1.00 | 1,030.00 | $1,030.00 |
| 6/2/2023 | Jason Crockett | Analyze issues related to adequate protection. | Financing Activities | 1.50 | 1,030.00 | $1,545.00 |

2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/2/2023 | Jason Crockett | Analyze strategic options for company and timing of sale closing. | Sale Process | 1.80 | 1,030.00 | $1,854.00 |
| 6/3/2023 | Jason Crockett | Analyze payment of critical vendors needed and timing. | Business Analysis / Operations | 0.60 | 1,030.00 | $618.00 |
| 6/3/2023 | Raul Busto | Update emergency budget for actuals as of week-end. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/3/2023 | Raul Busto | Build comparison of emergency budget to prior weekly update. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 6/3/2023 | Jason Crockett | Prepare budget adjustments related to professional fee estimates. | Financing Activities | 1.20 | 1,030.00 | $1,236.00 |
| 6/3/2023 | Raul Busto | Make edits to budget forecast. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/3/2023 | Raul Busto | Work on emergency budget. | Business Analysis / Operations | 2.90 | 680.00 | $1,972.00 |
| 6/3/2023 | Eunice Min | Review latest draft statements and schedules from Omni and circulate comments | Court Filings | 3.10 | 820.00 | $2,542.00 |
| 6/3/2023 | Raul Busto | Reconcile budget to actuals variance. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/3/2023 | Raul Busto | Various calls with J. Carino on emergency budget. | Business Analysis / Operations | 2.00 | 680.00 | $1,360.00 |
| 6/3/2023 | Raul Busto | Discuss emergency budget with Counsel and build suggest scenario output. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/3/2023 | Raul Busto | Make different outputs on budget bridge. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/3/2023 | Michael Atkinson | Review and analyze budget issues and cash need estimation | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 6/3/2023 | Raul Busto | Make edits to emergency budget bridge. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 6/3/2023 | Jason Crockett | Analyze financing needs for upcoming hearings. | Financing Activities | 1.60 | 1,030.00 | $1,648.00 |
| 6/4/2023 | Michael Atkinson | Review and analyze updated budget | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 6/4/2023 | Jason Crockett | Analyze arguments related to adequate protection and liquidity. | Financing Activities | 1.40 | 1,030.00 | $1,442.00 |
| 6/4/2023 | Raul Busto | Call with J. Carino to discuss latest cash budget. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/4/2023 | Raul Busto | Continue refining emergency budget. | Business Analysis / Operations | 1.60 | 680.00 | $1,088.00 |
| 6/4/2023 | Jason Crockett | Analyze liquidity needs and timing under various sensitivities regarding receipts. | Financing Activities | 1.30 | 1,030.00 | $1,339.00 |
| 6/4/2023 | Michael Atkinson | Call with counsel regarding budget | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 6/4/2023 | Jason Crockett | Analyze budget and liquidity needs. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 6/4/2023 | Eunice Min | Call with Omni, Potter, and Company to discuss schedules and statements | Court Filings | 1.60 | 820.00 | $1,312.00 |
| 6/4/2023 | Raul Busto | Attend mediation prep call. | Litigation | 1.00 | 680.00 | $680.00 |
| 6/4/2023 | Michael Atkinson | Call with company regarding update budget | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 6/4/2023 | Raul Busto | Turn M. Atkinson's comments on emergency budget. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 6/4/2023 | Raul Busto | Create daily cash model for next two weeks. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/5/2023 | Eunice Min | Correspondence with company on schedules and statements | Court Filings | 0.60 | 820.00 | $492.00 |
| 6/5/2023 | Raul Busto | Review mediation related materials. | Litigation | 1.10 | 680.00 | $748.00 |
| 6/5/2023 | Raul Busto | Respond to diligence on schedules and sofas. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/5/2023 | Jason Crockett | Participate in mediation with Carnival. | Litigation | 4.50 | 1,030.00 | $4,635.00 |
| 6/5/2023 | Jason Crockett | Address issues related to preparation of statements and schedules. | Case Administration | 0.70 | 1,030.00 | $721.00 |
| 6/5/2023 | Michael Atkinson | Review and respond to questions from Invictus | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 6/5/2023 | Stilian Morrison | Review latest draft budget | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 6/5/2023 | Jason Crockett | Address issues related to sales process update and timing. | Sale Process | 0.60 | 1,030.00 | $618.00 |
| 6/5/2023 | Raul Busto | Work on comparable companies analysis. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 6/5/2023 | Raul Busto | Correspond with bidder and make edits to dataroom. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/6/2023 | Raul Busto | Discuss budget with J. Carino. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 6/6/2023 | Jason Crockett | Analyze potential liability related to legal fees potentially subject to indemnification. | Business Analysis / Operations | 0.70 | 1,030.00 | $721.00 |
| 6/6/2023 | Raul Busto | Create long-term budget bridge output. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 6/6/2023 | Raul Busto | Work on new 13-week budget update. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/6/2023 | Raul Busto | Work on 1+12 budget. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/6/2023 | Jason Crockett | Analyze budget and collections timing for liquidity and updated case milestone dates. | Business Analysis / Operations | 1.10 | 1,030.00 | $1,133.00 |
| 6/6/2023 | Michael Atkinson | Review and analyze budget for counsel | Business Analysis / Operations | 1.10 | 1,320.00 | $1,452.00 |
| 6/6/2023 | Jason Crockett | Prepare and review information regarding budget and liquidity. | Financing Activities | 1.30 | 1,030.00 | $1,339.00 |
| 6/6/2023 | Eunice Min | Call with K. Steverson to discuss outstanding schedules and statement items | Court Filings | 0.20 | 820.00 | $164.00 |
| 6/6/2023 | Raul Busto | Analyze precedent transactions and comparable public companies. | Business Analysis / Operations | 3.40 | 680.00 | $2,312.00 |
| 6/6/2023 | Jason Crockett | Analyze projections of cash flow related to various case events. | Business Analysis / Operations | 0.90 | 1,030.00 | $927.00 |
| 6/6/2023 | Eunice Min | Call with Joe Carino to discuss outstanding schedules and statement items | Court Filings | 0.40 | 820.00 | $328.00 |
| 6/6/2023 | Michael Atkinson | Review and analyze indemnification issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/6/2023 | Raul Busto | Correspond on legal fee issues. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/7/2023 | Jason Crockett | Analyze liquidity and upcoming payments and receipts. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 6/7/2023 | Raul Busto | Discuss budget with J. Carino. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/7/2023 | Eunice Min | Analyze issues related to potential indemnification obligations | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 6/7/2023 | Eunice Min | Review software/product offering listing for schedules | Court Filings | 1.20 | 820.00 | $984.00 |
| 6/7/2023 | Raul Busto | Attend court hearing. | Court Hearings | 2.50 | 680.00 | $1,700.00 |
| 6/7/2023 | Eunice Min | Review revised GUC list for Schedule E/F | Court Filings | 1.30 | 820.00 | $1,066.00 |
| 6/7/2023 | Raul Busto | Review legal fee indemnification issue. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/7/2023 | Michael Atkinson | Attend court hearing | Court Hearings | 2.20 | 1,320.00 | $2,904.00 |
| 6/7/2023 | Jason Crockett | Participate in omnibus court hearing continuation. | Court Hearings | 1.50 | 1,030.00 | $1,545.00 |
| 6/7/2023 | Jason Crockett | Attend omnibus court hearing. | Court Hearings | 1.80 | 1,030.00 | $1,854.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/7/2023 | Raul Busto | Call with J. Carino on budget reporting package. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 6/7/2023 | Eunice Min | Review and redline draft global notes for schedules and statements | Court Filings | 1.40 | 820.00 | $1,148.00 |
| 6/7/2023 | Eunice Min | Continue reviewing information and preparing schedules and statements | Court Filings | 1.20 | 820.00 | $984.00 |
| 6/7/2023 | Raul Busto | Prepare weekly budget reporting. | Business Analysis / Operations | 3.00 | 680.00 | $2,040.00 |
| 6/7/2023 | Raul Busto | Update sale process tracker. | Sale Process | 0.60 | 680.00 | $408.00 |
| 6/7/2023 | Raul Busto | Research adequate protection precedent. | Business Analysis / Operations | 1.70 | 680.00 | $1,156.00 |
| 6/8/2023 | Michael Atkinson | Review and analyze budget issues | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 6/8/2023 | Raul Busto | Discuss certain vendor payments with J. Carino. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/8/2023 | Eunice Min | Review all schedules and statements and send Omni comments on same. | Court Filings | 2.80 | 820.00 | $2,296.00 |
| 6/8/2023 | Stilian Morrison | Review latest sale process update | Sale Process | 0.30 | 980.00 | $294.00 |
| 6/8/2023 | Eunice Min | Call with K. Steverson to discuss schedules and statements | Court Filings | 0.20 | 820.00 | $164.00 |
| 6/8/2023 | Jason Crockett | Analyze liquidity and timing of potential disbursements. | Business Analysis / Operations | 1.10 | 1,030.00 | $1,133.00 |
| 6/8/2023 | Michael Atkinson | Call with CFO regarding various case issues | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 6/8/2023 | Raul Busto | Analyze concerns with critical vendors. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 6/8/2023 | Raul Busto | Review developments on legal fee indemnification. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/8/2023 | Eunice Min | Review schedules and statements related to outstanding litigation per comments from counsel | Financing Activities | 0.50 | 820.00 | $410.00 |
| 6/8/2023 | Jason Crockett | Prepare information related to adequate protection analysis. | Litigation | 1.30 | 1,030.00 | $1,339.00 |
| 6/8/2023 | Jason Crockett | Analyze issues related to indemnification payments and liquidity in budget. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 6/8/2023 | Raul Busto | Correspond on OCP issue. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 6/9/2023 | Raul Busto | Create slides on highly illustrative waterfalls. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 6/9/2023 | Eunice Min | Continue review of Schedule G contracts | Court Filings | 1.30 | 820.00 | $1,066.00 |
| 6/9/2023 | Raul Busto | Call with J. Carino to discuss adequate protection analysis. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/9/2023 | Eunice Min | Review Schedule G compiled by Omni in detail. | Court Filings | 3.80 | 820.00 | $3,116.00 |
| 6/9/2023 | Raul Busto | Make edits to adequate protection slides. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/9/2023 | Raul Busto | Review DIP terms for priority of facilities. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/9/2023 | Raul Busto | Attend board call. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 6/9/2023 | Eunice Min | Call with K. Steverson (Omni) to discuss schedules and statements | Court Filings | 0.10 | 820.00 | $82.00 |
| 6/9/2023 | Jason Crockett | Prepare analysis regarding adequate protection. | Litigation | 1.60 | 1,030.00 | $1,648.00 |
| 6/9/2023 | Raul Busto | Create slides overview on customer Escrow Agreement. | Business Analysis / Operations | 1.50 | 680.00 | $1,020.00 |
| 6/9/2023 | Jason Crockett | Analyze issues related to adequate protection. | Financing Activities | 1.30 | 1,030.00 | $1,339.00 |

10932510v.2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/9/2023 | Raul Busto | Work on adequate protection analysis. | Business Analysis / Operations | 2.40 | 680.00 | $1,632.00 |
| 6/9/2023 | Jason Crockett | Participate in board meeting regarding next steps for Company. | Case Administration | 1.00 | 1,030.00 | $1,030.00 |
| 6/9/2023 | Eunice Min | Review DIP motion related to priority | Financing Activities | 0.30 | 820.00 | $246.00 |
| 6/9/2023 | Michael Atkinson | Review and analyze the budget update | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 6/9/2023 | Raul Busto | Draft questions on adequate protection analysis. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/9/2023 | Raul Busto | Analyze principal balances outstanding. | Business Analysis / Operations | 1.50 | 680.00 | $1,020.00 |
| 6/9/2023 | Raul Busto | Review J. Crockett memo on adequate protection. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/9/2023 | Michael Atkinson | Board meeting | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 6/9/2023 | Raul Busto | Create 2 week emergency budget. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/10/2023 | Eunice Min | Prepare schedules and statements | Court Filings | 3.60 | 820.00 | $2,952.00 |
| 6/10/2023 | Eunice Min | Review Schedule G and send Omni comments | Court Filings | 2.50 | 820.00 | $2,050.00 |
| 6/10/2023 | Jason Crockett | Address issues related to adequate protection analysis. | Financing Activities | 1.70 | 1,030.00 | $1,751.00 |
| 6/10/2023 | Raul Busto | Discuss waterfall scenarios with J. Crockett. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/10/2023 | Michael Atkinson | Review and analyze valuation issues | Business Analysis / Operations | 2.60 | 1,320.00 | $3,432.00 |
| 6/10/2023 | Jason Crockett | Address issues related to court filings and contract cures. | Case Administration | 0.70 | 1,030.00 | $721.00 |
| 6/10/2023 | Raul Busto | Turn J. Crockett's comments on waterfall analysis. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/10/2023 | Jason Crockett | Prepare adequate protection analysis. | Litigation | 2.00 | 1,030.00 | $2,060.00 |
| 6/10/2023 | Raul Busto | Work on various illustrative waterfall scenarios. | Business Analysis / Operations | 3.00 | 680.00 | $2,040.00 |
| 6/10/2023 | Raul Busto | Research software valuation metric trends. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/10/2023 | Raul Busto | Analyze management's long-term projections. | Business Analysis / Operations | 1.70 | 680.00 | $1,156.00 |
| 6/10/2023 | Raul Busto | Discuss adequate protection analysis with M. Atkinson. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/11/2023 | Eunice Min | Review new additions for schedules and statements | Court Filings | 0.20 | 820.00 | $164.00 |
| 6/11/2023 | Stilian Morrison | Review comps prepared by R. Busto | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 6/11/2023 | Jason Crockett | Review and analyze historical operating performance. | Business Analysis / Operations | 1.50 | 1,030.00 | $1,545.00 |
| 6/11/2023 | Jason Crockett | Analyze issues related to adequate protection. | Litigation | 1.70 | 1,030.00 | $1,751.00 |
| 6/11/2023 | Michael Atkinson | Review and analyze projections and valuation issues | Business Analysis / Operations | 1.70 | 1,320.00 | $2,244.00 |
| 6/11/2023 | Eunice Min | Call with J. Carino to review schedules and statements. | Court Filings | 1.40 | 820.00 | $1,148.00 |
| 6/11/2023 | Jason Crockett | Analyze business revenue opportunities. | Business Analysis / Operations | 1.40 | 1,030.00 | $1,442.00 |
| 6/11/2023 | Raul Busto | Review management projections. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/11/2023 | Jason Crockett | Prepare adequate protection analysis. | Financing Activities | 1.80 | 1,030.00 | $1,854.00 |
| 6/11/2023 | Michael Atkinson | Call with management regarding assumptions | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/11/2023 | Jason Crockett | Review of revenue projections with the Company. | Business Analysis / Operations | 1.00 | 1,030.00 | $1,030.00 |
| 6/11/2023 | Raul Busto | Call with management on projections. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 6/11/2023 | Eunice Min | Review of latest draft of schedules and statements. | Court Filings | 0.90 | 820.00 | $738.00 |
| 6/11/2023 | Raul Busto | Review DXP timeline. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/12/2023 | Raul Busto | Work on sum of the parts analysis. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/12/2023 | Eunice Min | Review final SOFAs and Schedules for filing | Court Filings | 1.40 | 820.00 | $1,148.00 |
| 6/12/2023 | Jason Crockett | Review of docket filings for approval for payment on certain outstanding amounts. | Business Analysis / Operations | 0.30 | 1,030.00 | $309.00 |
| 6/12/2023 | Jason Crockett | Prepare information for the Company regarding ordinary course professional agreements. | Case Administration | 0.30 | 1,030.00 | $309.00 |
| 6/12/2023 | Jason Crockett | Review of issues related to sales process timing, overbid and related issues. | Sale Process | 0.60 | 1,030.00 | $618.00 |
| 6/12/2023 | Jason Crockett | Participate in call with the Company and E. Lazerowitz regarding free and clear issues. | Litigation | 1.80 | 1,030.00 | $1,854.00 |
| 6/12/2023 | Raul Busto | Review property ownership dispute list. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/12/2023 | Raul Busto | Analyze illustrative lender proposal scenario waterfall. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/12/2023 | Raul Busto | Attend asset call with management and lenders. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 6/12/2023 | Michael Atkinson | Review and analyze adequate protection issues | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 6/13/2023 | Jason Crockett | Analyze issues related to projected revenue and related risks of achieving such revenue. | Business Analysis / Operations | 1.60 | 1,030.00 | $1,648.00 |
| 6/13/2023 | Raul Busto | Work on value probability analysis. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/13/2023 | Michael Atkinson | Review and analyze various projections provided by management | Business Analysis / Operations | 1.10 | 1,320.00 | $1,452.00 |
| 6/13/2023 | Raul Busto | Discuss valuation with M. Atkinson, J. Crockett, J. Learish and J. Carino. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 6/13/2023 | Michael Atkinson | Call with management regarding operations and adequate protection issues | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 6/13/2023 | Raul Busto | Work on sum of the parts analysis. | Business Analysis / Operations | 1.70 | 680.00 | $1,156.00 |
| 6/13/2023 | Jason Crockett | Participate in call with J. Carino and J. Learish regarding business operations issues. | Business Analysis / Operations | 1.00 | 1,030.00 | $1,030.00 |
| 6/13/2023 | Jason Crockett | Analyze adequate protection scenarios and potential valuation issues. | Financing Activities | 1.20 | 1,030.00 | $1,236.00 |
| 6/13/2023 | Raul Busto | Respond to counsel's questions on fee estimates. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/13/2023 | Raul Busto | Discuss adequate protection with M. Atkinson and J. Crockett. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/13/2023 | Raul Busto | Discuss sum of the parts with J. Crockett. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/13/2023 | Jason Crockett | Analyze issues related to disputed assets and free and clear sale. | Litigation | 0.80 | 1,030.00 | $824.00 |
| 6/13/2023 | Raul Busto | Discuss sum of the parts with J. Carino. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/14/2023 | Eunice Min | Call with Q. Strozier (Cooley), A. Stulman (Potter), and J. Carino regarding cure notice. | Sale Process | 0.60 | 820.00 | $492.00 |
| 6/14/2023 | Raul Busto | Incorporate J. Carino's comments into budget. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/14/2023 | Eunice Min | Review contracts list for cure notice | Sale Process | 2.40 | 820.00 | $1,968.00 |
| 6/14/2023 | Jason Crockett | Analyze issues related to adequate protection. | Business Analysis / Operations | 1.40 | 1,030.00 | $1,442.00 |
| 6/14/2023 | Michael Atkinson | Review and analyze cash needs and adequate protection issues | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 6/14/2023 | Raul Busto | Review escrow account issues. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/14/2023 | Raul Busto | Work on budget reporting update. | Business Analysis / Operations | 4.00 | 680.00 | $2,720.00 |
| 6/14/2023 | Michael Atkinson | Call with counsel and clients related to cash needs and adequate protection issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/14/2023 | Raul Busto | Call with Counsel and Management on adequate protection. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 6/14/2023 | Jason Crockett | Analyze liquidity and potential borrowing needs over next two weeks. | Financing Activities | 0.90 | 1,030.00 | $927.00 |
| 6/14/2023 | Jason Crockett | Analyze projections and probabilities of various revenue streams. | Business Analysis / Operations | 1.70 | 1,030.00 | $1,751.00 |
| 6/14/2023 | Raul Busto | Various calls with J. Carino on budget. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 6/15/2023 | Eunice Min | Review information for first MOR filing. | Court Filings | 1.60 | 820.00 | $1,312.00 |
| 6/15/2023 | Jason Crockett | Analyze liquidity needs and timing. | Financing Activities | 1.20 | 1,030.00 | $1,236.00 |
| 6/15/2023 | Michael Atkinson | Attend part of hearing | Court Hearings | 0.70 | 1,320.00 | $924.00 |
| 6/15/2023 | Raul Busto | Attend board call. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 6/15/2023 | Raul Busto | Attend status conference. | Court Hearings | 0.90 | 680.00 | $612.00 |
| 6/15/2023 | Jason Crockett | Participate in hearing regarding lift stay motion filed by Carnival. | Court Hearings | 0.70 | 1,030.00 | $721.00 |
| 6/15/2023 | Jason Crockett | Analyze adequate protection issues. | Litigation | 1.10 | 1,030.00 | $1,133.00 |
| 6/15/2023 | Raul Busto | Review requirements for escrow under the DIP motion. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/15/2023 | Raul Busto | Work on petition waterfall scenario analysis. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/15/2023 | Jason Crockett | Participate in board meeting regarding financing and strategy. | Financing Activities | 1.00 | 1,030.00 | $1,030.00 |
| 6/15/2023 | Michael Atkinson | Board call | Business Analysis / Operations | 1.00 | 1,320.00 | $1,320.00 |
| 6/15/2023 | Raul Busto | Review license rejection motion. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/16/2023 | Jason Crockett | Prepare information related to solicitation of potential buyers. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 6/16/2023 | Raul Busto | Update waterfall scenario analysis. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/16/2023 | Raul Busto | Review letter on bidding procedures. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/16/2023 | Jason Crockett | Prepare analysis related to adequate protection. | Litigation | 1.40 | 1,030.00 | $1,442.00 |
| 6/16/2023 | Jason Crockett | Analyze values in liquidation versus going concern scenarios. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 6/16/2023 | Eunice Min | Continue preparing information for first MOR filing. | Court Filings | 2.00 | 820.00 | $1,640.00 |
| 6/16/2023 | Jason Crockett | Analyze adequate protection and valuation issues. | Financing Activities | 0.90 | 1,030.00 | $927.00 |
| 6/16/2023 | Raul Busto | Discuss bar date notice issues. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 6/16/2023 | Raul Busto | Update sale process materials for likely overbid. | Sale Process | 0.70 | 680.00 | $476.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/16/2023 | Raul Busto | Review settlement updates. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 6/16/2023 | Michael Atkinson | Review and analyze sales process and update documents in data room | Sale Process | 0.70 | 1,320.00 | $924.00 |
| 6/16/2023 | Michael Atkinson | Review and analyze valuation issues | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 6/16/2023 | Michael Atkinson | Review and analyze details of adequate protection negotiations | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/16/2023 | Jason Crockett | Coordinate with the Company on adequate protection issues. | Financing Activities | 0.20 | 1,030.00 | $206.00 |
| 6/17/2023 | Michael Atkinson | Review budget and cash needs | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 6/17/2023 | Raul Busto | Analyze updated DIP term sheet. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/17/2023 | Jason Crockett | Prepare adequate protection information and analysis. | Financing Activities | 1.10 | 1,030.00 | $1,133.00 |
| 6/17/2023 | Michael Atkinson | Review adequate protection agreement emails | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 6/17/2023 | Raul Busto | Respond to J. Carino on reporting questions. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 6/17/2023 | Raul Busto | Review motion to reject. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/17/2023 | Jason Crockett | Review of draft final DIP order and term sheet. | Financing Activities | 0.90 | 1,030.00 | $927.00 |
| 6/18/2023 | Michael Atkinson | Review carnival motions | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 6/18/2023 | Raul Busto | Review May MOR materials. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/18/2023 | Eunice Min | Review final DIP settlement between lenders | Financing Activities | 0.70 | 820.00 | $574.00 |
| 6/18/2023 | Jason Crockett | Prepare information for updated DIP financing. | Financing Activities | 0.50 | 1,030.00 | $515.00 |
| 6/18/2023 | Raul Busto | Review emails on motion to reject contract. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/18/2023 | Raul Busto | Respond to J. Carino's questions on DIP order. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 6/19/2023 | Raul Busto | Attend call with J. Learish on contracts. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/19/2023 | Jason Crockett | Analyze information for Atkinson declaration related to business operations. | Business Analysis / Operations | 1.20 | 1,030.00 | $1,236.00 |
| 6/19/2023 | Raul Busto | Review MSA and licensing agreement provisions. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 6/19/2023 | Jason Crockett | Review of Carnival filings and provide comments for counsel. | Court Filings | 1.10 | 1,030.00 | $1,133.00 |
| 6/19/2023 | Raul Busto | Redline draft rejection declaration. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/19/2023 | Raul Busto | Create MOR exhibits. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/19/2023 | Raul Busto | Pull reporting from QuickBooks. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/19/2023 | Eunice Min | Prepare May MOR schedules | Court Filings | 2.80 | 820.00 | $2,296.00 |
| 6/19/2023 | Raul Busto | Review draft rejection declaration. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/19/2023 | Jason Crockett | Prepare language in responsive pleading to Carnival filing. | Court Filings | 0.60 | 1,030.00 | $618.00 |
| 6/19/2023 | Raul Busto | Prepare final order DIP exhibit. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/19/2023 | Eunice Min | Redact bank statements for MOR | Court Filings | 0.60 | 820.00 | $492.00 |
| 6/19/2023 | Jason Crockett | Analyze liquidity needs. | Financing Activities | 0.90 | 1,030.00 | $927.00 |

9

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/19/2023 | Michael Atkinson | Review and analyze declaration | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 6/20/2023 | Raul Busto | Discuss workstreams with J. Carino. | Business Analysis / Operations | 2.00 | 680.00 | $1,360.00 |
| 6/20/2023 | Raul Busto | Review prepetition facility math used on final order. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 6/20/2023 | Jason Crockett | Address issues related to motion to reject and impact. | Business Analysis / Operations | 1.10 | 1,030.00 | $1,133.00 |
| 6/20/2023 | Raul Busto | Analyze payroll accruals. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 6/20/2023 | Raul Busto | Analyze amended cash projections. | Business Analysis / Operations | 3.40 | 680.00 | $2,312.00 |
| 6/20/2023 | Raul Busto | Prepare for hearing on rejection filings. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/20/2023 | Raul Busto | Work on proposed final order budget. | Business Analysis / Operations | 2.70 | 680.00 | $1,836.00 |
| 6/20/2023 | Raul Busto | Respond to diligence questions on rejection motion. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 6/20/2023 | Jason Crockett | Review of latest DIP budget and liquidity. | Financing Activities | 0.70 | 1,030.00 | $721.00 |
| 6/20/2023 | Michael Atkinson | Review and prepare for hearing | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 6/20/2023 | Jason Crockett | Prepare Atkinson declaration regarding business issues. | Court Filings | 1.60 | 1,030.00 | $1,648.00 |
| 6/20/2023 | Eunice Min | Continue preparing May MORs | Court Filings | 1.90 | 820.00 | $1,558.00 |
| 6/20/2023 | Timothy Strickler | Analyzed A/P vendors and prepared aging report as of 5/31/23. | Case Administration | 2.60 | 560.00 | $1,456.00 |
| 6/20/2023 | Michael Atkinson | Review and analyze DIP agreement | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 6/20/2023 | Jason Crockett | Analyze liquidity issues and prepare updated forecast. | Financing Activities | 1.30 | 1,030.00 | $1,339.00 |
| 6/20/2023 | Eunice Min | Call with J. Carino and R. Busto to discuss MOR | Court Filings | 0.80 | 820.00 | $656.00 |
| 6/20/2023 | Raul Busto | Amend final order draw. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/21/2023 | Raul Busto | Prepare various iterations of the cash budget. | Business Analysis / Operations | 3.70 | 680.00 | $2,516.00 |
| 6/21/2023 | Michael Atkinson | Attend court hearing | Court Hearings | 1.40 | 1,320.00 | $1,848.00 |
| 6/21/2023 | Raul Busto | Review cash projection updates. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 6/21/2023 | Jason Crockett | Attend hearing regarding sale issues and motion to compel raised by Carnival. | Court Hearings | 1.30 | 1,030.00 | $1,339.00 |
| 6/21/2023 | Jason Crockett | Participate in board meeting. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 6/21/2023 | Raul Busto | Attend various calls with Lenders, Board and CFO. | Business Analysis / Operations | 4.00 | 680.00 | $2,720.00 |
| 6/21/2023 | Eunice Min | Continue preparing May MOR and send draft to company to review | Court Filings | 2.90 | 820.00 | $2,378.00 |
| 6/21/2023 | Jason Crockett | Assist in preparation of monthly operating reports. | Court Filings | 0.30 | 1,030.00 | $309.00 |
| 6/21/2023 | Raul Busto | Analyze sources and uses in winddown. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/21/2023 | Raul Busto | Reconcile bank cash. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/21/2023 | Eunice Min | Prepare financial statements to attach to May MORs | Court Filings | 2.60 | 820.00 | $2,132.00 |
| 6/21/2023 | Michael Atkinson | Review and prepare for hearing | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 6/21/2023 | Michael Atkinson | Attend various board calls, calls with lender and with professions | Business Analysis / Operations | 3.20 | 1,320.00 | $4,224.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/21/2023 | Jason Crockett | Analyze costs related to continuing services to Carnival. | Business Analysis / Operations | 0.60 | 1,030.00 | $618.00 |
| 6/21/2023 | Raul Busto | Work on professional escrow estimates. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/22/2023 | Raul Busto | Revise budget per lender comments. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/22/2023 | Jason Crockett | Analyze liquidity, professional fees, and timing of receipts for revised budget. | Financing Activities | 1.40 | 1,030.00 | $1,442.00 |
| 6/22/2023 | Raul Busto | Discuss escrow funding with J. Carino. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 6/22/2023 | Jason Crockett | Analyze liquidity needs to reach sale closing and wind up. | Case Administration | 0.80 | 1,030.00 | $824.00 |
| 6/22/2023 | Raul Busto | Analyze sources and uses of cash for escrow account. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 6/22/2023 | Raul Busto | Work on budget update for order. | Business Analysis / Operations | 2.70 | 680.00 | $1,836.00 |
| 6/22/2023 | Raul Busto | Review latest draft order redline. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 6/22/2023 | Raul Busto | Attend call with management. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/22/2023 | Jason Crockett | Address issues related to financing and liquidity terms and updated budget. | Financing Activities | 1.00 | 1,030.00 | $1,030.00 |
| 6/22/2023 | Michael Atkinson | Review and update budget | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 6/22/2023 | Jason Crockett | Review of revised DIP documents. | Financing Activities | 1.10 | 1,030.00 | $1,133.00 |
| 6/22/2023 | Raul Busto | Build professional fee variance analysis. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/22/2023 | Eric Mattson | Drafted May fee app (2.3). Emailed to E. Min for review (0.1). | Fee / Employment Applications | 2.40 | 270.00 | $648.00 |
| 6/23/2023 | Jason Crockett | Review of customer agreement and related documents. | Financing Activities | 1.20 | 1,030.00 | $1,236.00 |
| 6/23/2023 | Raul Busto | Review third-party letter agreement. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/23/2023 | Jason Crockett | Analyze projected cash flow, cash balances and liquidity. | Business Analysis / Operations | 1.10 | 1,030.00 | $1,133.00 |
| 6/23/2023 | Jason Crockett | Prepare information for counsel related to DIP financing. | Financing Activities | 0.40 | 1,030.00 | $412.00 |
| 6/23/2023 | Raul Busto | Provide summary of alternative DIP outreach. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 6/23/2023 | Michael Atkinson | Review and analyze budget and DIP issues | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 6/23/2023 | Raul Busto | Review lender litigation memo. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/24/2023 | Michael Atkinson | Review Carnival issues for counsel | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 6/24/2023 | Raul Busto | Begin review of carnival complaint. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 6/24/2023 | Jason Crockett | Review of Carnival complaint and develop comments in response. | Court Filings | 1.70 | 1,030.00 | $1,751.00 |
| 6/25/2023 | Jason Crockett | Review of Carnival complaint and prepare comments for counsel in response. | Court Filings | 2.10 | 1,030.00 | $2,163.00 |
| 6/26/2023 | Eunice Min | Review and revise draft May fee app. | Fee / Employment Applications | 1.80 | 820.00 | $1,476.00 |
| 6/26/2023 | Raul Busto | Review J. Crockett's notes on carnival complaint. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 6/26/2023 | Michael Atkinson | Review and analyze Carnival issues | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 6/26/2023 | Jason Crockett | Address information related to draw amount, date and projected liquidity. | Financing Activities | 0.50 | 1,030.00 | $515.00 |

10932510v.2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/26/2023 | Jason Crockett | Prepare points for counsel related to Carnival complaint and bases for challenging assertions. | Court Filings | 1.20 | 1,030.00 | $1,236.00 |
| 6/26/2023 | Michael Atkinson | Review and analyze DIP issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/26/2023 | Eunice Min | Email J. Carino regarding cure schedule. | Court Filings | 0.20 | 820.00 | $164.00 |
| 6/27/2023 | Raul Busto | Respond to various questions on professional fee spend. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 6/27/2023 | Jason Crockett | Prepare updated budget and accrual information. | Financing Activities | 0.60 | 1,030.00 | $618.00 |
| 6/27/2023 | Raul Busto | Reconcile various may invoices. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 6/27/2023 | Raul Busto | Review third-party prepayment agreement. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/28/2023 | Jason Crockett | Review of agreements related to incremental financing. | Financing Activities | 0.80 | 1,030.00 | $824.00 |
| 6/28/2023 | Raul Busto | Work on budget reporting update and discuss with J. Carino. | Business Analysis / Operations | 4.00 | 680.00 | $2,720.00 |
| 6/28/2023 | Jason Crockett | Analyze issues related to financing and liquidity. | Financing Activities | 0.70 | 1,030.00 | $721.00 |
| 6/28/2023 | Raul Busto | Respond to J. Carino questions on budget. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 6/29/2023 | Jason Crockett | Analyze budget and liquidity issues and necessary timing of anticipated draw. | Financing Activities | 0.90 | 1,030.00 | $927.00 |
| 6/29/2023 | Raul Busto | Make edits to budget. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/29/2023 | Michael Atkinson | Review and analyze open issues related to case | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 6/29/2023 | Raul Busto | Attend call with counsel on third-party fees. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/29/2023 | Michael Atkinson | Review issues related to certain customer | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/30/2023 | Raul Busto | Review third party agreement. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/30/2023 | Raul Busto | Make edits to budget. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 6/30/2023 | Michael Atkinson | Review cash needs and budget issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 6/30/2023 | Jason Crockett | Analyze budget and liquidity issues. | Financing Activities | 0.40 | 1,030.00 | $412.00 |
| 6/30/2023 | Raul Busto | Call with J. Carino to discuss budget. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 6/30/2023 | Miscellaneous | June research fees. | $705.00 |
| | **Total Expenses** | | **$705.00** |

12