IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 23-10548 (JKS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. 315** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST
MONTHLY FEE STATEMENT OF GROOMBRIDGE, WU, BAUGHMAN & STONE
LLP AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD
FROM APRIL 30, 2023 THROUGH AND INCLUDING MAY 31, 2023**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to *First Monthly Fee Statement of Groombridge, Wu, Baughman & Stone LLP as Special Counsel to the Debtors for the Period from April 30, 2023 Through and Including May 31, 2023* [Docket No. 315] (the "Application") of Groombridge, Wu, Baughman & Stone LLP (the "Applicant"). The undersigned further certifies that he has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 174] (the "Interim Compensation Order") entered May 26, 2023, the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] Pursuant to the Interim Compensation Order, parties have twenty-one (21) days after the date of service to object to the Application.

IMPAC 10934809v.1

Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

Dated: July 27, 2023  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Levi Akkerman*  
Christopher M. Samis (No. 4909)  
L. Katherine Good (No. 5101)  
Aaron H. Stulman (No. 5807)  
Levi Akkerman (No. 7015)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email:  csamis@potteranderson.com  
       kgood@potteranderson.com  
       astulman@potteranderson.com  
       lakkerman@potteranderson.com

-and-

Cullen Drescher Speckhart, Esq.  
Michael A. Klein, Esq.  
Evan Lazerowitz, Esq.  
Paul Springer, Esq.  
**COOLEY LLP**  
55 Hudson Yards  
New York, New York 10001  
Telephone: (212) 479-6000  
Facsimile: (212) 479-6275  
Email:  cspeckhart@cooley.com  
       mklein@cooley.com  
       elazerowitz@cooley.com  
       pspringer@cooley.com

*Counsel for the Debtors and Debtors in Possession*

# EXHIBIT A

**DeCurtis Holdings LLC,** *et al.*
**Case No. 23-10548 (JKS)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Groombridge, Wu, Baughman & Stone LLP [Docket No. 315] | 4/30/23 - 5/31/23 | $106,135.00 (Fees) $19.22 (Expenses) | $84,908.00 (Fees @ 80%) $19.22 (Expenses @ 100%) | 7/5/23 | 7/26/23 |

IMPAC 10934809v.1