## Exhibit A

**Statement of Fees**



GROOMBRIDGE WU
BAUGHMAN & STONE
A LIMITED LIABILITY PARTNERSHIP

565 Fifth Avenue          (332) 269-0030
Suite 2900                 www.groombridgewu.com
New York, NY 10017

---

DeCurtis Corp.                                                    August 3, 2023
3208 East Colonial Drive                              **Reference No. 185**
Suite C190
Orlando, FL 32803
USA

Professional Services from June 1, 2023 to June 30, 2023

CLIENT:    0018 - DeCurtis Corp.

| Matter | Services | Expenses | Total |
|---|---|---|---|
| 0002 - DeCurtis Restructuring | 332,061.50 | 83,791.36 | 415,852.86 |
| **Total for Services and Expenses** | | | **$415,852.86** |

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR ACCOUNT NO.
9883467806 AT M&T BANK, 115 SOUTH RIDGE ST.,
RYE BROOK, NY 10573, ROUTING NUMBER: 022000046

CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE
INVOICED LATER.

Client Ref:      0018 - 0002                                                            August 3, 2023
**Reference No. 185**                                                                   **Page 1**

Re:        0002 DeCurtis Restructuring

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/01/23 | | | | | |
| ACP | L250 | A104 | Review mediation statement. | 0.20 | 242.00 |
| ACP | L120 | A107 | Correspond with J. Wu and E. Lazerowitz (Cooley). | 0.10 | 121.00 |
| JHW | L120 | A106 | Correspond with J. Learish (DeCurtis) regarding request for trial materials [0.2]. | 0.50 | 1,012.50 |
| JHW | L120 | A107 | Correspond with E. Lazerowitz (Cooley) regarding request for legal advice [0.1]. | 0.10 | 202.50 |
| JHW | L120 | A107 | Conference with R. Dizengoff (Schulte) and N. Groombridge regarding discovery issues [0.2]. | 0.20 | 405.00 |
| 06/02/23 | | | | | |
| JHW | L120 | A105 | Conference with J. Carino (DeCurtis), D. Fournier (DeCurtis), E. Lazerowitz (Cooley), Benjamin Finestone, Daniel Holzman, C. Bello (Corbin), and A. Penfield regarding legal strategy [1.0]. | 1.00 | 2,025.00 |
| ACP | L120 | A108 | Attend call regarding DIP motion. | 0.80 | 968.00 |
| JHW | L120 | A101 | Follow up with N. Groombridge regarding legal strategy [0.2]. | 0.20 | 405.00 |
| 06/05/23 | | | | | |
| JHW | L120 | A106 | Correspond with E. Lazerowitz (Cooley) regarding witness testimony for Wednesday hearing, and correspond with N. Groombridge, D. Klein, and A. Penfield regarding same. | 0.40 | 810.00 |
| ACP | L160 | A109 | Attend mediation session. | 4.00 | 4,840.00 |
| ACP | L430 | A101 | Prepare for lift stay hearing. | 0.30 | 363.00 |
| ACP | L120 | A102 | | 0.60 | 726.00 |

Client Ref:       0018 - 0002                                          August 3, 2023
**Reference No. 185**                                                        **Page 2**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/05/23 | | | | | |
| | | | Draft summary of pending claims and status of claims for schedules. | | |
| ACP | L120 | A101 | Discuss document discovery with B. Shrieves (Carnival counsel) and E. Lazerowitz (Cooley). | 0.20 | 242.00 |
| ACP | L120 | A101 | Coordinate with case team and Cooley regarding preparation for lift stay hearing. | 0.50 | 605.00 |
| NPG | L120 | A104 | Review Carnival reply brief in support of motion for relief from stay [0.5]. | 0.50 | 1,012.50 |
| DJK | L120 | A101 | Review S.D. Fla. Trial record and exhibits in preparation for potential redirect of Derek Fournier (DeCurtis) during bankruptcy hearing. | 3.60 | 4,860.00 |
| DJK | L120 | A101 | Review Carnival reply in support of motion for relief from automatic stay. | 0.80 | 1,080.00 |
| 06/06/23 | | | | | |
| ACP | L450 | A104 | Analyze papers associated with lift stay motion and retention motion (4.5). | 4.50 | 5,445.00 |
| ACP | L120 | A103 | Draft summary of mediation (0.5). | 0.50 | 605.00 |
| NPG | L120 | A108 | Meeting with D. Fournier (DeCurtis) re preparation for testimony on lift stay motion and re ownership issues [0.7]. | 0.70 | 1,417.50 |
| ACP | L120 | A107 | Discuss Florida litigation with S. Smith (Cooley) (0.4). | 0.40 | 484.00 |
| ACP | L120 | A102 | Research regarding Florida litigation to respond to questions from S. Smith (Cooley) (2.4). | 2.40 | 2,904.00 |
| ACP | L120 | A105 | Communications with J. Wu re | 0.10 | 121.00 |

Client Ref:      0018 - 0002                                                    August 3, 2023
**Reference No. 185**                                                                  **Page 3**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/23 | | | | | |
| | | | mediation. | | |
| ACP | L120 | A104 | Analyze portions of trial record from Florida litigation (2.2). | 2.20 | 2,662.00 |
| ACP | L120 | A107 | Discuss retention motion with R. Dizengoff (Schulte) (0.2). | 0.20 | 242.00 |
| 06/07/23 | | | | | |
| ACP | L450 | A109 | Attend June 7 hearing regarding retention motion, bidding procedures motion, and lift stay motion. | 3.70 | 4,477.00 |
| ACP | L120 | A107 | Strategy discussions regarding retention motion with GWBS team and A. Stulman (Potter Anderson) (0.3). | 0.30 | 363.00 |
| ACP | L450 | A101 | Prepare for hearing regarding retention, lift stay, and bidding procedures. | 0.50 | 605.00 |
| NPG | L110 | A109 | Attend hearing on motion to lift automatic stay [0.6]. | 0.60 | 1,215.00 |
| ACP | L120 | A103 | Draft summary of hearing to send to J. Wu and N. Groombridge (0.6). | 0.60 | 726.00 |
| ACP | L120 | A107 | Strategy discussions with E. Lazerowitz (Cooley), C. Speckhart (Cooley), A. Stulman (Potter Anderson), S. Smith (Cooley) regarding lift stay motion (0.6). | 0.60 | 726.00 |
| 06/08/23 | | | | | |
| ACP | L110 | A107 | Discuss disclosure schedules with A. Stulman (Potter Anderson) (0.1). | 0.10 | 121.00 |
| ACP | L120 | A103 | Revise schedules related to litigations (0.2). | 0.20 | 242.00 |
| 06/09/23 | | | | | |

Client Ref:      0018 - 0002                                                      August 3, 2023
**Reference No. 185**                                                                    **Page 4**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/09/23 | | | | | |
| NPG | L120 | A106 | Call with client (J. Learish at DeCurtis) re DeCurtis IP assets [0.5]. | 0.50 | 1,012.50 |
| JHW | L120 | A107 | Conference with C. Bello (Corbin) regarding legal strategy and Carnival mediation [0.8]. | 8.00 | 16,200.00 |
| JHW | L120 | A106 | Conference with J. Learish (DeCurtis) and N. Groombridge regarding legal strategy and Carnival mediation [0.4]. | 0.40 | 810.00 |
| 06/11/23 | | | | | |
| NPG | L110 | A103 | Email re strategy for resolution of ownership issues [0.3]. | 0.30 | 607.50 |
| DJK | L120 | A101 | Review correspondence from E. Lazerowitz (Cooley) and case materials related to property ownership dispute. | 1.70 | 2,295.00 |
| 06/12/23 | | | | | |
| ACP | L120 | A107 | Attend call regarding briefing for ownership dispute. | 0.60 | 726.00 |
| NPG | L110 | A107 | Call with co-counsel (E. Lazerowitz at Cooley) re strategy for resolution of ownership issues and follow up with team re same [0.8]. | 0.80 | 1,620.00 |
| DJK | L110 | A101 | Review case materials in preparation for call with E. Lazerowitz (Cooley) regarding property ownership dispute. | 0.80 | 1,080.00 |
| DJK | L110 | A101 | Participate in call with E. Lazerowitz (Cooley) and N. Groombridge and A. Penfield regarding property ownership dispute. | 0.50 | 675.00 |
| DJK | L120 | A101 | Review proposed briefing schedule for property dispute | 0.30 | 405.00 |

Client Ref:      0018 - 0002                                                   August 3, 2023
**Reference No. 185**                                                          **Page 5**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/12/23 | | | | | |
| | | | motion practice. | | |
| 06/13/23 | | | | | |
| | ACP | L120 | A108 | Correspond regarding revisions to protective order with Cooley. | 0.40 | 484.00 |
| | NPG | L110 | A104 | Work on strategy and timing for resolution of ownership issues [0.6]. | 0.60 | 1,215.00 |
| 06/14/23 | | | | | |
| | ACP | L120 | A107 | Discuss briefing with E. Lazerowitz (Cooley) (0.1). | 0.10 | 121.00 |
| | ACP | L120 | A105 | Correspond with J. Wu and N. Groombridge regarding briefing schedule (0.2). | 0.20 | 242.00 |
| | ACP | L120 | A107 | Correspond with Cooley regarding protective order (0.1). | 0.10 | 121.00 |
| 06/15/23 | | | | | |
| | ACP | L230 | A109 | Attend June 15 status conference. | 0.70 | 847.00 |
| | ACP | L120 | A105 | Correspond with case team regarding update from hearing and regarding schedule. | 0.40 | 484.00 |
| | ACP | L120 | A107 | Correspond with B. Shrieves (Carnival counsel) regarding protective order. | 0.20 | 242.00 |
| | ACP | L430 | A103 | Draft portions of opening brief on ownership and declaration in support of opening brief. | 5.80 | 7,018.00 |
| | ACP | L120 | A104 | Analyze proposal from D. Hillman (Proskauer) regarding procedures. | 0.30 | 363.00 |
| | NPG | L110 | A109 | Attend hearing re motion to lift stay and follow up re order denying same [0.6]. | 0.60 | 1,215.00 |
| | DJK | L120 | A102 | Research case law concerning | 4.40 | 5,940.00 |

Client Ref:      0018 - 0002                                                      August 3, 2023
**Reference No. 185**                                                                  **Page 6**

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 06/15/23 | | | | | |
| | | | intersection of property ownership disputes in bankruptcy proceedings and adjudication of patent infringement and breach of contract. | | |
| DJK | L110 | A101 | Attend bankruptcy court hearing. | 0.60 | 810.00 |
| NPG | L120 | A104 | Work on ownership issues including proposed motion [0.7]. | 0.70 | 1,417.50 |
| 06/16/23 | | | | | |
| ACP | L250 | A103 | Draft portions of ownership briefs and declarations regarding the same. | 3.70 | 4,477.00 |
| ACP | L120 | A107 | Attend meet and confer with Carnival regarding schedule for briefing and ownership dispute (1.1). | 1.10 | 1,331.00 |
| ACP | L120 | A101 | Correspond with N. Groombridge, D. Hillman (Proskauer), E. Lazerowitz (Cooley), and Orrick regarding ownership dispute and proposed case schedule. | 0.40 | 484.00 |
| NPG | L110 | A104 | Review proposed schedule for resolution of ownership issues and email with co-counsel re same [0.4]. | 0.40 | 810.00 |
| NPG | L120 | A107 | Prepare for and participate in meet-and-confer call with Carnival counsel re procedure for resolution of ownership issues [1.1]. | 1.10 | 2,227.50 |
| ACP | L120 | A107 | Attend post call strategy session regarding process for determining process for ownership briefing (0.3). | 0.30 | 363.00 |
| NPG | L120 | A104 | Work on strategy and outline for opening submission on ownership | 0.80 | 1,620.00 |

Client Ref:       0018 - 0002                                                          August 3, 2023
**Reference No. 185**                                                                        **Page 7**

| **Date** | | | | **Hours** | **Amount** |
|----------|--|--|--|-----------|------------|
| 06/16/23 | | | | | |
| | | | issues [0.8]. | | |
| NPG | L120 | A107 | Debrief with co-counsel and Invictus counsel re procedure for resolution of ownership issues [0.3]. | 0.30 | 607.50 |
| 06/17/23 | | | | | |
| NPG | L110 | A104 | Work on inventorship submission [0.6]. | 0.60 | 1,215.00 |
| 06/18/23 | | | | | |
| ACP | L120 | A105 | Discuss strategy for ownership brief with N. Groombridge and D. Klein. | 1.00 | 1,210.00 |
| ACP | L120 | A104 | Analyze correspondence and notes regarding ownership brief. | 0.40 | 484.00 |
| NPG | L110 | A104 | Work on inventorship submission including call with A. Penfield and D. Klein re same [2.2]. | 2.20 | 4,455.00 |
| DJK | L120 | A101 | Discuss ownership briefing with N. Groombridge and A. Penfield (1.3). | 1.30 | 1,755.00 |
| DJK | L110 | A102 | Research case law on ownership disputes in bankruptcy proceedings (2.1). | 2.10 | 2,835.00 |
| 06/19/23 | | | | | |
| ACP | L120 | A101 | Attend call with N. Groombridge and client regarding ownership dispute. | 1.00 | 1,210.00 |
| ACP | L120 | A101 | Work on proposal to file with court regarding pending disputes. | 1.20 | 1,452.00 |
| ACP | L250 | A103 | Draft outline of ownership brief for N. Groombridge and D. Klein. | 3.40 | 4,114.00 |
| ACP | L250 | A103 | Draft declaration in support of ownership brief. | 3.50 | 4,235.00 |

Client Ref:      0018 - 0002                                                    August 3, 2023
**Reference No. 185**                                                              **Page 8**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 06/19/23 | | | | | |
| ACP | L250 | A102 | Research regarding ownership brief. | 1.20 | 1,452.00 |
| NPG | L120 | A106 | Work on ownership submission including call with client (J. Learish at DeCurtis, D. Fournier at DeCurtis) [2.2]. | 2.20 | 4,455.00 |
| NPG | L120 | A106 | Review proposed schedule and email re same [0.3]. | 0.30 | 607.50 |
| 06/20/23 | | | | | |
| ACP | L250 | A103 | Draft portions of declaration in support of brief and portions of brief regarding ownership dispute. | 8.60 | 10,406.00 |
| ACP | L230 | A103 | Prepare revisions to Carnival's proposal to present to court at 6-21 conference (1.4). | 1.40 | 1,694.00 |
| ACP | L250 | A107 | Send proposal to local counsel for submission (0.1). | 0.10 | 121.00 |
| NPG | L120 | A103 | Work on ownership submission [1.1]. | 1.10 | 2,227.50 |
| NPG | L120 | A107 | Calls with co-counsel and opposing counsel re schedule for briefing and argument of outstanding issues and follow up re same [1.8]. | 1.80 | 3,645.00 |
| NPG | L120 | A104 | Review briefing on rejection motion [0.3]. | 0.30 | 607.50 |
| ACP | L120 | A107 | Conversations with Cooley and Proskauer regarding revisions (0.7). | 0.70 | 847.00 |
| ACP | L120 | A103 | Revise proposal based on comments from B. Bobroff from Proskauer (0.2). | 0.20 | 242.00 |
| ACP | L120 | A103 | Made revisions to proposal (0.4). | 0.40 | 484.00 |
| ACP | L120 | A107 | | 0.20 | 242.00 |

Client Ref:      0018 - 0002                                        August 3, 2023
**Reference No. 185**                                                      **Page 9**

| Date | | | | **Hours** | **Amount** |
|------|--|--|--|-------|--------|
| 06/20/23 | | | | | |
| | | | Correspond with Cooley and Proskauer (0.2). | | |
| | ACP | L120 | A107 | Meet and confer with Carnival's counsel regarding proposed schedule (0.9). | 0.90 | 1,089.00 |
| 06/21/23 | | | | | |
| | ACP | L250 | A102 | Research regarding portions of declaration in support of ownership brief (1.0). | 1.00 | 1,210.00 |
| | ACP | L250 | A103 | Draft portions of declaration for ownership brief. | 7.20 | 8,712.00 |
| | ACP | L230 | A109 | Attend court conference regarding schedule for resolving remaining disputes (1.4). | 1.40 | 1,694.00 |
| | ACP | L120 | A105 | Send summary of 6-21 morning conference to J. Wu and D. Klein (0.1). | 0.10 | 121.00 |
| | ACP | L250 | A103 | Draft portions of ownership brief. | 1.10 | 1,331.00 |
| | DJK | L110 | A101 | Review draft Fournier declaration (0.7). | 0.70 | 945.00 |
| | NPG | L120 | A109 | Prepare for and attend remote hearing re schedule and ownership briefing [1.8]. | 1.80 | 3,645.00 |
| | NPG | L120 | A109 | Further follow up re same [0.5]. | 0.50 | 1,012.50 |
| | NPG | L120 | A104 | Supervise work on opening ownership brief [0.5]. | 0.50 | 1,012.50 |
| | ACP | L120 | A109 | Attend follow up afternoon court conference (0.5). | 0.50 | 605.00 |
| | ACP | L120 | A105 | Send summary of 6-21 afternoon conference to J. Wu and D. Klein (0.1). | 0.10 | 121.00 |
| 06/22/23 | | | | | |

Client Ref:      0018 - 0002                                          August 3, 2023
**Reference No. 185**                                                **Page 10**

| Date | | | | Hours | Amount |
|------|---|---|---|------:|-------:|
| 06/22/23 | | | | | |
| ACP | L430 | A103 | Draft portions of declaration. | 3.00 | 3,630.00 |
| ACP | L230 | A109 | Attend court conference at 11am on June 22 regarding case schedule. | 0.10 | 121.00 |
| ACP | L120 | A107 | Attend meet and confer with Carnival regarding budget and rejection motion. | 0.30 | 363.00 |
| ACP | L430 | A103 | Draft portions of ownership brief. | 10.60 | 12,826.00 |
| ACP | L230 | A109 | Attend afternoon court conference on June 22. | 0.20 | 242.00 |
| ACP | L120 | A105 | Send summary of hearings to J. Wu, N. Groombridge, and D. Klein. | 0.20 | 242.00 |
| NPG | L120 | A104 | Email re pending discovery requests [0.2]. | 0.20 | 405.00 |
| NPG | L120 | A104 | Email and calls re case schedule and DIP funding [0.4]. | 0.40 | 810.00 |
| NPG | L120 | A104 | Supervise work on opening ownership brief [0.3]. | 0.30 | 607.50 |
| 06/23/23 | | | | | |
| ACP | L430 | A103 | Draft portions of ownership brief. | 2.50 | 3,025.00 |
| ACP | L310 | A103 | Draft responses to requests for production. | 0.60 | 726.00 |
| ACP | L120 | A106 | Discuss ownership brief with J. Learish (DeCurtis) and D. Fournier (DeCurtis). | 1.10 | 1,331.00 |
| NPG | L430 | A103 | Work on draft ownership brief [1.2]. | 1.20 | 2,430.00 |
| NPG | L430 | A106 | Review draft supporting declaration and call with client (D. Fournier at DeCurtis, J. Learish at DeCurtis) re same [0.6]. | 0.60 | 1,215.00 |

Client Ref:      0018 - 0002                                         August 3, 2023
**Reference No. 185**                                                      **Page 11**

| Date | | | | Hours | Amount |
|------|---|---|---|------:|------:|
| 06/23/23 | | | | | |
| JHW | L430 | A103 | Revise ownership brief with A. Penfield. | 4.20 | 8,505.00 |
| ACP | L120 | A107 | Attend meet and confer regarding responses to discovery requests. | 0.40 | 484.00 |
| DJK | L120 | A103 | Revise opening brief regarding ownership (1.2). | 1.20 | 1,620.00 |
| 06/24/23 | | | | | |
| NPG | L120 | A101 | Work on strategy for ownership brief and argument [1.4]. | 1.40 | 2,835.00 |
| NPG | L190 | A107 | Email with Invictus counsel re Florida litigation [0.3]. | 0.30 | 607.50 |
| ACP | L250 | A103 | Revise opening brief on ownership and accompanying declaration. | 9.40 | 11,374.00 |
| 06/25/23 | | | | | |
| NPG | L430 | A103 | Work on opening brief on ownership issues and supporting declaration [3.4]. | 3.40 | 6,885.00 |
| NPG | L120 | A104 | Review Carnival adversary complaint [0.4]. | 0.40 | 810.00 |
| NPG | L120 | A104 | Email re proposed Invictus discovery requests [0.3]. | 0.30 | 607.50 |
| ACP | L250 | A103 | Revise ownership filings, including declaration in support of ownership brief and opening brief. | 12.90 | 15,609.00 |
| ACP | L120 | A104 | Review discovery requests (0.1). | 0.10 | 121.00 |
| ACP | L120 | A107 | Discuss draft schedule with E. Lazerowitz (Cooley) (0.2). | 0.20 | 242.00 |
| ACP | L120 | A102 | Research regarding question from N. Groombridge regarding schedule. | 0.20 | 242.00 |
| ACP | L120 | A105 | Email N. Groombridge response to | 0.10 | 121.00 |

Client Ref:      0018 - 0002                                         August 3, 2023
**Reference No. 185**                                                        **Page 12**

| Date | | | | Hours | Amount |
|------|---|---|---|------|--------|
| 06/25/23 | | | | | |
| | | | question regarding schedule. | | |
| ACP | L120 | A104 | Provide feedback on discovery requests (0.1). | 0.10 | 121.00 |
| ACP | L120 | A105 | Email case team regarding draft schedule (0.1). | 0.10 | 121.00 |
| 06/26/23 | | | | | |
| NPG | L250 | A103 | Work on brief on ownership issues and supporting declaration [6.8]. | 6.80 | 13,770.00 |
| NPG | L190 | A108 | Email re potential expert task in connection ownership allegations [0.4]. | 0.40 | 810.00 |
| NPG | L120 | A108 | Email re Carnival proposed schedule [0.2]. | 0.20 | 405.00 |
| ACP | L250 | A103 | Revise filings related to ownership dispute. | 13.50 | 16,335.00 |
| ACP | L250 | A105 | Discuss filings related to ownership with N. Groombridge. | 0.20 | 242.00 |
| ACP | L250 | A107 | Correspond with S. Rizvi (Potter Anderson) regarding June 26 filings. | 0.20 | 242.00 |
| DJK | L120 | A104 | Review revised Fournier declaration in support of Debtor's motion for declaration of ownership (1.1). | 1.10 | 1,485.00 |
| DJK | L120 | A104 | Review S.D. Fla. Trial record in connection with review of Fournier declaration (1.3). | 1.30 | 1,755.00 |
| DJK | L110 | A104 | Review correspondence with D. Fournier (DeCurtis) and J. Learish (DeCurtis) regarding edits to Debtors's motion on asset ownership (0.7). | 0.70 | 945.00 |
| 06/27/23 | | | | | |
| ACP | L250 | A103 | | 0.90 | 1,089.00 |

Client Ref:      0018 - 0002                                         August 3, 2023
**Reference No. 185**                                                      **Page 13**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 06/27/23 | | | | | |
| | | | Revised proposal for case schedule. | | |
| ACP | L120 | A107 | Correspond with E. Lazerowitz (Cooley) regarding discovery requests (0.1). | 0.10 | 121.00 |
| ACP | L120 | A105 | Correspond with N. Groombridge, D. Klein, and J.Wu regarding discovery requests and proposed case schedule. | 0.30 | 363.00 |
| ACP | L430 | A104 | Review sealed filings to propose redactions (3.7). | 3.70 | 4,477.00 |
| ACP | L310 | A103 | Draft requests for productions to Carnival. | 2.70 | 3,267.00 |
| ACP | L120 | A107 | Send comments on schedule to Cooley and Proskauer teams. | 0.10 | 121.00 |
| ACP | L250 | A105 | Circulate as filed copies of ownership brief and declaration and exhibits. | 0.20 | 242.00 |
| ACP | L250 | A101 | Collect as filed version of ownership brief, declaration, and exhibits. | 0.20 | 242.00 |
| NPG | L120 | A101 | Email re proposed discovery on injunction issues [0.3]. | 0.30 | 607.50 |
| ACP | L120 | A107 | Discuss corrected filing and redactions with A. Stulman (Potter Anderson) (0.1). | 0.10 | 121.00 |
| ACP | L120 | A104 | Compile corrected filing (0.4). | 0.40 | 484.00 |
| 06/28/23 | | | | | |
| ACP | L120 | A107 | Email with N. Groombridge, E. Lazerowitz (Cooley), D. Klein, et al. regarding proposed schedule, redactions to sealed filings, requests for production, and deposition notice of D. Fournier | 0.50 | 605.00 |

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/23 | | | | | |
| | | | (DeCurtis). | | |
| ACP | L120 | A103 | Revise case schedule with edit from E. Lazerowitz (Cooley). | 0.10 | 121.00 |
| ACP | L120 | A101 | Email with D. Fournier (DeCurtis) regarding confidentiality and with Cooley, Proskauer, N. Groombridge, and Orrick regarding schedule. | 0.40 | 484.00 |
| ACP | L190 | A101 | Coordinated regarding logistics for bankruptcy court trial. | 2.50 | 3,025.00 |
| DJK | L120 | A104 | Review draft requests for production and propose edits to same (0.4). | 0.40 | 540.00 |
| NPG | L120 | A108 | Follow up re proposed scheduling order [0.4]. | 0.40 | 810.00 |
| NPG | L120 | A106 | Call and email with client (D. Fournier at DeCurtis) re deposition and document discovery [0.5]. | 0.50 | 1,012.50 |
| NPG | L120 | A101 | Work on ownership issues and preparation for hearing [1.0]. | 1.00 | 2,025.00 |
| 06/29/23 | | | | | |
| DJK | L120 | A103 | Discuss briefing strategy with A. Penfield (0.4). | 0.40 | 540.00 |
| DJK | L120 | A104 | Review correspondence with D. Fournier (DeCurtis) regarding factual development and precipient witnesses regarding location engine development (0.4). | 0.40 | 540.00 |
| ACP | L120 | A107 | Attend meet and confer regarding schedule and discovery. | 0.50 | 605.00 |
| ACP | L250 | A103 | Draft portions of response brief regarding injunction, ownership, and free and clear. | 0.50 | 605.00 |
| ACP | L120 | A101 | | 7.70 | 9,317.00 |

Client Ref:     0018 - 0002                                      August 3, 2023
**Reference No. 185**                                                **Page 15**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/29/23 | | | Prepare for document production, depositions, and trial. | | |
| ACP | L120 | A105 | Correspond with E. Lazerowitz (Cooley), Potter Anderson, N. Groombridge, and Orrick regarding case schedule. | 1.60 | 1,936.00 |
| NPG | L120 | A104 | Email re pending discovery requests [0.2]. | 0.20 | 405.00 |
| NPG | L120 | A104 | Follow up re ownership issues [0.2]. | 0.20 | 405.00 |
| 06/30/23 | | | | | |
| JHW | L310 | A104 | Review discovery requests to Carnival regarding ownership with A. Penfield. | 0.40 | 810.00 |
| NPG | L120 | A106 | Call with client (D. Fournier at DeCurtis) re source code matters [0.4]. | 0.40 | 810.00 |
| NPG | L120 | A108 | Email re draft scheduling order [0.2]. | 0.20 | 405.00 |
| ACP | L120 | A101 | Correspond with D. Fournier (DeCurtis) and N. Groombridge regarding trial preparation. | 0.20 | 242.00 |
| ACP | L310 | A105 | Correspond with N. Groombridge, J. Wu, and Proskauer regarding document requests. | 0.20 | 242.00 |
| ACP | L310 | A104 | Review document requests prior to service (0.4). | 0.40 | 484.00 |
| ACP | L120 | A107 | Review changes to scheduling order. | 0.30 | 363.00 |
| ACP | L120 | A107 | Correspond regarding changes to scheduling order. | 0.40 | 484.00 |
| ACP | L120 | A101 | Draft summary of information for trial for K. Bersani, C. Wu, B. Hsu, | 0.40 | 484.00 |

Client Ref:      0018 - 0002                                            August 3, 2023
**Reference No. 185**                                                          **Page 16**

| Date | | | | Hours | Amount |
|------|---|---|---|------:|-------:|
| 06/30/23 | | | | | |
| | | | and S. Osman. | | |
| ACP | L440 | A103 | Draft inserts for pretrial order. | 5.40 | 6,534.00 |
| DJK | L120 | A101 | Review outgoing requests for production (0.7). | 0.70 | 945.00 |
| ACP | L120 | A104 | Serve document requests (0.2). | 0.20 | 242.00 |

### Summary of Services

| | | Rate | Hours | Amount |
|---|---|-----:|------:|-------:|
| NPG | Nicholas P. Groombridge | 2,025.00 | 38.30 | 77,557.50 |
| DJK | Daniel J. Klein | 1,350.00 | 23.00 | 31,050.00 |
| ACP | Allison C. Penfield | 1,210.00 | 158.90 | 192,269.00 |
| JHW | Jennifer H. Wu | 2,025.00 | 15.40 | 31,185.00 |
| **Total for Services** | | | **235.60** | **$332,061.50** |

| Date | Expenses | Amount |
|------|----------|-------:|
| 06/09/23 | Out-of-town travel for hearing; Doubletree hotel in Wilmington, DE June 6-7, 2023 - Allison C. Penfield | 212.85 |
| 06/09/23 | Out-of-town travel for hearing; June 6 train from NYC to Wilmington - Allison C. Penfield | 148.00 |
| 06/16/23 | Out-of-town travel for hearing; Train from Delaware to Stamford - June 7 - Allison C. Penfield | 132.00 |
| 06/16/23 | Out-of-town travel for hearing; Ubers from train to hotel, from hotel to train, from train to home - Allison C. Penfield | 38.84 |
| 07/16/23 | Local travel for hearing; N. Groombridge, J. Wu, C.W. Wu, B. Hsu, and K. Bersani" from New Jersey to hearing; car service with - Dial-car | 897.32 |
| 07/16/23 | Out-of-town travel for hearing; Uber from New York to New Jersey June 16 - Chih-wei Wu | 195.49 |
| 07/18/23 | Duplicating Expenses  - TransPerfect Document Management, Inc. | 2,611.52 |
| 07/19/23 | Out-of-town travel for hearing; laundry expense - Jennifer H. Wu | 16.45 |
| 07/19/23 | Deposition transcripts  - Veritext | 2,304.50 |
| 07/19/23 | Professional Services  - Schulte Roth & Zabel LLP | 66,326.56 |
| 07/19/23 | Deposition transcripts  - Veritext | 1,531.46 |
| 07/19/23 | Deposition transcripts  - Veritext | 3,084.55 |
| 07/19/23 | Meals for hearing; lunch with N. Groombridge, K. Bersani, B. Hsu, and C. W. Wu at Stitch House, Wilmington DE - Jennifer H. Wu | 134.50 |
| 07/19/23 | Litigation support vendors  - Veritext | 3,057.80 |
| 07/21/23 | Out-of-town travel for hearing; Amtrak tickets July 21 from Wilmington, DE to NYC for Kyle Bersani, Chih Wei Wu, Nicholas Groombridge, Ben Hsu and - Jennifer H. Wu | 1,080.00 |

Client Ref:      0018 - 0002                                                                August 3, 2023
**Reference No. 185**                                                                        **Page 17**

| Date | Expenses | Amount |
|------|----------|-------:|
| 07/21/23 | Out-of-town travel for hearing; Amtrak tickets additional fee July 21 from Wilmington, DE to NYC for Kyle Bersani, Chih Wei Wu, Nicholas Groombridge, Ben Hsu and - Jennifer H. Wu | 550.00 |
| 07/21/23 | Out-of-town travel for hearing; Uber July 21 from Wilmington hotel to Wilmington Amtrak train station - Jennifer H. Wu | 17.69 |
| 07/21/23 | Local travel for hearing; Curb taxi from NYP station to office - Jennifer H. Wu | 16.90 |
| 07/24/23 | Litigation support vendors  - Veritext | 1,115.00 |
| 07/26/23 | Local travel for hearing; Nicholas Groombridge from NYP Station to home; car service with - Dial-car | 319.93 |

**Total Expenses**                                                                        **$83,791.36**

                                    **Total for Services and Expenses**                    **$415,852.86**