**<u>Exhibit B</u>**

**Statement of Expenses**

| | | |
|---|---|---:|
| Client Ref: | 0018 - 0002 | August 3, 2023 |

**Reference No. 185**

| Date | Expenses | Amount |
|---|---|---:|
| 06/09/23 | Out-of-town travel for hearing; Doubletree hotel in Wilmington, DE June 6-7, 2023 - Allison C. Penfield | 212.85 |
| 06/09/23 | Out-of-town travel for hearing; June 6 train from NYC to Wilmington - Allison C. Penfield | 148.00 |
| 06/16/23 | Out-of-town travel for hearing; Train from Delaware to Stamford - June 7 - Allison C. Penfield | 132.00 |
| 06/16/23 | Out-of-town travel for hearing; Ubers from train to hotel, from hotel to train, from train to home - Allison C. Penfield | 38.84 |
| 07/16/23 | Local travel for hearing; N. Groombridge, J. Wu, C.W. Wu, B. Hsu, and K. Bersani" from New Jersey to hearing; car service with - Dial-car | 897.32 |
| 07/16/23 | Out-of-town travel for hearing; Uber from New York to New Jersey June 16 - Chih-wei Wu | 195.49 |
| 07/18/23 | Duplicating Expenses  - TransPerfect Document Management, Inc. | 2,611.52 |
| 07/19/23 | Out-of-town travel for hearing; laundry expense - Jennifer H. Wu | 16.45 |
| 07/19/23 | Deposition transcripts  - Veritext | 2,304.50 |
| 07/19/23 | Professional Services  - Schulte Roth & Zabel LLP | 66,326.56 |
| 07/19/23 | Deposition transcripts  - Veritext | 1,531.46 |
| 07/19/23 | Deposition transcripts  - Veritext | 3,084.55 |
| 07/19/23 | Meals for hearing; lunch with N. Groombridge, K. Bersani, B. Hsu, and C. W. Wu at Stitch House, Wilmington DE - Jennifer H. Wu | 134.50 |
| 07/19/23 | Litigation support vendors  - Veritext | 3,057.80 |
| 07/21/23 | Out-of-town travel for hearing; Amtrak tickets July 21 from Wilmington, DE to NYC for Kyle Bersani, Chih Wei Wu, Nicholas Groombridge, Ben Hsu and - Jennifer H. Wu | 1,080.00 |
| 07/21/23 | Out-of-town travel for hearing; Amtrak tickets additional fee July 21 from Wilmington, DE to NYC for Kyle Bersani, Chih Wei Wu, Nicholas Groombridge, Ben Hsu and - Jennifer H. Wu | 550.00 |
| 07/21/23 | Out-of-town travel for hearing; Uber July 21 from Wilmington hotel to Wilmington Amtrak train station - Jennifer H. Wu | 17.69 |
| 07/21/23 | Local travel for hearing; Curb taxi from NYP station to office - Jennifer H. Wu | 16.90 |
| 07/24/23 | Litigation support vendors  - Veritext | 1,115.00 |
| 07/26/23 | Local travel for hearing; Nicholas Groombridge from NYP Station to home; car service with - Dial-car | 319.93 |
| **Total Expenses** | | **$83,791.36** |
| | **Total for Services and Expenses** | **$415,852.86** |