**Exhibit C**

**Groombridge Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>DECURTIS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-10548 (JKS)<br>)<br>) (Jointly Administered)<br>)<br>) |

## DECLARATION OF NICHOLAS GROOMBRIDGE

I, Nicholas Groombridge, being duly sworn, state the following under penalty of perjury:

1. I am a partner of the law firm of Groombridge, Wu, Baughman & Stone LLP ("GWBS"). GWBS maintains an office for the practice of law at, among other places, 565 Fifth Avenue, Suite 2900, New York, NY 10017. I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York [and am admitted *pro hac vice* before this Court].

2. I have read the foregoing monthly fee statement of GWBS (the "Monthly Fee Statement").[2] To the best of my knowledge, information and belief, the statements contained in the Monthly Fee Statement are true and correct. In addition, I believe that the Monthly Fee Statement complies with Local Bankruptcy Rules 2016-1 and 2016-2.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 3, 2023 in New York, New York.

By: *Nicholas P. Groombridge*
Nicholas Groombridge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these Chapter 11 Cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Monthly Fee Statement.