# EXHIBIT B

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM <u>JULY 1, 2023 THROUGH JULY 31, 2023</u>**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Michael Atkinson, Principal | $1,320 | 32.8 | $43,296.00 |
| Jason Crockett, Principal | $1,030 | 61.1 | $62,933.00 |
| Eunice Min, Senior Director | $820 | 44.5 | $36,490.00 |
| Raul Busto, Vice President | $680 | 74.5 | $50,660.00 |
| Timothy Strickler, Senior Associate | $560 | 7.0 | $3,920.00 |
| Eric Mattson, Paralegal | $270 | 1.7 | $459.00 |
| **Grand Total** |  | **221.6** | **$197,758.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 94.1 | $79,100.00 |
| Case Administration | 8.5 | $5,465.00 |
| Claims Analysis and Objections | 1.9 | $1,957.00 |
| Court Filings | 31.0 | $29,778.00 |
| Court Hearings | 7.9 | $7,036.00 |
| Fee / Employment Applications | 5.5 | $3,722.00 |
| Financing Activities | 11.5 | $11,845.00 |
| Litigation | 55.0 | $52,575.00 |
| Sale Process | 6.2 | $6,280.00 |
| **Grand Total** | **221.6** | **$197,758.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Airfare/Train | Train to/from Wilmington, DE to attend hearing. | $215.00 |
| Ground Transportation | Transportation and parking fee while traveling to Wilmington, DE to attend hearing. | $5.00 |
| **Total Expenses** |  | **$220.00** |

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2023 | Michael Atkinson | Review budget issues for counsel | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 7/3/2023 | Raul Busto | Review professional fee accruals. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 7/3/2023 | Raul Busto | Discuss budget with M. Atkinson. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/3/2023 | Michael Atkinson | Review updated budget and actual cash receipts | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 7/4/2023 | Jason Crockett | Review of recent budget and projected performance. | Financing Activities | 0.40 | 1,030.00 | $412.00 |
| 7/5/2023 | Raul Busto | Review fee apps. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/5/2023 | Raul Busto | Work on budget update. | Business Analysis / Operations | 4.70 | 680.00 | $3,196.00 |
| 7/5/2023 | Raul Busto | Analyze potential payment streams to lender counsel. | Business Analysis / Operations | 2.80 | 680.00 | $1,904.00 |
| 7/5/2023 | Eunice Min | Prepare responses on OCP declarations to be filed | Court Filings | 1.90 | 820.00 | $1,558.00 |
| 7/5/2023 | Jason Crockett | Participate in Debtors' 341 meeting. | Case Administration | 0.70 | 1,030.00 | $721.00 |
| 7/5/2023 | Raul Busto | Turn M. Atkinson's comments on payment stream to counsel exhibit. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 7/5/2023 | Raul Busto | Analyze OCP payments. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 7/5/2023 | Michael Atkinson | Review and analyze budget update issues | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 7/5/2023 | Raul Busto | Make edits to budget based on latest receipts and payment stream information. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 7/5/2023 | Jason Crockett | Coordinate on ordinary course professional filings. | Court Filings | 0.30 | 1,030.00 | $309.00 |
| 7/5/2023 | Raul Busto | Analyze escrow payment amounts | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 7/5/2023 | Michael Atkinson | Review budget issues for Proskauer fees | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 7/5/2023 | Jason Crockett | Review of issues related to timing of professional fee payments and anticipated business cash receipts. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 7/5/2023 | Eunice Min | Call with J. Carino to discuss OCPs | Business Analysis / Operations | 0.30 | 820.00 | $246.00 |
| 7/5/2023 | Jason Crockett | Analyze budget and liquidity. | Financing Activities | 1.20 | 1,030.00 | $1,236.00 |
| 7/5/2023 | Raul Busto | Various calls with J. Carino on budget. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 7/5/2023 | Michael Atkinson | Attend meeting of creditors | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 7/5/2023 | Eunice Min | Analyze claims owed to certain creditor as well as retainer balances | Business Analysis / Operations | 0.90 | 820.00 | $738.00 |
| 7/6/2023 | Raul Busto | Analyze counsel invoice against updated budget. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 7/6/2023 | Michael Atkinson | Review and analyze budget issues | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 7/6/2023 | Jason Crockett | Analyze issues related to budgeting, retainers, and escrow. | Business Analysis / Operations | 0.60 | 1,030.00 | $618.00 |
| 7/6/2023 | Michael Atkinson | Review professional fee accruals and bills | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 7/6/2023 | Raul Busto | Make edits to budget. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 7/6/2023 | Raul Busto | Estimate escrow funding amounts. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/6/2023 | Eunice Min | Review June fee entries in advance of fee app preparation | Fee / Employment Applications | 0.80 | 820.00 | $656.00 |
| 7/6/2023 | Raul Busto | Analyze IP counsel invoices. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/6/2023 | Jason Crockett | Analyze issues related to professional fee funding and reserves. | Financing Activities | 0.70 | 1,030.00 | $721.00 |
| 7/6/2023 | Raul Busto | Respond to questions on escrow funding. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/7/2023 | Jason Crockett | Analyze Carnival filings and potential response. | Court Filings | 1.70 | 1,030.00 | $1,751.00 |
| 7/7/2023 | Raul Busto | Revise J. Carino's invoice summary. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/7/2023 | Michael Atkinson | Call with counsel regarding declaration | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 7/7/2023 | Raul Busto | Review cure schedule list. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 7/7/2023 | Jason Crockett | Prepare information for Atkinson declaration. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 7/7/2023 | Jason Crockett | Analyze professional fees incurred versus budget and variances. | Case Administration | 0.80 | 1,030.00 | $824.00 |
| 7/7/2023 | Raul Busto | Prepare professional fee scenario for J. Carino. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 7/7/2023 | Eunice Min | Follow up with J. Carino on cure notice. | Court Filings | 0.60 | 820.00 | $492.00 |
| 7/7/2023 | Jason Crockett | Participate in call with E. Lazerowitz regarding declaration of Atkinson. | Court Filings | 0.20 | 1,030.00 | $206.00 |
| 7/7/2023 | Eunice Min | Review and revise May fee statement and send to counsel | Fee / Employment Applications | 1.20 | 820.00 | $984.00 |
| 7/8/2023 | Michael Atkinson | Review Carnival motions related to declaration | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 7/8/2023 | Jason Crockett | Analyze issues related to credit bidding on sales process. | Sale Process | 0.90 | 1,030.00 | $927.00 |
| 7/8/2023 | Raul Busto | Review standing motion documents and declarations. | Litigation | 2.80 | 680.00 | $1,904.00 |
| 7/8/2023 | Jason Crockett | Prepare information for Atkinson declaration regarding sale and financing process. | Financing Activities | 1.00 | 1,030.00 | $1,030.00 |
| 7/8/2023 | Michael Atkinson | Review and analyze declaration | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 7/9/2023 | Jason Crockett | Analyze factors related to potential recharacterization of debt. | Financing Activities | 0.80 | 1,030.00 | $824.00 |
| 7/9/2023 | Raul Busto | Respond to various questions related to standing motion documents. | Litigation | 1.90 | 680.00 | $1,292.00 |
| 7/9/2023 | Eunice Min | Prepare analysis related to debt and send to Province team | Business Analysis / Operations | 1.10 | 820.00 | $902.00 |
| 7/9/2023 | Jason Crockett | Review of components of potential credit bid amounts. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 7/9/2023 | Raul Busto | Review E. Min's memo on debt recharacterization. | Litigation | 0.40 | 680.00 | $272.00 |
| 7/9/2023 | Jason Crockett | Analyze normalized operating cash flow of the business over various periods of time. | Business Analysis / Operations | 1.10 | 1,030.00 | $1,133.00 |
| 7/9/2023 | Michael Atkinson | Review declaration and related documents | Business Analysis / Operations | 1.60 | 1,320.00 | $2,112.00 |
| 7/9/2023 | Jason Crockett | Review of Atkinson declaration and prepare edits. | Court Filings | 1.50 | 1,030.00 | $1,545.00 |
| 7/10/2023 | Eunice Min | Email to J. Carino regarding information needed for June MOR. | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 7/10/2023 | Eunice Min | Verify contracts listed in cure schedule. | Court Filings | 2.60 | 820.00 | $2,132.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/10/2023 | Jason Crockett | Review Atkinson declaration and prepare edits. | Court Filings | 0.70 | 1,030.00 | $721.00 |
| 7/10/2023 | Raul Busto | Review standing motion declaration. | Litigation | 0.80 | 680.00 | $544.00 |
| 7/10/2023 | Timothy Strickler | Reviewed A/P data and prepared A/P reports as of 6/30 and current. | Case Administration | 2.70 | 560.00 | $1,512.00 |
| 7/10/2023 | Jason Crockett | Review of draft Atkinson declaration regarding Carnival objection. | Court Filings | 1.20 | 1,030.00 | $1,236.00 |
| 7/10/2023 | Eunice Min | Continue preparing cure notice | Court Filings | 3.30 | 820.00 | $2,706.00 |
| 7/10/2023 | Jason Crockett | Review of draft objection to Carnival's standing motion and prepare comments for counsel. | Court Filings | 1.60 | 1,030.00 | $1,648.00 |
| 7/10/2023 | Raul Busto | Update escrow schedule. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/10/2023 | Raul Busto | Review Carino declaration. | Litigation | 0.70 | 680.00 | $476.00 |
| 7/10/2023 | Michael Atkinson | Review and provide comments to counsel on Carnival motion | Court Filings | 0.90 | 1,320.00 | $1,188.00 |
| 7/11/2023 | Michael Atkinson | Review budget issues with company and work on budget | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 7/11/2023 | Jason Crockett | Review of draft Atkinson declaration and prepare comments. | Court Filings | 1.20 | 1,030.00 | $1,236.00 |
| 7/11/2023 | Jason Crockett | Prepare analysis of actual and projected cash flow of the business. | Business Analysis / Operations | 0.70 | 1,030.00 | $721.00 |
| 7/11/2023 | Raul Busto | Work on budget update. | Business Analysis / Operations | 3.40 | 680.00 | $2,312.00 |
| 7/11/2023 | Eunice Min | Make changes to cure notice | Court Filings | 1.30 | 820.00 | $1,066.00 |
| 7/11/2023 | Raul Busto | Discuss budget with J. Carino. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/11/2023 | Jason Crockett | Analyze DIP budget, estimated collections and disbursements, and overall liquidity. | Financing Activities | 1.10 | 1,030.00 | $1,133.00 |
| 7/11/2023 | Jason Crockett | Prepare information related to potential Atkinson testimony. | Litigation | 1.60 | 1,030.00 | $1,648.00 |
| 7/11/2023 | Raul Busto | Prepare operating net cash flow exhibit. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 7/11/2023 | Raul Busto | Make edits to budget update. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 7/11/2023 | Raul Busto | Prepare debt interest summary. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/12/2023 | Raul Busto | Create budget exhibit for filings. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/12/2023 | Jason Crockett | Review of filings related to credit bid challenge and prepare comments for counsel. | Court Filings | 1.10 | 1,030.00 | $1,133.00 |
| 7/12/2023 | Eunice Min | Prepare additional edits to cure schedule | Court Filings | 1.60 | 820.00 | $1,312.00 |
| 7/12/2023 | Raul Busto | Analyze liquidity update. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/12/2023 | Jason Crockett | Analyze information related to litigation overhang. | Litigation | 0.40 | 1,030.00 | $412.00 |
| 7/12/2023 | Jason Crockett | Analyze most recent budget and liquidity related to case timing. | Financing Activities | 0.60 | 1,030.00 | $618.00 |
| 7/12/2023 | Raul Busto | Reconcile critical vendor payments. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 7/12/2023 | Eunice Min | Circulate draft cure schedule to counsel with notes and questions | Court Filings | 1.50 | 820.00 | $1,230.00 |
| 7/12/2023 | Michael Atkinson | Review and analyze budget issues | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 7/12/2023 | Raul Busto | Review objection documents. | Litigation | 1.10 | 680.00 | $748.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/12/2023 | Michael Atkinson | Review sales process issues | Sale Process | 0.30 | 1,320.00 | $396.00 |
| 7/12/2023 | Michael Atkinson | Review and analyze all motions to be filed for counsel and provide comments | Court Filings | 1.60 | 1,320.00 | $2,112.00 |
| 7/12/2023 | Jason Crockett | Review of Atkinson and Carino declarations. | Court Filings | 1.30 | 1,030.00 | $1,339.00 |
| 7/12/2023 | Jason Crockett | Review of draft Invictus filings and prepare comments for counsel. | Court Filings | 1.30 | 1,030.00 | $1,339.00 |
| 7/13/2023 | Raul Busto | Review J. Carino deposition transcript. | Litigation | 1.20 | 680.00 | $816.00 |
| 7/13/2023 | Jason Crockett | Review of exhibits for Carino and Atkinson testimony and status with respect to sealing for certain parties. | Litigation | 1.20 | 1,030.00 | $1,236.00 |
| 7/14/2023 | Jason Crockett | Analyze aggregate actual and projected PIK interest amounts. | Financing Activities | 0.40 | 1,030.00 | $412.00 |
| 7/14/2023 | Jason Crockett | Review of filed Invictus joinder. | Court Filings | 0.80 | 1,030.00 | $824.00 |
| 7/14/2023 | Raul Busto | Analyze professional fee budget issues. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 7/14/2023 | Eunice Min | Prepare additional edits to draft cure schedule and circulate to counsel | Court Filings | 0.90 | 820.00 | $738.00 |
| 7/14/2023 | Jason Crockett | Analyze budget issues and timing of payment of professional fees against cash and overall liquidity. | Financing Activities | 1.30 | 1,030.00 | $1,339.00 |
| 7/14/2023 | Michael Atkinson | Review various pleadings in preparation of deposition | Litigation | 3.20 | 1,320.00 | $4,224.00 |
| 7/14/2023 | Eunice Min | Analyze AP and vendor payments post-petition | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 7/14/2023 | Raul Busto | Work on deposition prep questions. | Litigation | 1.10 | 680.00 | $748.00 |
| 7/15/2023 | Michael Atkinson | Review and prepare for deposition | Litigation | 2.70 | 1,320.00 | $3,564.00 |
| 7/16/2023 | Michael Atkinson | Review documents and prepare for deposition | Litigation | 3.20 | 1,320.00 | $4,224.00 |
| 7/16/2023 | Raul Busto | Prepare M. Atkinson for declaration. | Litigation | 3.20 | 680.00 | $2,176.00 |
| 7/16/2023 | Jason Crockett | Prepare information for Atkinson deposition regarding company performance. | Litigation | 1.50 | 1,030.00 | $1,545.00 |
| 7/16/2023 | Jason Crockett | Review and analyze Invictus enhancements to bid. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 7/16/2023 | Raul Busto | Attend call with counsel on deposition prep. | Litigation | 1.20 | 680.00 | $816.00 |
| 7/16/2023 | Jason Crockett | Analyze potential Carnival claims against estate. | Claims Analysis and Objections | 0.60 | 1,030.00 | $618.00 |
| 7/16/2023 | Eunice Min | Prepare responses for M. Atkinson to assist in preparing for deposition | Business Analysis / Operations | 0.90 | 820.00 | $738.00 |
| 7/16/2023 | Raul Busto | Discuss claims with J. Carino. | Litigation | 0.80 | 680.00 | $544.00 |
| 7/16/2023 | Jason Crockett | Participate in call with Cooley regarding Atkinson deposition prep. | Litigation | 1.40 | 1,030.00 | $1,442.00 |
| 7/16/2023 | Jason Crockett | Prepare with M. Atkinson for deposition by Carnival. | Litigation | 1.90 | 1,030.00 | $1,957.00 |
| 7/17/2023 | Raul Busto | Attend pre-trial brief. | Court Hearings | 0.70 | 680.00 | $476.00 |
| 7/17/2023 | Jason Crockett | Participate in pretrial conference with Debtors and Carnival. | Litigation | 0.70 | 1,030.00 | $721.00 |
| 7/17/2023 | Eunice Min | Analyze pre-petition payables activity to date. | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 7/17/2023 | Raul Busto | Analyze claims register. | Litigation | 1.40 | 680.00 | $952.00 |
| 7/17/2023 | Jason Crockett | Review of claims register and potentially disputed claims. | Claims Analysis and Objections | 0.60 | 1,030.00 | $618.00 |

5

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/2023 | Michael Atkinson | Attend my deposition | Litigation | 2.00 | 1,320.00 | $2,640.00 |
| 7/17/2023 | Eunice Min | Review June financials for MOR preparation | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 7/17/2023 | Jason Crockett | Prepare and review information for Atkinson deposition. | Litigation | 2.20 | 1,030.00 | $2,266.00 |
| 7/18/2023 | Eunice Min | Prepare analysis of pre and post petition claims. | Business Analysis / Operations | 2.40 | 820.00 | $1,968.00 |
| 7/18/2023 | Michael Atkinson | Review and listen to parts of trial | Court Hearings | 1.30 | 1,320.00 | $1,716.00 |
| 7/18/2023 | Jason Crockett | Attend trial regarding Carnival. | Litigation | 1.80 | 1,030.00 | $1,854.00 |
| 7/18/2023 | Jason Crockett | Review of information related to sales process and contact parties. | Sale Process | 0.40 | 1,030.00 | $412.00 |
| 7/18/2023 | Michael Atkinson | Review and analyze budget issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 7/18/2023 | Timothy Strickler | Reviewed activity for certain general ledger accounts. | Case Administration | 1.60 | 560.00 | $896.00 |
| 7/18/2023 | Raul Busto | Attend trial. | Court Hearings | 3.00 | 680.00 | $2,040.00 |
| 7/18/2023 | Eunice Min | Analyze June financials and reconcile any discrepancies, draft follow up questions. | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 7/19/2023 | Eunice Min | Compile final follow ups on financials for June MOR | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 7/19/2023 | Michael Atkinson | Review and analyze documents related to budget update and liquidly issues | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 7/19/2023 | Raul Busto | Assist with testimony prep. | Litigation | 1.10 | 680.00 | $748.00 |
| 7/19/2023 | Jason Crockett | Assist M. Atkinson prepare for testimony and cross examination. | Litigation | 1.10 | 1,030.00 | $1,133.00 |
| 7/19/2023 | Raul Busto | Attend trial. | Court Hearings | 1.60 | 680.00 | $1,088.00 |
| 7/19/2023 | Eunice Min | Continue preparing June MOR. | Business Analysis / Operations | 2.80 | 820.00 | $2,296.00 |
| 7/19/2023 | Jason Crockett | Analyze certain liabilities assumed by stalking horse purchaser and value thereof. | Claims Analysis and Objections | 0.70 | 1,030.00 | $721.00 |
| 7/19/2023 | Jason Crockett | Assist M. Atkinson in trial testimony preparation. | Litigation | 1.60 | 1,030.00 | $1,648.00 |
| 7/19/2023 | Timothy Strickler | Reviewed activity for certain general ledger accounts. | Case Administration | 0.70 | 560.00 | $392.00 |
| 7/19/2023 | Eric Mattson | Drafted June fee app (1.6). Emailed to E. Min for review (0.1). | Fee / Employment Applications | 1.70 | 270.00 | $459.00 |
| 7/19/2023 | Eunice Min | Prepare June MOR. | Business Analysis / Operations | 2.50 | 820.00 | $2,050.00 |
| 7/19/2023 | Raul Busto | Update budget reporting. | Business Analysis / Operations | 3.40 | 680.00 | $2,312.00 |
| 7/19/2023 | Jason Crockett | Attend trial regarding Carnival. | Litigation | 2.50 | 1,030.00 | $2,575.00 |
| 7/20/2023 | Michael Atkinson | Reach out to potential buyers with sales process update | Sale Process | 0.30 | 1,320.00 | $396.00 |
| 7/20/2023 | Eunice Min | Follow up with debtors on discrepancies in June financials. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 7/20/2023 | Jason Crockett | Attend Carnival trial. | Litigation | 1.80 | 1,030.00 | $1,854.00 |
| 7/20/2023 | Jason Crockett | Attend trial regarding Carnival. | Litigation | 3.00 | 1,030.00 | $3,090.00 |
| 7/20/2023 | Eunice Min | Continue preparing revisions to June MOR. | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 7/20/2023 | Jason Crockett | Analyze DIP budget and financing needs to maintain liquidity. | Financing Activities | 0.80 | 1,030.00 | $824.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/20/2023 | Michael Atkinson | Attend part of hearing | Court Hearings | 1.30 | 1,320.00 | $1,716.00 |
| 7/20/2023 | Raul Busto | Prepare escrow schedule payments. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 7/20/2023 | Eunice Min | Analyze professional fee payments made post-petition | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 7/20/2023 | Michael Atkinson | Review and prepare for hearing testimony | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 7/20/2023 | Raul Busto | Attend trial. | Litigation | 2.60 | 680.00 | $1,768.00 |
| 7/21/2023 | Eunice Min | Prepare final filing versions of June MOR. | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 7/21/2023 | Jason Crockett | Review of draft MORs for filing. | Court Filings | 0.70 | 1,030.00 | $721.00 |
| 7/21/2023 | Raul Busto | Prepare liquidity bridge schedule. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/21/2023 | Raul Busto | Work on MOR. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 7/21/2023 | Michael Atkinson | Review and analyze MOR to be filed | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 7/21/2023 | Timothy Strickler | Reviewed disbursement data for monthly operating report. | Case Administration | 0.50 | 560.00 | $280.00 |
| 7/21/2023 | Eunice Min | Address questions from counsel related to June MOR | Business Analysis / Operations | 0.20 | 820.00 | $164.00 |
| 7/21/2023 | Raul Busto | Prepare escrow release schedule. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 7/21/2023 | Eunice Min | Prepare edits to June MOR based on revised balance sheet from company. | Business Analysis / Operations | 1.80 | 820.00 | $1,476.00 |
| 7/21/2023 | Jason Crockett | Review of liquidity forecast, anticipated funding and timing and professional fees. | Financing Activities | 0.90 | 1,030.00 | $927.00 |
| 7/21/2023 | Raul Busto | Discuss various items with J. Carino. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 7/21/2023 | Michael Atkinson | Review budget issues with company | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 7/21/2023 | Timothy Strickler | Reviewed/reconciled financials for monthly operating reports. | Case Administration | 1.50 | 560.00 | $840.00 |
| 7/24/2023 | Jason Crockett | Review of court timelines and recent performance in advance of call with potential interested party. | Sale Process | 0.60 | 1,030.00 | $618.00 |
| 7/24/2023 | Raul Busto | Prepare escrow release for professionals. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 7/24/2023 | Jason Crockett | Review of draft fee application for June. | Fee / Employment Applications | 0.70 | 1,030.00 | $721.00 |
| 7/24/2023 | Raul Busto | Discuss budget with J. Carino. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/24/2023 | Raul Busto | Analyze professional invoices. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 7/24/2023 | Eunice Min | Review and revise draft June fee application | Fee / Employment Applications | 1.10 | 820.00 | $902.00 |
| 7/24/2023 | Raul Busto | Prepare for call with interested buyer. | Sale Process | 0.30 | 680.00 | $204.00 |
| 7/24/2023 | Jason Crockett | Participate in call with interested party. | Sale Process | 0.50 | 1,030.00 | $515.00 |
| 7/24/2023 | Raul Busto | Call with interested buyer. | Sale Process | 0.50 | 680.00 | $340.00 |
| 7/25/2023 | Raul Busto | Create professional fee exhibit. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 7/25/2023 | Michael Atkinson | Review and analyze budget and professional fee estimates | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/2023 | Raul Busto | Prepare escrow schedule payments. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 7/25/2023 | Jason Crockett | Analyze professional fee estimates. | Financing Activities | 0.40 | 1,030.00 | $412.00 |
| 7/26/2023 | Jason Crockett | Analyze anticipated cash flows and professional fees to assess liquidity needs. | Financing Activities | 0.80 | 1,030.00 | $824.00 |
| 7/26/2023 | Raul Busto | Various calls with J. Carino on budget. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 7/26/2023 | Raul Busto | Work on budget update reporting. | Business Analysis / Operations | 4.20 | 680.00 | $2,856.00 |
| 7/27/2023 | Michael Atkinson | Call with CFO regarding budget issues | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 7/27/2023 | Raul Busto | Various calls with J. Carino on next steps. | Business Analysis / Operations | 1.60 | 680.00 | $1,088.00 |
| 7/27/2023 | Jason Crockett | Analyze budget and liquidity issues. | Financing Activities | 0.70 | 1,030.00 | $721.00 |
| 7/27/2023 | Jason Crockett | Review of updated professional fee actuals v budget and variances. | Financing Activities | 0.40 | 1,030.00 | $412.00 |
| 7/27/2023 | Raul Busto | Create monthly fee burn estimate. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/28/2023 | Raul Busto | Prepare professional fee payments. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/28/2023 | Jason Crockett | Review draft findings of fact and conclusions of law related to trial. | Court Filings | 1.20 | 1,030.00 | $1,236.00 |
| 7/28/2023 | Eunice Min | Analyze filings related to Carnival dispute | Litigation | 0.90 | 820.00 | $738.00 |
| 7/28/2023 | Raul Busto | Review and correspond with J. Carino on escrow schedule. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 7/31/2023 | Michael Atkinson | Review and analyze budget issues | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 7/31/2023 | Eunice Min | Calculate quarterly Ch 11 fee and email company regarding | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 7/31/2023 | Eunice Min | Prepare revisions to draft cure schedule and circulate to counsel | Business Analysis / Operations | 1.10 | 820.00 | $902.00 |

**EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 7/18/2023 | Airfare/Train | Amtrak - M. Atkinson train BWI-Wilmington, DE to attend hearing. | $146.00 |
| 7/20/2023 | Ground Transportation | LAZ Parking - M. Atkinson parking fee while traveling to Wilmington, DE to attend hearing. | $5.00 |
| 7/20/2023 | Airfare/Train | Amtrak - M. Atkinson train Wilmington, DE-BWI to attend hearing. | $69.00 |
| | **Total Expenses** | | **$220.00** |

IMPAC 10966331v.2