**EXHIBIT B**

DeCurtis Holdings LLC
Re Ch. 11 Representation

DISBURSEMENTS

Through July 31, 2023

| | | |
|---|---|---:|
| 401A | VENDOR: Reliable Wilmington INVOICE#: WL111576 DATE: 7/14/2023<br>Reliable Wilmington Digital Printing and Binding | 15.40 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 178720 DATE: 7/16/2023<br>DLS Discovery, LLC Courier Services | 30.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 178719 DATE: 7/16/2023<br>DLS Discovery, LLC Courier Services | 30.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 178972 DATE: 7/23/2023<br>DLS Discovery, LLC Courier Services July 17th, 18th, and 19th | 275.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179285 DATE: 7/31/2023<br>DLS Discovery, LLC Printing / Copying / Court Delivery | 35.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179287 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Rush Court Delivery | 181.16 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179288 DATE: 7/31/2023<br>DLS Discovery, LLC Printing / Copy / Court Delivery | 35.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179283 DATE: 7/31/2023<br>DLS Discovery, LLC Printing Services / Court Delivery | 35.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179282 DATE: 7/31/2023<br>DLS Discovery, LLC Printing / Copy and Additional Services, Court Delivery | 35.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179281 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Court Delivery | 88.92 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179304 DATE: 7/31/2023<br>DLS Discovery, LLC Color Printing and Rush Court Delivery Services | 140.40 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179284 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Court Delivery | 53.42 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179278 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Court Delivery | 581.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179286 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Rush Court Delivery | 48.44 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179279 DATE: 7/31/2023<br>DLS Discovery, LLC Printing Services / Court Delivery | 35.00 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179513 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Expedited Courier Services | 156.80 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179471 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Courier Services | 53.98 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179512 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints, Tabs, Color Prints, and Binding | 13633.82 |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 179514 DATE: 7/31/2023<br>DLS Discovery, LLC Litigation Prints / Custom Binding / Expedited Court Delivery | 550.42 |
| | **Total Outside Copying Services** | **$16,013.76** |
| 1402 | July 2023 Westlaw Online Research | 0.59 |
| | **Total Westlaw Legal Research** | **$0.59** |
| 1469 | Parcels SumInv 37211 37212 | 45.00 |
| 1469 | Parcels SumInv 37211 37212 | 55.00 |
| 1469 | Parcels SumInv 37211 37212 | 208.00 |
| 1469 | Parcels SumInv 37211 37212 | 226.13 |
| 1469 | Parcels SumInv 37211 37212 | 10125.44 |
| 1469 | Parcels SumInv 37211 37212 | 516.24 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1469 | Parcels SumInv 37211 37212 | 476.50 |
| 1469 | Parcels SumInv 37211 37212 | 60.00 |
| 1469 | Parcels SumInv 37211 37212 | 90.00 |
| 1469 | Parcels SumInv 37211 37212 | 55.00 |
| 1469 | Parcels SumInv 37211 37212 | 74.00 |
| 1469 | Parcels SumInv 37211 37212 | 237.00 |
| 1469 | Parcels SumInv 37211 37212 | 15.00 |
| 1469 | Parcels SumInv 37211 37212 | 90.00 |
| 1469 | Parcels SumInv 37211 37212 | 539.20 |
| 1469 | Parcels SumInv 37211 37212 | 521.55 |
| 1469 | Parcels SumInv 37211 37212 | 88.00 |
| 1469 | Parcels SumInv 37211 37212 | 105.00 |
| 1469 | Parcels SumInv 37211 37212 | 109.00 |
| 1404 | FedEx 8-202-10562 | 34.56 |
| 1469 | Parcels SumInv 37211 37212 | 382.40 |
| 1469 | Parcels SumInv 37211 37212 | 116.30 |
| 1469 | Parcels SumInv 37211 37212 | 71.85 |
| 1469 | Parcels SumInv 37211 37212 | 522.90 |
| 1469 | Parcels SumInv 37211 37212 | 969.20 |
| 1469 | Parcels SumInv 37211 37212 | 950.55 |
| 1469 | Parcels SumInv 37211 37212 | 608.50 |
| 1469 | Parcels SumInv 37211 37212 | 472.40 |
| 1469 | Parcels SumInv 37211 37212 | 536.00 |
| 1469 | Parcels SumInv 37211 37212 | 74.00 |
| 1469 | Parcels SumInv 37211 37212 | 100.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1469 | Parcels SumInv 37211 37212 | 280.00 |
| 1469 | Parcels SumInv 37211 37212 | 1440.00 |
| 1469 | Parcels SumInv 37251 37252 | 519.25 |
| 1469 | Parcels SumInv 37251 37252 | 471.50 |
| 1469 | Parcels SumInv 37251 37252 | 701.00 |
| 1469 | Parcels SumInv 37251 37252 | 2623.90 |
| 1469 | Parcels SumInv 37296 37297 | 2409.65 |
| 1469 | Parcels SumInv 37296 37297 | 1750.00 |
| 1469 | Parcels SumInv 37296 37297 | 160.00 |
| 1469 | Parcels SumInv 37296 37297 | 79.00 |
| 1469 | Parcels SumInv 37296 37297 | 46.00 |
| 1469 | Parcels SumInv 37296 37297 | 220.00 |
| 1469 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6101821008111257 DATE: 8/11/2023<br>Credit CardAdministration Misc DeCurtis Trial - Equipment Rental - Workspaces | 3250.51 |
| | **Total Parcels - Special Delivery** | **$32,425.53** |
| | | |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067511507261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - James Learish - July 16 - July 20 | 874.50 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067525107261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Evan Lazerowitz - July 16 - July 20 | 874.50 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067451307261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Cullen Speckhart - July 17 - July 21 | 699.60 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067596307261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Kyle Bersani - July 16 - July 21 | 874.50 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067539207261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Ben Hsu - July 16 - July 21 | 880.50 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067486907261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Apurva Saxena - July 17 - July 21 | 699.60 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067548207261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Nicholas Groombridge - July 16 - July 21 | 874.50 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067427007261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Jennifer Wu - July 16 - July 21 | 874.50 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067582907261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Joseph Carino - July 17 - July 21 | 699.60 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067501807261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Sayem Osman - July 16 - July 21 | 874.50 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067558407261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Derek Fournier - July 16 - July 21 | 878.50 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067470107261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Stephen Smith - July 19 - July 21 | 349.80 |
| 1418 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6067568907261832 DATE: 7/26/2023<br>Credit CardAdministration Hotel - Lodging DeCurtis Trial - Accommodations - Chih-wei Wu - July 16 - July 21 | 874.50 |
| | **Total Transportation & Lodging** | **$10,329.10** |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6050718807191353 DATE: 7/19/2023<br>Katherine Good Dinner Dinner at Bar Reverie with A. Stulman and E. Lazerowitz of Cooley | 150.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---|
| 1419 | VENDOR: Lauren C. Huber INVOICE#: 6051159707191353 DATE: 7/19/2023 Lauren Huber Dinner Working dinner for 2 re trial prep Opa Opa | 40.32 |
| 1419 | VENDOR: More, Kimberly E. INVOICE#: 6047430007171847 DATE: 7/17/2023 Kimberly More Meals - Other DeCurtis Trial | 62.13 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065299807251748 DATE: 7/25/2023 Credit CardAdministration Lunch DeCurtis Trial Prep - Lunch - Cavanaughs | 422.71 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065182207251748 DATE: 7/25/2023 Credit CardAdministration Dinner DeCurtis Trial Day 2 - Dinner - Sherm's Catering | 533.00 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065294407251748 DATE: 7/25/2023 Credit CardAdministration Dinner DeCurtis Trial Prep - Dinner - Cavanaughs | 729.30 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065198007251748 DATE: 7/25/2023 Credit CardAdministration Dinner DeCurtis Trial Day 1 - Dinner - Opa! Opa! | 474.00 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065173407251748 DATE: 7/25/2023 Credit CardAdministration Breakfast DeCurtis Trial Day 2 - Breakfast - Wegmans | 163.00 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065309507251753 DATE: 7/25/2023 Credit CardAdministration Lunch DeCurtis Trial Day 1 - Lunch - Capriottis | 218.38 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065192607251748 DATE: 7/25/2023 Credit CardAdministration Breakfast DeCurtis Trial Day 1 - Breakfast - Purebread | 180.75 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065242707251748 DATE: 7/25/2023 Credit CardAdministration Breakfast DeCurtis Trial Prep - Breakfast - Manhattan Bagel | 248.36 |
| 1419 | VENDOR: Lauren C. Huber INVOICE#: 6051159707191353 DATE: 7/19/2023 | 124.30 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

|  |  |  |
|---|---|---|
|  | Lauren Huber Meals - Other Snacks for trial (also lunch for some). 20+ people ShopRite |  |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6055871507211450 DATE: 7/21/2023<br>Katherine Good Dinner 7/18/23 Dinner with C. Speckhart and E. Lazerowitz | 88.50 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065251207251748 DATE: 7/25/2023<br>Credit CardAdministration Breakfast DeCurtis Trial - Breakfast - iHOP | 360.00 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6099603208101605 DATE: 8/10/2023<br>Katherine Good Lunch Lunch with DeCurtis team | 245.00 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6085997608042007 DATE: 8/4/2023<br>Katherine Good Dinner 7/19/23 Dinner with C. Smith, E. Lazerowitz, A. Stulman, C. Samis, and K. Good | 250.00 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6093003508101607 DATE: 8/10/2023<br>Aaron Stulman Dinner DeCurtis Team Dinner | 635.25 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065290907251748 DATE: 7/25/2023<br>Credit CardAdministration Lunch DeCurtis Trial Day 3 - Lunch - Cavanaughs | 446.16 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065273107251748 DATE: 7/25/2023<br>Credit CardAdministration Dinner DeCurtis Trial Day 3 - Dinner - Food For Thought | 646.20 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065160207251748 DATE: 7/25/2023<br>Credit CardAdministration Breakfast DeCurtis Trial - 07/21/23 Breakfast - Wawa | 98.87 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6065146107251748 DATE: 7/25/2023<br>Credit CardAdministration Breakfast DeCurtis Trial - 07/20/23 Breakfast - Manhattan Bagel | 469.68 |
|  | **Total Meals** | **$6,585.91** |
| 1487 | VENDOR: Reliable Wilmington INVOICE#: WL111478 DATE: 7/10/2023<br>Reliable Wilmington Electronic Court Filings - After Hours | 55.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1410 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6056053607211450 DATE: 7/21/2023<br>Credit CardAdministration District Court Filing Fees USDC PHV Filing Fees - Chih-wei Wu and Chieh-Ming Hsu | 50.00 |
| | **Total U.S. District Court** | **$105.00** |
| 1414 | VENDOR: Reliable Wilmington INVOICE#: WL111659 DATE: 7/18/2023<br>Reliable Wilmington Hourly Transcript July 17th 2023 | 203.00 |
| 1414 | VENDOR: Reliable Wilmington INVOICE#: WL111735 DATE: 7/24/2023<br>Reliable Wilmington Hourly Transcripts for July 18th, 19th and 20th - Original | 5669.50 |
| 1414 | VENDOR: Veritext INVOICE#: 6744430 DATE: 7/31/2023<br>Veritext Transcripts | 2894.24 |
| | **Total Court Reporters - Transcripts** | **$8,766.74** |
| | Total Disbursements | $74,226.63 |

CMS