**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: September 5, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF THIRD MONTHLY FEE STATEMENT OF**
**GROOMBRIDGE, WU, BAUGHMAN & STONE LLP AS**
**SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD**
**FROM JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed the *Third Monthly Fee Statement of Groombridge, Wu, Baughman & Stone LLP as Special Counsel to the Debtors for the Period from July 1, 2023 Through and Including July 31, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **September 5, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be served upon and received by the following Application Recipients: (i) the Debtors, 3208 East Colonial Drive, Suite C190, Orlando, FL 32803 (Attn: Joseph A. Carino (joe.carino@decurtis.com)); (ii) counsel to the Debtors, Cooley LLP, 1299 Pennsylvania Avenue,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

IMPAC 10969464v.1

NW, Suite 700, Washington, DC 20004 (Attn: Cullen D. Speckhart (cspeckhart@cooley.com)), and Cooley LLP, 55 Hudson Yards, New York, NY 1000 (Attn: Michael A. Klein (mklein@cooley.com), Evan Lazerowitz (elazerowitz@cooley.com), and Paul J. Springer (pspringer@cooley.com)); (iii) co-counsel to the Debtors, Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801 (Attn: Christopher M. Samis (csamis@potteranderson.com), L. Katherine Good (kgood@potteranderson.com), and Aaron H. Stulman (astulman@potteranderson.com)); (iv) Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Jane M. Leamy (Jane.M.Leamy@usdoj.gov)); and (v) counsel to the DIP Agent, (a) Proskauer Rose LLP, Eleven Times Square, New York, NY 10036 (Attn: David M. Hillman (dhillman@proskauer.com), Vincent Indelicato (vindelicato@proskauer.com), and Scott P. Thurman (sthurman@proskauer.com)), (b) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago IL 60601 (Attn: Jordan Sazant (jsazant@proskauer.com) and Ashley Weringa (aweringa@proskauer.com)), and (c) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801 (Attn: Adam G. Landis (landis@lrclaw.com) and Matthew B. McGuire (mcguire@lrclaw.com)).

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 174], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

IMPAC 10969464v.1

| | |
|---|---|
| Dated:  August 15, 2023<br>　　　　Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*　　　　　　　　　　　　　<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  csamis@potteranderson.com<br>　　　　kgood@potteranderson.com<br>　　　　astulman@potteranderson.com<br>　　　　srizvi@potteranderson.com<br><br>-and-<br><br>Cullen Drescher Speckhart, Esq.<br>Michael A. Klein, Esq.<br>Evan Lazerowitz, Esq.<br>Paul Springer, Esq.<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 479-6000<br>Facsimile:  (212) 479-6275<br>Email:  cspeckhart@cooley.com<br>　　　　mklein@cooley.com<br>　　　　elazerowitz@cooley.com<br>　　　　pspringer@cooley.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

IMPAC 10969464v.1