**<u>Exhibit A</u>**

**Statement of Fees**



GROOMBRIDGE WU
BAUGHMAN & STONE
A LIMITED LIABILITY PARTNERSHIP

565 Fifth Avenue          (332) 269-0030
Suite 2900                www.groombridgewu.com
New York, NY 10017

---

DeCurtis Corp.                                    August 15, 2023
3208 East Colonial Drive                     **Reference No. 190**
Suite C190
Orlando, FL 32803
USA

Professional Services from July 1, 2023 to July 31, 2023

CLIENT:    0018 - DeCurtis Corp.

| Matter | Services | Expenses | Total |
|--------|---------:|---------:|------:|
| 0002 - DeCurtis Restructuring | 1,212,555.00 | 44,354.55 | 1,256,909.55 |

**Total for Services and Expenses**          **$1,256,909.55**

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR ACCOUNT NO.
9883467806 AT M&T BANK, 115 SOUTH RIDGE ST.,
RYE BROOK, NY 10573, ROUTING NUMBER: 022000046

CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE
INVOICED LATER.

Client Ref:      0018 - 0002                                    August 15, 2023
**Reference No. 190**                                          **Page 1**

Re:          0002 DeCurtis Restructuring

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/01/23 | | | | | |
| ACP | L440 | A103 | Draft portions of inserts for pretrial order. | 0.60 | 726.00 |
| 07/02/23 | | | | | |
| NPG | L120 | A101 | Work on ownership issues including preparation for response to Carnival brief [0.5]. | 0.50 | 1,012.50 |
| NPG | L120 | A101 | Email re pending discovery requests [0.1]. | 0.10 | 202.50 |
| 07/03/23 | | | | | |
| ACP | L210 | A103 | Draft portions of response to complaint. | 3.00 | 3,630.00 |
| ACP | L120 | A107 | Attend meet and confer regarding discovery. | 0.40 | 484.00 |
| ACP | L120 | A105 | Email summary of meet and confer to N. Groombridge, J. Wu, and D. Klein. | 0.20 | 242.00 |
| 07/04/23 | | | | | |
| ACP | L210 | A103 | Draft portions of response to answer. | 1.40 | 1,694.00 |
| 07/05/23 | | | | | |
| ACP | L120 | A101 | Email N. Groombridge, J. Wu, D. Klein, and B. Shrieves (Carnival counsel) regarding depositions. | 0.20 | 242.00 |
| ACP | L430 | A101 | Prepare pretrial order inserts. | 1.40 | 1,694.00 |
| ACP | L430 | A104 | Review portions of combined filing on ownership, injunctive relief, and free and clear dispute. | 0.30 | 363.00 |
| ACP | L120 | A101 | Email in response to N. Groombridge regarding Carnival's filings. | 0.10 | 121.00 |
| NPG | L120 | A101 | Work on ownership issues and | 2.50 | 5,062.50 |

Client Ref:    0018 - 0002                                      August 15, 2023
**Reference No. 190**                                              **Page 2**

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 07/05/23 | | | | | |
| | | | preparation for evidentiary hearing [2.5]. | | |
| NPG | L120 | A104 | Review Carnival brief and adversary complaint [0.7]. | 0.70 | 1,417.50 |
| ACP | L120 | A103 | Draft task list for case team (0.6). | 0.60 | 726.00 |
| ACP | L120 | A101 | Compile materials for hearing (1.0). | 1.00 | 1,210.00 |
| 07/06/23 | | | | | |
| ACP | L120 | A101 | Emails regarding response to Carnival's filings and redactions to the same. | 0.80 | 968.00 |
| ACP | L430 | A104 | Draft outline based on analysis of Carnival's combined brief. | 8.40 | 10,164.00 |
| ACP | L310 | A104 | Review responses to discovery request to provide feedback to Proskauer. | 0.50 | 605.00 |
| ACP | L120 | A107 | Correspond regarding depositions (0.4). | 0.40 | 484.00 |
| JHW | L430 | A104 | Analyze and review Carnival responsive ownership brief. | 1.40 | 2,835.00 |
| JHW | L120 | A105 | Conference with N. Groombridge, D. Klein, A. Penfield, K. Bersani, C. Wu, and B. Hsu regarding legal strategy and preparation for trial. | 1.00 | 2,025.00 |
| ACP | L250 | A103 | Revise inserts to pretrial order. | 1.20 | 1,452.00 |
| ACP | L120 | A101 | Prepare for meeting regarding strategy for responses (0.1). | 0.10 | 121.00 |
| ACP | L120 | A109 | Attend team meeting with J. Wu, D. Klein, B. Hsu, C. Wu, and K. Bersani regarding strategy for response to opposition regarding ownership and preparation for trial (1.4). | 1.40 | 1,694.00 |

Client Ref:       0018 - 0002                                                    August 15, 2023
**Reference No. 190**                                                              **Page 3**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/23 | | | | | |
| NPG | L120 | A104 | Further review of Carnival brief and supporting filings [0.9]. | 0.90 | 1,822.50 |
| NPG | L120 | A105 | Prepare for evidentiary hearing including call with team re same [1.7]. | 1.70 | 3,442.50 |
| KNB | L120 | A105 | Meet with N. Groombridge, J.H. Wu, A. Pennfield, B. Hsu, and C. Wu to plan strategy for combined ownership brief reply. | 1.30 | 955.50 |
| KNB | L250 | A105 | Analyze Carnival combined brief in opposition. | 1.00 | 735.00 |
| ACP | L120 | A104 | Review deposition topics (0.2). | 0.20 | 242.00 |
| ACP | L120 | A107 | Email regarding filings and case strategy (0.8). | 0.80 | 968.00 |
| ACP | L120 | A107 | Discuss strategy with B. Shrieves (Carnival counsel) (0.2). | 0.20 | 242.00 |
| 07/07/23 | | | | | |
| JHW | L430 | A103 | Revise outline to reply brief on ownership issues with A. Penfield. | 3.40 | 6,885.00 |
| JHW | L120 | A107 | Conference with E. Lazerowitz (Cooley), B. Shrieves (Carnival counsel), N. Groombridge, D. Klein, A. Penfield, K. Bersani, C. Wu, and B. Hsu regarding pretrial depositions and replies to Carnival's ownership brief. | 0.50 | 1,012.50 |
| ACP | L120 | A107 | Attend meet and confer regarding discovery. | 0.30 | 363.00 |
| ACP | L440 | A101 | Attend call regarding trial preparation and preparation of responsive papers due July 12. | 0.50 | 605.00 |
| ACP | L120 | A101 | Prepare for evidentiary hearing, including emails related to trial prep (1.5). | 1.50 | 1,815.00 |

Client Ref:    0018 - 0002                                                    August 15, 2023
**Reference No. 190**                                                              **Page 4**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/07/23 | | | | | |
| JHW | L120 | A106 | Conference with D. Fournier (DeCurtis), J. Carino (DeCurtis), E. Lazerowitz (Cooley), B. Shrieves, and K. Bersani in preparation for trial testimony. | 0.80 | 1,620.00 |
| ACP | L430 | A103 | Draft portions of opposition-reply brief (7.5). | 7.50 | 9,075.00 |
| ACP | L120 | A101 | Attend meeting with client regarding brief (0.6). | 0.60 | 726.00 |
| KNB | L250 | A107 | Meet between bankruptcy counsel at Cooley and Groombridge Wu litigation team to coordinate draft reply to Carnival's combined brief in opposition. | 0.50 | 367.50 |
| KNB | L250 | A106 | Meet between client to discuss combined reply brief and declarations. | 0.70 | 514.50 |
| NPG | L120 | A103 | Email re witness list [0.3]. | 0.30 | 607.50 |
| NPG | L120 | A104 | Review Carnival brief and work on response to same including call with team [2.1]. | 2.10 | 4,252.50 |
| ACP | L120 | A103 | Draft outline for opposition-reply brief (3.0). | 3.00 | 3,630.00 |
| 07/08/23 | | | | | |
| ACP | L330 | A107 | Correspond regarding deposition notices for J. Padgett and E. de la Iglesia. | 0.30 | 363.00 |
| ACP | L250 | A103 | Draft injunction brief insert. | 9.70 | 11,737.00 |
| JHW | L250 | A103 | Revise injunction portion of reply ownership brief with A. Penfield. | 4.20 | 8,505.00 |
| 07/09/23 | | | | | |
| ACP | L250 | A103 | Revise pretrial order inserts (1.4). | 1.40 | 1,694.00 |
| NPG | L120 | A104 | Review comments on Carnival | 1.10 | 2,227.50 |

Client Ref:      0018 - 0002                                                   August 15, 2023
**Reference No. 190**                                                                  **Page 5**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/09/23 | | | | | |
| | | | brief and prepare for hearing [1.1]. | | |
| CWW | L430 | A103 | Draft Debtors' reply brief section regarding contractual provisions for injunctive relief. | 0.50 | 400.00 |
| CWW | L430 | A103 | Draft Debtors' reply brief section regarding injunctive relief. | 1.00 | 800.00 |
| KNB | L250 | A103 | Draft analysis of legal standard for combined reply brief. | 1.10 | 808.50 |
| KNB | L250 | A103 | Revise joint pre-hearing order proposal. | 2.50 | 1,837.50 |
| ACP | L120 | A103 | Revise insert for injunction based on comments from J. Wu (1.5). | 1.50 | 1,815.00 |
| ACP | L120 | A103 | Draft insert on ownership for brief (8.3). | 8.30 | 10,043.00 |
| 07/10/23 | | | | | |
| ACP | L430 | A103 | Revise pretrial order inserts based on comments from E. Lazerowitz (Cooley), K. Bersani, and N. Groombridge. | 1.50 | 1,815.00 |
| ACP | L440 | A101 | Email regarding questions from client related to trial and to declaration in support of combined brief. | 0.50 | 605.00 |
| JHW | L250 | A103 | Conference with Carnival counsel regarding pretrial issues. | 0.50 | 1,012.50 |
| JHW | L440 | A105 | Draft trial materials including slides for trial, with K. Bersani, C. Wu, and B. Hsu. | 3.20 | 6,480.00 |
| JHW | L440 | A105 | Correspond with K. Bersani regarding confidentiality issues and proposed redactions. | 0.20 | 405.00 |
| JHW | L250 | A106 | Correspond with D. Fournier (DeCurtis) and A. Penfield | 0.30 | 607.50 |

Client Ref:      0018 - 0002                                            August 15, 2023
**Reference No. 190**                                                          **Page 6**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 07/10/23 | | | | | |
| | | | regarding reply declarations. | | |
| NPG | L120 | A107 | Prepare for and participate in meet-and-confer call with Carnival counsel [0.7]. | 0.70 | 1,417.50 |
| NPG | L120 | A108 | Further preparation for evidentiary hearing including call with S. Minyailov [1.1]. | 1.10 | 2,227.50 |
| KNB | L250 | A103 | Revise supplemental declaration of D. Fournier (DeCurtis). | 5.60 | 4,116.00 |
| SOS | L440 | A111 | Compile all exhibits cited in Carnival Corp's brief per A. Penfield's request. | 1.20 | 522.00 |
| ACP | L430 | A103 | Draft portions of combined reply brief. | 9.30 | 11,253.00 |
| ACP | L110 | A108 | Attend meeting with D. Fournier (DeCurtis) and N. Groombridge regarding reply brief. | 0.50 | 605.00 |
| ACP | L120 | A109 | Attend meet and confer with opposing counsel regarding depositions (0.4). | 0.40 | 484.00 |
| BH | L120 | A101 | Confer with J. Wu, C. Wu, and K. Bersani regarding opening slides. | 0.50 | 400.00 |
| BH | L120 | A101 | Analyze arguments and case law regarding property ownership. | 1.20 | 960.00 |
| ACP | L120 | A103 | Draft notes to the team re depositions (0.1). | 0.10 | 121.00 |
| 07/11/23 | | | | | |
| JHW | L440 | A105 | Draft trial materials including slides for trial, with A. Penfield, K. Bersani, C. Wu, and B. Hsu. | 6.90 | 13,972.50 |
| JHW | L430 | A103 | Revise ownership reply brief with A. Penfield. | 1.70 | 3,442.50 |
| NPG | L120 | A103 | | 1.60 | 3,240.00 |

Client Ref:      0018 - 0002                                      August 15, 2023
**Reference No. 190**                                                 **Page 7**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/11/23 | | | | | |
| | | | Work on reply brief and supporting declaration [1.6]. | | |
| NPG | L120 | A101 | Prepare for evidentiary hearing [0.7]. | 0.70 | 1,417.50 |
| CWW | L440 | A103 | Discuss and revise opening slides for DeCurtis bankruptcy proceeding with J. Wu, K. Bersani, and B. Hsu. | 1.30 | 1,040.00 |
| CWW | L430 | A105 | Discuss revisions for Debtors' reply brief with A. Penfield and B. Hsu. | 0.50 | 400.00 |
| KNB | L250 | A103 | Draft combined brief in reply. | 9.50 | 6,982.50 |
| ACP | L120 | A105 | Met with J. Wu, K. Bersani, B. Hsu, and C. Wu regarding slides for opening (1.3). | 1.30 | 1,573.00 |
| ACP | L430 | A103 | Revise portions of Fournier declaration. | 4.20 | 5,082.00 |
| ACP | L120 | A106 | Email with D. Fournier (DeCurtis) regarding his declaration (0.1). | 0.10 | 121.00 |
| ACP | L430 | A104 | Revise portions of reply brief. | 3.60 | 4,356.00 |
| ACP | L430 | A103 | Revise declaration for J. Learish (DeCurtis). | 1.20 | 1,452.00 |
| BH | L120 | A101 | Draft opening slides. | 1.70 | 1,360.00 |
| BH | L120 | A101 | Confer with J. Wu., C. Wu, and K. Bersani regarding opening slides. | 1.30 | 1,040.00 |
| BH | L120 | A101 | Revise opening slides. | 1.60 | 1,280.00 |
| BH | L120 | A101 | Confer with A. Penfield and C. Wu regarding brief. | 0.50 | 400.00 |
| ACP | L120 | A109 | Attend post hearing briefing discussion with K. Bersani, E. Lazerowitz (Cooley), and K. Good | 0.30 | 363.00 |

Client Ref:      0018 - 0002                                      August 15, 2023
**Reference No. 190**                                                **Page 8**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/23 | | | | | |
| | | | (Potter Anderson) (0.3). | | |
| ACP | L120 | A105 | Discuss brief with J. Wu, K. Bersani, B. Hsu, and C. Wu  (0.5). | 0.50 | 605.00 |
| 07/12/23 | | | | | |
| JHW | L430 | A103 | Revise ownership reply brief with A. Penfield and C.W. Wu. | 5.40 | 10,935.00 |
| JHW | L430 | A103 | Revise Answer to Adversary Complaint. | 1.70 | 3,442.50 |
| JHW | L440 | A105 | Draft trial materials including slides for trial, with A. Penfield, K. Bersani, C. Wu, and B. Hsu. | 1.60 | 3,240.00 |
| JHW | L410 | A106 | Conference with D. Fournier (DeCurtis), N. Groombridge, and A. Penfield in preparation for trial and deposition testimony. | 2.00 | 4,050.00 |
| JHW | L410 | A106 | Conference with J. Carino (DeCurtis), E. Lazerowitz (Cooley), B. Shrieves, and B. Hsu in preparation for trial and deposition testimony. | 1.50 | 3,037.50 |
| BBP | L250 | A104 | Review and analyze reply brief re ownership, prepare exhibits thereto for attorney review and filing with court. | 1.00 | 475.00 |
| CWW | L430 | A103 | Revise Debtors' reply brief. | 1.50 | 1,200.00 |
| KNB | L250 | A103 | Draft combined brief in reply. | 7.40 | 5,439.00 |
| KNB | L250 | A103 | Draft declaration of J. Learish (DeCurtis). | 4.20 | 3,087.00 |
| KNB | L330 | A106 | Deposition preparation with D. Fournier (DeCurtis). | 2.00 | 1,470.00 |
| SOS | L210 | A111 | Cite check DeCurtis Inc.'s Reply Brief per Chih-wei Wu's request. | 6.50 | 2,827.50 |
| SOS | L210 | A111 | | 1.50 | 652.50 |

Client Ref:      0018 - 0002                                                August 15, 2023
**Reference No. 190**                                                            **Page 9**

| Date | | | | Hours | Amount |
|------|---|---|---|------:|-------:|
| 07/12/23 | | | | | |
| | | | Edit and compile exhibits cited in DeCurtis Inc.'s Reply Brief. | | |
| ACP | L330 | A101 | Meet with D. Fournier (DeCurtis) regarding deposition. | 2.00 | 2,420.00 |
| ACP | L440 | A101 | Attend team meeting regarding trial preparation. | 0.40 | 484.00 |
| ACP | L210 | A103 | Revise adversary complaint. | 2.50 | 3,025.00 |
| ACP | L440 | A103 | Revise slide presentation for opening statement with B. Hsu. | 3.60 | 4,356.00 |
| ACP | L250 | A103 | Revised brief and declarations in preparation for filing. | 5.50 | 6,655.00 |
| ACP | L250 | A101 | Coordinate regarding filing of brief and declarations. | 0.60 | 726.00 |
| BH | L120 | A101 | Finalize reply brief for filing. | 5.20 | 4,160.00 |
| BH | L120 | A101 | Revise opening slides with A. Penfield. | 3.60 | 2,880.00 |
| BH | L120 | A101 | Confer with J. Wu, C. Wu, and K. Bersani regarding opening slides. | 0.80 | 640.00 |
| NPG | L460 | A103 | Work on combined reply brief on ownership and injunction issues [1.5]. | 1.50 | 3,037.50 |
| NPG | L120 | A104 | Review draft supplemental Founier declaration [0.2]. | 0.20 | 405.00 |
| NPG | L120 | A103 | Review and revise draft answer to adversary complaint [0.6]. | 0.60 | 1,215.00 |
| NPG | L120 | A108 | Email re depositions [0.3]. | 0.30 | 607.50 |
| NPG | L120 | A101 | Prepare for trial including work on Fournier examination [1.1]. | 1.10 | 2,227.50 |
| 07/13/23 | | | | | |
| JHW | L330 | A106 | Meet with D. Fournier (DeCurtis) | 2.20 | 4,455.00 |

Client Ref:      0018 - 0002                                         August 15, 2023
**Reference No. 190**                                                    **Page 10**

| Date | | | | Hours | Amount |
|------|------|------|------|------|------|
| 07/13/23 | | | in preparation for deposition, with A. Penfield and K. Bersani. | | |
| JHW | L330 | A105 | Correspond with N. Groombridge, D. Klein, A. Penfield, and K. Bersani regarding deposition of J. Padgett. | 0.50 | 1,012.50 |
| JHW | L330 | A109 | Attend deposition of DeCurtis corporate witness J. Carino (DeCurtis). | 3.10 | 6,277.50 |
| JHW | L440 | A105 | Draft trial materials including slides for trial, with A. Penfield, K. Bersani, C. Wu, and B. Hsu. | 2.80 | 5,670.00 |
| NPG | L120 | A101 | Prepare for Padgett deposition [0.5]. | 0.50 | 1,012.50 |
| NPG | L120 | A101 | Preparation for D. Fournier deposition including calls with witness [0.8]. | 0.80 | 1,620.00 |
| CWW | L440 | A105 | Discuss trial preparation and strategy with A. Penfield. | 0.50 | 400.00 |
| CWW | L440 | A105 | Strategize trial and depositions with A. Penfield, K. Bersani, and B. Hsu. | 0.50 | 400.00 |
| CWW | L330 | A101 | Prepare for deposition of J. Padgett (Carnival). | 2.50 | 2,000.00 |
| CWW | L330 | A101 | Prepare for D. Fournier (DeCurtis) deposition. | 2.00 | 1,600.00 |
| CWW | L440 | A103 | Draft opening slides. | 0.80 | 640.00 |
| CWW | L440 | A101 | Prepare materials for D. Fournier (DeCurtis) direct examination and J. Padgett (Carnival) cross-examination. | 2.00 | 1,600.00 |
| ACP | L330 | A109 | Attend D. Fournier (DeCurtis) deposition prep (2.7). | 2.70 | 3,267.00 |

Client Ref:      0018 - 0002                                        August 15, 2023
**Reference No. 190**                                               **Page 11**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/13/23 | | | | | |
| ACP | L440 | A101 | Attend trial planning meeting. | 0.50 | 605.00 |
| KNB | L330 | A106 | Deposition preparation with D. Fournier (DeCurtis). | 4.70 | 3,454.50 |
| KNB | L250 | A103 | Revise draft joint pre-hearing order. | 1.80 | 1,323.00 |
| KNB | L440 | A103 | Revise demonstratives for opening statement in evidentiary hearing. | 1.80 | 1,323.00 |
| SOS | L440 | A105 | DeCurtis trial logistics meeting with trial team and co counsel. | 0.50 | 217.50 |
| ACP | L440 | A101 | Prepare for trial. | 5.50 | 6,655.00 |
| BH | L120 | A101 | Revise opening slides. | 2.70 | 2,160.00 |
| BH | L120 | A101 | Attend deposition preparation session with D. Fournier (DeCurtis). | 2.20 | 1,760.00 |
| BH | L120 | A101 | Confer with A. Penfield, C. Wu, and K. Bersani regarding trial plans. | 0.50 | 400.00 |
| BH | L110 | A101 | Review materials and prepare for trial. | 2.90 | 2,320.00 |
| ACP | L120 | A109 | Attend deposition prep with D. Fournier (DeCurtis) and J. Learish (DeCurtis) (0.5). | 0.50 | 605.00 |
| ACP | L120 | A109 | Attend deposition of J. Carino (DeCurtis) (3.2). | 3.20 | 3,872.00 |
| 07/14/23 | | | | | |
| JHW | L330 | A109 | Defend deposition of D. Fournier (DeCurtis). | 5.50 | 11,137.50 |
| JHW | L330 | A106 | Meet with J. Learish (DeCurtis) in preparation for deposition, with A. Penfield, C.W. Wu, K. Bersani, and B. Hsu. | 2.50 | 5,062.50 |
| JHW | L440 | A103 | | 1.40 | 2,835.00 |

Client Ref:      0018 - 0002                                                      August 15, 2023
**Reference No. 190**                                                                  **Page 12**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/14/23 | | | | | |
| | | | Draft trial materials including slides for trial with A. Penfield, K. Bersani, C. Wu, and B. Hsu. | | |
| JHW | L440 | A105 | Meet with A. Penfield, C.W. Wu, K. Bersani, and B. Hsu to discuss legal strategy in preparation for trial. | 0.50 | 1,012.50 |
| NPG | L120 | A101 | Prepare for evidentiary hearing [1.1]. | 1.10 | 2,227.50 |
| NPG | L330 | A101 | Prepare for and take Padgett deposition [1.7]. | 1.70 | 3,442.50 |
| NPG | L330 | A105 | Email and calls with team re D. Fournier deposition [0.8]. | 0.80 | 1,620.00 |
| CWW | L330 | A101 | Prepare exhibits and materials for J. Padgett deposition. | 1.10 | 880.00 |
| CWW | L440 | A105 | Discuss trial strategy with A. Penfield, K. Bersani, and B. Hsu. | 1.00 | 800.00 |
| CWW | L440 | A101 | Prepare direct examination materials for D. Fournier (DeCurtis) and J. Learish (DeCurtis). | 1.00 | 800.00 |
| CWW | L330 | A101 | Prepare for J. Learish (DeCurtis) and E. de la Iglesia depositions. | 2.00 | 1,600.00 |
| ACP | L330 | A109 | Attend deposition prep for D. Fournier (DeCurtis) (1.0). | 1.00 | 1,210.00 |
| ACP | L120 | A107 | Attend meet and confer regarding pretrial order. | 0.30 | 363.00 |
| ACP | L440 | A101 | Discuss trial preparation with C. Wu, K. Bersani, and B. Hsu. | 0.80 | 968.00 |
| ACP | L440 | A101 | Draft proposed direct topics by witness. | 2.50 | 3,025.00 |
| ACP | L440 | A101 | Prepare for trial including | 0.50 | 605.00 |

Client Ref:      0018 - 0002                                              August 15, 2023
**Reference No. 190**                                                      **Page 13**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/14/23 | | | | | |
| | | | collection documents for prep kits and corresponding with case team regarding trial materials. | | |
| KNB | L440 | A103 | Revise demonstratives for opening statement in evidentiary hearing. | 2.50 | 1,837.50 |
| KNB | L330 | A106 | Deposition preparation with D. Fournier (DeCurtis). | 1.00 | 735.00 |
| BH | L120 | A101 | Prepare for trial with J. Wu. | 2.00 | 1,600.00 |
| ACP | L120 | A105 | Attend discussions regarding depositions with case team (1.5). | 1.50 | 1,815.00 |
| ACP | L120 | A109 | Attend deposition prep of J. Learish (DeCurtis) (2.0). | 2.00 | 2,420.00 |
| ACP | L120 | A109 | Attend deposition of D. Fournier (DeCurtis) (4.5). | 4.50 | 5,445.00 |
| 07/15/23 | | | | | |
| NPG | L120 | A101 | Prepare for evidentiary hearing [0.8]. | 0.80 | 1,620.00 |
| JHW | L420 | A104 | Analyze Carnival expert witness declaration for trial, with N. Groombridge, A. Penfield, and K. Bersani. | 1.20 | 2,430.00 |
| JHW | L410 | A104 | Analyze fact testimony for trial from DeCurtis witnesses, with A. Penfield. | 2.30 | 4,657.50 |
| JHW | L430 | A103 | Revise Joint Pretrial Order, with C.W. Wu. | 1.60 | 3,240.00 |
| JHW | L440 | A103 | Revise trial materials including slides for trial, with A. Penfield, K. Bersani, C.W. Wu, and B. Hsu. | 2.10 | 4,252.50 |
| CWW | L430 | A103 | Draft pretrial exchanges with Carnival. | 0.40 | 320.00 |
| CWW | L430 | A103 | Draft fact and legal standard | 3.00 | 2,400.00 |

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/23 | | | | | |
| | | | sections of pretrial order. | | |
| CWW | L430 | A105 | Discuss pretrial order disputed facts with J. Wu. | 0.50 | 400.00 |
| CWW | L430 | A103 | Revise pretrial order. | 1.00 | 800.00 |
| CWW | L440 | A101 | Prepare materials for D. Fournier (DeCurtis) direct and cross-examinations. | 2.00 | 1,600.00 |
| CWW | L330 | A101 | Prepare materials for E. de la Iglesia deposition. | 1.00 | 800.00 |
| CWW | L440 | A107 | Discuss trial strategy and preparation with E. Lazerowitz (Cooley), B. Shrieves (Carnival counsel), K. Bersani, and B. Hsu. | 0.50 | 400.00 |
| KNB | L440 | A103 | Revise demonstratives for opening statement in evidentiary hearing. | 6.10 | 4,483.50 |
| SOS | L440 | A111 | Edit DeCurtis Inc's exhibit list to reflect entries in opening statement per K. Bersani's request. | 4.50 | 1,957.50 |
| SOS | L440 | A111 | Compile materials cited in de la Iglesia's declaration per K. Bersani's request. | 2.00 | 870.00 |
| BH | L120 | A101 | Confer with cocounsel regarding trial strategy. | 0.50 | 400.00 |
| BH | L120 | A101 | Revise opening slides. | 3.00 | 2,400.00 |
| BH | L120 | A101 | Review materials and prepare for trial. | 1.60 | 1,280.00 |
| 07/16/23 | | | | | |
| JHW | L430 | A104 | Revise Joint Pretrial Order, with C.W. Wu. | 1.40 | 2,835.00 |
| JHW | L440 | A103 | Revise trial materials including slides for trial, with K. Bersani, | 6.70 | 13,567.50 |

Client Ref:      0018 - 0002                                                                        August 15, 2023
**Reference No. 190**                                                                                **Page 15**

| Date | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/16/23 | | | | | |
| | | | C.W. Wu, and B. Hsu. | | |
| JHW | L440 | A105 | Conference with N. Groombridge, K. Bersani, C.W. Wu, and B. Hsu regarding trial strategy. | 2.90 | 5,872.50 |
| NPG | L120 | A101 | Prepare for trial including work on pending statement and conference with team re strategy [7.6]. | 7.60 | 15,390.00 |
| NPG | L120 | A101 | Prepare for De la Iglesia deposition [4.5]. | 4.50 | 9,112.50 |
| CWW | L440 | A105 | Discuss trial strategy with N. Groombridge, J. Wu, K. Bersani, and B. Hsu. | 2.00 | 1,600.00 |
| CWW | L440 | A107 | Discuss trial strategy and preparation with E. Lazerowitz (Cooley), B. Shrieves (Carnival counsel), K. Bersani, and B. Hsu. | 0.30 | 240.00 |
| CWW | L440 | A103 | Revise opening slides. | 0.50 | 400.00 |
| CWW | L440 | A103 | Draft exhibit list for trial. | 0.40 | 320.00 |
| CWW | L440 | A101 | Prepare materials and binders for opening statement, cross-examination for E. de la Iglesia, and direct examination of D. Fournier (DeCurtis) and J. Learish (DeCurtis). | 6.00 | 4,800.00 |
| CWW | L440 | A103 | Revise pretrial order. | 1.80 | 1,440.00 |
| ACP | L440 | A101 | Draft response to opposing counsel regarding pre-trial order (0.3). | 0.30 | 363.00 |
| SOS | L440 | A111 | Compile materials in preparation for D. Fournier's (DeCurtis) testimony per Chih-wei Wu's request. | 4.50 | 1,957.50 |
| SOS | L440 | A111 | | 2.50 | 1,087.50 |

| Date | | | | **Hours** | **Amount** |
|------|---|---|---|-------|--------|
| 07/16/23 | | | | | |
| | | | Compile materials cited in DeCurtis Inc's Opening and Reply Briefs per Chih-wei Wu's request. | | |
| SOS | L440 | A111 | Confer with Ms. L. Huber regarding exhibit identification and edit and update trial exhibit list. | 2.50 | 1,087.50 |
| BBP | L440 | A104 | Review and analyze trial exhibits, prepare same for attorney review and submission with the Pre-trial order. | 13.00 | 6,175.00 |
| KNB | L440 | A103 | Prepare exhibit list. | 4.00 | 2,940.00 |
| KNB | L440 | A103 | Revise draft joint pretrial order. | 3.50 | 2,572.50 |
| KNB | L440 | A105 | Meet with Groombridge Wu litigation team to discuss trial strategy. | 2.00 | 1,470.00 |
| KNB | L440 | A104 | Prepare for deposition of E. de la Iglesia. | 2.30 | 1,690.50 |
| BH | L120 | A101 | Confer with co-counsel regarding trial strategy. | 0.20 | 160.00 |
| BH | L120 | A101 | Revise opening slides. | 1.00 | 800.00 |
| BH | L120 | A101 | Confer with C. Wu and K. Bersani regarding exhibit list. | 1.30 | 1,040.00 |
| BH | L120 | A101 | Review, compile, and organize materials for trial. | 4.00 | 3,200.00 |
| BH | L120 | A101 | Confer with N. Groombridge, J. Wu, C. Wu., and K. Bersani regarding trial strategy. | 2.00 | 1,600.00 |
| BH | L120 | A101 | Prepare materials for trial. | 2.00 | 1,600.00 |
| ACP | L120 | A103 | Revise pre-trial order (0.3). | 0.30 | 363.00 |
| ACP | L120 | A105 | Correspond with case team regarding pre-trial order revisions | 0.10 | 121.00 |

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 07/16/23 | | | | | |
| | | | (0.1). | | |
| ACP | L120 | A107 | Send response to opposing counsel regarding pre-trial order (0.1). | 0.10 | 121.00 |
| 07/17/23 | | | | | |
| JHW | L430 | A103 | Revise Joint Pretrial Order, with K. Bersani and C.W. Wu. | 1.90 | 3,847.50 |
| JHW | L410 | A109 | Defend J. Learish (DeCurtis) at deposition. | 1.00 | 2,025.00 |
| JHW | L450 | A106 | Meet with D. Fournier (DeCurtis), J. Learish (DeCurtis), N. Groombridge, K. Bersani, C.W. Wu, and B. Hsu regarding legal strategy in preparation for trial. | 3.30 | 6,682.50 |
| JHW | L450 | A109 | Attend Pretrial Conference. | 0.50 | 1,012.50 |
| JHW | L450 | A106 | Revise trial materials including slides for trial, with N. Groombridge, K. Bersani, C.W. Wu, and B. Hsu. | 2.90 | 5,872.50 |
| JHW | L450 | A106 | Conference with D. Fournier (DeCurtis), J. Learish (DeCurtis), C. Speckhart (Cooley), E. Lazerowitz (Cooley), and N. Groombridge regarding legal strategy in preparation for trial. | 1.70 | 3,442.50 |
| JHW | L450 | A104 | Prepare materials for trial direct examinations of D. Fournier (DeCurtis) and J. Learish (DeCurtis). | 1.80 | 3,645.00 |
| JHW | L450 | A106 | Meet with D. Fournier (DeCurtis), J. Learish (DeCurtis), and A. Saxena in preparation for trial testimony. | 2.60 | 5,265.00 |
| JHW | L450 | A109 | Meet with D. Fournier (DeCurtis), J. Learish (DeCurtis), and N. | 0.50 | 1,012.50 |

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 07/17/23 | | | | | |
| | | | Groombridge regarding debrief from Pretrial Conference. | | |
| CWW | L440 | A103 | Revise pretrial order to incorporate opposing counsel and co-counsel inserts. | 4.50 | 3,600.00 |
| CWW | L330 | A101 | Prepare for E. de la Iglesia deposition. | 1.50 | 1,200.00 |
| CWW | L450 | A101 | Prepare binders and materials for J. Learish (DeCurtis) direct examination. | 4.00 | 3,200.00 |
| CWW | L450 | A101 | Prepare materials and binders for J. Padgett cross-examination. | 3.00 | 2,400.00 |
| CWW | L440 | A103 | Revise opening slides. | 1.00 | 800.00 |
| CWW | L440 | A104 | Analyze Carnival reply brief for arguments during trial. | 0.80 | 640.00 |
| CWW | L440 | A101 | Prepare documents for production that appear on the exhibit list. | 0.30 | 240.00 |
| CWW | L440 | A101 | Discuss trial strategy with Groombridge Wu team and client. | 1.00 | 800.00 |
| ACP | L440 | A103 | Draft objections to exhibit list. | 1.00 | 1,210.00 |
| ACP | L120 | A105 | Correspond with B. Hsu, C. Wu, A. Stulman (Potter Anderson), and K. Bersani regarding pretrial order. | 0.20 | 242.00 |
| CWW | L450 | A109 | Attend pretrial conference. | 0.50 | 400.00 |
| KNB | L440 | A103 | Prepare exhibit list. | 1.70 | 1,249.50 |
| KNB | L440 | A103 | Prepare amended exhibit list with associated disclosures. | 3.80 | 2,793.00 |
| BBP | L440 | A104 | Continue to review and analyze trial exhibits, prepare same for attorney review and submission with the Pre-trial order (3.0). | 3.00 | 1,425.00 |

Client Ref:      0018 - 0002                                                      August 15, 2023
**Reference No. 190**                                                            **Page 19**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/17/23 | | | | | |
| KNB | L440 | A103 | Revise draft joint pretrial order. | 4.50 | 3,307.50 |
| KNB | L440 | A103 | Revise witness disclosures. | 1.00 | 735.00 |
| KNB | L440 | A103 | Revise opening statement demonstratives. | 2.70 | 1,984.50 |
| SOS | L440 | A111 | Trial preparation for J. Padgett's cross testimony. | 4.00 | 1,740.00 |
| SOS | L440 | A111 | Trial preparation for J. Learish (DeCurtis) direct testimony. | 3.00 | 1,305.00 |
| SOS | L440 | A111 | Compile trial materials in preparation for first day of trial. | 7.50 | 3,262.50 |
| KNB | L450 | A109 | Attend pretrial conference. | 0.50 | 367.50 |
| BH | L120 | A101 | Attend pretrial conference. | 0.50 | 400.00 |
| BH | L120 | A101 | Assist with trial preparations, including conferring with team regarding trial strategy, revising opening slides, preparing binders for witnesses, and reviewing materials. | 15.00 | 12,000.00 |
| NPG | L330 | A109 | Prepare for and attend De la Iglesia deposition [4.6]. | 4.60 | 9,315.00 |
| NPG | L450 | A109 | Prepare for and attend pre-trial conference [1.9]. | 1.90 | 3,847.50 |
| NPG | L450 | A101 | Prepare for trial including work on opening statement and Padgett cross-examination, and review of Carnival opening statement slides [8.7]. | 8.70 | 17,617.50 |
| BBP | L120 | A104 | Review and analyze trial exhibits and prior testimony of DeCurtis witnesses J. Learish and D. Fournier, prepare same for attorney review in preparation of direct examination (6.0). | 6.00 | 2,850.00 |

Client Ref:      0018 - 0002                                     August 15, 2023
**Reference No. 190**                                              **Page 20**

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 07/17/23 | | | | | |
| BBP | L120 | A104 | Review and analyze trial exhibits and prior testimony of Carnival witness Padgett, prepare same for attorney review in preparation of cross-examination (5.0). | 5.00 | 2,375.00 |
| BBP | L120 | A103 | Review and revise presentation for opening arguments (2.0). | 2.00 | 950.00 |
| 07/18/23 | | | | | |
| JHW | L450 | A109 | Attend trial including direct examination of J. Learish (DeCurtis). | 7.20 | 14,580.00 |
| JHW | L450 | A105 | Meet with N. Groombridge, K. Bersani, C.W. Wu, and B. Hsu in preparation for trial. | 1.60 | 3,240.00 |
| JHW | L450 | A106 | Meet with J. Learish (DeCurtis) in preparation for trial testimony. | 1.50 | 3,037.50 |
| JHW | L450 | A106 | Meet with A. Saxena regarding witness declaration in preparation for deposition testimony and trial testimony. | 2.90 | 5,872.50 |
| JHW | L450 | A104 | Analyze materials in preparation for trial. | 2.20 | 4,455.00 |
| CWW | L450 | A109 | Attend trial. | 7.20 | 5,760.00 |
| CWW | L450 | A101 | Prepare binders and materials for day 1 of trial. | 2.50 | 2,000.00 |
| CWW | L450 | A101 | Prepare binders and materials for E. de la Iglesia cross-examination. | 3.00 | 2,400.00 |
| CWW | L450 | A101 | Prepare materials and binders for D. Fournier (DeCurtis) direct examination. | 2.00 | 1,600.00 |
| CWW | L440 | A103 | Update exhibit list for trial. | 0.30 | 240.00 |
| SOS | L450 | A109 | Attend trial. | 8.00 | 3,480.00 |
| BBP | L450 | A109 | | 8.00 | 3,800.00 |

Client Ref:      0018 - 0002                                                                                                August 15, 2023
**Reference No. 190**                                                                                                            **Page 21**

| Date | | | | Hours | Amount |
|------|---|---|---|------|--------|
| 07/18/23 | | | Attend trial, prepare trial exhibits for attorney review and presentation to court. | | |
| KNB | L440 | A103 | Prepare amended exhibit list with associated disclosures. | 2.50 | 1,837.50 |
| KNB | L440 | A103 | Draft amended pretrial order to resolve parties' competing forms. | 2.00 | 1,470.00 |
| BBP | L440 | A104 | Review and analyze trial exhibits, prepare same for attorney review and submission with the amended Pre-trial order (2.0). | 2.00 | 950.00 |
| KNB | L450 | A109 | Attend trial. | 6.50 | 4,777.50 |
| SOS | L440 | A111 | Trial preparation for D. Fournier's (DeCurtis) direct testimony. | 5.00 | 2,175.00 |
| SOS | L440 | A111 | Trial preparation for E. de la Iglesia's cross testimony. | 3.00 | 1,305.00 |
| SOS | L440 | A111 | Compile trial materials in preparation for second day of trial. | 2.00 | 870.00 |
| BH | L120 | A101 | Attend trial. | 8.00 | 6,400.00 |
| BH | L120 | A101 | Assist with trial preparations, including conferring with team regarding trial strategy, preparing binders for witnesses, and reviewing materials. | 8.00 | 6,400.00 |
| NPG | L450 | A101 | Prepare for opening statement and Padgett cross-examination [3.3]. | 3.30 | 6,682.50 |
| NPG | L450 | A109 | Attend trial [7.0]. | 7.00 | 14,175.00 |
| NPG | L450 | A109 | Prepare for Fournier examination and De la Iglesia cross-examination [5.2]. | 5.20 | 10,530.00 |
| NPG | L110 | A105 | Conferences with team re trial | 1.00 | 2,025.00 |

Client Ref:      0018 - 0002                                      August 15, 2023
**Reference No. 190**                                                 **Page 22**

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 07/18/23 | | | | | |
| | | | issues [1.0]. | | |
| BBP | L120 | A104 | Review and analyze trial exhibits and prior testimony of DeCurtis witnesses D. Fournier and A. Saxena, prepare same for attorney review in preparation of direct examination (1.0). | 1.00 | 475.00 |
| BBP | L120 | A104 | Review and analyze trial exhibits and prior testimony of Carnival witness De La Iglesia, prepare same for attorney review in preparation of cross-examination (3.0). | 3.00 | 1,425.00 |
| BBP | L120 | A103 | Review and revise presentation for opening arguments (2.0). | 2.00 | 950.00 |
| 07/19/23 | | | | | |
| JHW | L450 | A106 | Meet with D. Fournier (DeCurtis) in preparation for trial testimony. | 1.50 | 3,037.50 |
| NPG | L120 | A101 | Prepare for D. Fournier (DeCurtis) examination [2.5]. | 2.50 | 5,062.50 |
| NPG | L120 | A101 | Prepare for E. De Iglesia cross-examination [2.0]. | 2.00 | 4,050.00 |
| NPG | L450 | A109 | Attend trial [8.0]. | 8.00 | 16,200.00 |
| NPG | L120 | A101 | Prepare for A. Saxena examination [0.4]. | 0.40 | 810.00 |
| NPG | L120 | A101 | Work on case strategy [1.3]. | 1.30 | 2,632.50 |
| CWW | L450 | A109 | Attend trial. | 8.00 | 6,400.00 |
| CWW | L440 | A101 | Prepare binders for D. Fournier (DeCurtis) direct examination. | 2.00 | 1,600.00 |
| CWW | L440 | A101 | Prepare materials and binders for A. Saxena direct examination. | 2.00 | 1,600.00 |
| CWW | L440 | A103 | Update exhibit list for trial. | 0.60 | 480.00 |

Client Ref:      0018 - 0002                                      August 15, 2023
**Reference No. 190**                                                    **Page 23**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/19/23 | | | | | |
| JHW | L450 | A106 | Meet with A. Saxena in preparation for deposition and trial testimony. | 4.20 | 8,505.00 |
| JHW | L450 | A109 | Attend trial. | 8.00 | 16,200.00 |
| SOS | L450 | A109 | Attend trial. | 8.00 | 3,480.00 |
| BBP | L450 | A109 | Continue to attend trial, prepare trial exhibits for attorney review and presentation to court. | 9.00 | 4,275.00 |
| KNB | L440 | A103 | Prepare amended exhibit list with associated disclosures. | 3.00 | 2,205.00 |
| KNB | L440 | A103 | Draft amended pretrial order to resolve parties' competing forms. | 1.10 | 808.50 |
| BBP | L440 | A104 | Continue to review and analyze trial exhibits, prepare same for attorney review and submission with the amended Pre-trial order (1.0). | 1.00 | 475.00 |
| KNB | L450 | A109 | Attend trial. | 8.00 | 5,880.00 |
| SOS | L440 | A111 | Trial preparation for A. Saxena's rebuttal testimony. | 3.00 | 1,305.00 |
| SOS | L440 | A111 | Compile trial materials in preparation for third day of trial. | 3.00 | 1,305.00 |
| BH | L120 | A101 | Attend trial. | 9.00 | 7,200.00 |
| BH | L120 | A101 | Assist with trial preparations, including conferring with team regarding trial strategy, preparing binders for witnesses, and reviewing materials. | 8.00 | 6,400.00 |
| BBP | L120 | A104 | Continue to review and analyze trial exhibits and prior testimony of DeCurtis witness A. Saxena, prepare same for attorney review in preparation of direct | 4.00 | 1,900.00 |

Client Ref:      0018 - 0002                                      August 15, 2023
**Reference No. 190**                                                  **Page 24**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 07/19/23 | | | | | |
| | | | examination (4.0). | | |
| BBP | L120 | A104 | Continue to review and analyze trial exhibits and prior testimony of Carnival witness E. De La Iglesia, prepare same for attorney review in preparation of cross-examination (2.0). | 2.00 | 950.00 |
| 07/20/23 | | | | | |
| CWW | L450 | A109 | Attend trial. | 7.00 | 5,600.00 |
| CWW | L330 | A109 | Attend deposition of A. Saxena. | 1.30 | 1,040.00 |
| CWW | L440 | A103 | Update exhibit list for trial and analyze admitted exhibits. | 0.50 | 400.00 |
| JHW | L410 | A106 | Defend deposition of A. Saxena. | 1.20 | 2,430.00 |
| JHW | L450 | A109 | Attend trial including direct examination of A. Saxena. | 7.10 | 14,377.50 |
| JHW | L450 | A106 | Meet with A. Saxena in preparation for deposition and trial testimony. | 1.40 | 2,835.00 |
| NPG | L450 | A109 | Attend trial [4.2]. | 4.20 | 8,505.00 |
| NPG | L430 | A103 | Begin work on proposed findings of fact and conclusions of law [2.0]. | 2.00 | 4,050.00 |
| SOS | L450 | A109 | Attend trial. | 7.50 | 3,262.50 |
| BBP | L450 | A109 | Continue to attend trial, prepare trial exhibits for attorney review and presentation to court. | 7.30 | 3,467.50 |
| BBP | L440 | A104 | Continue to review and analyze trial exhibits, prepare same for attorney review (3.0). | 3.00 | 1,425.00 |
| KNB | L450 | A109 | Attend trial. | 6.30 | 4,630.50 |
| BH | L120 | A101 | Attend trial. | 7.00 | 5,600.00 |

Client Ref:      0018 - 0002                                                August 15, 2023
**Reference No. 190**                                                       **Page 25**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/20/23 | | | | | |
| BH | L120 | A101 | Confer with N. Groombridge and J. Wu regarding post trial briefing strategy. | 0.50 | 400.00 |
| BBP | L120 | A104 | Continue to review and analyze trial exhibits and prior testimony of DeCurtis witness A. Saxena, prepare same for attorney review in preparation of direct examination (3.2). | 3.20 | 1,520.00 |
| BBP | L120 | A104 | Continue to review and analyze trial exhibits and prior testimony of Carnival witness E. De La Iglesia, prepare same for attorney review in preparation of cross-examination (2.5). | 2.50 | 1,187.50 |
| 07/21/23 | | | | | |
| CWW | L460 | A101 | Analyze trial transcripts for post-trial briefing. | 0.80 | 640.00 |
| JHW | L460 | A105 | Conference with N. Groombridge and K. Bersani regarding post-trial briefing. | 1.70 | 3,442.50 |
| JHW | L460 | A104 | Analyze trial transcripts and exhibits for post-trial briefing. | 1.90 | 3,847.50 |
| NPG | L120 | A103 | Work on post-trial submissions including conferences with team re same [4.3]. | 4.30 | 8,707.50 |
| BBP | L440 | A104 | Review and analyze trial transcripts and admitted trial exhibits, prepare same for attorney review. | 10.30 | 4,892.50 |
| 07/22/23 | | | | | |
| CWW | L460 | A104 | Analyze trial transcripts for citations for post-trial briefing. | 1.30 | 1,040.00 |
| KNB | L460 | A103 | Draft post-trial brief. | 5.30 | 3,895.50 |
| NPG | L460 | A103 | Work on post-trial submissions | 2.30 | 4,657.50 |

Client Ref:      0018 - 0002                                     August 15, 2023
**Reference No. 190**                                           **Page 26**

| Date | | | | Hours | Amount |
|------|--|--|--|-------|--------|
| 07/22/23 | | | | | |
| | | | including review of trial transcript [2.3]. | | |
| 07/23/23 | | | | | |
| CWW | L460 | A104 | Analyze trial transcripts for Debtors' post-trial briefing. | 2.50 | 2,000.00 |
| KNB | L460 | A103 | Draft post-trial brief. | 4.20 | 3,087.00 |
| NPG | L460 | A103 | Further work on post-trial submissions including review of trial transcript [2.1]. | 2.10 | 4,252.50 |
| 07/24/23 | | | | | |
| JHW | L460 | A104 | Analyze trial transcripts and exhibits for post-trial briefing. | 2.40 | 4,860.00 |
| JHW | L460 | A104 | Analyze deposition designations with K. Bersani. | 1.10 | 2,227.50 |
| JHW | L460 | A107 | Conference with E. Lazerowitz (Cooley), A. Stulman (Potter Anderson), M. Klein, K. Good (Potter Anderson), A. Penfield, C.W. Wu, B. Hsu, and B. Pound. | 0.50 | 1,012.50 |
| JHW | L460 | A105 | Draft email to opposing counsel regarding the record. | 0.20 | 405.00 |
| CWW | L460 | A103 | Draft post-trial findings of fact. | 0.80 | 640.00 |
| CWW | L120 | A107 | Trial debrief with Groombridge Wu, Cooley, and Potter Anderson teams. | 0.50 | 400.00 |
| CWW | L460 | A105 | Plan and strategize post-trial briefing with A. Penfield, K. Bersani, and B. Hsu. | 0.50 | 400.00 |
| ACP | L460 | A104 | Review and analyze trial record to prepare for post trial briefing. | 9.60 | 11,616.00 |
| ACP | L120 | A101 | Discuss post trial submissions with members of GWBS and Cooley teams. | 1.50 | 1,815.00 |

Client Ref:        0018 - 0002                                                        August 15, 2023
**Reference No. 190**                                                                    **Page 27**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/24/23 | | | | | |
| KNB | L460 | A103 | Draft post-trial brief. | 5.00 | 3,675.00 |
| KNB | L460 | A103 | Designate deposition excerpts from Florida Litigation. | 6.50 | 4,777.50 |
| JHW | L460 | A104 | Analyze trial transcripts and exhibits for post-trial briefing. | 2.40 | 4,860.00 |
| BH | L120 | A101 | Confer with cocounsel regarding post trial strategy. | 0.50 | 400.00 |
| BH | L120 | A101 | Review trial and strategize post trial briefings. | 0.80 | 640.00 |
| BH | L120 | A101 | Draft post trial briefings. | 3.00 | 2,400.00 |
| NPG | L460 | A103 | Further work on post-trial submissions including review of trial transcript and exhibits [1.5]. | 1.50 | 3,037.50 |
| NPG | L460 | A104 | Email re submission of deposition excerpts [0.2]. | 0.20 | 405.00 |
| 07/25/23 | | | | | |
| CWW | L460 | A105 | Discuss post-trial briefings with N. Groombridge, A. Penfield, K. Bersani, B. Hsu, and B. Pound. | 1.40 | 1,120.00 |
| CWW | L460 | A104 | Review trial transcripts for findings of fact. | 0.50 | 400.00 |
| CWW | L460 | A103 | Draft post-trial findings of fact. | 9.50 | 7,600.00 |
| CWW | L460 | A103 | Draft post-trial conclusions of law. | 1.60 | 1,280.00 |
| ACP | L460 | A103 | Draft sections of post-trial brief (14.0). | 14.00 | 16,940.00 |
| KNB | L460 | A103 | Draft post-trial brief. | 13.00 | 9,555.00 |
| KNB | L460 | A105 | Discuss post-trial brief and record with N. Groombridge, A. Pennfield, Cw. Wu, B. Hsu. | 1.40 | 1,029.00 |
| BH | L120 | A101 | Draft proposed findings of facts. | 8.50 | 6,800.00 |

Client Ref:      0018 - 0002                                        August 15, 2023
**Reference No. 190**                                              **Page 28**

| Date | | | | Hours | Amount |
|------|--|--|--|-------|--------|
| 07/25/23 | | | | | |
| BH | L120 | A101 | Confer with N. Groombridge, J. Wu, A. Penfield, C. Wu, and K. Bersani regarding post trial briefing. | 1.50 | 1,200.00 |
| BH | L120 | A101 | Draft post trial brief. | 2.50 | 2,000.00 |
| NPG | L460 | A104 | Review trial transcript in connection with post-trial submissions [1.4]. | 1.40 | 2,835.00 |
| ACP | L120 | A105 | Attend call with N. Groombridge, K. Bersani, C. Wu, and B. Hsu regarding brief (1.5). | 1.50 | 1,815.00 |
| 07/26/23 | | | | | |
| ACP | L460 | A103 | Revise findings of fact (1.4). | 1.40 | 1,694.00 |
| ACP | L460 | A103 | Revise portions of injunction section of brief. | 2.10 | 2,541.00 |
| BH | L120 | A101 | Resolve confidentiality issue regarding unsealed document. | 1.50 | 1,200.00 |
| CWW | L460 | A103 | Draft post-trial findings of fact. | 2.30 | 1,840.00 |
| CWW | L460 | A103 | Draft post-trial conclusions of law. | 3.60 | 2,880.00 |
| CWW | L460 | A104 | Analyze legal issues for post-trial brief. | 1.80 | 1,440.00 |
| CWW | L460 | A103 | Draft post-trial brief. | 4.10 | 3,280.00 |
| CWW | L460 | A105 | Discuss strategy for post-trial briefings with K. Bersani and B. Hsu. | 0.30 | 240.00 |
| NPG | L120 | A105 | Call with team re post-trial brief and proposed findings of fact [1.8]. | 1.80 | 3,645.00 |
| JHW | L460 | A103 | Revise post-trial briefing and findings of fact and conclusions of law, with N. Groombridge and A. Penfield. | 5.60 | 11,340.00 |
| ACP | L460 | A103 | | 3.20 | 3,872.00 |

Client Ref:      0018 - 0002                                            August 15, 2023
**Reference No. 190**                                                          **Page 29**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/26/23 | | | | | |
| | | | Revise injunction section of post-trial brief. | | |
| ACP | L460 | A103 | Revise certain subsections of post-trial brief related to ownership. | 3.90 | 4,719.00 |
| ACP | L120 | A103 | Revise injunction section of post trial brief (1.5). | 1.50 | 1,815.00 |
| BH | L120 | A101 | Confer with C. Wu and K. Bersani regarding post trial briefings. | 0.40 | 320.00 |
| BH | L120 | A101 | Conduct legal research and find factual support for post trial brief. | 1.40 | 1,120.00 |
| BH | L120 | A101 | Draft proposed findings of fact and conclusions of law. | 3.60 | 2,880.00 |
| KNB | L460 | A103 | Draft post-trial brief. | 8.60 | 6,321.00 |
| KNB | L460 | A103 | Draft findings of fact and conclusions of law. | 5.70 | 4,189.50 |
| 07/27/23 | | | | | |
| JHW | L460 | A103 | Revise post-trial briefing and findings of fact and conclusions of law, with N. Groombridge, A. Penfield, C.W. Wu, B. Hsu, and K. Bersani. | 10.80 | 21,870.00 |
| ACP | L460 | A103 | Draft certain subsections of post-trial brief related to ownership. | 0.80 | 968.00 |
| ACP | L460 | A103 | Revise conclusions of law for post trial briefing. | 1.10 | 1,331.00 |
| ACP | L460 | A103 | Revise certain subsections of post trial brief related to ownership. | 0.60 | 726.00 |
| ACP | L460 | A103 | Revise findings of fact for post trial briefing. | 0.60 | 726.00 |
| ACP | L460 | A103 | Revise post-trial brief, including | 10.10 | 12,221.00 |

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/27/23 | | | | | |
| | | | adding support from the record for various statements. | | |
| ACP | L460 | A107 | Discuss exhibit list with K. Bersani and A. Stulman (Potter Anderson). | 0.40 | 484.00 |
| ACP | L460 | A101 | Discuss exhibit list with K. Bersani. | 0.60 | 726.00 |
| ACP | L120 | A109 | Attend meet and confer with Carnival's counsel from Orrick. | 0.20 | 242.00 |
| ACP | L120 | A101 | Discuss meet and confer topics with K. Bersani and finalizing post-trial brief. | 0.30 | 363.00 |
| CWW | L460 | A104 | Analyze legal issues for post-trial brief. | 0.80 | 640.00 |
| CWW | L460 | A103 | Draft post-trial findings of fact and conclusions of law. | 8.60 | 6,880.00 |
| CWW | L460 | A103 | Incorporate N. Groombridge comments into post-trial brief. | 0.20 | 160.00 |
| CWW | L460 | A103 | Draft post-trial brief. | 1.20 | 960.00 |
| NPG | L460 | A103 | Work on post-trial brief [2.9]. | 2.90 | 5,872.50 |
| NPG | L460 | A103 | Email re arrangements for filing post-trial submissions [0.2]. | 0.20 | 405.00 |
| BH | L120 | A101 | Draft proposed findings of fact. | 5.20 | 4,160.00 |
| BH | L120 | A101 | Finalize exhibit list. | 5.80 | 4,640.00 |
| BH | L120 | A101 | Attend call with Carnival regarding exhibit list. | 0.20 | 160.00 |
| KNB | L460 | A103 | Draft post-trial brief. | 8.50 | 6,247.50 |
| KNB | L460 | A103 | Draft findings of fact and conclusions of law. | 8.00 | 5,880.00 |
| 07/28/23 | | | | | |
| JHW | L460 | A103 | Revise post-trial briefing and | 7.30 | 14,782.50 |

Client Ref:      0018 - 0002                                                                    August 15, 2023
**Reference No. 190**                                                                          **Page 31**

| **Date** | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/28/23 | | | | | |
| | | | findings of fact and conclusions of law, with N. Groombridge and A. Penfield. | | |
| JHW | L460 | A106 | Correspond with J. Learish, D. Fournier, J. Carino, N. Groombridge, and A. Penfield regarding post-trial briefing and findings of fact and conclusions of law. | 0.40 | 810.00 |
| ACP | L120 | A107 | Correspond with N. Groombridge and E. Lazerowitz (Cooley) re revisions (0.2). | 0.20 | 242.00 |
| ACP | L460 | A103 | Revise findings of fact for post trial submissions. | 2.70 | 3,267.00 |
| ACP | L460 | A103 | Finalize filings, including post-trial brief and findings of fact and conclusions of law. | 7.10 | 8,591.00 |
| CWW | L460 | A103 | Incorporate J. Learish, D. Fournier, J. Carino, N. Groombridge, and J. Wu comments into post-trial brief and findings of fact. | 0.60 | 480.00 |
| CWW | L460 | A103 | Revise post-trial findings of fact and conclusions of law. | 1.90 | 1,520.00 |
| CWW | L460 | A103 | Revise post-trial brief. | 0.30 | 240.00 |
| CWW | L460 | A105 | Discuss post-trial briefing strategy with A. Penfield and K. Bersani. | 0.30 | 240.00 |
| NPG | L120 | A106 | Review draft exhibit list and email with team re same [0.5]. | 0.50 | 1,012.50 |
| NPG | L460 | A103 | Work on post-trial brief [2.7]. | 2.70 | 5,467.50 |
| NPG | L250 | A103 | Work on proposed findings of fact and conclusions of law [1.4]. | 1.40 | 2,835.00 |
| BH | L120 | A101 | Draft proposed findings of fact. | 1.80 | 1,440.00 |

| Date | | | | Hours | Amount |
|------|--|--|--|-------|--------|
| 07/28/23 | | | | | |
| BH | L120 | A101 | Finalize post trial briefings. | 6.20 | 4,960.00 |
| KNB | L460 | A103 | Finalize post-trial brief and findings of fact and conclusions of law | 10.20 | 7,497.00 |
| 07/29/23 | | | | | |
| NPG | L120 | A104 | Review Carnival and Invictus post-trial submissions [1.2]. | 1.20 | 2,430.00 |
| 07/31/23 | | | | | |
| JHW | L460 | A107 | Correspond with E. Lazerowitz (Cooley) regarding confidentiality issues. | 0.10 | 202.50 |

### Summary of Services

| | | Rate | Hours | Amount |
|--|--|------|-------|--------|
| KNB | Kyle N. Bersani | 735.00 | 185.50 | 136,342.50 |
| NPG | Nicholas P. Groombridge | 2,025.00 | 110.10 | 222,952.50 |
| BH | Ben Hsu | 800.00 | 141.20 | 112,960.00 |
| SOS | Sayem Osman | 435.00 | 79.70 | 34,669.50 |
| ACP | Allison C. Penfield | 1,210.00 | 186.80 | 226,028.00 |
| BBP | Bernie Pound | 475.00 | 88.30 | 41,942.50 |
| CWW | Chih-wei Wu | 800.00 | 136.00 | 108,800.00 |
| JHW | Jennifer H. Wu | 2,025.00 | 162.40 | 328,860.00 |
| **Total for Services** | | | **1,090.00** | **$1,212,555.00** |

| Date | Expenses | Amount |
|------|----------|--------|
| 07/01/23 | Online research  - Westlaw | 5,508.37 |
| 07/01/23 | Online research  - Lexis | 157.08 |
| 07/01/23 | Online research  - Pacer | 180.40 |
| 07/31/23 | Litigation support vendors  - Veritext | 1,164.00 |
| 07/31/23 | Litigation support vendors  - Veritext | 2,765.70 |
| 08/14/23 | Professional Services  - Schulte Roth & Zabel LLP | 34,579.00 |
| **Total Expenses** | | **$44,354.55** |

| | |
|--|--|
| **Total for Services and Expenses** | **$1,256,909.55** |