## **Exhibit B**

**Statement of Expenses**

Client Ref:      0018 - 0002                                              August 15, 2023
**Reference No. 190**

| Date | Expenses | Amount |
|------|----------|--------|
| 07/01/23 | Online research  - Westlaw | 5,508.37 |
| 07/01/23 | Online research  - Lexis | 157.08 |
| 07/01/23 | Online research  - Pacer | 180.40 |
| 07/31/23 | Litigation support vendors  - Veritext | 1,164.00 |
| 07/31/23 | Litigation support vendors  - Veritext | 2,765.70 |
| 08/14/23 | Professional Services  - Schulte Roth & Zabel LLP | 34,579.00 |
| **Total Expenses** | | **$44,354.55** |