**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 466** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD
MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE
DEBTORS, FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the *Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the Period from July 1, 2023 Through July 31, 2023* [Docket No. 466] (the "Application") of Province, LLC (the "Applicant"). The undersigned further certifies that he has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 174] (the "Interim Compensation Order") entered May 26, 2023, the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] Pursuant to the Interim Compensation Order, parties have twenty-one (21) days after the date of service to object to the Application.

IMPAC 11032715v.1

Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: September 6, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Levi Akkerman*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Levi Akkerman (No. 7015)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  csamis@potteranderson.com<br>           kgood@potteranderson.com<br>           astulman@potteranderson.com<br>           lakkerman@potteranderson.com<br><br>-and-<br><br>Cullen Drescher Speckhart, Esq.<br>Michael A. Klein, Esq.<br>Evan Lazerowitz, Esq.<br>Paul Springer, Esq.<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 479-6000<br>Facsimile:  (212) 479-6275<br>Email:  cspeckhart@cooley.com<br>           mklein@cooley.com<br>           elazerowitz@cooley.com<br>           pspringer@cooley.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

# EXHIBIT A

**DeCurtis Holdings LLC, *et al*.**
**Case No. 23-10548 (JKS)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Province, LLC<br><br>[Docket No. 466] | 7/1/23 - 7/31/23 | $197,758.00 (Fees)<br><br>$220.00 (Expenses) | $158,206.40 (Fees @ 80%)<br><br>$220.00 (Expenses @ 100%) | 8/15/23 | 9/5/23 |

IMPAC 11032715v.1