# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DECURTIS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10548 (JKS)<br><br>(Jointly Administered) |
| CARNIVAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DECURTIS HOLDINGS LLC and DECURTIS LLC,<br><br>Defendants. | Adv. Pro. No. 23-50413 (JKS) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 13, 2023, AT 12:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM FOR PARTICIPANTS MEETING THE BELOW CRITERIA:**

• Counsel for a party or a pro se litigant who files a responsive pleading and intends to make only a limited argument;

• A party or a representative of a party is interested in observing the hearing;

• A party is proceeding in a claims allowance dispute on a pro se basis;

• An individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or

• Other extenuating circumstances that warrant remote participation as may be determined by the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] **Amended items appear in bold.**

Court.

**PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED TO REGISTER BY 4:00 P.M. (ET) THE DAY PRIOR TO THE HEARING.  PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItcOusqT4oHXw14z6QEGi9BvTm548ggVs

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**MATTER GOING FORWARD:**

1. *Invictus's and UnumX's Emergency Motion for Partial Stay of Permanent Injunction Pending Appeal* [D.I. 594, Adv. D.I. 101, filed on September 8, 2023]

    Response Deadline: September 13, 2023 at 9:00 a.m. (ET)

    Responses Received: N/A

    Related Documents:

    A. **Declaration of Babak Aghevli in Support of Invictus's and UnumX's (I) Emergency Motion for a Partial Stay Pending Appeal and (II) Motion for Entry of an Order Shortening the Notice Period and Scheduling an Emergency Hearing [D.I. 593, Adv. D.I. 100, filed on September 8, 2023]**

    B. Order Granting UnumX's and Invictus's Motion for Shortened Notice as to Motion to Stay Permanent Injunction in part Pending Appeal [D.I. 595, Adv. D.I. 102, entered on September 11, 2023]

    C. **Notice of Filing UnumX and Invictus Global Management LLC's Exhibit List for the Hearing on September 13, 2023 at 12:30 p.m. (ET) [D.I. 602, Adv. D.I. 105, filed on September 12, 2023]**

    Status: This matter is going forward.  **UnumX and Invictus's witness, Babak Aghevli, Chief Technology Officer of Sentioza, LLC, will be appearing from a residence in Houghton, Michigan.**

Dated:  September 12, 2023        **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

                                       */s/ Nicolas E. Jenner*
                                       Adam G. Landis (No. 3407)
                                       Matthew B. McGuire (No. 4366)
                                       Nicolas E. Jenner (No. 6554)
                                       919 Market Street, Suite 1800

Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      jenner@lrclaw.com

- and -

**MOLOLAMKEN LLP**
Jeffrey A. Lamken, Esq. (admitted *pro hac vice*)
Jennifer E. Fischell, Esq. (admitted *pro hac vice*)
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
Email: jlamken@mololamken.com
      jfischell@mololamken.com

- and -

**MOLOLAMKEN LLP**
Justin M. Ellis, Esq. (admitted *pro hac vice*)
Joshua D. Bloom, Esq. (admitted *pro hac vice*)
Ryan Yeh, Esq. (admitted *pro hac vice*)
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
Email: jellis@mololamken.com
      jbloom@mololamken.com
      ryeh@mololamken.com

*Counsel for Invictus Global Management, LLC and UnumX*