**<u>EXHIBIT A</u>**



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

September 13, 2023
Bill Number    297047
File Number    (DECHOL) / 21421.00002

DeCurtis Holdings LLC
Attn: Derek Fournier
3208 East Colonial Drive
Orlando, FL  32803

Email: fournier@decurtis.com

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---|
| Legal Services | $116,596.00 |
| Disbursements | $824.69 |
| Bill Total | $117,420.69 |

| | |
|---|---|
| Previous Balance | $158,390.60 |
| **Grand Total Due** | **$275,811.29** |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 21421-00002 |



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

|  |  |
|---|---|
| | September 13, 2023 |
| | Bill Number     297047 |
| DeCurtis Holdings LLC | File Number    (DECHOL ) / 21421.00002 |
| Attn: Derek Fournier | |
| 3208 East Colonial Drive | |
| Orlando, FL  32803 | |

RE: Ch. 11 Representation

Through August 29, 2023

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| **Litigation/Adversary Proceedings** | | | | | |
| 08/01/23 | LA | Draft Motion to Seal re: Proposed Findings of Fact and Post-Trial Brief | 1.10 Hrs | 440/hr | $484.00 |
| 08/01/23 | LCH | Emails with L. Akkerman re motion to seal post-trial brief and findings of fact | 0.20 Hrs | 330/hr | $66.00 |
| 08/02/23 | AHSA | Correspondence with PAC team and co-counsel re: motion to seal (.2); correspondence with co-counsel and Carnival re: sealing/exhibits issues/redactions (.1); review motion to seal (.2); calls with co-counsel re: exhibit issues (.4); | 0.90 Hrs | 675/hr | $607.50 |
| 08/02/23 | SR | Emails with Groombridge team, Cooley team, L Akkerman, A Stulman, K Good re motion to seal and redactions for the post-trial brief and proposed findings of fact and conclusions of law (.3); emails with Invictus' counsel, L Akkerman, A Stulman, K Good re same (.2); review/revise motion to redact (.6); finalize same for filing (.2); review/revise redacted version for the post-trial brief; review/revise redacted (.7); review/revise proposed findings of fact and conclusions of law (.8). | 2.80 Hrs | 460/hr | $1,288.00 |

CMS

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/02/23 | KAMC | Emails to/from S. Rizvi and L. Akkerman regarding Motion to Seal and redacted documents (.5); prepare redacted Brief and Findings of Fact/Conclusions of Law (.6); Finalize, file and facilitate service of Motion to Seal and redacted versions of Brief and Findings of Fact/Conclusions of Law (.8) | 1.90 Hrs | 350/hr | $665.00 |
| 08/02/23 | LCH | Review and format motion to seal post-trial brief and findings of fact (.4); review and format proposed order re same (.1); prepare and draft notice of same (.2); emails with L. Akkerman, S. Rizvi and K. McCloskey re same (.3) | 1.00 Hrs | 330/hr | $330.00 |
| 08/02/23 | LCH | Correspondence with L. Akkerman re redacted versions of post-trial brief and proposed findings of fact | 0.30 Hrs | 330/hr | $99.00 |
| 08/02/23 | LA | Email co-counsel and Lender's counsel re: Motion to seal (0.2); email S. Rizvi and L. Huber re: same (0.2); review Notice re: same (0.1) | 0.50 Hrs | 440/hr | $220.00 |
| 08/03/23 | SR | Conduct research re RFPs for fradulent transfer action (1.8); emails with A Stulman re same (.1). | 1.90 Hrs | 460/hr | $874.00 |
| 08/03/23 | AHSA | Correspondence with co-counsel and Carnival re: briefs/sealing issues; | 0.10 Hrs | 675/hr | $67.50 |
| 08/04/23 | SR | Call with L Akkerman re status conference and joint exhibit list (.3); review/revise multiple drafts of the joint exhibit list (.8); emails with Groombridge and Cooley teams re same (.3); emails with Carnival team re same (.2); emails with Invictus counsel re same (.2). | 1.80 Hrs | 460/hr | $828.00 |
| 08/04/23 | AHSA | Call with co-counsel re: same/redacted filings (.4); call with K. Good re: same (.2); correspondence with client and co-counsel re: same (.2); call with co-counsel re: hearing/next steps (.2); call with K. Good re: same (.2); correspondence with PAC team and co-counsel re: unredacted filings (.3); correspondence with Carnival and co-counsel re: unredacted filings (.2); correspondence with PAC team and co-counsel re: joint exhibit list (.2); correspondence with Carnival and Invictus re: same (.1); call with K. Good re: exhibit list (.2); call with co-counsel re: same (.2); | 2.40 Hrs | 675/hr | $1,620.00 |
| 08/04/23 | LCH | Prepare and organize unsealed post-trial brief (.4); e-file same and coordinate | 0.90 Hrs | 330/hr | $297.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | service (.2); multiple emails with L. Akkerman re same (.3) | | | |
| 08/04/23 | LCH | Prepare and draft notice of unsealed proposed findings of fact (.2); prepare and organize unsealed version of same (.4); e-file same and coordinate service (.2); multiple emails with L. Akkerman re same (.2) | 1.00 Hrs | 330/hr | $330.00 |
| 08/04/23 | LCH | Prepare and draft amended joint notice of admitted exhibits (.4); multiple emails with L. Akkerman and A. Stulman re same (.4) | 0.80 Hrs | 330/hr | $264.00 |
| 08/04/23 | LCH | Review multiple exhibits re Carnival exhibit issue (.7); multiple emails with L. Akkerman and K. Bersani re same (.4) | 1.10 Hrs | 330/hr | $363.00 |
| 08/04/23 | LCH | Continued emails with L. Akkerman, S. Rizvi and K. Bersani re amended joint exhibit list | 0.40 Hrs | 330/hr | $132.00 |
| 08/04/23 | LA | Attend Status Conference re: Updated Joint Exhibit List (0.3) and email K. Good, A. Stulman, S. Rizvi, and L. Huber re: same (0.2); Draft Notice of Revised Exhibit List and Accompanying Exhibits (1.0); Call with co-counsel re: same (0.3); email Lender's counsel re: same (0.2); Email counsel for Carnival re: same (0.2); email co-counsel re: same (0.5); email S. Rizvi re: same (0.4); email L. Huber re: same (0.2); Review revise and oversee filing of Notice of withdrawal of Motion to Seal and email L. Huber re: same (0.1) | 3.40 Hrs | 440/hr | $1,496.00 |
| 08/04/23 | LKG | call with A. Stulman re: revising joint exhibit list re: confidentiality designations (.2); call with E. Lazerowitz re: same (.1); email x2 to A. Stulman re: same (.1) | 0.40 Hrs | 830/hr | $332.00 |
| 08/05/23 | LKG | call with K. Bersani re: exhibit list (.2); emal to K. Bersani re: same (.1) | 0.30 Hrs | 830/hr | $249.00 |
| 08/05/23 | AHSA | Correspondence with co-counsel, PAC team, and Carnival re: exhibit list and revisions (.3); review same (.1); | 0.40 Hrs | 675/hr | $270.00 |
| 08/06/23 | LKG | review revised draft of exhibit list noting confidentiality of various exhibits and comments to same (.3); emails x7 with K. Bersani, E. Lazerowitz, L. Akkerman, A. Stulman re: same (.4) | 0.70 Hrs | 830/hr | $581.00 |
| 08/06/23 | LCH | Additional correspondence with L. Akkerman re amended joint exhibit list | 0.30 Hrs | 330/hr | $99.00 |
| 08/06/23 | LA | Email co-counsel re: updated exhibit list (0.4); email A. Stulman re: updated exhibit list (0.2); email K. Good re: updated exhibit | 2.30 Hrs | 440/hr | $1,012.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | list (0.1); email S. Rizvi re: updated exhibit list (0.1); email L. Huber re: updated exhibit list (0.1); revise, finalize, and oversee filing of amended joint exhibit list and accompanying exhibits (1.4) | | | |
| 08/06/23 | AHSA | Correspondence with co-counsel, PAC team and Carnival re: exhibit list (.1); correspondence with L. Akkerman, K. Good and L. Huber re: same and filing (.1); review/revise same and notice (.2); | 0.40 Hrs | 675/hr | $270.00 |
| 08/06/23 | LCH | Review and prepare amended joint admitted exhibit list (.3); e-file same and coordinate service (.3); multiple emails with L. Akkerman re same (.2) | 0.80 Hrs | 330/hr | $264.00 |
| 08/07/23 | AHSA | Correspondence with S. Rizvi re: RFPs (.1); review same (.2); correspondence with co-counsel and PAC team re: sealing issues/redacted documents (.2); | 0.50 Hrs | 675/hr | $337.50 |
| 08/07/23 | SR | Conduct research re RFPs for fradulent transfer action (0.8); emails with A Stulman re same (.1). | 0.90 Hrs | 460/hr | $414.00 |
| 08/07/23 | LCH | Emails with A. Stulman and chambers re amended joint exhibit list | 0.20 Hrs | 330/hr | $66.00 |
| 08/07/23 | LA | Call with co-counsel re: as-filed joint exhibit list (0.3); research re: same (.5); draft email to PAC team and co-counsel re: same (0.3) | 1.10 Hrs | 440/hr | $484.00 |
| 08/08/23 | AHSA | Correspondence with PAC team re: sealing issues (.1); confer with K. Good and L. Akkerman re: same (.2); correspondence with chambers and co-counsel re: exhibit inquiry (.1). | 0.40 Hrs | 675/hr | $270.00 |
| 08/08/23 | LA | Meet with K. Good and A. Stulman re: Motion to Seal Saxena Declaration and CNO related thereto and re: previously-filed joint exhibit list (.1); conduct research and email A. Stulman re: Exhibit from Carnival Post Trial Brief (.3) | 0.40 Hrs | 440/hr | $176.00 |
| 08/08/23 | LCH | Prepare and draft CNO re motion to seal Saxena dec (.2); review motion re same (.1); multiple emails with L. Akkerman re same (.3) | 0.60 Hrs | 330/hr | $198.00 |
| 08/08/23 | LCH | Emails with A. Stulman re missing Carnival exhibit (.2); research issue re same (.3) | 0.50 Hrs | 330/hr | $165.00 |
| 08/08/23 | CMS | E-mail to K. Good re: trial expenses. | 0.10 Hrs | 865/hr | $86.50 |
| 08/08/23 | LKG | meet with A. Stulman, L. Akkerman re: sealed documents and exhibit issues | 0.20 Hrs | 830/hr | $166.00 |
| 08/09/23 | LCH | Review and retrieve opinion denying | 0.40 Hrs | 330/hr | $132.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | debtors ownership rights and coordinate service of same | | | |
| 08/09/23 | LA | Review Opinion | 1.00 Hrs | 440/hr | $440.00 |
| 08/09/23 | SR | Review/analyze opinion re Carnival trial/ownership of assets (.7); emails with company, Cooley team, Groombridge team re same (.3). | 1.00 Hrs | 460/hr | $460.00 |
| 08/09/23 | AHSA | Review/analyze Ownership Opinion (1.0); correspondence with co-counsel and client re: same (.2); correspondence with chambers and Carnival re: same (.1); call with client, co-counsel, and K. Good re: opinion/status (leave early) (.6); | 1.90 Hrs | 675/hr | $1,282.50 |
| 08/09/23 | CMS | Review ownership opinion. | 1.90 Hrs | 865/hr | $1,643.50 |
| 08/09/23 | CMS | Call w/ client team re: ownership opinion and next steps. | 1.10 Hrs | 865/hr | $951.50 |
| 08/09/23 | LKG | review opinion on ownership (1.1); attend call with J. Wu, N. Groombridge, D. Fournier and others re: same (.9); email x3 with E. Lazerowitz re: same (.1) | 2.10 Hrs | 830/hr | $1,743.00 |
| 08/10/23 | LKG | call with E. Lazerowitz re: impact of decision and upcoming discussion with Disney and Virgin (.2); call with D. Fournier, E. Lazerowitz, H. Murtaugh, and others re: discussion of injunction and Disney/Virgin operations (.7) | 0.90 Hrs | 830/hr | $747.00 |
| 08/10/23 | AHSA | Call with co-counsel, client and invictus re: opinion/go-forward (.7); correspondence with PAC team re: same (.1); | 0.80 Hrs | 675/hr | $540.00 |
| 08/10/23 | LCH | Prepare and draft CNO re motion to extend removal deadline (.2); review motion re same (.1) | 0.30 Hrs | 330/hr | $99.00 |
| 08/11/23 | AHSA | Correspondence with co-counsel and client re: opinion/next steps (.3); correspondence with co-counsel and Carnival re: same (.1); correspondence with co-counsel, Disney and Virgin re: same (.2); | 0.60 Hrs | 675/hr | $405.00 |
| 08/12/23 | AHSA | Correspondence with Carnival and co-counsel and client re: opinion/meet and confer; | 0.10 Hrs | 675/hr | $67.50 |
| 08/13/23 | AHSA | Correspondence with co-counsel, client, Disney, Virgin and Carnival re: opinion/meet and confer; | 0.20 Hrs | 675/hr | $135.00 |
| 08/13/23 | LKG | review correspodence and proposals re: impact of ruling on Disney/Virgin | 0.40 Hrs | 830/hr | $332.00 |
| 08/14/23 | SR | Conduct research re interlocutory appeal (2.7); emails with K Good and A Stulman re same (.1); emails with Groombridge | 2.90 Hrs | 460/hr | $1,334.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | team re same (.1). | | | |
| 08/14/23 | AHSA | Correspondence with K. Good and S. Rizvi re: appeal research (.1); review same (.3); | 0.40 Hrs | 675/hr | $270.00 |
| 08/14/23 | LCH | Review and retrieve memo order re Carnival standing motion and credit bid motion (.2); coordinate service of same (.1); emails with K. Good re same (.1) | 0.40 Hrs | 330/hr | $132.00 |
| 08/14/23 | CMS | Review standing opinion. | 1.20 Hrs | 865/hr | $1,038.00 |
| 08/15/23 | LA | Review, Revise, and Oversee Filing of CNO re: First Removal Extension Motion | 0.20 Hrs | 440/hr | $88.00 |
| 08/15/23 | AHSA | Attend call with Carnival, lenders, virgin, and disney re: meet and confer (.6); correspondence with co-counsel and client re: same (.2); review/analyze opinion re standing (.5); | 1.30 Hrs | 675/hr | $877.50 |
| 08/15/23 | SR | Conduct further research re interlocutory appeal (2.7); prepare/revise summary re same (.9). | 3.60 Hrs | 460/hr | $1,656.00 |
| 08/15/23 | LKG | participate in meet and confer on injunction with S. Routh, N. Groombridge, E. Lazerowitz, V. Indelicato, A. Troop, H. Murtaugh and others (.6) | 0.60 Hrs | 830/hr | $498.00 |
| 08/15/23 | LCH | E-file CNO re motion to extend removal deadline and upload order (.2); emails with L. Akkerman re same (.1) | 0.30 Hrs | 330/hr | $99.00 |
| 08/15/23 | CMS | Call w/ Carnival and customers re: implementation of ownership opinion/injunction. | 0.70 Hrs | 865/hr | $605.50 |
| 08/16/23 | AHSA | Attend meet and confer with Carnival, invictus, disney and virgin (.2); review/analyze global settlement term sheet (.2); correspondence with K. Good re: same (.1); correspondence with co-counsel and K. Good re: conversion motion (.1); correspondence with K. Good and UST re: shortening notice of conversion motion (.1); review conversion board resolution (.1); review/analyze conversion motion (.2); | 1.00 Hrs | 675/hr | $675.00 |
| 08/16/23 | SR | Conduct further research re interlocutory appeal (2.7); prepare/revise memo re same (.7); emails with K Good re same (.1). | 3.50 Hrs | 460/hr | $1,610.00 |
| 08/16/23 | LKG | particpate in meet and confer call with S. Routh, D. Hillman, N. Groombridge, H. Murtaugh and others re: next steps following decision (.2); confer with A. Stulman re: potential conversion motion | 0.60 Hrs | 830/hr | $498.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | (.1) email x2 to J. Leamy re: shortend notice for conversion (.1); email x4 to S. Rizvi, L. Huber and others re: motion to shorten for conversion (.2) | | | |
| 08/16/23 | CMS | Review proposed post-ownership opinion settlement terms. | 0.30 Hrs | 865/hr | $259.50 |
| 08/16/23 | CMS | Participate in 8/16/23 call w/ Carnival, Invictus, Customer and Debtor representatives re: structuring path forward post-ownership opinion. | 0.30 Hrs | 865/hr | $259.50 |
| 08/17/23 | AHSA | Review/revise motion to convert (.6); review/revise motion to shorten for motion to convert (.4); correspondence with co-counsel and PAC team re: same (.2); correspondence with UST and PAC team re: same (.1); correspondence with parties re: global resolution/injunction (.3); correspondence with co-counsel, K. Good and client re: conversion issues (.1); review memo of same (.2); | 1.90 Hrs | 675/hr | $1,282.50 |
| 08/17/23 | LCH | Review and e-file motion to convert (.4); review and e-file motion to shorten same (.2); emails with S. Rizvi re same (.1) | 0.70 Hrs | 330/hr | $231.00 |
| 08/17/23 | CMS | Review proposed permanent injunction order. | 0.20 Hrs | 865/hr | $173.00 |
| 08/18/23 | AHSA | Correspondence with K. Good, co-counsel and lenders re: global settlement/path forward (.1); call with K. Good re: same (.3); correspondence with PAC team re: notice for motion to convert (.1); review same (.1); | 0.60 Hrs | 675/hr | $405.00 |
| 08/19/23 | AHSA | Correspondence with co-counsel re: global resolution; | 0.10 Hrs | 675/hr | $67.50 |
| 08/22/23 | AHSA | Correspondence with co-counsel and K. Good re: notice of appeal (.1); review notice of foreclosure (.1); confer with K. Good re: same (.2); review foreclosure APA (.2); correspondence with L. Akkerman re: notice of appeal issues (.1); review same; correspondence with co-counsel and lenders re: same (.2); | 0.90 Hrs | 675/hr | $607.50 |
| 08/22/23 | LA | Review and Revise Notice of Appeal (.5); email K. Good, A. Stulman, M. Romano, co-counsel, and lender's counsel re: same and post-filing issues (0.4) | 0.90 Hrs | 440/hr | $396.00 |
| 08/22/23 | MLR | Prepare and coordinate for filing of notice of appeal in Carnival adversary; multiple emails with L. Akkerman and A. Stulman re: same; finalize, file and coordinate | 1.10 Hrs | 350/hr | $385.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | service of same | | | |
| 08/22/23 | LKG | review/revise x2 draft notice of appeal (.3); review rules re: same (.3) email x8 with L. Akkerman, A. Stulman, E. Lazerowitz and others re: same (.4) | 1.00 Hrs | 830/hr | $830.00 |
| 08/23/23 | MMDA | Retrieve transmittal of record on appeal from Bankruptcy to District (.1); Retrieve docketed notice of appeal and email to PAC team (.1) | 0.20 Hrs | 350/hr | $70.00 |
| 08/23/23 | AHSA | Correspondence with PAC team re: appeal (.2); review district court docket re: same (.2); correspondence with co-counsel re: stay letter and filing of same (.2); review same for filing (.2); correspondence with M. Dero and K. Good re: same (.1); review/analyze Carnival objection to strict foreclosure notice (.2); correspondence with Carnival and co-counsel re: motion to shorten for 365(n) motion (.1); review/revise notice of filing (.2); correspondence with lenders and L. Akkerman re: same (.1); review oral order re: appeal (.1); correspondence with parties re: motions for relief and motion to expedite (.1); correspondence with co-counsel, K. Good and client re: motions to extend (.1); | 1.80 Hrs | 675/hr | $1,215.00 |
| 08/23/23 | LA | Research and draft notice re: Filing Amended Signature Pages (0.1); Email A. Stulman, K. Good re: same (0.1); Email co-counsel and lender's counsel re: same (0.1) | 0.30 Hrs | 440/hr | $132.00 |
| 08/23/23 | MLR | Send copy of notice of appeal to Judge Stickles's chambers | 0.10 Hrs | 350/hr | $35.00 |
| 08/23/23 | LKG | confer with A. Stulman re: notice of appeal and notice to correct signature page (.1); meet with L. Akkerman re: same (.1); email to L. Akkerman re: same (.1) | 0.30 Hrs | 830/hr | $249.00 |
| 08/23/23 | MMDA | Emails with L. Akkerman and K. Good re: appeal signature pages (.1); Update notice per L. Akkerman's comments (.1); Finalize and file Notice of Filing Signature Pages to Notice of Appeal (.2); Emails with Omni re: service of notice (.1) | 0.50 Hrs | 350/hr | $175.00 |
| 08/23/23 | LKG | review Carnival emergency motion for source code (.4) and motion to shorten re: same (.1); and declaration in support of same (.2) | 0.70 Hrs | 830/hr | $581.00 |
| 08/24/23 | MMD | Email from A. Stulman re: agreement (.1); | 0.30 Hrs | 350/hr | $105.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | A | Prepare notice of filing of Code Source Escrow Agreement and email to PAC team for review (.2) | | | |
| 08/24/23 | AHSA | Correspondence with co-counsel and lenders re: source code agreement (.2); review/finalize same for filing (.2); correspondence with M. Dero and chambers re: same (.2); review recent filings, including Carnival response letter (.2), Carnival 365(n) motion, motion to shorten (.1), and related declarations (.4); review/analyze resignation letter (.1); review/analyze employment agreements for DIPL employees (.2); review recent filings, including Virgin emergency motion and related declaration (.4); review/revise notice of filing of proposed injunction order (.5); correspondence with co-counsel and PAC team re: same (.2); | 2.70 Hrs | 675/hr | $1,822.50 |
| 08/24/23 | MMDA | Email from A. Stulman re: notice (.1); Finalize and file Notice of Filing Source Code Escrow Agreement (.1); Email as-filed notice to chambers (.1); Emails with J. Low, DLS, re: delivery to Judge Stickles' chambers (.1); Email with Omni re: service of same (.1) | 0.50 Hrs | 350/hr | $175.00 |
| 08/24/23 | MMDA | Emails from A. Stulman attaching sealed pleadings filed August 23 by Carnival and Virgin (.1); Save pleadings (.1) | 0.20 Hrs | 350/hr | $70.00 |
| 08/24/23 | SR | Review notice re Debtors' proposd permanent injunction order (x2)(.3); review/revise proposed permanent injunction order and exhibits (.4); emails with Groombridge team, Cooley team and PAC team re same (.2); finalize same for filing (.3); emails with M Dero. A Stulman, K Good re same (.2). | 1.40 Hrs | 460/hr | $644.00 |
| 08/24/23 | MMDA | Emails and discussions with A. Stulman re: filing proposed order for injunction/ownership opinion (.1); Prepare notice of filing (.2); Emails between PAC and co-counsel (.1); Email from S. Rizvi re: comments to notice and revise same (.1); Prepare notice and proposed order for final review (.2); Finalize and file Notice of Filing Debtors' Proposed Order Related to the Opinion Regarding Ownership of the DXP Assets and Carnival's Request for Declaratory and Injunctive Relief in main | 1.10 Hrs | 350/hr | $385.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | and adversary cases (.3); Email to A. Lugano, Judge Stickles' chambers, attaching same (.1); | | | |
| 08/24/23 | LKG | review Debtors' draft notice and proposed injunction for filing (.4); review Virgin notice of proposed injuncton (.2); rewew Carnival notice and proposed injunction (.3); review Disney notice re: proposed injunction (.1) | 1.00 Hrs | 830/hr | $830.00 |
| 08/24/23 | LKG | review Virgin emergency motion re: source code and motion to shorten re: same (.5); | 0.50 Hrs | 830/hr | $415.00 |
| 08/24/23 | CMS | Review motion for Carnival to access MAS code, related declaration and related motion to shorten. | 1.00 Hrs | 865/hr | $865.00 |
| 08/24/23 | CMS | Review source code escrow agreement. | 0.30 Hrs | 865/hr | $259.50 |
| 08/24/23 | CMS | Review Virgin Emergency Motion for Specific Performance of Rights and related motion to shorten. | 0.60 Hrs | 865/hr | $519.00 |
| 08/25/23 | AHSA | Correspondence with co-counsel and client re: strict foreclosure (.1); review/analyze competing forms of order for the injunction order (.2); review/analyze debtors redline of injunction order (.2); review injunction and order (.2); review order re: motion to shorten (.1); | 0.80 Hrs | 675/hr | $540.00 |
| 08/25/23 | MMDA | Emails with S. Rizvi re: August 29 agenda notice (.1); Emails with A. Lugano, Judge Stickles' chambers, re: Zoom information (.1); Update agenda accordingly (.1); Email with Parcels re: preparation of binder for delivery to chambers (.1); Emails with K. McCloskey re: review of binder (.1) | 0.50 Hrs | 350/hr | $175.00 |
| 08/25/23 | MMDA | Retrieve (1) Order Regarding Ownership Issue and (2) Permanent Injunction and email to PAC, Cooley and Groombridge teams | 0.10 Hrs | 350/hr | $35.00 |
| 08/25/23 | MMDA | Email from A. Stulman re: order on ownership issue (.1); Prepare comparison between as-entered order and Debtors' draft order (.2) | 0.30 Hrs | 350/hr | $105.00 |
| 08/25/23 | MMDA | Retrieve Order Regarding (I) Carnival Corporation's Emergency Motion and (II) Virgin Voyages' Emergency Motion | 0.10 Hrs | 350/hr | $35.00 |
| 08/25/23 | LKG | review order re: Virgin and Carnival motions re: source code | 0.10 Hrs | 830/hr | $83.00 |
| 08/25/23 | LKG | review orders re: ownership issue and permanent injunction | 0.20 Hrs | 830/hr | $166.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/28/23 | AHSA | Review Carnival objection to remedies notice (.3); correspondence with Virgin and co-counsel re: sealed documents (.2); | 0.50 Hrs | 675/hr | $337.50 |
| | | **Total AP Litigation/Adversary Proceedings** | **86.50** | | **$48,750.00** |

**Business Operations**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/01/23 | AHSA | Correspondence with client re: budgeting; | 0.10 Hrs | 675/hr | $67.50 |
| 08/01/23 | LA | Email US Trustee and Company re: payment of quarterly UST Fees | 0.30 Hrs | 440/hr | $132.00 |
| 08/01/23 | LKG | meet with L. Akkerman re: UST fee payment (.1); email to J. LaBoy re: same (.1) | 0.20 Hrs | 830/hr | $166.00 |
| 08/09/23 | AHSA | Correspondence with PAC team, Province and client re: budget issues; | 0.20 Hrs | 675/hr | $135.00 |
| 08/12/23 | AHSA | Correspondence with PAC team and client re: budgeting; | 0.10 Hrs | 675/hr | $67.50 |
| 08/14/23 | CMS | Participate in 8/14/23 board call (left early). | 1.00 Hrs | 865/hr | $865.00 |
| 08/16/23 | LKG | participate in board call | 0.70 Hrs | 830/hr | $581.00 |
| 08/16/23 | CMS | Participate in 8/16/23 board meeting. | 0.50 Hrs | 865/hr | $432.50 |
| 08/17/23 | LA | Research and Reply to Province email re: MORs | 0.50 Hrs | 440/hr | $220.00 |
| 08/17/23 | CMS | Prepare and participate in 8/17/23 board meeting. | 1.50 Hrs | 865/hr | $1,297.50 |
| 08/17/23 | LKG | participate in board call | 1.30 Hrs | 830/hr | $1,079.00 |
| 08/17/23 | AHSA | Correspondence with Province, client and L. Akkerman re: MORs; | 0.10 Hrs | 675/hr | $67.50 |
| 08/18/23 | AHSA | Correspondence with K. Good and S. Rizvi re: employee issues; | 0.10 Hrs | 675/hr | $67.50 |
| 08/21/23 | AHSA | Correspondence with Province and L. Akkerman re: MORs; review same; | 0.10 Hrs | 675/hr | $67.50 |
| 08/21/23 | LA | Email Province re: MORs for July | 0.10 Hrs | 440/hr | $44.00 |
| 08/22/23 | CMS | Review July 2023 MORs. | 0.40 Hrs | 865/hr | $346.00 |
| 08/22/23 | MMDA | Email from L. Akkerman attaching monthly operating reports (.1); Save same and revise per L. Akkerman's comments (.2); Finalize and file Monthly Operating Reports for Period Ending July 31, 2023 as to both Debtors (.4); Email with Omni re: service of the operating reports (.1) | 0.80 Hrs | 350/hr | $280.00 |
| 08/22/23 | AHSA | Correspondence with Province and L. Akkerman re: MORs; | 0.10 Hrs | 675/hr | $67.50 |
| 08/22/23 | LA | Review, revise, and oversee filing of July MORs | 0.60 Hrs | 440/hr | $264.00 |
| | | **Total BO Business Operations** | **8.70** | | **$6,247.00** |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|

**Case Administration**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/04/23 | LCH | Research re potential dismissal (.5); emails with A. Stulman re same (.1) | 0.60 Hrs | 330/hr | $198.00 |
| 08/04/23 | CMS | Review/update critical dates. | 0.30 Hrs | 865/hr | $259.50 |
| 08/04/23 | LCH | Review and retrieve recently filed pleadings and update calendars | 0.70 Hrs | 330/hr | $231.00 |
| 08/11/23 | LCH | Review and retrieve recently filed pleadings and update calendars | 0.70 Hrs | 330/hr | $231.00 |
| 08/16/23 | CMS | Review/revise motion to convert. | 0.60 Hrs | 865/hr | $519.00 |
| 08/16/23 | CMS | Review motion to shorten for conversation motion. | 0.30 Hrs | 865/hr | $259.50 |
| 08/16/23 | SR | Prepare/revise motion to shorten re motion to convert (1.1); emails with A Stulman, K Good, C Samis re same (.1); emails with J Leamy, A Stulman, K Good, C Samis re same (.1). | 1.30 Hrs | 460/hr | $598.00 |
| 08/17/23 | LKG | review motion to convert and proposed revisions to same (.4); correspondence with A. Stulman re: same (.1); review final draft of same (.3); and motion to shorten/limit notice (.2); email x6 to S. Rizvi, A. Stulman, L. Akkerman and other re: same (.3) | 1.30 Hrs | 830/hr | $1,079.00 |
| 08/17/23 | SR | Revise motion to convert (x3)(.8); emails with A Stulman, K Good re same (.2); emails with Cooley team, C Samis, A Stulman, K Good re same (.1); emails with L Huber A Stulman, K Good re same (.2); finalize same for filing (.3). | 1.60 Hrs | 460/hr | $736.00 |
| 08/17/23 | SR | Conduct research re conversion (.6); emails with C Samis, A Stulman, K Good re same (.1). | 0.70 Hrs | 460/hr | $322.00 |
| 08/17/23 | SR | Further revise motion to shorten re motion to convert (x3)(.5); emails with E Lazerowtiz, A Stulman, K Good, C Samis re same (.1); finalize same for filing (.2). | 0.80 Hrs | 460/hr | $368.00 |
| 08/17/23 | LKG | email to D. Fournier, J. Carino re: documents to be provided to chapter 7 trustee upon conversion | 0.10 Hrs | 830/hr | $83.00 |
| 08/17/23 | LCH | Review and retrieve recently filed pleadings and update calendars | 0.20 Hrs | 330/hr | $66.00 |
| 08/18/23 | SR | Conduct research re conversion to chapter 7 (2.2); emails with C Samis, A Stulman, K Good re same (.2); emails with Cooley team, C Samis, A Stulman, K Good re same (.1); emails with L Huber A Stulman, K Good re same (.2); finalize same for filing (.3). | 3.00 Hrs | 460/hr | $1,380.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/18/23 | LA | Prepare Notice re: Emergency Motion to Convert and email PAC team re: same | 0.50 Hrs | 440/hr | $220.00 |
| 08/18/23 | MMDA | Email from K. Good re: order shortening notice (.1); Retrieve order shortening notice re: emergency motion to convert and update notice of hearing accordingly (.3) | 0.40 Hrs | 350/hr | $140.00 |
| 08/18/23 | MMDA | Finalize and file notice of hearing re: emergency motion to convert (.2); Update critical dates (.1); Email with Omni re: service of notice and order shortening notice (.1) | 0.40 Hrs | 350/hr | $140.00 |
| 08/20/23 | LA | Email A. Stulman re: Order on Motion to Shorten and Notice Requirements | 0.30 Hrs | 440/hr | $132.00 |
| 08/21/23 | AHSA | Correspondence with client re: conversion issue (.1); correspondence with lenders and co-counsel re: foreclosure (.1); | 0.20 Hrs | 675/hr | $135.00 |
| 08/25/23 | CMS | E-mails to E. Lazerowitz re: conversion preparation. | 0.20 Hrs | 865/hr | $173.00 |
| 08/28/23 | SR | Emails with L Huber and A Stulman re CNO for converesion motion; emails with co-counsel re same. | 0.20 Hrs | 460/hr | $92.00 |
| 08/29/23 | LA | Research re: Service of Order on Conversion (0.2); email A. Stulman and L. Huber re: same (0.1) | 0.30 Hrs | 440/hr | $132.00 |
| 08/29/23 | LCH | Prepare and draft CNO re motion to convert (.2); prepare and organize proposed order re same (.1); e-file CNO and upload order (.2); emails with L. Akkerman re same (.1) | 0.60 Hrs | 330/hr | $198.00 |
| 08/29/23 | LCH | Review and retrieve conversion order and coordinate service of same | 0.30 Hrs | 330/hr | $99.00 |
| 08/29/23 | LCH | Review and retrieve recently filed pleadings and update calendars | 0.70 Hrs | 330/hr | $231.00 |
| 08/29/23 | AHSA | Call and correspondence with L. Huber re: CNO for motion to convert (.1); call and correspondence with Virgin re: sealed documents (.2); correspondence with co-counsel and lenders re: same (.1); correspondence with PAC team re: service of dismissal order (.2); | 0.60 Hrs | 675/hr | $405.00 |
| | | **Total CA Case Administration** | **16.90** | | **$8,427.00** |

**Court Appearances/Communications/Hearings**

| | | | | | |
|------|------|-------------|------|------|-------|
| 08/04/23 | LKG | participate in status conference re: seal of post trial filings (.2); email to C. Samis, L. Akkerman, S. Rizvi, A. Stulman re: summary of same (.1) | 0.30 Hrs | 830/hr | $249.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/04/23 | LCH | Prepare and draft notice of 8/4/23 status conference (.3); e-file same and coordinate service (.2); emails with A. Stulman re same (.2) | 0.70 Hrs | 330/hr | $231.00 |
| 08/04/23 | LCH | Register A. Stulman, K. Good, S. Rizvi, L. Akkerman, C. Samis, E. Lazerowitz, C. Speckhart, N. Groombridge, J. Wu, A. Penfield, K. Bersani, B. Hsu and C. Wu for 8/4/23 status conference and emails with same (1.0); prepare and documents for same (.3); emails with D. Cahir re same (.1) | 1.40 Hrs | 330/hr | $462.00 |
| 08/04/23 | AHSA | Correspondence with chambers re: status conference (.1); review/revise notice re: same (.1); correspondence with L. Huber re: same (.1); correspondence with co-counsel re: same (.1); call with K. Good re: same (.3); | 0.70 Hrs | 675/hr | $472.50 |
| 08/07/23 | LCH | Review and retrieve 8/4/23 transcript and circulate same | 0.20 Hrs | 330/hr | $66.00 |
| 08/07/23 | CMS | Review transcript from 8/4/23 hearing. | 0.30 Hrs | 865/hr | $259.50 |
| 08/16/23 | LCH | Prepare and draft notice of status conference for 8/17 (.3); emails with K. Good re same (.1) | 0.40 Hrs | 330/hr | $132.00 |
| 08/16/23 | AHSA | Correspondence with lenders, virgin, co-counsel and K. Good re: status conference (.3); correspondence with chambers re: same (.1); | 0.40 Hrs | 675/hr | $270.00 |
| 08/16/23 | LKG | email x3 to Z. Shapiro, E. Lazerowitz and others re: status conference request | 0.20 Hrs | 830/hr | $166.00 |
| 08/17/23 | AHSA | Correspondence with parties and chambers re: status conference (.1); correspondence with L. Huber and K. Good re: notice of same (.1); call with K. Good re: status conference and case update (.2); correspondence with co-counsel and L. Huber re: status conference (.1); attend status conference (leave early) (.3); correspondence with client and co-counsel re: board call (.2); | 1.00 Hrs | 675/hr | $675.00 |
| 08/17/23 | LCH | Update notice of 8/21/23 status conference (.1); e-file same and coordinate service (.2); emails with A. Stulman, K. Good and S. Rizvi re same (.1) | 0.40 Hrs | 330/hr | $132.00 |
| 08/17/23 | LCH | Register E. Lazerowitz, C. Speckhart, A. Stulman, K. Good, L. Akkerman and J. Wu for 8/17/23 status conference (.3); coordinate hearing logistics re same (.5) | 0.80 Hrs | 330/hr | $264.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/17/23 | LCH | Prepare and organize notice of 8/21/23 status conference (.2); e-file same (.1); register PAC, Cooley and Groombridge teams for same (.5) | 0.80 Hrs | 330/hr | $264.00 |
| 08/17/23 | SR | Attend 8/17 Status Conference (1.0); review/revise notice re same (.4); emails with L Huber, A Stulman, K Good re same (.1); emails with Cooley, PAC, and Groombridge teams re same (.1). | 1.60 Hrs | 460/hr | $736.00 |
| 08/17/23 | LA | Meet with and email S. Rizvi re: status conference(0.3). meet with K. Good re: same (0.1) | 0.40 Hrs | 440/hr | $176.00 |
| 08/17/23 | LKG | emails x4 with chambers and parties re: status conference (.2); email to L. Huber attend status conference on conversion/injunction issues (1.0); call with E. Lazerowitz, C. Speckhart following same (.2) | 1.40 Hrs | 830/hr | $1,162.00 |
| 08/18/23 | MMDA | Review L. Huber's memo (.1) and emails with K. McCloskey re: binders for August 21 status conference (.1) | 0.20 Hrs | 350/hr | $70.00 |
| 08/18/23 | LKG | email x2 to M. Dero, L. Akkerman, S. Rizvi re: notice of hearing on conversion motion (.1); review draft of same (.1) | 0.20 Hrs | 830/hr | $166.00 |
| 08/21/23 | AHSA | Correspondence with K. Good and S. Rizvi re: hearing prep (.2); correspondence with co-counsel re: same (.1); | 0.30 Hrs | 675/hr | $202.50 |
| 08/21/23 | KAMC | Preparation  for hearing and update binders based on new filings | 0.40 Hrs | 350/hr | $140.00 |
| 08/21/23 | SR | Attend 8/21 status conference re Carnival litigation (.7); review/revise notice of 8/24 status conference (.3); emails with M Dero, A Stulman, K Good re same (.1). | 1.10 Hrs | 460/hr | $506.00 |
| 08/21/23 | MMDA | Emails with K. Good and S. Rizvi re: Zoom appearances | 0.10 Hrs | 350/hr | $35.00 |
| 08/21/23 | MMDA | Email from S. Rizvi re: August 24 status conference (.1); Prepare notice of status conference and email to K. Good and S. Rizvi (.2) Revise same per K. Good's comments (.1); Emails with A. Lugano, Judge Stickles' chambers, re: Zoom information (.1); Finalize and file in main and adversary matters Notice of Virtual Status Conference Scheduled for August 24, 2023 (.3); Add to critical dates calendar and instructions to Omni re: service of same (.1) | 0.90 Hrs | 350/hr | $315.00 |
| 08/21/23 | MMD | Register August 24 Zoom appearances for | 0.40 Hrs | 350/hr | $140.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/21/23 | A LKG | PAC, Cooley and Groombridge teams meet with C. Speckhart, E. Lazerowitz in preparation for status conference (1.4); attend same (1.0); review draft notice of 8/24 status conference (.1); email to S. Rizvi, A. Stulman and others re: same (.1) | 2.60 Hrs | 830/hr | $2,158.00 |
| 08/23/23 | MMD A | Review calendar re: upcoming deadlines (.1); Prepare agenda notice for August 29 hearing on motion to convert and email to PAC team for review/comment (.3) | 0.40 Hrs | 350/hr | $140.00 |
| 08/23/23 | MMD A | Email August 21 transcript to Z. Shapiro per K. Good's email | 0.10 Hrs | 350/hr | $35.00 |
| 08/24/23 | AHSA | Prepare for status conference (.2); correspondence with co-counsel re: same; attend status conference (1.1); | 1.30 Hrs | 675/hr | $877.50 |
| 08/24/23 | CMS | Participate in 8/24/23 status conference. | 0.70 Hrs | 865/hr | $605.50 |
| 08/24/23 | SR | Attend 8/24 status conference; prepare for the status conference (1.2); review Virgin's emergency motion (.4); | 1.60 Hrs | 460/hr | $736.00 |
| 08/25/23 | MMD A | Finalize and file Notice of Agenda of Matters Scheduled for Hearing on August 29, 2023 (.2); Email agenda and related pleadings to chambers (.1) | 0.30 Hrs | 350/hr | $105.00 |
| 08/25/23 | MMD A | Emails from A. Stulman and S. Rizvi re: August 29 hearing/status conference (.1); Review pleadings and prepare amended agenda notice for same (.3) | 0.40 Hrs | 350/hr | $140.00 |
| 08/25/23 | KAMC | Emails to/from M. Dero regarding submission of binder to Chambers (.1); review same and coordinate drop-off of same (.1) | 0.20 Hrs | 350/hr | $70.00 |
| 08/25/23 | MMD A | Emails with G. Matthews, Reliable, re: status of August 24 transcript (.1); Save and email to PAC, Cooley and Groobridge teams (.1) | 0.20 Hrs | 350/hr | $70.00 |
| 08/25/23 | SR | Review/revise agenda for 8/29 hearing (x2)(.5); emails with chambers re same (.2); emails with M Dero, A Stulman and K Good re same (.2); correspond with M Dero re same (.1). | 1.00 Hrs | 460/hr | $460.00 |
| 08/25/23 | AHSA | Review hearing agenda (.2); correspondence with PAC team re: same (.1); correspondence with PAC team re: amended agenda (.2); | 0.50 Hrs | 675/hr | $337.50 |
| 08/28/23 | AHSA | Call and correspondence with creditor re: conversion motion (.2); correspondence with co-counsel re: same (.1); correspondence with PAC team re: CNO (.1); call with L. Huber re: hearing/prep | 1.00 Hrs | 675/hr | $675.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | (.2); review/analyze conversion memo (.2); review/revise hearing agenda (.1); correspondence with co-counsel re: hearing/prep (.1); | | | |
| 08/28/23 | SR | Emails with L Huber and A Stulman re amended agenda for 8/29 hearing; emails with co-counsel re same. | 0.30 Hrs | 460/hr | $138.00 |
| 08/28/23 | MMDA | Email from E. Lazerowitz and J. Sazant re: August 21 transcript and reply to same including requested transcript | 0.10 Hrs | 350/hr | $35.00 |
| 08/28/23 | LCH | Update and prepare 8/29/23 agenda (.4); e-file same and coordinate service (.2); emails with A. Stulman re same (.1) | 0.70 Hrs | 330/hr | $231.00 |
| 08/28/23 | LCH | Prepare and organize hearing materials for 8/29/23 hearing (1.5); emails with A. Stulman re same (.1) | 1.60 Hrs | 330/hr | $528.00 |
| 08/28/23 | LCH | Register J. Wu for 8/29/23 hearing and emails re same | 0.30 Hrs | 330/hr | $99.00 |
| 08/29/23 | AHSA | Prepare for hearing (1.2); attend hearing (2.0); confer with C. Samis and co-counsel re: same (.3); | 3.50 Hrs | 675/hr | $2,362.50 |
| 08/29/23 | LCH | Review and preserve 8/21/23 hearing materials | 0.70 Hrs | 330/hr | $231.00 |
| | | **Total CH Court Appearances/Communications/Hearings** | **32.10** | | **$17,325.50** |

**Creditor Inquiries**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/02/23 | LKG | email to E. Lazerowitz re: inquiry from PBGC | 0.10 Hrs | 830/hr | $83.00 |
| 08/02/23 | SR | Emails with Pension Benefit Guaranty Corporation re creditor inquiry (.1); emails with Cooley team and Groombridge team re same (.2). | 0.30 Hrs | 460/hr | $138.00 |
| 08/11/23 | CMS | Return calls to creditors and other parties in interest inquiring re: status of case, claims, litigation and tax returns. | 1.00 Hrs | 865/hr | $865.00 |
| | | **Total CI Creditor Inquiries** | **1.40** | | **$1,086.00** |

**Financing/Cash Collateral/DIP**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/04/23 | SR | Review/review notice of post-termination budget (x2)(.5); emails with M Dero, A Stulman, K Good re same (.2); emails with Invictus, Cooley, PAC, and DeCurtis teams re same (.2). | 0.90 Hrs | 460/hr | $414.00 |
| 08/07/23 | CMS | E-mails to J. Carino and others re: budget reporting. | 0.20 Hrs | 865/hr | $173.00 |

CMS

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/08/23 | CMS | Review July 2023 LRC invoice. | 0.20 Hrs | 865/hr | $173.00 |
| 08/09/23 | CMS | E-mails K. Good, R. Busto and others re: preparation of budget projections. | 0.50 Hrs | 865/hr | $432.50 |
| 08/09/23 | CMS | Prepare budget projections. | 0.50 Hrs | 865/hr | $432.50 |
| 08/11/23 | CMS | E-mails to K. More and others re: July 2023 PAC invoice for budgeting. | 0.30 Hrs | 865/hr | $259.50 |
| 08/14/23 | CMS | E-mails to K. Good re: fee applications and budget reporting. | 0.40 Hrs | 865/hr | $346.00 |
| 08/16/23 | AHSA | Review/analyze notice of DIP termination; | 0.20 Hrs | 675/hr | $135.00 |
| 08/16/23 | CMS | E-mails to K. More re: release receipts from professional fee escrow. | 0.20 Hrs | 865/hr | $173.00 |
| 08/20/23 | LKG | call with E. Lazerowitz re: path forward and possible DIP forclosure (.2); review revised budget for same (.2) | 0.40 Hrs | 830/hr | $332.00 |
| 08/21/23 | AHSA | Correspondence with co-counsel and PAC team re: DIP budget/notice (.1); review same for filing (.3); | 0.40 Hrs | 675/hr | $270.00 |
| 08/21/23 | MMDA | Emails from K. Good and S. Rizvi re: filing post-termination DIP budget (.1); Prepare notice of filing (.1); Update notice of filing to include language from E. Lazerowitz (.2); Finalize and file Notice of Filing of DIP Post-Termination Budget (.2); Emails with J. Low re: delivering copies to K. Good (.1); Email as-filed notice to chambers (.1) | 0.80 Hrs | 350/hr | $280.00 |
| 08/21/23 | CMS | E-mail to J. Carino and other re: budget reporting. | 0.20 Hrs | 865/hr | $173.00 |
| 08/22/23 | LKG | review notice of exercise of DIP remedies and DIP order provisions re: same (.4); review draft of strict foreclosure agreement (.3) | 0.70 Hrs | 830/hr | $581.00 |
| 08/22/23 | CMS | Review notice of exercise of DIP remedies. | 0.10 Hrs | 865/hr | $86.50 |
| 08/22/23 | MMDA | Retrieve Notice of Exercise of Remedies by DIP Agent Pursuant to Final DIP Order and email to PAC and Cooley teams | 0.10 Hrs | 350/hr | $35.00 |
| 08/23/23 | LKG | review Carnival response and objection re: strict foreclosure | 0.20 Hrs | 830/hr | $166.00 |
| 08/23/23 | CMS | Review Carnival letter on strict foreclosure notice. | 0.20 Hrs | 865/hr | $173.00 |
| 08/23/23 | CMS | Review Carnival's objection to notice of default. | 0.20 Hrs | 865/hr | $173.00 |
| 08/24/23 | CMS | Review strict foreclosure closing package. | 0.80 Hrs | 865/hr | $692.00 |
| 08/24/23 | CMS | Review notice of exercise of DIP remedies. | 0.20 Hrs | 865/hr | $173.00 |
| 08/28/23 | CMS | Review Carnival Response and Objection to Second Notice of Exercise of Remedies by DIP Agent Pursuant to Final DIP Order. | 0.20 Hrs | 865/hr | $173.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | **Total CR Financing/Cash Collateral/DIP** | **7.90** | | **$5,846.00** |

**Employment Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/04/23 | SR | Review/revise OCP declaration (.3); emails with company, Cooley team, A Stulman re same (.2); emails with L Huber re same (.1); emails with A Stulman re same (.1). | 0.70 Hrs | 460/hr | $322.00 |
| 08/04/23 | AHSA | Correspondence with co-counsel and client re: OCP for Indian counsel (.1); call with S. Rizvi re: same (.1); review OCP declaration for same (.1); correspondence with OCP Cherry Baekhart (.1). | 0.40 Hrs | 675/hr | $270.00 |
| 08/06/23 | LCH | Emails with S. Rizvi re Chir Amit OCP dec | 0.20 Hrs | 330/hr | $66.00 |
| 08/07/23 | AHSA | Correspondence with S. Rizvi and co-counsel re: OCP; | 0.10 Hrs | 675/hr | $67.50 |
| 08/07/23 | SR | Review/revise OCP declaration (.3); emails with company, Cooley team, A Stulman re same (.2); emails with L Huber re same (.1); emails with A Stulman re same (.1). | 0.70 Hrs | 460/hr | $322.00 |
| 08/08/23 | AHSA | Correspondence with Cherry Baekhart re: OCP declaration (.1); correspondence with PAC team re: same (.1); review same (.1); | 0.30 Hrs | 675/hr | $202.50 |
| 08/08/23 | KAMC | Review/format/prepare OCP Declaration | 0.40 Hrs | 350/hr | $140.00 |
| 08/08/23 | KAMC | File and coordinate service of OCP Declaration | 0.20 Hrs | 350/hr | $70.00 |
| 08/08/23 | KAMC | Multiple emails with A. Stulman and L. Akkerman re OCP Declaration and filing of same | 0.40 Hrs | 350/hr | $140.00 |
| 08/08/23 | LA | Review, Revise, and oversee filing of OCP declaration (0.4) and email A. Stulman and K. McCloskey re: same (0.2) | 0.60 Hrs | 440/hr | $264.00 |
| 08/09/23 | AHSA | Correspondence with OCP re: declaration; correspondence with PAC team re: same; | 0.10 Hrs | 675/hr | $67.50 |
| 08/10/23 | CMS | Review Chir OCP declaration. | 0.20 Hrs | 865/hr | $173.00 |
| 08/10/23 | LCH | Review/format/prepare Chir Amit OCP dec (.3); e-file same and coordinate service (.2); emails with S. Rizvi re same (.1) | 0.60 Hrs | 330/hr | $198.00 |
| 08/10/23 | AHSA | Correspondence with OCP, co-counsel, S. Rizvi and client re: OCP dec (.1); review same (.1); | 0.20 Hrs | 675/hr | $135.00 |
| 08/10/23 | SR | Review/revise OCP declaration (.3); emails with company, Cooley team, A Stulman re same (.2); emails with L Huber re same (.1); emails with A Stulman re same (.1). | 0.70 Hrs | 460/hr | $322.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | **Total EA Employment Applications/Objections** | **5.80** | | **$2,759.50** |

**Employee Benefits/Pensions**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/17/23 | LKG | email to S. Rizvi re: employee termination research question | 0.10 Hrs | 830/hr | $83.00 |
| 08/18/23 | LKG | research re: employee termination inquiry | 0.50 Hrs | 830/hr | $415.00 |
| | | **Total EB Employee Benefits/Pensions** | **0.60** | | **$498.00** |

**Executory Contract and Leases**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/04/23 | CMS | Review/revise cure list. | 0.20 Hrs | 865/hr | $173.00 |
| 08/07/23 | AHSA | Correspondence with claimant and co-counsel re: contract issue (.2); correspondence with S. Rizvi and co-counsel re: stip for same (.2); | 0.40 Hrs | 675/hr | $270.00 |
| 08/07/23 | SR | Conduct research re stay relief for a prepetition agreement (1.9); draft stipulation and order Peritum stay relief (1.1); emails with E Lazerowitz and A Stulman re same. | 3.00 Hrs | 460/hr | $1,380.00 |
| | | **Total EC Executory Contract and Leases** | **3.60** | | **$1,823.00** |

**Fee Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/02/23 | AHSA | Correspondence with S. Rizvi, co-counsel and GW re: fee application (.1); review same (.1); correspondence with K. Good and S. Rizvi re: same (.1); | 0.30 Hrs | 675/hr | $202.50 |
| 08/02/23 | SR | Review/revise Groombridge second monthly fee application (1.4); emails with Groombridge team re same (.3); call with J Wu re same (.2); meet with K Good re same (.2); emails with K Good and A Stulman re same (.1). | 2.20 Hrs | 460/hr | $1,012.00 |
| 08/02/23 | LKG | meet with S. Rizvi re: Groombridge 2nd monthly fee app (.2); review same re: counsel invoice inquiry (.1); email x2 to S. Rizvi, A. Stulman re: same (.1) | 0.40 Hrs | 830/hr | $332.00 |
| 08/02/23 | LCH | Emails and meeting with S. Rizvi re June monthly fee apps | 0.30 Hrs | 330/hr | $99.00 |
| 08/02/23 | KAMC | Emails to/from S. Rizvi and Groomsbridge counsel regarding second monthly fee application | 0.30 Hrs | 350/hr | $105.00 |
| 08/03/23 | AHSA | Correspondence with co-counsel and S. Rizvi re: fee app; | 0.10 Hrs | 675/hr | $67.50 |
| 08/03/23 | LCH | Review/format/prepare Groombridge second monthly fee app (.4); prepare and | 0.90 Hrs | 330/hr | $297.00 |

CMS

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | draft notice re same (.2); e-file same and coordinate service (.2); emails with S. Rizvi re same (.1) | | | |
| 08/03/23 | SR | Review/revise revised draft of Groombridge second monthly fee application and related invoice (0.5); emails with Groombridge team re same (.2); emails with K Good and A Stulman re same (.1). | 0.80 Hrs | 460/hr | $368.00 |
| 08/07/23 | CMS | Review/revise July 2023 bill for fee application preparation incl. Local Rule compliance. | 1.30 Hrs | 865/hr | $1,124.50 |
| 08/07/23 | LCH | Review and revise July bill memo for compliance with local rules and submit for attorney review | 0.80 Hrs | 330/hr | $264.00 |
| 08/08/23 | AHSA | Review/revise July monthly fee detail for consistency with Local Rules; | 1.00 Hrs | 675/hr | $675.00 |
| 08/08/23 | SR | Review/revise CNO re PAC monthly fee application; emails with L Huber re same. | 0.40 Hrs | 460/hr | $184.00 |
| 08/08/23 | CMS | E-mails to J. Carino re: 2nd PAC fee application and related CNO. | 0.30 Hrs | 865/hr | $259.50 |
| 08/08/23 | LCH | Prepare and draft CNO re PAC second monthly fee app (.2); review fee app re same (.1); e-file same (.1); emails with S. Rizvi and C. Samis re same (.2) | 0.60 Hrs | 330/hr | $198.00 |
| 08/10/23 | LCH | Prepare and draft CNO re Province second monthly fee app (.2); review fee app re same (.1) | 0.30 Hrs | 330/hr | $99.00 |
| 08/14/23 | AHSA | Correspondence with Province and PAC team re: Province fee app; | 0.10 Hrs | 675/hr | $67.50 |
| 08/14/23 | LA | Email K. Good and S. Rizvi re: FA July Fee App | 0.10 Hrs | 440/hr | $44.00 |
| 08/14/23 | CMS | Review/revise Province third monthly fee application. | 0.80 Hrs | 865/hr | $692.00 |
| 08/14/23 | LKG | email x2 to L. Akkerman, S. Rizvi, R. Busto re: Province 2nd monthly fee app | 0.10 Hrs | 830/hr | $83.00 |
| 08/15/23 | LA | Review, Revise, and Oversee Filing of CNO re: Province Second Monthly Fee Application | 0.20 Hrs | 440/hr | $88.00 |
| 08/15/23 | LA | Review, Revise, and Oversee Filing of PAC Third Monthly Fee App | 0.90 Hrs | 440/hr | $396.00 |
| 08/15/23 | AHSA | Correspondence with co-counsel and S. Rizvi re: GW fee app; | 0.10 Hrs | 675/hr | $67.50 |
| 08/15/23 | SR | Review/revise Groombridge third monthly fee application (1.0); emails with Groombridge team re same (.2); emails with L Huber re same (.1) finalize same for filing (.3); emails with Groombridge team and L Huber re Groombridge's second | 1.70 Hrs | 460/hr | $782.00 |

CMS

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | monthly fee app (.1). | | | |
| 08/15/23 | LCH | Prepare and draft PAC third monthly fee app (.7); prepare and draft notice and COS re same (.2); update fee charts re same (.5) | 1.40 Hrs | 330/hr | $462.00 |
| 08/15/23 | LCH | Prepare and organize PAC third monthly fee app (.2); prepare and organize exhibits re same (.3); e-file same and coordinate service (.2); emails with L. Akkerman re same (.2) | 0.90 Hrs | 330/hr | $297.00 |
| 08/15/23 | LCH | Review/format/prepare Province third monthly fee app (.3); prepare and draft notice re same (.1); prepare and organize exhibits re same (.1); e-file same and coordinate service (.2); emails with S. Rizvi re same (.1) | 0.80 Hrs | 330/hr | $264.00 |
| 08/15/23 | LCH | Review/format/prepare Groombridge third monthly fee app (.3); prepare and draft notice re same (.1); prepare and organize exhibits re same (.1); e-file and coordinate service of same (.1); emails with S. Rizvi re same (.1) | 0.70 Hrs | 330/hr | $231.00 |
| 08/15/23 | LCH | E-file CNO re Province second monthly fee app (.1); emails with L. Akkerman and C. Samis re same (.1) | 0.20 Hrs | 330/hr | $66.00 |
| 08/15/23 | CMS | Review/revise PAC third monthly fee application. | 0.80 Hrs | 865/hr | $692.00 |
| 08/18/23 | MMDA | Email from S. Rizvi attaching Cooley's combined second monthly application and save same (.1); Update application (.1); Prepare notice of application (.1); Finalize and file Cooley's combined second monthly application (.2); Email with Omni re: service of application (.1); Calendar deadlines (.1) | 0.70 Hrs | 350/hr | $245.00 |
| 08/18/23 | AHSA | Correspondence with co-counsel and PAC team re: Cooley fee app; | 0.10 Hrs | 675/hr | $67.50 |
| 08/18/23 | SR | Review/revise Cooley second monthly fee application (.9); emails with Cooley and PAC teams re same (.1); emails with with M Dero re same (.1); finalize same for filing (.3). | 1.40 Hrs | 460/hr | $644.00 |
| 08/24/23 | CMS | Review Carnival objection to Groombridge Wu second fee app. | 0.30 Hrs | 865/hr | $259.50 |
| 08/24/23 | LKG | review Carnival objection to Groombridge 2nd and 3rd MFA (.2) | 0.20 Hrs | 830/hr | $166.00 |
| 08/25/23 | AHSA | Call with Schulte re: groombridge fee objection; | 0.20 Hrs | 675/hr | $135.00 |
| 08/25/23 | SR | Review objection to Groombridge monthly | 0.60 Hrs | 460/hr | $276.00 |

CMS

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | fee application (0.3); emails with M Dero, A Stulman and K Good re same (.2); correspond with M Dero re same (.1). | | | |
| 08/28/23 | AHSA | Call and correspondence with Carnival re: objection to Groombridge fees (.1); call with Schulte re: same (.2); | 0.30 Hrs | 675/hr | $202.50 |
| 08/29/23 | LCH | Begin drafting PAC combined monthly and final fee app | 1.20 Hrs | 330/hr | $396.00 |
| | | **Total FA Fee Applications/Objections** | **23.80** | | **$11,910.50** |

**Tax Issues/Corporate Matters**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/16/23 | LA | Email K. Good, C. Samis, and A. Stulman re: Texas tax issue | 0.10 Hrs | 440/hr | $44.00 |
| | | **Total MA Tax Issues/Corporate Matters** | **0.10** | | **$44.00** |

**Relief from Stay Proceedings**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/23/23 | LKG | review letter to Carnival re: stay violations | 0.10 Hrs | 830/hr | $83.00 |
| 08/23/23 | MMDA | Email from A. Stulman attaching stay violation letter (.1); Prepare notice of filing and email for approval (.2); Finalize and file Notice of Filing of Letter Dated August 23, 2023 from Debtors to Carnival Corporation Regarding Stay Violations (.2); Email to chambers (.1); Email to Omni with instructions for service of same (.1); Emails with J. Low, DLS, re: delivery of notice to chambers (.1) | 0.80 Hrs | 350/hr | $280.00 |
| 08/24/23 | LKG | review Carnival response re: employees and stay violations (.1) | 0.10 Hrs | 830/hr | $83.00 |
| 08/24/23 | MMDA | Retrieve Notice of Filing Letter Dated August 24, 2023 from Carnival Corporation to Debtors Regarding Alleged Stay Violations and email to PAC and Cooley teams | 0.10 Hrs | 350/hr | $35.00 |
| 08/24/23 | CMS | Review Carnival response to stay violation letter. | 0.20 Hrs | 865/hr | $173.00 |
| 08/24/23 | CMS | Review correspondence on alleged stay violations. | 0.30 Hrs | 865/hr | $259.50 |
| 08/24/23 | CMS | Review NDA/noncompete agreements with Soni and Arya | 0.30 Hrs | 865/hr | $259.50 |
| | | **Total MR Relief from Stay Proceedings** | **1.90** | | **$1,173.00** |

**Plan and Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/23/23 | LKG | email x3 with D. Hillman, C. Delano, E. Lazerowitz re: exclusivity and 365(d)(4) extensions (.2) | 0.20 Hrs | 830/hr | $166.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | **Total PL Plan and Disclosure Statement** | **0.20** | | **$166.00** |
| **Asset Disposition/Use, Sale** | | | | | |
| 08/02/23 | GJFA | Call with Omni re: service of bid procedures order and sale notice (.4); emails with K. Good re: same (.2) | 0.60 Hrs | 585/hr | $351.00 |
| 08/02/23 | LCH | Emails with K. Good and L. Akkerman re cure notice | 0.10 Hrs | 330/hr | $33.00 |
| 08/02/23 | LCH | Review and retrieve bid procedures order and coordinate service of same | 0.30 Hrs | 330/hr | $99.00 |
| 08/02/23 | LKG | email x2 to L. Huber, L. Akkerman, S. Rizvi, A. Stulman re: sale order deadlines and cure notice status (.1); emails x8 with same and Omni team re: service of bid procedures order and planning for sale/cure service (.4) | 0.50 Hrs | 830/hr | $415.00 |
| 08/02/23 | AHSA | Correspondence with co-counsel, K. Good and Province re: cure schedule (.1); correspondence with co-counsel, G. Flasser and K. Good re: sale service issues (.2); | 0.30 Hrs | 675/hr | $202.50 |
| 08/03/23 | LA | Review As-Entered Bid Procedures Order and Calendar Relevant Deadlines (0.9) and meet and email L. Huber re: same (0.2); Review and revise as-filed Notices re: Auction and Cure Notice (1.3); email K. Good and A. Stulman re: same (0.2); meet with K. Good re: same (0.1) | 2.70 Hrs | 440/hr | $1,188.00 |
| 08/03/23 | LCH | Preserve cure and sale notices (.2); correspondence with L. Akkerman re deadlines for same (.4) | 0.60 Hrs | 330/hr | $198.00 |
| 08/03/23 | AHSA | Correspondence with co-counsel re: cure list (.2); correspondence with K. Good and L. Akkerman re: cure notice (.1); | 0.30 Hrs | 675/hr | $202.50 |
| 08/03/23 | LKG | meet with L. Akkerman re: sale and cure notices (.1); review revisions to same (.2) | 0.30 Hrs | 830/hr | $249.00 |
| 08/04/23 | AHSA | Correspondence with co-counsel and Province re: cure schedule (.3); review same (.2); correspondence with L. Akkerman and K. Good re: same and notices (.2); review same (.1); | 0.80 Hrs | 675/hr | $540.00 |
| 08/04/23 | LKG | review final drafts of cure and sale notices (.2); email to L. Akkerman, A. Stulman re: same (.1) | 0.30 Hrs | 830/hr | $249.00 |
| 08/04/23 | LA | Review, revise, and oversee filing of Notices of Agenda and Cure Notice (1.5); email A. Stulman re: same (0.2); email L. Huber re: same (0.2); email co-counsel re: | 2.00 Hrs | 440/hr | $880.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | same (0.1) | | | |
| 08/04/23 | LCH | Prepare/format/organize cure notice (.2); prepare/organize/redact exhibit to same (.4); e-file same and coordinate service (.3); emails with L. Akkerman re same (.2) | 1.10 Hrs | 330/hr | $363.00 |
| 08/04/23 | LCH | Format and prepare sale notice (.3); e-file same and coordinate service (.2); emails with L. Akkerman re same (.2) | 0.70 Hrs | 330/hr | $231.00 |
| 08/07/23 | AHSA | Correspondence with co-counsel and client re: cure notice (.1); correspondence with contract counterparty and co-counsel re: same (.2); | 0.30 Hrs | 675/hr | $202.50 |
| 08/15/23 | LKG | email to A. Stulman re: term sheet for commercial resolution of disputes (.1) | 0.10 Hrs | 830/hr | $83.00 |
| 08/18/23 | LKG | call with E. Lazerowitz re: path forward (.1); email to D. Hillman, C. Chen Delano, D. Fournier, E. Lazerowitz and others re: same (.1) | 0.20 Hrs | 830/hr | $166.00 |
| 08/22/23 | CMS | Review strict foreclosure APA. | 1.00 Hrs | 865/hr | $865.00 |
| | | **Total SA Asset Disposition/Use, Sale** | **12.20** | | **$6,517.50** |

**Communications with Debtors or Trustee**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/14/23 | SR | Attend board call with DMack, E Lazerowitz, M Atkinson, J Carino, D Fournier, B Aghveli, C Speckhart, A Howard, J Learish, K Good, R Busto re Carnival issue (joined late). | 0.50 Hrs | 460/hr | $230.00 |
| 08/14/23 | LKG | participate in call with E. Lazerowitz, J. Wu, N. Groombridge, D. Fournier, A. Patel, V. Indelicato and others re: next steps following decision (1.1); participate in board call re: same (.5); email x2 to S. Rizvi re: appeal research (.1); review same (.4); email to J. Wu re: same (.1); review memorandum opinion re: credit bidding/standing (.5) | 2.70 Hrs | 830/hr | $2,241.00 |
| 08/14/23 | AHSA | Correspondence with co-counsel and client re: board call (.2); review/analyze issues list (.2); call with K. Good re: board call/case update/go-forward (.2). | 0.60 Hrs | 675/hr | $405.00 |
| 08/16/23 | SR | Emails with company and Cooley team re board call and draft resolutions (.1); review resolutions re potential conversion (.3). | 0.40 Hrs | 460/hr | $184.00 |
| 08/16/23 | SR | Attend board call with DMack, E Lazerowitz, M Atkinson, J Carino, D Fournier, B Brenton, S Zuckerman B Aghveli, C Speckhart, A Howard, J Learish, K Good, R Busto re Carnival | 0.50 Hrs | 460/hr | $230.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | issue. | | | |
| 08/17/23 | SR | Attend board call with D Mack, E Lazerowitz, M Atkinson, J Carino, D Fournier, B Aghveli, C Speckhart, A Howard, C Samis, K Good, R Busto re Carnival issues. | 1.30 Hrs | 460/hr | $598.00 |
| | | **Total TR Communications with Debtors or Trustee** | **6.00** | | **$3,888.00** |

**Utilities**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/21/23 | AHSA | Correspondence with client and co-counsel re: utilities issue (.1); review final utilities order (.1); | 0.20 Hrs | 675/hr | $135.00 |
| | | **Total UM Utilities** | **0.20** | | **$135.00** |
| | | **Total** | | | **$116,596.00** |

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| L. Katherine Good | 25.50 Hrs | 830.00/hr | $21,165.00 |
| Christopher M. Samis | 24.40 Hrs | 865.00/hr | $21,106.00 |
| Aaron H. Stulman | 37.80 Hrs | 675.00/hr | $25,515.00 |
| Levi Akkerman | 20.80 Hrs | 440.00/hr | $9,152.00 |
| Gregory J. Flasser | 0.60 Hrs | 585.00/hr | $351.00 |
| Sameen Rizvi | 49.10 Hrs | 460.00/hr | $22,586.00 |
| Michelle M. Dero | 11.00 Hrs | 350.00/hr | $3,850.00 |
| Lauren C. Huber | 33.70 Hrs | 330.00/hr | $11,121.00 |
| Kristin A. McCloskey | 3.80 Hrs | 350.00/hr | $1,330.00 |
| Melissa L. Romano | 1.20 Hrs | 350.00/hr | $420.00 |
| | 207.90 Hrs | | $116,596.00 |

| Project Category | Hours | Amount |
|------------------|-------|--------|
| Asset Disposition/Use, Sale (SA) | 12.20 | $6,517.50 |
| Business Operations (BO) | 8.70 | $6,247.00 |
| Case Administration (CA) | 16.90 | $8,427.00 |
| Communications with Debtors or Trustee (TR) | 6.00 | $3,888.00 |
| Court Appearances/Communications/Hearings (CH) | 32.10 | $17,325.50 |
| Creditor Inquiries (CI) | 1.40 | $1,086.00 |
| Employee Benefits/Pensions (EB) | 0.60 | $498.00 |
| Employment Applications/Objections (EA) | 5.80 | $2,759.50 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| Project Category | Hours | Amount |
|---|---:|---:|
| Executory Contract and Leases (EC) | 3.60 | $1,823.00 |
| Fee Applications/Objections (FA) | 23.80 | $11,910.50 |
| Financing/Cash Collateral/DIP (CR) | 7.90 | $5,846.00 |
| Litigation/Adversary Proceedings (AP) | 86.50 | $48,750.00 |
| Plan and Disclosure Statement (PL) | 0.20 | $166.00 |
| Relief from Stay Proceedings (MR) | 1.90 | $1,173.00 |
| Tax Issues/Corporate Matters (MA) | 0.10 | $44.00 |
| Utilities (UM) | 0.20 | $135.00 |
| **Total** | **207.90** | **$116,596.00** |