**EXHIBIT B**

**EXHIBIT B**

DeCurtis Holdings LLC
Re Ch. 11 Representation

DISBURSEMENTS

Through August 29, 2023

| | | |
|---|---|---:|
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 180053 DATE: 8/27/2023<br>DLS Discovery, LLC Courier Services | 175.00 |
| | **Total Outside Copying Services** | **$175.00** |
| 1402 | August 2023 Westlaw Online Research | 10.34 |
| | **Total Westlaw Legal Research** | **$10.34** |
| 1469 | Parcels SumInv 37296 37297 | 9.00 |
| | **Total Parcels - Special Delivery** | **$9.00** |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6124844508241645 DATE: 8/24/2023<br>Katherine Good Lunch 8/21 Working Lunch with C. Speckhart and E. Lazerowitz after Status Conference | 79.90 |
| | **Total Meals** | **$79.90** |
| 1414 | VENDOR: Reliable Wilmington INVOICE#: WL111998 DATE: 8/8/2023<br>Reliable Wilmington Daily Transcript - Original | 78.65 |
| | **Total Court Reporters - Transcripts** | **$78.65** |
| 1464 | May June 2023 Pacer Electronic Records | 5.80 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 6.50 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 5.50 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 6.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
|------|----------------------------------------|------|
| 1464 | May June 2023 Pacer Electronic Records | 3.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.90 |
| 1464 | May June 2023 Pacer Electronic Records | 1.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.80 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.80 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 2.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 2.70 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.60 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1464 | May June 2023 Pacer Electronic Records | 1.20 |
| 1464 | May June 2023 Pacer Electronic Records | 1.90 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 1.10 |
| 1464 | May June 2023 Pacer Electronic Records | 1.70 |
| 1464 | May June 2023 Pacer Electronic Records | 1.10 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 1.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.80 |
| 1464 | May June 2023 Pacer Electronic Records | 1.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
|---|---|---|
| 1464 | May June 2023 Pacer Electronic Records | 1.40 |
| 1464 | May June 2023 Pacer Electronic Records | 2.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 2.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 2.20 |
| 1464 | May June 2023 Pacer Electronic Records | 1.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 1.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 1.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 1.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
|------|----------------------------------------|------|
| 1464 | May June 2023 Pacer Electronic Records | 1.50 |
| 1464 | May June 2023 Pacer Electronic Records | 2.50 |
| 1464 | May June 2023 Pacer Electronic Records | 2.60 |
| 1464 | May June 2023 Pacer Electronic Records | 1.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 1.40 |
| 1464 | May June 2023 Pacer Electronic Records | 1.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 1.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 1.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.50 |
| 1464 | May June 2023 Pacer Electronic Records | 1.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 1.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
|------|----------------------------------------|------|
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 1.70 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 1.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 1.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 1.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 1.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 2.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 2.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| 1464 | May June 2023 Pacer Electronic Records | 1.20 |
| --- | --- | --- |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 1.80 |
| 1464 | May June 2023 Pacer Electronic Records | 1.80 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 2.20 |
| 1464 | May June 2023 Pacer Electronic Records | 2.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 2.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.70 |
| 1464 | May June 2023 Pacer Electronic Records | 2.10 |
| 1464 | May June 2023 Pacer Electronic Records | 2.10 |
| 1464 | May June 2023 Pacer Electronic Records | 2.10 |
| 1464 | May June 2023 Pacer Electronic Records | 2.10 |
| 1464 | May June 2023 Pacer Electronic Records | 2.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 2.10 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.90 |
| 1464 | May June 2023 Pacer Electronic Records | 2.90 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 2.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 2.30 |
| 1464 | May June 2023 Pacer Electronic Records | 14.50 |
| 1464 | May June 2023 Pacer Electronic Records | 2.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 6.90 |
| 1464 | May June 2023 Pacer Electronic Records | 2.30 |
| 1464 | May June 2023 Pacer Electronic Records | 2.40 |
| 1464 | May June 2023 Pacer Electronic Records | 2.50 |
| 1464 | May June 2023 Pacer Electronic Records | 2.40 |
| 1464 | May June 2023 Pacer Electronic Records | 2.50 |
| 1464 | May June 2023 Pacer Electronic Records | 2.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 2.80 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| 1464 | May June 2023 Pacer Electronic Records | 2.70 |
| 1464 | May June 2023 Pacer Electronic Records | 2.70 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 2.80 |
| 1464 | May June 2023 Pacer Electronic Records | 1.70 |
| 1464 | May June 2023 Pacer Electronic Records | 1.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.80 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---|
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 1.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 2.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.80 |
| 1464 | May June 2023 Pacer Electronic Records | 0.80 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.60 |
| 1464 | May June 2023 Pacer Electronic Records | 0.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.90 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| --- | --- | --- |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.90 |
| 1464 | May June 2023 Pacer Electronic Records | 1.60 |
| 1464 | May June 2023 Pacer Electronic Records | 2.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.90 |
| 1464 | May June 2023 Pacer Electronic Records | 2.80 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.50 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.40 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |

DeCurtis Holdings LLC
Re Ch. 11 Representation

| | | |
|---|---|---:|
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.40 |
| 1464 | May June 2023 Pacer Electronic Records | 0.20 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.10 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1464 | May June 2023 Pacer Electronic Records | 1.70 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 0.30 |
| 1464 | May June 2023 Pacer Electronic Records | 1.50 |
| 1464 | May June 2023 Pacer Electronic Records | 3.00 |
| 1400 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6121115408221910 DATE: 8/22/2023<br>Credit CardAdministration Misc USBC Filing Fees - Motion to Convert | 15.00 |
| | **Total Miscellaneous** | **$471.80** |

| | |
|---|---:|
| Total Disbursements | $824.69 |