# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Hearing Date: TBD**<br>**Obj. Deadline: October 10, 2023 at 4:00 p.m. (ET)** |

**SUMMARY OF COMBINED FOURTH MONTHLY AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE DEBTORS, FOR THE (I) MONTHLY PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 29, 2023, AND (II) FINAL PERIOD FROM APRIL 30, 2023 THROUGH AUGUST 29, 2023**

| | |
|---|---|
| Name of Applicant: | Province, LLC |
| Authorized to Provide Professional Services to: | The Debtors |
| Date of Retention: | Effective as of April 30, 2023 by order entered on June 5, 2023 |
| Period for which Compensation and Reimbursement is Sought: | Monthly: August 1, 2023 – August 29, 2023<br>Final: April 30, 2023 – August 29, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | Monthly: $100,863.00<br>Final: $954,980.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | Monthly: $651.00<br>Final: $1,868.98 |

This is a:   <u>X</u>  monthly   ___ interim   <u>X</u>  final application.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

IMPAC 11045936v.2

## SUMMARY OF MONTHLY APPLICATIONS

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Unpaid Fees & Expenses |
|---|---|---|---|---|---|---|
| 6/26/2023 Doc 294 | April 30, 2023 - May 31, 2023 | $339,557.00 | $292.98 | $271,645.60 | $292.98 | $67,911.40 |
| 7/24/2023 Doc 409 | June 1, 2023 - June 30, 2023 | $316,802.00 | $705.00 | $206,797.00 | $705.00 | $110,005.00 |
| 8/15/2023 Doc 466 | July 1, 2023 - July 31, 2023 | $197,758.00 | $220.00 | $158,206.40 | $220.00 | $39,551.60 |
| Filed Herein | August 1, 2023 - August 29, 2023 | $100,863.00 | $651.00 | $0.00 | $0.00 | $101,514.00 |
| Grand Total | | $954,980.00 | $1,868.98 | $636,649.00 | $1,217.98 | $318,982.00 |

## HOURS BY PERSON

| Name of Professional Individual | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
|---|---|---|---|---|---|
| Michael Atkinson | 36.8 | 41.2 | 32.8 | 6.7 | 117.5 |
| Jason Crockett | 73.0 | 97.8 | 61.1 | 4.5 | 236.4 |
| Stilian Morrison | 5.3 | 1.1 | | | 6.4 |
| Eunice Min | 82.7 | 56.3 | 44.5 | 59.0 | 242.5 |
| Raul Busto | 174.8 | 165.2 | 74.5 | 55.4 | 469.9 |
| Ryan Power | 16.1 | | | | 16.1 |
| Mitchell Boal | 2.8 | | | | 2.8 |
| Timothy Strickler | 22.9 | 2.6 | 7.0 | 1.8 | 34.3 |
| **Subtotal** | **414.4** | **364.2** | **219.9** | **127.4** | **1,125.9** |
| **Para Professionals** | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
| Eric Mattson | | 2.4 | 1.7 | 1.2 | 5.3 |
| **Subtotal** | **0.0** | **2.4** | **1.7** | **1.2** | **5.3** |
| | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
| **Grand Total** | **414.4** | **366.6** | **221.6** | **128.6** | **1,131.2** |

## COMPENSATION BY PERSON

| Name of Professional Individual | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
|---|---|---|---|---|---|
| Michael Atkinson | $48,576.00 | $54,384.00 | $43,296.00 | $8,844.00 | $155,100.00 |
| Jason Crockett | $75,190.00 | $100,734.00 | $62,933.00 | $4,635.00 | $243,492.00 |
| Stilian Morrison | $5,194.00 | $1,078.00 | | | $6,272.00 |
| Eunice Min | $67,814.00 | $46,166.00 | $36,490.00 | $48,380.00 | $198,850.00 |
| Raul Busto | $118,864.00 | $112,336.00 | $50,660.00 | $37,672.00 | $319,532.00 |
| Ryan Power | $9,499.00 | | | | $9,499.00 |
| Mitchell Boal | $1,596.00 | | | | $1,596.00 |
| Timothy Strickler | $12,824.00 | $1,456.00 | $3,920.00 | $1,008.00 | $19,208.00 |
| **Subtotal** | **$339,557.00** | **$316,154.00** | **$197,299.00** | **$100,539.00** | **$953,549.00** |
| **Para Professionals** | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
| Eric Mattson | | $648.00 | $459.00 | $324.00 | $1,431.00 |
| **Subtotal** | **$0.00** | **$648.00** | **$459.00** | **$324.00** | **$1,431.00** |
| | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
| **Grand Total** | **$339,557.00** | **$316,802.00** | **$197,758.00** | **$100,863.00** | **$954,980.00** |

## HOURS BY CATEGORY

| Project Categories | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
|---|---|---|---|---|---|
| Business Analysis / Operations | 154.7 | 216.7 | 94.1 | 110.1 | 575.6 |
| Case Administration | 37.7 | 8.4 | 8.5 | 2.4 | 57.0 |
| Claims Analysis and Objections | 1.5 | | 1.9 | | 3.4 |
| Court Filings | 74.6 | 58.0 | 31.0 | 2.3 | 165.9 |
| Court Hearings | 20.3 | 13.0 | 7.9 | 3.9 | 45.1 |
| Fee / Employment Applications | 2.4 | 5.0 | 5.5 | 2.1 | 15.0 |
| Financing Activities | 10.4 | 37.3 | 11.5 | 2.0 | 61.2 |
| Litigation | 16.2 | 19.1 | 55.0 | 4.1 | 94.4 |
| Sale Process | 96.6 | 9.1 | 6.2 | 1.7 | 113.6 |
| **Grand Total** | **414.4** | **366.6** | **221.6** | **128.6** | **1,131.2** |

3

## COMPENSATION BY CATEGORY

| Project Categories | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
|---|---|---|---|---|---|
| Business Analysis / Operations | $119,768.00 | $178,345.00 | $79,100.00 | $85,950.00 | $463,163.00 |
| Case Administration | $33,163.00 | $7,430.00 | $5,465.00 | $1,626.00 | $47,684.00 |
| Claims Analysis and Objections | $1,230.00 |  | $1,957.00 |  | $3,187.00 |
| Court Filings | $58,377.00 | $49,366.00 | $29,778.00 | $2,096.00 | $139,617.00 |
| Court Hearings | $20,728.00 | $13,447.00 | $7,036.00 | $2,792.00 | $44,003.00 |
| Fee / Employment Applications | $1,940.00 | $2,696.00 | $3,722.00 | $1,062.00 | $9,420.00 |
| Financing Activities | $10,702.00 | $38,104.00 | $11,845.00 | $2,060.00 | $62,711.00 |
| Litigation | $12,672.00 | $18,938.00 | $52,575.00 | $3,033.00 | $87,218.00 |
| Sale Process | $80,977.00 | $8,476.00 | $6,280.00 | $2,244.00 | $97,977.00 |
| **Grand Total** | **$339,557.00** | **$316,802.00** | **$197,758.00** | **$100,863.00** | **$954,980.00** |

## SUMMARY OF EXPENSES

| Expense Category | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Expenses |
|---|---|---|---|---|---|
| Airfare/Train | $261.00 |  | $215.00 |  | $476.00 |
| Ground Transportation | $19.28 |  | $5.00 |  | $24.28 |
| Meals | $12.70 |  |  |  | $12.70 |
| Miscellaneous |  | $705.00 |  | $651.00 | $1,356.00 |
| **Total Expenses** | **$292.98** | **$705.00** | **$220.00** | **$651.00** | **$1,868.98** |

*[Remainder of Page Intentionally Left Blank]*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10548 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Hearing Date: TBD**<br>**Obj. Deadline: October 10, 2023 at 4:00 p.m. (ET)** |

**COMBINED FOURTH MONTHLY AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PROVINCE, LLC AS FINANCIAL ADVISOR TO THE DEBTORS, FOR THE (I)
MONTHLY PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 29, 2023,
AND (II) FINAL PERIOD FROM APRIL 30, 2023 THROUGH AUGUST 29, 2023**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 174], entered on May 26, 2023 (the "Administrative Order"), Province, LLC ("Province" or the "Firm"), financial advisor for the above-captioned debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its fourth monthly ("Fourth Monthly Application") and final fee application (the "Final Application"), for compensation and for reimbursement of expenses for:

i. the period of August 1, 2023 through August 29, 2023 (the "Fourth Monthly Fee Period") in the amount of $100,863.00 in fees and actual and necessary expenses in the amount of $651.00 for a total allowance of $101,514.00; and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

IMPAC 11045936v.2

ii. the period of April 30, 2023 through August 29, 2023 (the "Final Fee Period") in the amount of $954,980.00 in fees and actual and necessary expenses in the amount of $1,868.98 for a total allowance of $956,848.98.

Province seeks payment of the outstanding balance of all amounts not paid to date. In addition, Province reserves its right to file a supplement to this Application prior to the hearing date to submit additional fees and expenses not previously included in this Application, but incurred prior to the date of the hearing on the Application, such as fees incurred in preparing this Application.

Pursuant to Local Bankruptcy Rule 2016-2, this Application is supported by the Certification of Michael Atkinson which is annexed hereto as **Exhibit A**. In support of this Application, Province respectfully represents as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and may be determined by the Bankruptcy Court. Province confirms its consent, pursuant to Bankruptcy Rule 7008 and Local Rule 9013-1(f), to the entry of a final order or judgment by the Court in connection with this Fourth Monthly Application and Final Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3. The statutory predicates for the relief requested herein are sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

4.     On April 30, 2023 (the "Petition Date"), the Debtors each filed their voluntary petitions with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108(a) of the Bankruptcy Code. No trustee, examiner, or official committee has been appointed in these chapter 11 cases. The chapter 11 cases are being jointly administered for procedural purposes only.

5.     On May 26, 2023, the Court entered the Administrative Order, authorizing the retained professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement of expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may file monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. At three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

6.     The retention of Province, as financial advisor to the Debtors, was approved effective as of April 30, 2023, by this Court's *Order Authorizing and*

3

*Approving Employment of Province, LLC as Financial Advisor to the Debtors Effective as of the Petition Date* [Docket No. 215], entered on June 5, 2023 (the "Retention Order"). The Retention Order authorized Province to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**PROVINCE'S APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Monthly Fee Applications Covered Herein**

7. The Monthly Fee Applications for the period from April 30, 2023 through July 31, 2023 of Province have been filed and served pursuant to the Administrative Order and are incorporated herein by reference. Certificates of no objection have been filed for the Monthly Fee Applications for this period.

8. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by Province during the Final Fee Period, as well as other detailed information required to be included in fee applications.

9. All services for which Province requests compensation were performed for or on behalf of the Debtors.

10. Province has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Province and any other person other than the employees of Province for the sharing of compensation to be received for services rendered in these cases. Province has received no retainer in this matter.

**Fourth Monthly Fee Period**

11. Province seeks allowance of compensation and payment for professional services rendered to the Debtors during the Fourth Monthly Fee Period in the aggregate amount of $100,863.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $651.00.

12. Attached as <u>Exhibit B</u> is a list of professionals providing services; their respective billing rates; the aggregate hours expended by each professional; a general description of services rendered, summarized by project category; a fee summary; detailed time records with a description of the services performed by each professional and the time expended; and a summary and detail of out-of-pocket expenses incurred.

**Summary of Services**

13. The employees of Province who have rendered professional services during the Final Fee Period in these cases are as follows: Michael Atkinson, Jason Crockett, Stilian Morrison, Eunice Min, Raul Busto, Ryan Power, Mitchell Boal, and Timothy Strickler.

14. During the Final Fee Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in detail below. As a result, Province's highly skilled restructuring and bankruptcy professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

15. A summary of some of the more significant services rendered by Province during the Final Fee Period follows. This summary is divided according to the project categories used by Province in its billing in these cases. A detailed time log of all tasks

performed by Province during the Fourth Monthly Fee Period is set forth on <u>Exhibit B</u> hereto.

A. **Business Analysis / Operations**

**Monthly Fees: $85,950.00**     **Monthly Hours: 110.1**

**Final Fees: $463,163.00**     **Final Hours: 575.6**

16. Incorporated within this category is time spent by Province personnel in connection with the evaluation and analysis of certain aspects of the Debtors' business and industry of operation.

17. Specific services provided by Province during the Final Fee Period include, but are not limited to:

   i. Analyzing and evaluating financial information, including weekly cash flow forecasts, weekly cash flow variance reports, and long-term financial projections;
   ii. Corresponding with the Debtors' other advisors regarding financial performance, updates on operations, sale process and business plan initiatives;
   iii. Developing and evaluate alternate budget scenarios and applying sensitivities to the Debtors' financial forecasts;
   iv. Preparing various analyses related to the Debtors' operations, historical balance sheets, income statements, and cash flow statements;
   v. Reviewing and indexing financial information and other documents provided by the Debtors;
   vi. Research and audit filings used in preparation of DIP financing comparables;
   vii. Review and analysis of SOFA and SOAL filing data;
   viii. Assisting in the preparation of financial information for distribution to the interested parties, including projections and budgets, analysis of the effect of various assumptions on projected financial results, and other ad hoc analyses as requested or deemed necessary; and
   ix. Corresponding and discussing budget and other business and financial results with counsel and within internal team.

**B.      Case Administration**

**Monthly Fees: $1,626.00**            **Monthly Hours: 2.4**

**Final Fees: $47,684.00**              **Final Hours: 57.0**

18.     Incorporated within this task code is time incurred by Province personnel while performing various administrative tasks that do not clearly fit into other categories including corresponding with the United States Trustee and addressing administrative requirements.

**C.      Claims Analysis and Objections**

**Monthly Fees: $0.00**                 **Monthly Hours: 0.0**

**Final Fees: $3,187.00**               **Final Hours: 3.4**

19.     Incorporated within this category is time incurred by Province personnel while performing various functions directly related to evaluating claims against the Debtors.

**D.      Court Filings**

**Monthly Fees: $2,096.00**            **Monthly Hours: 2.3**

**Final Fees: $139,617.00**             **Final Hours: 165.9**

20.     Incorporated within this category is time incurred by Province personnel while performing various functions directly related to preparing, reviewing, evaluating and commenting on the Debtors' motions and orders filed on the docket, including analysis of various motions and proposed orders.

**E.      Court Hearings**

**Monthly Fees: $2,792.00**            **Monthly Hours: 3.9**

**Final Fees: $44,003.00**              **Final Hours: 45.1**

21. Incorporated within this category is time incurred by Province personnel while performing various functions directly related to preparing for and participating in hearings of the Debtors.

**F.    Fee / Employment Applications**

Monthly Fees: $1,062.00          Monthly Hours: 2.1

Final Fees: $9,420.00            Final Hours: 15.0

22. Incorporated within this task code is time incurred by Province personnel while performing various functions directly related to the employment and fee applications of Province for these chapter 11 cases.

23. Such functions include, but are not limited to: preparing, finalizing, and corresponding regarding the Retention Application, the Monthly Fee Applications, and this Application.

**G.    Financing Activities**

Monthly Fees: $2,060.00          Monthly Hours: 2.0

Final Fees: $62,711.00           Final Hours: 61.2

24. Incorporated within this category is time incurred by Province personnel while performing various functions directly related to the Debtors' DIP financing.

**H.    Litigation**

Monthly Fees: $3,033.00          Monthly Hours: 4.1

Final Fees: $87,218.00           Final Hours: 94.4

25. Incorporated within this task code is time incurred by Province personnel while , among other things, addressing discovery requests from parties.

I.      **Sale Process**

**Monthly Fees: $2,244.00**      **Monthly Hours: 1.7**

**Final Fees: $97,977.00**      **Final Hours: 113.6**

26.    Incorporated within this category is time incurred by Province personnel while preparing marketing materials, conducting buyer outreach, reviewing draft sales documents, and other tasks directly related to the potential sale of the Debtors' assets.

## ACTUAL AND NECESSARY EXPENSES

27.    It is Province's policy to charge its clients for identifiable, non-overhead expenses incurred regarding the client's case that would not have been incurred except regarding the representation of that particular client. It is also Province's policy to charge its clients only the amount actually incurred by Province regarding such items. Such charges would include industry or company specific research as requested by counsel. Examples of expenses are described below. Province **does not** charge for telephone calls (except the cost of specifically identified conference call charges), faxes, and other administrative expenses. The policies employed by Province for seeking reimbursement for out-of-pocket travel expenses are as follows:

    i.    **Airfare/Train** – Costs incurred by Province professionals when traveling by air or train to/from other cities on behalf of the Debtors are incorporated into this Application;

    ii.    **Ground Transportation** – Expenses incurred by Province professionals for local transportation while outside of their home cities (on matters related to these chapter 11 cases) are incorporated into this Application. Such costs consist primarily of taxi-cab fares incurred by Province personnel while traveling. Also incorporated within this category are expenses incurred by Province professionals regarding traveling to/from airports and parking at airports while traveling out-of-town on client matters;

    iii.    **Lodging** – Costs incurred by Province professionals for lodging while traveling on behalf of the Debtors (on matters related to these chapter 11 cases) are incorporated into this Application;

     iv. **Meals** – Costs incurred by Province professionals for meals while traveling outside of their home cities or for working lunch meetings (on matters related to these chapter 11 cases) are incorporated into this Application;

     v. **Miscellaneous** – Costs incurred by Province professionals for various charges including supplies and financial research; and

     vi. **Telephone/Internet** – Costs incurred by Province professionals for conference calls and in-flight Wi-Fi.

## SUMMARY OF FEES AND EXPENSES FOR THE MONTHLY PERIOD

28. The Application covers Province's fees and expenses incurred during the Fourth Monthly Fee Period. The fees incurred total $100,863.00 and the expenses incurred total $651.00. These fees and expenses are consistent with Province's arrangement with the Debtors and the terms of the Retention Order. Province respectfully submits that if necessary, a consideration of these factors would result in this Court's allowance of the full compensation requested.

29. *Time and expertise required*. Province's professional services on behalf of the Debtors have required 127.4 hours of professional time in this Fourth Monthly Fee Period. Province has staffed this case efficiently. Where work could be performed by professionals with lower rates, Province used such professionals to perform the assignments. A significant amount of the services rendered required a high degree of professional competence and expertise. For those services, Province used senior professionals in the interest of staffing the case efficiently.

30. *Time limitation imposed by these cases*. The Debtors were required to create analyses related to the financing, reorganization and potential sale of their assets.

31. *The difficulty of questions*. Unique and complex issues arose during the First Monthly Fee Period. Province has advised the Debtors and their counsel in regard to these issues.

32. *The skill required to perform the financial advisory services properly.* These bankruptcy cases address issues which raise complex questions. The cases require a high level of skill and expertise to efficiently and accurately analyze the economic effects of proposed sale of the Debtors and to accurately forecast the performance of the Debtors during these chapter 11 proceedings, among other things.

33. *The amount involved and results obtained.* Province has been prudent in the amount of time incurred on various tasks and believes its efforts benefited the Debtors and their estates.

34. *The preclusion of other employment by the Applicant due to acceptance of the cases.* Province is not aware of any other employment specifically precluded by acceptance of these cases; however, Province professionals providing services to the Debtors were not available to service other clients at their customary rates.

35. *Professional fees.* Pursuant to the terms of the Retention Order, Province will bill at their standard hourly rates.

36. *Whether the Professional fees are fixed or contingent.* Province's fees are fixed, not dependent on the outcome of these cases; however pursuant to Bankruptcy Code sections 330 and 331, all fees sought by professional retained under sections 327 or 1103 of the Bankruptcy Code are contingent pending final approval by the Court.

37. *The experience, reputation, and ability of Province.* Province's professionals engaged in this case have also worked in several large bankruptcy cases. Province has extensive experience advising debtors, official creditors' committees, creditors, trustees, and other interested parties in a wide variety of bankruptcy cases, including, as (i) financial advisor to the debtors in the chapter 11 cases of 4E Brands,

11

Basic Energy Services, Cherry Man Industries, Cinemex Holdings USA, Codiak BioSciences, Coin Cloud, Frontsight Management, Penthouse Global Media, Superior Linen, True Religion Apparel, Vesta Holdings, and Woodbridge Group of Companies; (ii) financial advisor to the official committees of unsecured creditors in the chapter 11 cases of A.B.C. Carpet, Alex and Ani, Armstrong Flooring, Ascena Group, Avadim Health, BL Restaurants Holding, Carbonlite Holdings, Cherry Man Industries, Cyprus Mines, DCL Holdings (USA), Destination Maternity, Eastern Outfitters, EHT US1 (Eagle Hospitality), Endo International, Francesca's Holding Corporation, Honx, Insys Therapeutics, Independent Pet Partners, Invacare, J Crew, Lucky's Market, L'Occitane, Mallinckrodt, Nielsen & Bainbridge (NBD Home), Neopharma, One Web, Papyrus, Path Medical, Pier 1, PBS Brand Co. (Punch Bowl), Purdue Pharma, Reverse Mortgage, Revlon, Stage Stores, TECT Aerospace Group, True Religion Apparel, Tuesday Morning, and White Stallion Energy matters; and (iii) Aegean Marine Petroleum, Advance Watch, American Apparel, Borden Dairy, CS Mining, Cycle Force, DCL, EBH Topco, Eclipse Berry Farms, Energy & Exploration (ENXP), Fieldwood, Gump's, La Paloma Generating Company, Limetree Bay Services, Mallinckrodt, Maxus Energy, Neogenix, PBS Brand Co. (Punch Bowl), Promise Healthcare Group, RadioShack Corporation, and Samson Resources among others.

## CONCLUSION

38.     It is respectfully submitted that the amount requested by Province is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the

preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE, Province respectfully requests (i) approval of compensation in the amount of $100,863.00 and reimbursement of actual and necessary expenses in the amount of $651.00 for a total allowance of $101,514.00 for the Fourth Monthly Fee Period; (ii) approval of final compensation in the amount of $954,980.00 and final reimbursement of actual and necessary expenses in the amount of $1,868.98 for a total final allowance of $956,848.98 for the Final Fee Period; and (iii) such other and further relief as this Court may deem just and proper.

Dated: September 18, 2023                    PROVINCE, LLC

By: */s/Michael Atkinson*
    Michael Atkinson, Principal
    2360 Corporate Circle, Suite 340
    Henderson, NV 89074
    Telephone: 702.685.5555
    Email: matkinson@provincefirm.com

*Financial Advisor to the Debtors*

IMPAC 11045936v.2