## **EXHIBIT A**

**Certification**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF MICHAEL ATKINSON

Michael Atkinson, a Principal with the firm Province, after being duly sworn according to law, deposes and says:

1. I am a Principal with the firm of Province, LLC ("Province"), which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074. Province also has offices in the Baltimore/Washington DC, Los Angeles, Greenwich, New York, Houston, and Fort Lauderdale/Miami metro areas. Province was retained as financial advisor to the above-captioned debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") on April 30, 2023 and Province's employment application was approved by the Court on June 5, 2023.

2. I have personally performed many of the services rendered by Province as financial advisor to the Debtors and am familiar with the other work performed on behalf of the Debtors by the other professionals in the firm.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

3. The *Combined Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the (i) Monthly Period from August 1, 2023 through August 29, 2023, and (ii) Final Period from April 30, 2023 through August 29, 2023* (the "Application") was prepared at my direction. The facts set forth in the foregoing Application are true to the best of my knowledge, information and belief.

4. Province's rates for the services rendered by its professionals in these chapter 11 cases are similar to the rates Province charges for professional services rendered in comparable bankruptcy and non-bankruptcy cases in a competitive national market for financial advisory services.

5. I have reviewed the Court's Local Rule 2016-2 and the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 (the "Guidelines"). The Application substantially complies with Local Rule 2016-2 and the Guidelines.

Dated: September 18, 2023            */s/ Michael Atkinson*
                                     Michael Atkinson, Principal
                                     Province, LLC

IMPAC 11045936v.2