# EXHIBIT B

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED
BY THE PROFESSIONALS OF PROVINCE, LLC AS
FINANCIAL ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM
AUGUST 1, 2022 THROUGH AUGUST 29, 2023**

|  | **Hourly Rate** | **Application Hours** | **Total Fees** |
|---|---|---|---|
| Michael Atkinson, Principal | $1,320 | 6.7 | $8,844.00 |
| Jason Crockett, Principal | $1,030 | 4.5 | $4,635.00 |
| Eunice Min, Senior Director | $820 | 59.0 | $48,380.00 |
| Raul Busto, Vice President | $680 | 55.4 | $37,672.00 |
| Timothy Strickler, Senior Associate | $560 | 1.8 | $1,008.00 |
| Eric Mattson, Paralegal | $270 | 1.2 | $324.00 |
| **Grand Total** |  | **128.6** | **$100,863.00** |

**COMPENSATION BY CATEGORY**

| **Project Categories** | **Total Hours** | **Total Fees** |
|---|---|---|
| Business Analysis / Operations | 110.1 | $85,950.00 |
| Case Administration | 2.4 | $1,626.00 |
| Court Filings | 2.3 | $2,096.00 |
| Court Hearings | 3.9 | $2,792.00 |
| Fee / Employment Applications | 2.1 | $1,062.00 |
| Financing Activities | 2.0 | $2,060.00 |
| Litigation | 4.1 | $3,033.00 |
| Sale Process | 1.7 | $2,244.00 |
| **Grand Total** | **128.6** | **$100,863.00** |

**EXPENSE SUMMARY**

| **Expense Category** | **Description** | **Total Expenses** |
|---|---|---|
| Miscellaneous | Research fees. | $651.00 |
| **Total Expenses** |  | **$651.00** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 8/1/2023 | Michael Atkinson | Review and consider alternative sale outcomes | Sale Process | 0.90 | 1,320.00 | $1,188.00 |
| 8/1/2023 | Raul Busto | Update escrow schedule. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 8/1/2023 | Eunice Min | Correspondence with J. Carino related to cure schedule | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 8/2/2023 | Jason Crockett | Address issues related to budget and timing of certain payments. | Financing Activities | 0.80 | 1,030.00 | $824.00 |
| 8/2/2023 | Michael Atkinson | Review budget issues | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 8/2/2023 | Raul Busto | Work on budget and have various calls with J. Carino regarding same. | Business Analysis / Operations | 6.00 | 680.00 | $4,080.00 |
| 8/2/2023 | Eunice Min | Analysis of creditor cure amount and email J. Carino regarding | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 8/2/2023 | Michael Atkinson | Review and analyze plan B sales process scenario | Sale Process | 0.80 | 1,320.00 | $1,056.00 |
| 8/3/2023 | Eunice Min | Correspondence related to cure schedule questions. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 8/3/2023 | Jason Crockett | Review information related to cure issues. | Court Filings | 0.40 | 1,030.00 | $412.00 |
| 8/3/2023 | Raul Busto | Review cure issues. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 8/3/2023 | Eunice Min | Amend cure schedule to add employee benefit and health plans, per counsel | Business Analysis / Operations | 2.80 | 820.00 | $2,296.00 |
| 8/4/2023 | Raul Busto | Prepare escrow schedule. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 8/4/2023 | Eunice Min | Finalize cure schedule for filing. | Business Analysis / Operations | 1.70 | 820.00 | $1,394.00 |
| 8/4/2023 | Eunice Min | Review professional fee build up | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 8/6/2023 | Michael Atkinson | Review cure analysis | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 8/7/2023 | Jason Crockett | Address issues related to insurance cures and new policies. | Court Filings | 0.60 | 1,030.00 | $618.00 |
| 8/7/2023 | Jason Crockett | Analyze issues related to professional fee accruals versus budgeted amounts. | Case Administration | 0.60 | 1,030.00 | $618.00 |
| 8/7/2023 | Eunice Min | Prepare schedule of insurance policies to assume | Business Analysis / Operations | 1.50 | 820.00 | $1,230.00 |
| 8/7/2023 | Eunice Min | Analyze and review contracts and counterparties | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 8/7/2023 | Michael Atkinson | Review professional fee budget issues for debtor | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 8/7/2023 | Raul Busto | Work on budget scenarios for J. Carino. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 8/8/2023 | Jason Crockett | Coordinate with the Company on certain permitted payments. | Business Analysis / Operations | 0.20 | 1,030.00 | $206.00 |
| 8/8/2023 | Raul Busto | Work on professional fee budget scenario exhibit. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 8/9/2023 | Eunice Min | Analyze latest budget and variance reporting | Business Analysis / Operations | 1.00 | 820.00 | $820.00 |
| 8/9/2023 | Eunice Min | Analyze AP as of July 31 | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 8/9/2023 | Eunice Min | Review court opinion on Carnival dispute | Court Filings | 1.30 | 820.00 | $1,066.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 8/9/2023 | Raul Busto | Review opinion on ownership trial. | Litigation | 1.20 | 680.00 | $816.00 |
| 8/9/2023 | Raul Busto | Work on budget reporting and other professional fee reporting materials. | Business Analysis / Operations | 6.40 | 680.00 | $4,352.00 |
| 8/10/2023 | Raul Busto | Work on escrow liquidation analysis. | Business Analysis / Operations | 2.70 | 680.00 | $1,836.00 |
| 8/10/2023 | Jason Crockett | Participate in call with company and counsel regarding strategy. | Litigation | 0.70 | 1,030.00 | $721.00 |
| 8/10/2023 | Raul Busto | Attend various calls with J. Carino. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 8/11/2023 | Michael Atkinson | Review and analyze budgeting issues | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 8/11/2023 | Eunice Min | Review materials required for July MOR | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 8/11/2023 | Raul Busto | Call with J. Carino on next steps. | Litigation | 0.80 | 680.00 | $544.00 |
| 8/13/2023 | Eric Mattson | Drafted July fee app (1.1). Emailed to E. Min for review (0.1). | Fee / Employment Applications | 1.20 | 270.00 | $324.00 |
| 8/14/2023 | Eunice Min | Review court order regarding debt recharacterization | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 8/14/2023 | Eunice Min | Email J. Carino regarding MOR deliverables for July | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 8/14/2023 | Jason Crockett | Analyze liquidity, business receipts and disbursements and professional fees. | Financing Activities | 0.80 | 1,030.00 | $824.00 |
| 8/14/2023 | Raul Busto | Attend board call. | Business Analysis / Operations | 1.00 | 680.00 | $680.00 |
| 8/14/2023 | Raul Busto | Update professional fee analysis. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 8/14/2023 | Eunice Min | Review July fee application for filing | Fee / Employment Applications | 0.90 | 820.00 | $738.00 |
| 8/15/2023 | Eunice Min | Continue analyzing changes in payables by vendor- pre and post petition | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 8/15/2023 | Michael Atkinson | Review and consider cash position for counsel | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 8/15/2023 | Timothy Strickler | Reviewed invoice balances and payments, and prepared A/P report as of 7/31/23. | Case Administration | 1.80 | 560.00 | $1,008.00 |
| 8/15/2023 | Raul Busto | Update liquidity analysis. | Litigation | 0.80 | 680.00 | $544.00 |
| 8/15/2023 | Raul Busto | Review standing motion opinion. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 8/15/2023 | Eunice Min | Start preparing outputs for July MOR | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 8/16/2023 | Raul Busto | Work on various budget related analysis. | Business Analysis / Operations | 4.70 | 680.00 | $3,196.00 |
| 8/16/2023 | Jason Crockett | Analyze projected liquidity and strategic options. | Financing Activities | 0.40 | 1,030.00 | $412.00 |
| 8/16/2023 | Raul Busto | Update escrow schedule. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 8/16/2023 | Raul Busto | Comment on conversion motion. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 8/17/2023 | Raul Busto | Create multiple sources and uses budget scenarios. | Business Analysis / Operations | 3.70 | 680.00 | $2,516.00 |
| 8/17/2023 | Raul Busto | Attend various calls with management and board. | Business Analysis / Operations | 2.40 | 680.00 | $1,632.00 |

IMPAC 11045936v.2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 8/17/2023 | Eunice Min | Prepare analysis of pre- and post- petition AP | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 8/18/2023 | Raul Busto | Call with J. Carino to discuss liquidation. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 8/18/2023 | Eunice Min | Incorporate July entity-level financials into draft MOR. | Business Analysis / Operations | 3.20 | 820.00 | $2,624.00 |
| 8/18/2023 | Eunice Min | Analyze support from debtors for July MOR | Business Analysis / Operations | 2.80 | 820.00 | $2,296.00 |
| 8/18/2023 | Michael Atkinson | Review budget issues | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 8/18/2023 | Eunice Min | Prepare analysis of pre and post petition liabilities | Business Analysis / Operations | 1.50 | 820.00 | $1,230.00 |
| 8/18/2023 | Raul Busto | Work on MOR. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 8/18/2023 | Raul Busto | Address various questions on liquidity runway. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 8/19/2023 | Raul Busto | Draft responses to E. Min's questions on MOR. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 8/20/2023 | Eunice Min | Prepare latest draft of MORs and send to J. Carino and Decurtis team | Business Analysis / Operations | 2.70 | 820.00 | $2,214.00 |
| 8/20/2023 | Raul Busto | Review MOR. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 8/20/2023 | Raul Busto | Review budget. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 8/21/2023 | Raul Busto | Attend status conference. | Court Hearings | 0.90 | 680.00 | $612.00 |
| 8/21/2023 | Eunice Min | Prepare finalized versions of MORs and send to counsel | Business Analysis / Operations | 2.60 | 820.00 | $2,132.00 |
| 8/21/2023 | Michael Atkinson | Review budget update materials for debtor | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 8/21/2023 | Raul Busto | Respond to J. Carino inquiry on lender professional fees. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 8/21/2023 | Raul Busto | Work on foreclosure budget update. | Business Analysis / Operations | 1.10 | 680.00 | $748.00 |
| 8/22/2023 | Raul Busto | Review foreclosure agreement. | Litigation | 0.60 | 680.00 | $408.00 |
| 8/22/2023 | Raul Busto | Confirm drive train invoices. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 8/23/2023 | Raul Busto | Work on exit sources and uses. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 8/23/2023 | Raul Busto | Call with J. Carino on budget. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 8/24/2023 | Eunice Min | Analyze foreclosure filings | Business Analysis / Operations | 1.70 | 820.00 | $1,394.00 |
| 8/24/2023 | Raul Busto | Update budget. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 8/24/2023 | Eunice Min | Attend status conference | Court Hearings | 1.00 | 820.00 | $820.00 |
| 8/24/2023 | Raul Busto | Discuss next steps with J. Carino. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 8/24/2023 | Raul Busto | Attend status conference. | Court Hearings | 1.00 | 680.00 | $680.00 |
| 8/24/2023 | Eunice Min | Prepare output for final MOR | Business Analysis / Operations | 2.90 | 820.00 | $2,378.00 |
| 8/25/2023 | Eunice Min | Prepare analysis of pre- and post- petition claims. | Business Analysis / Operations | 3.20 | 820.00 | $2,624.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 8/25/2023 | Eunice Min | Analyze post-petition financial statements. | Business Analysis / Operations | 3.10 | 820.00 | $2,542.00 |
| 8/25/2023 | Raul Busto | Work on escrow schedule. | Business Analysis / Operations | 3.00 | 680.00 | $2,040.00 |
| 8/25/2023 | Michael Atkinson | Review budget issues | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 8/26/2023 | Eunice Min | Analyze post-petition reporting | Business Analysis / Operations | 3.60 | 820.00 | $2,952.00 |
| 8/26/2023 | Eunice Min | Continue preparing post-petition reporting | Business Analysis / Operations | 3.20 | 820.00 | $2,624.00 |
| 8/28/2023 | Eunice Min | Prepare final MOR | Business Analysis / Operations | 3.50 | 820.00 | $2,870.00 |
| 8/28/2023 | Raul Busto | Prepare Landis escrow payment. | Business Analysis / Operations | 0.20 | 680.00 | $136.00 |
| 8/29/2023 | Raul Busto | Attend conversion hearing. | Court Hearings | 1.00 | 680.00 | $680.00 |
| 8/29/2023 | Eunice Min | Review documents necessary for conversion | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |

**EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 7/31/2023 | Miscellaneous | July research fees. | $651.00 |
| | **Total Expenses** | | **$651.00** |