**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: TBD** |
| | ) | **Objection Deadline: October 10, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF COMBINED FOURTH MONTHLY AND FINAL APPLICATION**
**OF GROOMBRIDGE, WU, BAUGHMAN & STONE LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**
**AS SPECIAL COUNSEL TO THE DEBTORS FOR THE (I) MONTHLY**
**PERIOD AUGUST 1, 2023 THROUGH AUGUST 29, 2023 AND**
**(II) FINAL PERIOD APRIL 30, 2023 THROUGH AUGUST 29, 2023**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed the *Combined Fourth Monthly and Final Application of Groombridge, Wu, Baughman & Stone LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors for the (I) Monthly Period August 1, 2023 Through August 29, 2023 and (II) Final Period April 30, 2023 Through August 29, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **October 10, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include:  DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241).  The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be served upon and received by the following Application Recipients: (i) the Debtors, 3208 East Colonial Drive, Suite C190, Orlando, FL 32803 (Attn: Joseph A. Carino (joe.carino@decurtis.com)); (ii) counsel to the Debtors, Cooley LLP, 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004 (Attn: Cullen D. Speckhart (cspeckhart@cooley.com)), and Cooley LLP, 55 Hudson Yards, New York, NY 1000 (Attn: Michael A. Klein (mklein@cooley.com), Evan Lazerowitz (elazerowitz@cooley.com), and Paul J. Springer (pspringer@cooley.com)); (ii) co-counsel to the Debtors, Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801 (Attn: Christopher M. Samis (csamis@potteranderson.com), L. Katherine Good (kgood@potteranderson.com), and Aaron H. Stulman (astulman@potteranderson.com)); (iii) Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Jane M. Leamy (Jane.M.Leamy@usdoj.gov)); (iv) counsel to the DIP Agent, (a) Proskauer Rose LLP, Eleven Times Square, New York, NY 10036 (Attn: David M. Hillman (dhillman@proskauer.com), Vincent Indelicato (vindelicato@proskauer.com), and Scott P. Thurman (sthurman@proskauer.com)), (b) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago IL 60601 (Attn: Jordan Sazant (jsazant@proskauer.com) and Ashley Weringa (aweringa@proskauer.com)), and (c) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801 (Attn: Adam G. Landis (landis@lrclaw.com) and Matthew B. McGuire (mcguire@lrclaw.com)); and (v) counsel to Alfred T. Giuliano, Chapter 7 Trustee, .Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler (bsandler@pszjlaw.com), Colin R. Robinson (crobinson@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com) and Edward A. Corma (ecorma@pszjlaw.com)).

IMPAC 11062359v.1

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Application will be held before The Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  September 18, 2023
       Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:  csamis@potteranderson.com
       kgood@potteranderson.com
       astulman@potteranderson.com
       srizvi@potteranderson.com

-and-

Cullen Drescher Speckhart, Esq.
Michael A. Klein, Esq.
Evan Lazerowitz, Esq.
Paul Springer, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275
Email:  cspeckhart@cooley.com
       mklein@cooley.com
       elazerowitz@cooley.com
       pspringer@cooley.com

*Counsel for the Debtors*