# EXHIBIT A

**Statement of Fees**



**GROOMBRIDGE WU BAUGHMAN & STONE**
A LIMITED LIABILITY PARTNERSHIP

565 Fifth Avenue  
Suite 2900  
New York, NY 10017

(332) 269-0030  
www.groombridgewu.com

DeCurtis Corp.  
3208 East Colonial Drive  
Suite C190  
Orlando, FL 32803  
USA

September 18, 2023  
**Reference No. 216**

Professional Services from August 1 to August 29, 2023

CLIENT:    0018 - DeCurtis Corp.

| Matter | Services | Expenses | Total |
|---|---:|---:|---:|
| 0002 - DeCurtis Restructuring | 80,243.00 | 0.00 | 80,243.00 |
| **Total for Services and Expenses** | | | **$80,243.00** |

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR ACCOUNT NO. 9883467806 AT M&T BANK, 115 SOUTH RIDGE ST., RYE BROOK, NY 10573, ROUTING NUMBER: 022000046

CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE INVOICED LATER.

| Client Ref: | 0018 - 0002 | | | | September 18, 2023 |
|---|---|---|---|---|---|
| **Reference No. 216** | | | | | **Page 1** |

Re:     0002 DeCurtis Restructuring

| Date | | | | Hours | Amount |
|---|---|---|---|---:|---:|
| 08/01/23 | | | | | |
| BH | L120 | A101 | Review post trial briefings for redactions. | 0.60 | 480.00 |
| JHW | L460 | A107 | Correspond with L. Akkerman (Potter Anderson) and K. Bersani regarding redactions. | 0.10 | 202.50 |
| ACP | L120 | A101 | Discuss redactions with K. Bersani and review the same. | 0.10 | 121.00 |
| 08/02/23 | | | | | |
| BH | L120 | A101 | Check exhibit list. | 0.40 | 320.00 |
| CWW | L460 | A104 | Analyze DeCurtis papers for redactions. | 0.10 | 80.00 |
| CWW | L460 | A104 | Analyze Carnival exhibit list for objections. | 0.20 | 160.00 |
| 08/03/23 | | | | | |
| BH | L120 | A101 | Review Carnival's post trial briefs. | 1.10 | 880.00 |
| 08/04/23 | | | | | |
| JHW | L450 | A109 | Appear for Debtors at court status conference. | 0.20 | 405.00 |
| JHW | L460 | A106 | Conference with J. Learish (DeCurtis), J. Carino (DeCurtis), A. Penfield, C.W. Wu, K. Bersani, and B. Hsu regarding redactions. | 0.30 | 607.50 |
| JHW | L460 | A104 | Analyze confidentiality and redactions to trial exhibits, with C.W. Wu and K. Bersani. | 1.80 | 3,645.00 |
| NPG | L120 | A101 | Email and calls re status conference with court and items in record to be sealed [0.3]. | 0.30 | 607.50 |
| BH | L120 | A101 | Prepare for status conference. | 0.20 | 160.00 |
| BH | L120 | A101 | Confer with clients regarding | 0.20 | 160.00 |

| | | | | Client Ref: 0018 - 0002 **Reference No. 216** | | September 18, 2023 **Page 2** |
|---|---|---|---|---|---|---|
| **Date** | | | | | Hours | Amount |
| 08/04/23 | | | | | | |
| | BH | L120 | A101 | status conference. | | |
| | BH | L120 | A101 | Attend status conference. | 0.20 | 160.00 |
| | BH | L120 | A101 | Confer with team regarding status conference. | 0.70 | 560.00 |
| | BH | L120 | A101 | Revise exhibit list. | 3.40 | 2,720.00 |
| | ACP | L230 | A109 | Attend court conference regarding sealing motions. | 0.20 | 242.00 |
| | KNB | L110 | A106 | Meet with client to discuss confidentiality of materials in post-trial filings. | 0.40 | 294.00 |
| | KNB | L230 | A109 | Attend Court's status conference to discuss post-trial filing confidentiality. | 0.30 | 220.50 |
| | KNB | L250 | A104 | Analyze joint exhibit list for confidentiality designations. | 5.50 | 4,042.50 |
| | CWW | L450 | A109 | Take notes for DeCurtis status conference. | 0.20 | 160.00 |
| | CWW | L450 | A101 | Discuss preparation for status conference with J. Wu, A. Penfield, K. Bersani, B. Hsu, E. Lazerowitz (Cooley), J. Learish (DeCurtis), and J. Carino (DeCurtis). | 0.20 | 160.00 |
| | CWW | L460 | A105 | Discuss redactions to Carnival papers with K. Bersani and B. Hsu. | 0.20 | 160.00 |
| | CWW | L460 | A104 | Analyze exhibit lists for exhibits to remain sealed or confidential. | 1.80 | 1,440.00 |
| 08/05/23 | | | | | | |
| | JHW | L460 | A105 | Conference with K. Bersani regarding confidentiality designations proposed by Carnival. | 0.50 | 1,012.50 |

| Client Ref: 0018 - 0002 | | | | September 18, 2023 | |
|---|---|---|---|---|---|
| **Reference No. 216** | | | | | **Page 3** |
| **Date** | | | | **Hours** | **Amount** |
| 08/05/23 | | | | | |
| JHW | L460 | A103 | Revise exhibit list for filing with Court regarding confidentiality designations, with K. Bersani. | 0.20 | 405.00 |
| KNB | L250 | A104 | Analyze joint exhibit list for confidentiality designations. | 2.70 | 1,984.50 |
| KNB | L250 | A107 | Meet and confer with counsel regarding joint exhibit list confidentiality designations. | 0.20 | 147.00 |
| 08/06/23 | | | | | |
| JHW | L460 | A103 | Revise correspondence to Carnival regarding filing exhibit list with confidentiality designations, with K. Bersani. | 0.10 | 202.50 |
| KNB | L250 | A104 | Analyze joint exhibit list confidentiality designations. | 1.50 | 1,102.50 |
| 08/07/23 | | | | | |
| CWW | L460 | A104 | Analyze A. Saxena (DeCurtis) papers for redactions. | 0.20 | 160.00 |
| 08/09/23 | | | | | |
| BH | L120 | A101 | Review and analyze outcome of litigation. | 1.40 | 1,120.00 |
| BH | L120 | A101 | Confer with clients regarding outcome of litigation. | 1.00 | 800.00 |
| BH | L120 | A101 | Confer with team regarding outcome of litigation. | 0.30 | 240.00 |
| ACP | L120 | A101 | Attend discussion with client regarding decision (1.0). | 1.00 | 1,210.00 |
| NPG | L120 | A104 | Review decision on ownership and analyze potential next steps [1.3]. | 1.30 | 2,632.50 |
| NPG | L120 | A104 | Call with client (D. Fournier, J. Learish at DeCurtis) re decision on ownership and next steps [0.7]. | 0.70 | 1,417.50 |
| NPG | L120 | A105 | | 0.30 | 607.50 |

| Client Ref: | 0018 - 0002 | | | | September 18, 2023 | |
|---|---|---|---|---|---|---|
| **Reference No. 216** | | | | | | **Page 4** |
| **Date** | | | | | **Hours** | **Amount** |
| 08/09/23 | | | | Follow up with team re re decision on ownership and next steps [0.3]. | | |
| | JHW | L460 | A106 | Conference with N. Groombridge, E. Lazerowitz (Cooley), C. Speckhart (Cooley), J. Carino (DeCurtis), J. Learish (DeCurtis), and D. Fournier (DeCurtis) regarding court ruling. | 1.00 | 2,025.00 |
| | JHW | L460 | A104 | Analyze court ruling with N. Groombridge. | 0.80 | 1,620.00 |
| | KNB | L120 | A106 | Post-judgment litigation team meeting with client. | 0.90 | 661.50 |
| | CWW | L460 | A104 | Review opinion regarding ownership and injunctive relief. | 0.50 | 400.00 |
| | BBP | L460 | A104 | Review and analyze opinion. | 0.30 | 142.50 |
| | ACP | L120 | A104 | Review decision and correspondence regarding the same (1.0). | 1.00 | 1,210.00 |
| | ACP | L120 | A109 | Attend debrief with case team regarding decision (0.2). | 0.20 | 242.00 |
| | BBP | L120 | A103 | Prepare summary of opinion for attorney review. | 0.30 | 142.50 |
| 08/10/23 | | | | | | |
| | NPG | L120 | A104 | Further analysis of decision on ownership and potential next steps [0.8]. | 0.80 | 1,620.00 |
| | NPG | L120 | A106 | Call with client and representatives of Disney and Virgin re same [0.7]. | 0.70 | 1,417.50 |
| 08/11/23 | | | | | | |
| | NPG | L120 | A104 | Follow up re impact of injunction [0.3]. | 0.30 | 607.50 |
| 08/12/23 | | | | | | |
| | NPG | L120 | A108 | | 0.40 | 810.00 |

| Client Ref: | 0018 - 0002 | | | | September 18, 2023 |
|---|---|---|---|---|---|
| **Reference No. 216** | | | | | Page 5 |

| Date | | | | | Hours | Amount |
|---|---|---|---|---|---:|---:|
| 08/12/23 | | | | Follow up re outreach to Disney and Carnival on impact of injunction [0.4]. | | |
| 08/13/23 | | | | | | |
| | NPG | L120 | A107 | Follow up re impact of injunction including email with counsel for Disney and Virgin Voyages [0.6]. | 0.60 | 1,215.00 |
| | JHW | L460 | A103 | Draft response to Carnival, with N. Groombridge and D. Fournier (DeCurtis). | 0.20 | 405.00 |
| 08/14/23 | | | | | | |
| | ACP | L120 | A105 | Discuss responses to questions from DeCurtis with J. Wu and N. Groombridge. | 0.70 | 847.00 |
| | ACP | L120 | A106 | Attend strategy meeting with GWBS, DeCurtis, Potter, Cooley, Invictus, and Proskauer teams to determine next steps and meet and confer strategy. | 1.00 | 1,210.00 |
| | JHW | L460 | A107 | Conference with N. Groombridge, D. Hillman (Proskauer), C. Delano (Invictus), A. Patel (Invictus), V. Indelicato (Proskauer), E. Lazerowitz (Cooley), C. Speckhart (Cooley), J. Carino (DeCurtis), J. Learish (DeCurtis), and D. Fournier (DeCurtis) regarding legal strategy. | 1.00 | 2,025.00 |
| | BH | L120 | A101 | Confer with team regarding potential appeal strategy. | 1.70 | 1,360.00 |
| | KNB | L120 | A106 | Post-judgment litigation team meeting with client. | 1.10 | 808.50 |
| | NPG | L120 | A101 | Follow up re court direction to meet-and-confer on injunction scope [0.5]. | 0.50 | 1,012.50 |
| 08/15/23 | | | | | | |

| Client Ref: | 0018 - 0002 | | | | | September 18, 2023 |
|---|---|---|---|---|---|---|
| **Reference No. 216** | | | | | | **Page 6** |

| Date | | | | | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/15/23 | | | | | | |
| | ACP | L120 | A107 | Attend meet and confer with Carnival. | 0.60 | 726.00 |
| | ACP | L120 | A101 | Attend team meeting regarding path forward for DeCurtis. | 0.60 | 726.00 |
| | JHW | L450 | A109 | Conference with S. Routh, N. Groombridge, D. Hillman (Proskauer), E. Lazerowitz (Cooley), K. Good (Potter Anderson), C. Delano (Invictus), A. Patel (Invictus), H. Murtagh, A. Troop, and V. Indelicato (Proskauer) regarding scope of injunction pursuant to Court order. | 0.70 | 1,417.50 |
| | JHW | L460 | A107 | Conference with N. Groombridge, D. Hillman (Proskauer), C. Delano (Invictus), A. Patel (Invictus), M. Bienenstock, V. Indelicato (Proskauer), E. Lazerowitz (Cooley), C. Speckhart (Cooley), and D. Fournier (DeCurtis) regarding legal strategy. | 0.50 | 1,012.50 |
| | JHW | L460 | A108 | Correspond with D. Hillman (Proskauer), S. Routh, N. Groombridge, E. Lazerowitz (Cooley), K. Good (Potter Anderson), C. Delano (Invictus), A. Patel (Invictus), H. Murtagh, A. Troop, and V. Indelicato (Proskauer) regarding proposal regarding scope of injunction and resolution. | 0.20 | 405.00 |
| | JHW | L120 | A107 | Send A. Greenfield (Virgin counsel) portions of evidentiary record per his request. | 0.40 | 810.00 |
| | BH | L120 | A101 | Strategize post trial issues. | 0.20 | 160.00 |
| | BH | L120 | A101 | Attend call with Carnival regarding post trial issues. | 0.70 | 560.00 |
| | BH | L120 | A101 | | 0.60 | 480.00 |

| Client Ref: | 0018 - 0002 | | | | September 18, 2023 |
|---|---|---|---|---|---|
| **Reference No. 216** | | | | | **Page 7** |

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/23 | | | Attend call with Invictus regarding post trial issues. | | |
| 08/16/23 | | | | | |
| JHW | L460 | A107 | Conference with D. Hillman (Proskauer), C. Delano (Invictus), A. Patel (Invictus), M. Bienenstock, V. Indelicato (Proskauer), E. Lazerowitz (Cooley), C. Speckhart (Cooley), and D. Fournier (DeCurtis) regarding legal strategy. | 0.20 | 405.00 |
| ACP | L120 | A108 | Attend meet and confer with Carnival regarding going forward strategy. | 0.20 | 242.00 |
| BH | L120 | A101 | Attend call with Carnival regarding post trial issues. | 0.30 | 240.00 |
| 08/19/23 | | | | | |
| NPG | L120 | A101 | Email re settlement negotiations and foreclosure plan [0.2]. | 0.20 | 405.00 |
| 08/21/23 | | | | | |
| NPG | L120 | A101 | Prepare for and participate in settlement call with Carnival [0.6]. | 0.60 | 1,215.00 |
| 08/22/23 | | | | | |
| NPG | L120 | A101 | Email and calls re preparation of notice of appeal [0.3]. | 0.30 | 607.50 |
| NPG | L120 | A104 | Review draft notice of appeal [0.2]. | 0.20 | 405.00 |
| 08/24/23 | | | | | |
| NPG | L230 | A109 | Attend status conference re emergent issues [1.0]. | 1.00 | 2,025.00 |
| NPG | L120 | A106 | Work on preparation of draft form of injunction including calls with client [1.8]. | 1.80 | 3,645.00 |
| NPG | L430 | A104 | Review recent filings [0.3]. | 0.30 | 607.50 |

| Client Ref: | 0018 - 0002 | | | | September 18, 2023 |
|---|---|---|---|---|---|
| **Reference No. 216** | | | | | **Page 8** |

| Date | | | | | Hours | Amount |
|---|---|---|---|---|---:|---:|
| 08/24/23 | | | | | | |
| | ACP | L250 | A103 | Work on draft for proposal for permanent injunction, including with N. Groombridge, DeCurtis, Invictus, and B. Hsu. | 2.70 | 3,267.00 |
| | BH | L120 | A101 | Draft proposed order for permanent injunction. | 3.20 | 2,560.00 |
| | BH | L120 | A101 | Confer with team regarding permanent injunction strategy. | 0.80 | 640.00 |
| 08/28/23 | | | | | | |
| | NPG | L120 | A106 | Call with client and Invictus re injunction scope [0.7]. | 0.70 | 1,417.50 |
| | ACP | L120 | A101 | Attend call regarding injunction with DeCurtis, Invictus, N. Groombridge, and B. Hsu. | 0.90 | 1,089.00 |
| | BH | L120 | A101 | Attend meeting regarding injunction | 0.90 | 720.00 |
| 08/29/23 | | | | | | |
| | NPG | L450 | A109 | Attend remote hearing re conversion motion and other emergent issues [0.8]. | 0.80 | 1,620.00 |
| | JHW | L440 | A109 | Attend court hearing. | 1.00 | 2,025.00 |

## Summary of Services

| | | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| KNB | Kyle N. Bersani | 735.00 | 12.60 | 9,261.00 |
| NPG | Nicholas P. Groombridge | 2,025.00 | 11.80 | 23,895.00 |
| BH | Ben Hsu | 800.00 | 17.90 | 14,320.00 |
| ACP | Allison C. Penfield | 1,210.00 | 9.20 | 11,132.00 |
| BBP | Bernie Pound | 475.00 | 0.60 | 285.00 |
| CWW | Chih-wei Wu | 800.00 | 3.40 | 2,720.00 |
| JHW | Jennifer H. Wu | 2,025.00 | 9.20 | 18,630.00 |
| **Total for Services** | | | **64.70** | **$80,243.00** |

| | |
|---|---|
| Client Ref:    0018 - 0002 | September 18, 2023 |
| **Reference No. 216** | **Page 9** |

|  | |
|---|---|
| **Total for Services and Expenses** | **$80,243.00** |