# **EXHIBIT B**

**Groombridge Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> DECURTIS HOLDINGS LLC, *et al.*,[1] <br><br> Debtors. | ) Chapter 7 <br> ) <br> ) Case No. 23-10548 (JKS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

### DECLARATION OF NICHOLAS GROOMBRIDGE

I, Nicholas Groombridge, being duly sworn, state the following under penalty of perjury:

1. I am a partner of the law firm of Groombridge, Wu, Baughman & Stone LLP ("GWBS"). GWBS maintains an office for the practice of law at, among other places, 565 Fifth Avenue, Suite 2900, New York, NY 10017. I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York and am admitted *pro hac vice* before this Court.

2. I have read the foregoing Application and monthly fee statement of GWBS (the "Monthly Fee Statement").[2] To the best of my knowledge, information and belief, the statements contained in the Monthly Fee Statement are true and correct. In addition, I believe that the Monthly Fee Statement and Application comply with Local Bankruptcy Rules 2016-1 and 2016-2.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these Chapter 7 Cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Monthly Fee Statement.

IMPAC 11061616v.2

4. I have not agreed to any variations from, or alternatives to, our standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

5. Any variation in the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application is no greater than 10%.

6. No professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case.

7. This fee application does not include time or fees for reviewing time records to redact any privileged or other confidential information.

8. This fee application does not include any rate increases since retention.

Executed on September 18, 2023 in New York, New York.

By: *Nicholas P. Groombridge*<br>Nicholas P. Groombridge