**EXHIBIT A**

Case 23-10548-JKS    Doc 632-2    Filed 09/19/23    Page 1 of 19



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

June 19, 2023

DeCurtis Holdings LLC - 327

**Invoice Number: 11762**
Invoice Period: 05-01-2023 - 05-31-2023

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-02-2023 | Kim Steverson | Call with E. Min @ Province re status of matrix, contracts and other pending matters | 0.20 | 240.00 | 48.00 |
| 05-03-2023 | Kim Steverson | Conference call with B. Whitaker @ Omni; E. Min @ Province; and J. Carino @ DeCurtis re creditor matrix and contracts | 0.50 | 240.00 | 120.00 |
| 05-05-2023 | Kim Steverson | Email E. Min re Schedules and SOFA call | 0.20 | 240.00 | 48.00 |
| 05-05-2023 | Sejal Kelly | Review e-mail received and respond to E. Mill @ Province re Schedules and Statement kick-off call | 0.20 | 240.00 | 48.00 |
| 05-07-2023 | Sejal Kelly | Call with E. Min @ Province re running of call with client | 0.30 | 240.00 | 72.00 |
| 05-07-2023 | Sejal Kelly | Prepare Schedules and SOFA tracking sheet, templates and blank schedules and SOFAs for discussions purposes; correspond with E. Min re same | 0.50 | 240.00 | 120.00 |
| 05-12-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.20 | 145.00 | 174.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-12-2023 | Sejal Kelly | Review e-mail received and respond to E. Min @ Province re access to data room | 0.20 | 240.00 | 48.00 |
| 05-16-2023 | Sejal Kelly | Conference call with K. Steverson and B.Whitaker re coordinating of information and process workflow | 0.40 | 240.00 | 96.00 |
| 05-16-2023 | Sejal Kelly | Review and assess data room information; initiate contract review | 0.70 | 240.00 | 168.00 |
| 05-16-2023 | Brittney Whitaker | Conference call with K. Steverson and S. Kelly re coordinating of information and process workflow | 0.40 | 240.00 | 96.00 |
| 05-16-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.40 | 145.00 | 58.00 |
| 05-16-2023 | Kim Steverson | Conference call with S. Kelly and B.Whitaker re coordinating of information and process workflow | 0.40 | 240.00 | 96.00 |
| 05-16-2023 | Kim Steverson | Review documents in data room | 0.30 | 240.00 | 72.00 |
| 05-17-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 1.80 | 145.00 | 261.00 |
| 05-18-2023 | Yelena Bederman | Call with K. Steverson re: schedule F | 0.10 | 200.00 | 20.00 |
| 05-18-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 200.00 | 100.00 |
| 05-18-2023 | Luis Solorzano | Perform quality control review on Schedule F load file | 0.60 | 240.00 | 144.00 |
| 05-18-2023 | Kim Steverson | Call with Y. Bederman re Schedule F | 0.10 | 240.00 | 24.00 |
| 05-19-2023 | Sejal Kelly | Review e-mail received and respond to E. Min @ Province re status of data collection | 0.20 | 240.00 | 48.00 |
| 05-19-2023 | Kim Steverson | Review and download documents in data room in connection with preparation of Schedules and SOFAs | 0.50 | 240.00 | 120.00 |
| 05-19-2023 | Kim Steverson | Coordinate with Omni Teams re processing data for Schedules and SOFAs | 0.40 | 240.00 | 96.00 |
| 05-19-2023 | Kim Steverson | Coordinate with Data Management Team re matrix | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | updates | | | |
| 05-19-2023 | Kim Steverson | Emails to and from E. Min @ Province regarding status of Schedules and SOFAs and scheduling all hands call | 0.20 | 240.00 | 48.00 |
| 05-19-2023 | Kim Steverson | Email Cooley, PA, and Province Teams re deadline regarding status of Schedules and SOFAs and scheduling all hands call | 0.20 | 240.00 | 48.00 |
| 05-19-2023 | Kim Steverson | Email to and from E. Min @ Province regarding updated data for Schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 05-19-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.60 | 145.00 | 87.00 |
| 05-19-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 200.00 | 100.00 |
| 05-19-2023 | Javon Couch | Update documentation tracker for file & email received from E. Min re SOAL/SOFA draft | 0.10 | 145.00 | 14.50 |
| 05-19-2023 | Carrie Hernandez | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 2.30 | 175.00 | 402.50 |
| 05-19-2023 | Luis Solorzano | Perform quality control review on schedules file | 0.90 | 240.00 | 216.00 |
| 05-20-2023 | Linda Semo | Prepare Schedule of Assets and Liabilities | 1.00 | 145.00 | 145.00 |
| 05-20-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.30 | 200.00 | 60.00 |
| 05-20-2023 | Ada Ferrer | Perform QC on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 1.70 | 165.00 | 280.50 |
| 05-20-2023 | Luis Solorzano | Perform quality control review on schedules file | 0.90 | 240.00 | 216.00 |
| 05-22-2023 | Javon Couch | Download Schedule G contracts for contract review | 0.30 | 145.00 | 43.50 |
| 05-22-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 2.20 | 145.00 | 319.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-22-2023 | Luis Solorzano | Perform quality control review on schedules file | 0.60 | 240.00 | 144.00 |
| 05-22-2023 | Javon Couch | Update documentation tracker for files & email received from E. Min re SOFA 4 and contracts file | 0.10 | 145.00 | 14.50 |
| 05-22-2023 | Kim Steverson | Call with E. Min @ Province regarding status of Schedules and SOFAs and contract review | 0.20 | 240.00 | 48.00 |
| 05-23-2023 | Kim Steverson | Coordinate with Case Management Team re contract review | 0.50 | 240.00 | 120.00 |
| 05-23-2023 | Kim Steverson | Email E. Min @ Province re contract review and Schedules and SOFA data | 0.20 | 240.00 | 48.00 |
| 05-23-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 4.40 | 145.00 | 638.00 |
| 05-23-2023 | Javon Couch | Download Schedule G contracts for contract review | 0.20 | 145.00 | 29.00 |
| 05-23-2023 | Nathan Panameno | Coordinate with Claims Team re contract review | 0.20 | 200.00 | 40.00 |
| 05-24-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 5.40 | 145.00 | 783.00 |
| 05-24-2023 | Nathan Panameno | Coordinate with Claims Team re contract review | 0.30 | 200.00 | 60.00 |
| 05-24-2023 | Marina Khan | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 2.30 | 175.00 | 402.50 |
| 05-24-2023 | Tiffany Wilson | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 2.10 | 110.00 | 231.00 |
| 05-24-2023 | Nathan Panameno | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 1.00 | 200.00 | 200.00 |
| 05-24-2023 | Emory Rundle | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 4.90 | 110.00 | 539.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-24-2023 | Noah Hurst | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 4.00 | 145.00 | 580.00 |
| 05-24-2023 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 0.70 | 240.00 | 168.00 |
| 05-25-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 3.70 | 145.00 | 536.50 |
| 05-25-2023 | Noah Hurst | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 1.50 | 145.00 | 217.50 |
| 05-25-2023 | Nathan Panameno | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.70 | 200.00 | 140.00 |
| 05-25-2023 | Javon Couch | Download Schedule G contracts for contract review | 0.10 | 145.00 | 14.50 |
| 05-25-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: SOFA 4 | 0.10 | 200.00 | 20.00 |
| 05-25-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.30 | 200.00 | 60.00 |
| 05-25-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedule F | 0.10 | 200.00 | 20.00 |
| 05-25-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 200.00 | 100.00 |
| 05-25-2023 | Marina Khan | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 6.70 | 175.00 | 1,172.50 |
| 05-25-2023 | Tiffany Wilson | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 1.90 | 110.00 | 209.00 |
| 05-25-2023 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 1.50 | 240.00 | 360.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-25-2023 | Emory Rundle | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.40 | 110.00 | 44.00 |
| 05-25-2023 | Kim Steverson | Prepare Schedule of Assets and Liabilities | 2.50 | 240.00 | 600.00 |
| 05-25-2023 | Kim Steverson | Prepare Schedule of Assets and Liabilities | 2.00 | 240.00 | 480.00 |
| 05-25-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: exhibits for schedule AB | 0.10 | 200.00 | 20.00 |
| 05-25-2023 | Javon Couch | Update documentation tracker for file & email received from E. Min re updated SOAL/SOFA draft | 0.10 | 145.00 | 14.50 |
| 05-25-2023 | Carrie Hernandez | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 5.60 | 175.00 | 980.00 |
| 05-25-2023 | Brittney Whitaker | Supervise and coordinate contract review for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.20 | 240.00 | 48.00 |
| 05-25-2023 | Kim Steverson | Email E. Min @ Province re addresses for officers and directors | 0.20 | 240.00 | 48.00 |
| 05-26-2023 | John Doherty | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 0.70 | 180.00 | 126.00 |
| 05-26-2023 | Kim Steverson | Prepare Schedule of Assets and Liabilities | 2.50 | 240.00 | 600.00 |
| 05-26-2023 | Kim Steverson | Prepare Schedule of Assets and Liabilities | 2.10 | 240.00 | 504.00 |
| 05-26-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.60 | 200.00 | 120.00 |
| 05-26-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 05-26-2023 | Marina Khan | Review incoming pleadings for action items, prioritize, and distribute to related departments | 4.90 | 175.00 | 857.50 |
| 05-26-2023 | Tiffany Wilson | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft | 0.90 | 110.00 | 99.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | description in Excel file re same | | | |
| 05-26-2023 | Carrie Hernandez | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 4.00 | 175.00 | 700.00 |
| 05-26-2023 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 0.70 | 240.00 | 168.00 |
| 05-30-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 4.70 | 145.00 | 681.50 |
| 05-30-2023 | Javon Couch | Update documentation tracker for file & email received from E. Min re updated SOAL/SOFA drafts | 0.10 | 145.00 | 14.50 |
| 05-30-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: SOFA exhibits | 0.10 | 200.00 | 20.00 |
| 05-30-2023 | Yelena Bederman | Coordinate preparation of schedules & SOFAs | 0.50 | 200.00 | 100.00 |
| 05-30-2023 | Luis Solorzano | Perform quality control review on exhibits | 1.40 | 240.00 | 336.00 |
| 05-30-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.30 | 200.00 | 60.00 |
| 05-30-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedules E & H | 0.10 | 200.00 | 20.00 |
| 05-30-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.30 | 240.00 | 72.00 |
| 05-30-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.00 | 145.00 | 145.00 |
| 05-30-2023 | John Doherty | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 5.50 | 180.00 | 990.00 |
| 05-30-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: schedule AB exhibits | 0.10 | 200.00 | 20.00 |
| 05-30-2023 | Carrie Hernandez | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 4.20 | 175.00 | 735.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-30-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.70 | 200.00 | 140.00 |
| 05-30-2023 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 2.20 | 240.00 | 528.00 |
| 05-30-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 1.40 | 240.00 | 336.00 |
| 05-30-2023 | Kim Steverson | Review contract review excel and coordinate with Omni Team regarding revisions to same | 1.30 | 240.00 | 312.00 |
| 05-30-2023 | Kim Steverson | Calls with E. Min @ Province regarding Schedules and SOFA tracker and status of Schedules and SOFA | 0.40 | 240.00 | 96.00 |
| 05-30-2023 | Kim Steverson | Emails to and from E. Min @ Province regarding Schedules and SOFA tracker and status of Schedules and SOFA | 0.40 | 240.00 | 96.00 |
| 05-30-2023 | Kim Steverson | Review updated data and revise Schedule of Assets and Liabilities | 2.50 | 240.00 | 600.00 |
| 05-30-2023 | Kim Steverson | Review data and revise Statement of Financial Affairs | 1.20 | 240.00 | 288.00 |
| 05-30-2023 | Kim Steverson | Email E. Min @ Province regarding Schedules and SOFA tracker and status of Schedules and SOFA | 0.20 | 240.00 | 48.00 |
| 05-30-2023 | Kim Steverson | Coordinate with Omni Teams regarding contract review and preparation of Schedule G | 0.40 | 240.00 | 96.00 |
| 05-31-2023 | Anthony Roque | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 3.70 | 130.00 | 481.00 |
| 05-31-2023 | Kim Steverson | Prepare Schedule of Assets and Liabilities | 2.60 | 240.00 | 624.00 |
| 05-31-2023 | Kim Steverson | Review documents and information provided by Province and update the Schedules and SOFA tracker | 2.20 | 240.00 | 528.00 |
| 05-31-2023 | Kim Steverson | Review and revise Schedule of Assets and Liabilities | 2.80 | 240.00 | 672.00 |
| 05-31-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to K. Steverson | 0.50 | 200.00 | 100.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-31-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.20 | 200.00 | 40.00 |
| 05-31-2023 | John Doherty | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 4.70 | 180.00 | 846.00 |
| 05-31-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 1.60 | 145.00 | 232.00 |
| 05-31-2023 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 3.30 | 240.00 | 792.00 |
| 05-31-2023 | Carrie Hernandez | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 5.90 | 175.00 | 1,032.50 |
| | | Total | | | 27,558.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Ada Ferrer | 1.70 | 165.00 | 280.50 |
| Anthony Roque | 3.70 | 130.00 | 481.00 |
| Brittney Whitaker | 2.30 | 240.00 | 552.00 |
| Carrie Hernandez | 22.00 | 175.00 | 3,850.00 |
| Emory Rundle | 5.30 | 110.00 | 583.00 |
| Javon Couch | 25.80 | 145.00 | 3,741.00 |
| John Doherty | 10.90 | 180.00 | 1,962.00 |
| Kim Steverson | 27.60 | 240.00 | 6,624.00 |
| Linda Semo | 1.00 | 145.00 | 145.00 |
| Luis Solorzano | 12.80 | 240.00 | 3,072.00 |
| Marina Khan | 13.90 | 175.00 | 2,432.50 |
| Nathan Panameno | 2.20 | 200.00 | 440.00 |
| Noah Hurst | 7.70 | 145.00 | 1,116.50 |
| Sejal Kelly | 2.50 | 240.00 | 600.00 |
| Tiffany Wilson | 4.90 | 110.00 | 539.00 |
| Yelena Bederman | 5.70 | 200.00 | 1,140.00 |
| **Total** | | | **27,558.50** |

**Subtotal for this Invoice** 27,558.50

Invoice Number: 11762    We appreciate your business    Page 10 of 12



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

July 17, 2023

DeCurtis Holdings LLC - 327

**Invoice Number: 11861**
Invoice Period: 06-01-2023 - 06-30-2023

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-01-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 1.30 | 145.00 | 188.50 |
| 06-01-2023 | Carrie Hernandez | Perform quality control on contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 4.50 | 175.00 | 787.50 |
| 06-01-2023 | Yelena Bederman | Review e-mail received and respond to L. Solorzano re: schedule G | 0.10 | 200.00 | 20.00 |
| 06-01-2023 | Yelena Bederman | Coordinate processing of schedules | 0.50 | 200.00 | 100.00 |
| 06-01-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedule AB | 0.10 | 200.00 | 20.00 |
| 06-01-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 200.00 | 200.00 |
| 06-01-2023 | Javon Couch | Update documentation tracker for files & emails | 0.20 | 145.00 | 29.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | received from E. Min re schedule D & SOFA updates | | | |
| 06-01-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: schedule D | 0.10 | 200.00 | 20.00 |
| 06-01-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to K. Steverson | 0.50 | 200.00 | 100.00 |
| 06-01-2023 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 1.90 | 240.00 | 456.00 |
| 06-01-2023 | Luis Solorzano | Perform quality control review on load files | 1.20 | 240.00 | 288.00 |
| 06-01-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.20 | 145.00 | 174.00 |
| 06-01-2023 | Kim Steverson | Calls with E. Min @ Province re revisions to Schedules and SOFAs | 0.60 | 240.00 | 144.00 |
| 06-01-2023 | Kim Steverson | Review updated data and draft/revise Schedules and SOFAs | 1.60 | 240.00 | 384.00 |
| 06-01-2023 | Kim Steverson | Review updated data and draft/revise SOFAs | 1.20 | 240.00 | 288.00 |
| 06-01-2023 | Kim Steverson | Review documents and information provided by Province and update the Schedules and SOFA tracker | 0.80 | 240.00 | 192.00 |
| 06-01-2023 | Kim Steverson | Perform quality assurance review of Schedules and SOFAs | 1.80 | 240.00 | 432.00 |
| 06-01-2023 | Kim Steverson | Review contract review and coordinate with Data Management and Quality Control Teams regarding revisions to same | 1.30 | 240.00 | 312.00 |
| 06-02-2023 | Kim Steverson | Conference call with B.. Whitaker, S. Kelly @ Omni; E. Min @ Province re Schedules and SOFAs page turn | 0.60 | 240.00 | 144.00 |
| 06-02-2023 | Sejal Kelly | Conference call with B.. Whitaker, K. Steverson @ Omni; E. Min @ Province re Schedules and SOFAs page turn | 0.60 | 240.00 | 144.00 |
| 06-02-2023 | Kim Steverson | Review updated contract review and transmit same to E. Min @ Province for review | 1.70 | 240.00 | 408.00 |
| 06-02-2023 | Kim Steverson | Review updated Schedule AB and F data and revise | 2.10 | 240.00 | 504.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Schedules | | | |
| 06-02-2023 | Kim Steverson | Coordinate with IT Team regarding updates to Schedule D | 0.30 | 240.00 | 72.00 |
| 06-02-2023 | Kim Steverson | Review updated SOFA data revise SOFAs | 1.90 | 240.00 | 456.00 |
| 06-02-2023 | Kim Steverson | Coordinate with DM Team regarding updates to Schedules and SOFAs | 1.50 | 240.00 | 360.00 |
| 06-02-2023 | Javon Couch | Update documentation tracker for files and emails received from E. Min re SOAL/SOFA updates | 0.20 | 145.00 | 29.00 |
| 06-02-2023 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.60 | 145.00 | 87.00 |
| 06-02-2023 | Brittney Whitaker | Conference call with K. Steverson, S. Kelly @ Omni; E. Min @ Province re Schedules and SOFAs page turn | 0.60 | 240.00 | 144.00 |
| 06-02-2023 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing and Schedule G preparation; review and verify counterparties data | 0.80 | 240.00 | 192.00 |
| 06-02-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 06-02-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.50 | 200.00 | 300.00 |
| 06-02-2023 | Yelena Bederman | Coordinate preparation of schedules & SOFAs | 0.50 | 200.00 | 100.00 |
| 06-02-2023 | Anthony Roque | Prepare Schedule of Assets and Liabilities | 1.50 | 130.00 | 195.00 |
| 06-02-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to K. Steverson | 0.50 | 200.00 | 100.00 |
| 06-02-2023 | Yelena Bederman | Review e-mail received and respond to L. Solorzano re: SOFAs updates | 0.10 | 200.00 | 20.00 |
| 06-02-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.30 | 145.00 | 188.50 |
| 06-02-2023 | Luis Solorzano | Perform quality control review on drafts and exhibits | 1.90 | 240.00 | 456.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-04-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedules & SOFAs | 0.10 | 200.00 | 20.00 |
| 06-04-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.20 | 200.00 | 40.00 |
| 06-04-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.20 | 200.00 | 40.00 |
| 06-04-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to K. Steverson | 0.30 | 200.00 | 60.00 |
| 06-04-2023 | Kim Steverson | Perform quality assurance review of Schedules and SOFAs | 1.40 | 240.00 | 336.00 |
| 06-04-2023 | Kim Steverson | Review e-mails received and respond to E. Min @ Province re revisions to Schedules and SOFAS | 0.40 | 240.00 | 96.00 |
| 06-04-2023 | Kim Steverson | Prepare for and meet with J. Carino @ DeCurtis, E. Min @ Province and A. Stulman @ Potter Anderson to review draft Schedules and SOFAs | 2.00 | 240.00 | 480.00 |
| 06-05-2023 | Javon Couch | Update documentation tracker for file and email received from E. Min re SOAL/SOFA updates | 0.20 | 145.00 | 29.00 |
| 06-05-2023 | Javon Couch | Update documentation tracker for files and email received from J. Carino re depreciation & amortization schedules updates | 0.10 | 145.00 | 14.50 |
| 06-06-2023 | Javon Couch | Update documentation tracker for file and email received from E. Min re SOFA updates | 0.10 | 145.00 | 14.50 |
| 06-06-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedules & SOFAs | 0.10 | 200.00 | 20.00 |
| 06-06-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.20 | 200.00 | 40.00 |
| 06-06-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 200.00 | 100.00 |
| 06-06-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.20 | 240.00 | 48.00 |
| 06-06-2023 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 0.40 | 120.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-06-2023 | Tara Saldajeno | Prepare Statement of Financial Affairs | 0.50 | 120.00 | 60.00 |
| 06-06-2023 | Kim Steverson | Calls with E. Min @ Province re revisions and updates to Schedules and SOFAs | 0.50 | 240.00 | 120.00 |
| 06-06-2023 | Kim Steverson | Review updated data for SOFA 4 and coordinate with Omni Teams re processing same | 0.30 | 240.00 | 72.00 |
| 06-06-2023 | Kim Steverson | Perform quality assurance review of Schedules and SOFAs | 1.40 | 240.00 | 336.00 |
| 06-06-2023 | Kim Steverson | Review and revise Schedules and SOFAs to incorporate comments from Company and Province | 2.00 | 240.00 | 480.00 |
| 06-07-2023 | Kim Steverson | Review e-mail received and respond to E. Min re updated data for SOFA 20 | 0.20 | 240.00 | 48.00 |
| 06-07-2023 | Kim Steverson | Draft exhibit and revise SOFA 20 | 0.80 | 240.00 | 192.00 |
| 06-07-2023 | Kim Steverson | Review e-mail received and respond to E. Min re updated data for Schedule EF | 0.20 | 240.00 | 48.00 |
| 06-07-2023 | Kim Steverson | Review updated data for Schedule EF and coordinate with Data Management Team re processing same | 0.30 | 240.00 | 72.00 |
| 06-07-2023 | Luis Solorzano | Perform quality control review on exhibits | 0.70 | 240.00 | 168.00 |
| 06-07-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 0.40 | 240.00 | 96.00 |
| 06-07-2023 | Javon Couch | Update documentation tracker for files and emails received from E. Min re SOAL/SOFA updates | 0.20 | 145.00 | 29.00 |
| 06-07-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: SOFA 20 | 0.10 | 200.00 | 20.00 |
| 06-07-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.30 | 200.00 | 60.00 |
| 06-07-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedule F | 0.10 | 200.00 | 20.00 |
| 06-07-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 200.00 | 200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-08-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 0.70 | 240.00 | 168.00 |
| 06-08-2023 | Brittney Whitaker | Review e-mail received and respond to E. Min @ Province re SOFA 7 | 0.20 | 240.00 | 48.00 |
| 06-08-2023 | Brittney Whitaker | Review e-mail received and respond to E. Min @ Province re (.2) Schedule AB, (.2) Schedule E/F revised file | 0.30 | 240.00 | 72.00 |
| 06-08-2023 | Javon Couch | Update documentation tracker for files and emails received from E. Min re SOAL/SOFA updates & global notes | 0.30 | 145.00 | 43.50 |
| 06-08-2023 | Javon Couch | Update documentation tracker for files and emails received from J. Carino re updated product list & AP plus accruals | 0.20 | 145.00 | 29.00 |
| 06-08-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.10 | 200.00 | 20.00 |
| 06-08-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to SOFA 4 | 0.10 | 200.00 | 20.00 |
| 06-08-2023 | Javon Couch | Prepare Schedule of Assets and Liabilities | 0.20 | 145.00 | 29.00 |
| 06-08-2023 | Javon Couch | Prepare Statement of Financial Affairs | 0.20 | 145.00 | 29.00 |
| 06-08-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedule F | 0.10 | 200.00 | 20.00 |
| 06-08-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.70 | 200.00 | 140.00 |
| 06-08-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to K. Steverson | 0.40 | 200.00 | 80.00 |
| 06-08-2023 | Kim Steverson | Review updated data for Schedules and SOFA and coordinate with Data Management Team re processing same | 0.80 | 240.00 | 192.00 |
| 06-08-2023 | Kim Steverson | Review and revise Schedules and SOFA | 1.90 | 240.00 | 456.00 |
| 06-08-2023 | Kim Steverson | Further revise Schedules and SOFA to incorporate comments from Province | 1.60 | 240.00 | 384.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-08-2023 | Kim Steverson | Review e-mails received and respond to E. Min re comments to Schedules and SOFAs | 0.40 | 240.00 | 96.00 |
| 06-09-2023 | Kim Steverson | Review e-mails received and respond to E. Min re comments to Schedules and SOFAs | 0.40 | 240.00 | 96.00 |
| 06-09-2023 | Kim Steverson | Review and finalize Schedules and SOFA and transmit same to counsel for review | 1.60 | 240.00 | 384.00 |
| 06-09-2023 | Kim Steverson | Emails to and from E. Min @ Province regarding Schedule G review | 0.40 | 240.00 | 96.00 |
| 06-09-2023 | Kim Steverson | Emails to and from A. Stulman @ Potter Anderson re Schedules and SOFAs | 0.40 | 240.00 | 96.00 |
| 06-09-2023 | Kim Steverson | Further revise Schedules and SOFA to incorporate new data and revisions | 1.40 | 240.00 | 336.00 |
| 06-09-2023 | Javon Couch | Update documentation tracker for email received from E. Min re SOAL/SOFA updates | 0.10 | 145.00 | 14.50 |
| 06-09-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 06-09-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 200.00 | 200.00 |
| 06-09-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 06-10-2023 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: updates to schedule G | 0.10 | 200.00 | 20.00 |
| 06-10-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: updates to schedule G | 0.10 | 200.00 | 20.00 |
| 06-10-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 2.50 | 200.00 | 500.00 |
| 06-10-2023 | Luis Solorzano | Perform quality control review on Schedule G updates | 0.80 | 240.00 | 192.00 |
| 06-10-2023 | Kim Steverson | Calls with E. Min @ Province re revisions to Schedules and SOFAs | 1.40 | 240.00 | 336.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-10-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to K. Steverson | 0.30 | 200.00 | 60.00 |
| 06-10-2023 | Kim Steverson | Review and revise Schedules and SOFAs to incorporate comments from Company and Province | 4.50 | 240.00 | 1,080.00 |
| 06-10-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 6.00 | 240.00 | 1,440.00 |
| 06-10-2023 | Kim Steverson | Perform quality assurance review of Schedules and SOFAs | 2.50 | 240.00 | 600.00 |
| 06-11-2023 | Sejal Kelly | Prepare Statement of Financial Affairs | 5.00 | 240.00 | 1,200.00 |
| 06-11-2023 | Kim Steverson | Perform quality assurance review of Schedules and SOFAs | 1.50 | 240.00 | 360.00 |
| 06-12-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 6.00 | 240.00 | 1,440.00 |
| 06-12-2023 | Kim Steverson | Review e-mail received and respond to E. Min @ Province re revisions to Schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 06-12-2023 | Kim Steverson | Coordinate with Data Management and Quality Control Teams re re revisions to Schedules and SOFAs | 2.20 | 240.00 | 528.00 |
| 06-12-2023 | Kim Steverson | Review e-mail received and respond to A. Stulman @ PA re redacted schedules | 0.20 | 240.00 | 48.00 |
| 06-12-2023 | Kim Steverson | E-mail E. Min @ Province re missing creditor addresses | 0.40 | 240.00 | 96.00 |
| 06-12-2023 | Kim Steverson | Quality assurance review of Schedules and SOFAs | 1.30 | 240.00 | 312.00 |
| 06-12-2023 | Kim Steverson | Further review of Schedules and SOFAs and coordinate with Quality Control Team re revisions | 1.50 | 240.00 | 360.00 |
| 06-12-2023 | Javon Couch | Update documentation tracker for files and emails received from E. Min re SOAL/SOFA updates & final global notes | 0.20 | 145.00 | 29.00 |
| 06-12-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 06-12-2023 | Yelena | Prepare Schedule of Assets and Liabilities | 1.00 | 200.00 | 200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  | Bederman |  |  |  |  |
| 06-12-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to S. Kelly & K. Steverson | 0.60 | 200.00 | 120.00 |
| 06-12-2023 | Yelena Bederman | Prepare drafts for unredacted schedules & SOFAs; email to S. Kelly & K. Steverson | 0.60 | 200.00 | 120.00 |
| 06-12-2023 | Yelena Bederman | Call with S. Kelly re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 06-12-2023 | Luis Solorzano | Perform quality control review on Schedules and SOFAs drafts | 0.90 | 240.00 | 216.00 |
| 06-14-2023 | Kim Steverson | Review e-mail received and respond to E. Min @ Province transmitting excel of Schedule G | 0.20 | 240.00 | 48.00 |
|  |  |  |  | Total | 23,963.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Roque | 1.50 | 130.00 | 195.00 |
| Brittney Whitaker | 2.40 | 240.00 | 576.00 |
| Carrie Hernandez | 4.50 | 175.00 | 787.50 |
| Javon Couch | 4.10 | 145.00 | 594.50 |
| Kim Steverson | 49.70 | 240.00 | 11,928.00 |
| Luis Solorzano | 8.20 | 240.00 | 1,968.00 |
| Noah Hurst | 2.50 | 145.00 | 362.50 |
| Sejal Kelly | 17.60 | 240.00 | 4,224.00 |
| Tara Saldajeno | 0.90 | 120.00 | 108.00 |
| Yelena Bederman | 16.10 | 200.00 | 3,220.00 |
|  | Total |  | 23,963.50 |

|  |  |
|---|---|
| Subtotal for this Invoice | 23,963.50 |
| Discount | (2,396.35) |
| Total for this Invoice | 21,567.15 |
| Previous Balance | 24,802.65 |
| **Total Amount to Pay** | **46,369.80** |