# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: TBD** <br> **Objection Deadline: October 10, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF THE COMBINED THIRD MONTHLY, FIRST INTERIM, AND FINAL APPLICATION OF COOLEY LLP, AS COUNSEL TO THE DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) MONTHLY PERIOD OF AUGUST 1, 2023 THROUGH AUGUST 29, 2023, AND (II) INTERIM AND FINAL PERIOD OF APRIL 30, 2023 THROUGH AUGUST 29, 2023

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed the *Combined Third Monthly, First Interim, and Final Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the (I) Monthly Period of August 1, 2023 Through August 29, 2023, and (II) Inteirm and Final Period of April 30, 2023 Through August 29, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **October 10, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

IMPAC 11065192v.1

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be served upon and received by the following Application Recipients: (i) the Debtors, 3208 East Colonial Drive, Suite C190, Orlando, FL 32803 (Attn: Joseph A. Carino (joe.carino@decurtis.com)); (ii) counsel to the Debtors, Cooley LLP, 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004 (Attn: Cullen D. Speckhart (cspeckhart@cooley.com)), and Cooley LLP, 55 Hudson Yards, New York, NY 1000 (Attn: Michael A. Klein (mklein@cooley.com), Evan Lazerowitz (elazerowitz@cooley.com), and Paul J. Springer (pspringer@cooley.com)); (ii) co-counsel to the Debtors, Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801 (Attn: Christopher M. Samis (csamis@potteranderson.com), L. Katherine Good (kgood@potteranderson.com), and Aaron H. Stulman (astulman@potteranderson.com)); (iii) Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Jane M. Leamy (Jane.M.Leamy@usdoj.gov)); (iv) counsel to the DIP Agent, (a) Proskauer Rose LLP, Eleven Times Square, New York, NY 10036 (Attn: David M. Hillman (dhillman@proskauer.com), Vincent Indelicato (vindelicato@proskauer.com), and Scott P. Thurman (sthurman@proskauer.com)), (b) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago IL 60601 (Attn: Jordan Sazant (jsazant@proskauer.com) and Ashley Weringa (aweringa@proskauer.com)), and (c) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801 (Attn: Adam G. Landis (landis@lrclaw.com) and Matthew B. McGuire (mcguire@lrclaw.com)); and (v) counsel to Alfred T. Giuliano, Chapter 7 Trustee, .Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler (bsandler@pszjlaw.com), Colin R. Robinson (crobinson@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com) and Edward A. Corma (ecorma@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Application will be held before The Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: September 19, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Levi Akkerman*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Levi Akkerman (No. 7015)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  csamis@potteranderson.com<br>          kgood@potteranderson.com<br>          astulman@potteranderson.com<br>          lakkerman@potteranderson.com<br><br>-and-<br><br>Cullen Drescher Speckhart, Esq.<br>Michael A. Klein, Esq.<br>Evan Lazerowitz, Esq.<br>Paul Springer, Esq.<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 479-6000<br>Facsimile:  (212) 479-6275<br>Email:  cspeckhart@cooley.com<br>          mklein@cooley.com<br>          elazerowitz@cooley.com<br>          pspringer@cooley.com<br><br>*Counsel for the Debtors* |

3