**EXHIBIT A**



September 19, 2023

Joe Carino
DeCurtis Holdings LLC
3208 East Colonial Drive
Suite C190
Orlando, FL  32803

ATTORNEYS AT LAW

3 Embarcadero Center
20th Floor
San Francisco, CA
94111-4004
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Santa Monica, CA
Denver, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Chicago, IL
Shanghai, P. R. China
Beijing, P. R. China
Hong Kong
Singapore
London, United Kingdom
Brussels, Belgium

**Invoice Number:  2717884**

**338278-201**

**Bankruptcy**

*For services rendered through August 31, 2023*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 99,870.50 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 6,125.52 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **105,996.02** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 13834



Page    2

**338278-201**  
**Bankruptcy**

Invoice Number:  2717884

**For services rendered through August 31, 2023 :**

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| **ASSET ANALYSIS AND RECOVERY** | | | | |
| 08/09/23 | Evan M. Lazerowitz | Review ownership decision (1.5); call with D.Fournier re: same (0.3) | 1.80 | |
| 08/10/23 | Evan M. Lazerowitz | Call with Virgin, Invictus, and Disney re: ownership decision | 1.00 | |
| 08/19/23 | Cullen D. Speckhart | Analyze communications re strict foreclosure, discuss same with E. Lazerowitz | 1.30 | |
| | | **Task Total:** | 4.10 | 5,552.00 |
| **ASSET DISPOSITION** | | | | |
| 08/02/23 | Paul J. Springer | Review entered bid pro order (.1); review post-trial brief (.5); review proposed findings of facts and conclusions of law (.3) | 0.90 | |
| 08/11/23 | Denise Cahir | Communications with E. Lazerowitz re source code (0.1); communications with P. Springer re same (0.2); communications with S. Apurva re same (0.1); review previous transmittal (0.2); set up file transfer (0.4); communications with R. Uriarte (Orrick) re access to same (0.1) | 1.10 | |
| 08/16/23 | Evan M. Lazerowitz | Update call with Carnival | 0.40 | |
| 08/18/23 | Evan M. Lazerowitz | Review proposals from Invictus re: foreclosure | 0.60 | |
| 08/22/23 | Meredith R. Klionsky | Review foreclosure agreement | 0.60 | |
| 08/23/23 | Aaron D. Binstock | Call and correspondence with M. Klionsky re foreclosure agreement | 0.20 | |
| 08/23/23 | Evan M. Lazerowitz | Revise strict foreclosure agreement | 1.20 | |
| 08/24/23 | Evan M. Lazerowitz | Multiple calls with Carino and Fournier re: foreclosure | 2.20 | |
| 08/24/23 | Evan M. Lazerowitz | Attend closing of strict foreclosure | 0.30 | |
| 08/24/23 | Cullen D. Speckhart | Prepare and attend strict foreclosure (1.2); correspond with client and internal team re strict foreclosure (.3) | 1.50 | |
| 08/28/23 | Evan M. Lazerowitz | Review correspondence from Virgin and | 1.00 | |

CL 01 13834



Page    3

**338278-201**
**Bankruptcy**

**Invoice Number:  2717884**

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| | | Carnival re: automatic stay and settlement | | |
| | | **Task Total:** | 10.00 | 12,014.50 |

**BUSINESS OPERATIONS**

| | | | | |
|---|---|---|---|---|
| 08/16/23 | Steven A. Zuckerman | Call with Board re employee issues | 1.10 | |
| 08/17/23 | Steven A. Zuckerman | Advise re RIF issues | 0.10 | |
| 08/18/23 | Steven A. Zuckerman | Advise and discuss with internal team iso payroll issues | 0.30 | |
| 08/20/23 | Steven A. Zuckerman | Review employee/pay issue | 0.10 | |
| 08/21/23 | Steven A. Zuckerman | Review employee-related developments | 0.10 | |
| | | **Task Total:** | 1.70 | 2,099.50 |

**CASE ADMINISTRATION**

| | | | |
|---|---|---|---|
| 08/02/23 | Denise Cahir | Review bidding procedures order and calendar relevant deadlines | 0.20 |
| 08/04/23 | Denise Cahir | Communications with E. Lazerowitz and J. Learish re escrow agreement | 0.10 |
| 08/04/23 | Denise Cahir | Register telephonic appearance for status conference | 0.10 |
| 08/09/23 | Denise Cahir | Communications with E. Lazerowitz re deadlines | 0.10 |
| 08/16/23 | Paul J. Springer | Review draft conversion motion (.2); correspondence with E. Lazerowitz and Province re same (.1) | 0.30 |
| 08/21/23 | Denise Cahir | Calendar hearing on conversion matters | 0.10 |
| 08/22/23 | Cullen D. Speckhart | Analyze various foreclosure concepts and discuss same with E. Lazerowitz | 0.80 |
| 08/24/23 | Michael Aaron Klein | Review materials and confer with E. Lazerowitz re: strict foreclosure | 0.40 |
| 08/28/23 | Denise Cahir | Calendar appeal deadline re mediation/briefing schedule | 0.10 |
| 08/29/23 | Denise Cahir | Calendar final fee application filing deadline and objection deadline, deadline to turn over all records/property of the estate to Trustee, | 0.20 |



**338278-201**
**Bankruptcy**

Invoice Number:  2717884

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| | | deadline to file schedule of unpaid debts and deadline to file and transmit final report and accounting | | |
| | | **Task Total:** | 2.40 | 2,526.50 |
| **EMPLOYEE BENEFITS/PENSIONS** | | | | |
| 08/02/23 | Steve Flores | Review PBGC request and correspond with internal team in support of same | 0.50 | |
| | | **Task Total:** | 0.50 | 715.00 |
| **FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 08/01/23 | Amanda L. Lindner | Review invoice in supoprt of UST guideliens and correspond with internal team in support of same | 0.90 | |
| 08/02/23 | Amanda L. Lindner | Correspond with internal team and J. Carino (client) in support of June and July fee | 0.60 | |
| 08/04/23 | Amanda L. Lindner | Review invoice in support of UST guidelines and correspond with internal team in support of same | 0.40 | |
| 08/05/23 | Amanda L. Lindner | Review invoice in support of UST guidelines and correspond with internal team in support of same | 1.10 | |
| 08/09/23 | Amanda L. Lindner | Review invoice in support of UST guidelines and correspond with internal team in support of same | 1.90 | |
| 08/16/23 | Amanda L. Lindner | Review invoice in support of UST guidelines for June and July (2.4); extensive correspondence with internal billing team, D. Cahir, M. Canby and E. Lazerowitz in support of same (1.3) | 3.70 | |
| | | **Task Total:** | 8.60 | 5,762.00 |
| **COOLEY FEE APPLICATION** | | | | |
| 08/01/23 | Denise Cahir | Communications with E. Lazerowitz re monthly fee application | 0.10 | |



Page    5

**338278-201**
**Bankruptcy**

Invoice Number:  2717884

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| 08/01/23 | Denise Cahir | Communications with A. Lindner re monthly fee application | 0.10 | |
| 08/11/23 | Denise Cahir | Communications with A. Lindner re Cooley's second monthly fee application (0.1); draft same (0.5) | 0.60 | |
| 08/11/23 | Amanda L. Lindner | Review pro forma in support of UST guidelines (1.3); correspond with internal team in support of filing (.1); correspond with E. Lazerowitz in support of budget request from client (.2) | 1.60 | |
| 08/15/23 | Amanda L. Lindner | Correspond with E. Lazerowitz re June and July MFAs | 0.20 | |
| 08/16/23 | Mollie N. Canby | Draft Cooley's 2nd monthly fee app | 1.30 | |
| 08/16/23 | Mollie N. Canby | Emails and discuss with A, Lindner re fee application prep | 0.20 | |
| 08/17/23 | Amanda L. Lindner | Review invoice in support of UST guidelines for June and July (.8); extensive correspondence with internal billing team, M. Canby and E. Lazerowitz in support of same (1.1); draft June and July fee application (3.3) | 5.20 | |
| 08/17/23 | Mollie N. Canby | Draft Cooley's combined 2nd fee application | 4.30 | |
| | | **Task Total:** | 13.60 | 7,401.00 |

**FINANCING AND CASH COLLATERAL**

| | | | | |
|---|---|---|---|---|
| 08/02/23 | Marquavious A. Strozier | Correspondence re transaction with internal team (.5); review court filing (.2) | 0.70 | |
| 08/07/23 | Marquavious A. Strozier | Review court filing (.2); correspondence with local counsel re same (.1) | 0.30 | |
| 08/16/23 | Paul J. Springer | Review DIP termination declaration | 0.10 | |
| 08/21/23 | Evan M. Lazerowitz | Call with Invictus re: budget | 0.50 | |
| | | **Task Total:** | 1.60 | 1,523.50 |

**LITIGATION**

| | | | | |
|---|---|---|---|---|
| 08/04/23 | Paul J. Springer | Review notice of auction and sale hearing | 0.10 | |
| 08/04/23 | Paul J. Springer | Review assumption notice (.1); review | 0.20 | |

CL 01 13834



**338278-201**
**Bankruptcy**

Invoice Number: 2717884

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| | | correspondence from M. Shoemake re same (.1) | | |
| 08/04/23 | Paul J. Springer | Review Carnival's proposed findings of facts (.3); review CNB post-trial brief (.1) | 0.40 | |
| 08/04/23 | Evan M. Lazerowitz | Call re privilege redactions | 0.50 | |
| 08/04/23 | Beth Shrieves | Review exhibit list and coordinate sealing and redactions for final trial exhibits | 1.80 | |
| 08/09/23 | Paul J. Springer | Review court ruling on ownership issues (.5); correspondence with internal team and clients re same (.3) | 0.80 | |
| 08/09/23 | Stephen R. Smith | Review and analyze opinion and discussions with internal team re same | 1.50 | |
| 08/10/23 | Stephen R. Smith | Follow up analysis and discussions re order with internal cooley team | 0.80 | |
| 08/11/23 | Paul J. Springer | Confer with D. Cahir re document productions (.2); review correspondence from Orrick re same (.1) | 0.30 | |
| 08/14/23 | Evan M. Lazerowitz | Review court decision re: standing | 0.80 | |
| 08/14/23 | Paul J. Springer | Review Court ruling and opinion on credit bid issue | 0.30 | |
| 08/14/23 | Stephen R. Smith | Review court decision and correspond with cooley team in support of same | 0.70 | |
| 08/20/23 | Cullen D. Speckhart | Prepare for hearings in Delaware on Monday | 1.10 | |
| | | **Task Total:** | 9.30 | 12,694.50 |

**MEETINGS**

| | | | | |
|---|---|---|---|---|
| 08/09/23 | Evan M. Lazerowitz | Call with Disney re: DXP decision | 0.70 | |
| 08/09/23 | Cullen D. Speckhart | Calls with client re budget and status of case and next steps | 0.70 | |
| 08/14/23 | Evan M. Lazerowitz | Call with Invictus and company re: ownership decision | 1.20 | |
| 08/15/23 | Evan M. Lazerowitz | Call with Carnival re case status (0.7); call with Invictus re: same (0.6) | 1.30 | |
| 08/16/23 | Evan M. Lazerowitz | Board meeting | 0.60 | |
| 08/17/23 | Evan M. Lazerowitz | Board meeting | 1.20 | |



Page 7

**338278-201**
**Bankruptcy**

**Invoice Number: 2717884**

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| 08/17/23 | Evan M. Lazerowitz | Call with counsel to Invictus re: case strategy | 0.80 | |
| 08/20/23 | Evan M. Lazerowitz | Multiple calls with Invictus, J.Carino, D.Fournier, and counsel to Virgin re: foreclosure | 2.50 | |
| 08/22/23 | Stephen R. Smith | Follow up on transition issues with Ms. Shrieves | 0.70 | |
| | | **Task Total:** | 9.70 | 12,528.50 |

**RELIEF FROM STAY PROCEEDINGS**

| 08/22/23 | Evan M. Lazerowitz | Draft automatic stay letter re: Carnival | 1.00 | |
|---|---|---|---|---|
| 08/23/23 | Evan M. Lazerowitz | Call with Invictus re: automatic stay issues | 0.70 | |
| 08/24/23 | Evan M. Lazerowitz | Review Carnival correspondence re: automatic stay | 0.50 | |
| | | **Task Total:** | 2.20 | 2,728.00 |

**TRAVEL**

| 08/21/23 | Evan M. Lazerowitz | Travel to Wilmington, DE for hearing billed at 1/2 time | 1.20 | |
|---|---|---|---|---|
| 08/29/23 | Evan M. Lazerowitz | Travel from Newark, NJ to Wilmington, DE for hearing billed at half time per Cooley retention | 1.20 | |
| | | **Task Total:** | 2.40 | 2,976.00 |

**LEASES AND EXECUTORY CONTRACTS**

| 08/07/23 | Paul J. Springer | Correspondence with E. Lazerowitz and Shoemake re contract rejection (.2); correspondence with F. Fiorello re contract assumption (.1) | 0.30 | |
|---|---|---|---|---|
| | | **Task Total:** | 0.30 | 370.50 |

**PREPARATION FOR AND ATTENDANCE AT COURT HEARINGS**

| 08/04/23 | Amanda L. Lindner | Telephonically attend status conference | 0.30 | |



Page      8

**338278-201**
**Bankruptcy**

**Invoice Number:  2717884**

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| 08/04/23 | Evan M. Lazerowitz | Attend status conference | 0.50 | |
| 08/04/23 | Cullen D. Speckhart | Prepare for and participate in status conference | 1.50 | |
| 08/17/23 | Evan M. Lazerowitz | Attend status conference | 0.80 | |
| 08/17/23 | Cullen D. Speckhart | Prepare for and participate in court hearings and board calls (3.2); follow-up with client (.6) | 3.80 | |
| 08/21/23 | Cullen D. Speckhart | Appear at court proceedings and participate in meetings on benefit of debtor | 4.20 | |
| 08/21/23 | Evan M. Lazerowitz | Prepare for (0.7) and attend status conference (1.1) | 1.80 | |
| 08/24/23 | Evan M. Lazerowitz | Prepare for (0.6) and attend (1.1) status conference | 1.70 | |
| 08/24/23 | Cullen D. Speckhart | Prepare for and attend status conference and prepare for same (2.1); correspondence with internal team and client iso status conference (.6) | 2.70 | |
| 08/28/23 | Cullen D. Speckhart | Analysis of various questions posed in relation to role of Chapter 7 trustee | 0.80 | |
| 08/29/23 | Amanda L. Lindner | Telephonically attend conversion hearing | 1.20 | |
| 08/29/23 | Evan M. Lazerowitz | Attend chapter 7 conversion hearing | 2.20 | |
| 08/29/23 | Denise Cahir | Attend conversion hearing | 1.30 | |
| | | **Task Total:** | 22.80 | 30,979.00 |

**Total Fees**                                                                                           **$99,870.50**



Page    9

**338278-201**  
**Bankruptcy**

**Invoice Number:  2717884**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| Stephen R. Smith | Partner | 1595 | 3.70 | 5,901.50 |
| Aaron D. Binstock | Partner | 1335 | .20 | 267.00 |
| Cullen D. Speckhart | Partner | 1600 | 18.40 | 29,440.00 |
| Steve Flores | Partner | 1430 | .50 | 715.00 |
| Michael Aaron Klein | Partner | 1335 | .40 | 534.00 |
| Evan M. Lazerowitz | Associate | 1240 | 30.20 | 37,448.00 |
| Beth Shrieves | Associate | 1080 | 1.80 | 1,944.00 |
| Steven A. Zuckerman | Associate | 1235 | 1.70 | 2,099.50 |
| Meredith R. Klionsky | Associate | 1250 | .60 | 750.00 |
| Paul J. Springer | Associate | 1235 | 3.70 | 4,569.50 |
| Marquavious A. Strozier | Associate | 780 | 1.00 | 780.00 |
| Amanda L. Lindner | Associate | 670 | 17.10 | 11,457.00 |
| Mollie N. Canby | Paralegal | 415 | 5.80 | 2,407.00 |
| Denise Cahir | Paralegal | 380 | 4.10 | 1,558.00 |

**For costs and disbursements recorded through August 31, 2023 :**

| | |
|---|---|
| Additional Services | 143.79 |
| Air Fare<br>Traveler: Lazerowitz, Evan | 20.00 |
| Federal Express | 23.26 |
| Monthly Relativity User Access Fee | 1,350.00 |
| Monthly RelOne Data Hosting Fee | 546.90 |
| Research Database / Document Retrieval | 1,481.56 |
| Train Fare<br>Traveler: Lazerowitz/Evan // Train (-$110.00 ADJUSTMENT) | 194.00 |
| Train Fare<br>Traveler: Cullen D. Speckhart // Train | (130.00) |
| Train Fare<br>Traveler: Speckhart/Cullen // Train (-$101.00 ADJUSTMENT) | 150.00 |
| Train Fare<br>Traveler: Speckhart/Cullen // Train | 150.00 |
| Train Fare | 106.00 |

CL 01 13834



Page 10

**338278-201**  
**Bankruptcy**

**Invoice Number: 2717884**

Traveler: Smith/Stephen // Train

| | |
|---|---:|
| Transportation | 74.96 |
| Trial Transcript | 2,015.05 |

Re: Court reporting/transcription services in connection with the deposition of Joseph Carino conducted on 7/13/23  
Veritext LLC

| | |
|---|---:|
| **Total Costs** | **$6,125.52** |
| **Total:** | **$105,996.02** |

CL 01 13834



<table>
<tr><td></td><td>ATTORNEYS AT LAW</td><td>Palo Alto, CA</td></tr>
</table>

| | | |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | Santa Monica, CA |
| September 19, 2023 | San Francisco, CA 94111-4004 | Denver, CO |
| | MAIN 415 693-2000 | Seattle, WA |
| | FAX  415 693-2222 | New York, NY |
| | | Reston, VA |
| Joe Carino | | Washington, DC |
| DeCurtis Holdings LLC | www.cooley.com | Boston, MA |
| 3208 East Colonial Drive | | |
| Suite C190 | Taxpayer ID Number | Chicago, IL |
| Orlando, FL  32803 | 94-1140085 | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

**338278-201**  
**Bankruptcy**

**Invoice Number:  2717884**

### REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

| For services rendered-Invoice No. 2717884: | | |
|---|---|---|
| Fees | $ | 99,870.50 |
| Chargeable costs and disbursements | $ | 6,125.52 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **105,996.02** |

Outstanding Balance from prior Invoices as of 9/19/2023 *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 2677631 | 6/30/2023 | 150,087.70 | 0.00 | 150,087.70 |
| 2704228 | 8/17/2023 | 193,046.78 | 0.00 | 193,046.78 |
| 2704477 | 8/17/2023 | 205,354.68 | 0.00 | 205,354.68 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .   $   **548,489.16**

CL 01 13834



Page    2

**338278-201**  
**Bankruptcy**

**Invoice Number: 2717884**

**Total Amount Due on Current and Prior Invoices (USD)................**     $     **654,485.18**

Cooley LLP  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004  

Tax ID# 94-1140085  

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.

**Payment may be made by wire transfer or ACH:**  
Wells Fargo Bank - San Francisco, CA 94104  
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S  
**When making electronic payments please provide invoice number(s)  
and send remittance advice to AR@cooley.com**

**View balances and pay open invoices via Cooley's payment portal:**  
ww2.e-billexpress.com/ebpp/CooleyLLP  

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.  
If you receive updated wire transfer instructions that do not agree to the information on this invoice,  
please contact a member of Accounting-Accounts Receivable.  
Cooley's public website includes firm office phone numbers.

CL 01 13834