# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |
| CARNIVAL CORPORATION, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-50413 (JKS) |
| DECURTIS HOLDINGS LLC and DECURTIS LLC, | |
| Defendants. | |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware has scheduled a telephonic conference (the "Status Conference") for September 28, 2023, at 11:00 a.m. (ET). The Status Conference will be held by Zoom only. CourtCall will not be used.

**PLEASE TAKE FURTHER NOTICE** that participants wishing to participate in the Status Conference should register using the following link:

https://debuscourts.zoomgov.com/meeting/register/vJItc--prDkvGooiAL0oRLpppb5JTnAv-tQ

Once registered, parties will receive a confirmation email containing personal log-in information for the Status Conference.

Dated:  September 27, 2023        **LANDIS RATH & COBB LLP**
        Wilmington, Delaware

*/s/ Nicolas E. Jenner*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include:  DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241).  The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
     mcguire@lrclaw.com
     jenner@lrclaw.com

- and -

**MOLOLAMKEN LLP**
Jeffrey A. Lamken, Esq. (admitted *pro hac vice*)
Jennifer E. Fischell, Esq. (admitted *pro hac vice*)
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone:  (202) 556-2000
Facsimile:  (202) 556-2001
Email: jlamken@mololamken.com
     jfischell@mololamken.com

- and -

**MOLOLAMKEN LLP**
Justin M. Ellis, Esq. (admitted *pro hac vice*)
Joshua D. Bloom, Esq. (admitted *pro hac vice*)
Ryan Yeh, Esq. (admitted *pro hac vice*)
430 Park Avenue
New York, NY 10022
Telephone:  (212) 607-8160
Facsimile:  (212) 607-8161
Email: jellis@mololamken.com
     jbloom@mololamken.com
     ryeh@mololamken.com

*Counsel for Invictus Global Management, LLC and UnumX*