| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Edward | Corma | Alfred T. Giuliano, Chapter 7 Trustee | Pachulski Stang Ziehl & Jones LLP |
| Andrew | Glenn | Amit Patel and Cindy Delano | Glenn Agre Bergman & Fuentes |
| Kevin | Levy | Carnival | Gray Robinson, P.A. |
| Steven | Routh | Carnival | Orrick |
| Vann | Pearce | Carnival | Orrick |
| Sheryl | Garko | Carnival | Orrick |
| Raniero | D'Aversa | Carnival | Orrick |
| Diana | Fassbender | Carnival | Orrick |
| Robert | Uriarte | carnival | orrick |
| John | Padgett | Carnival | Carnival |
| Richard | Beck | Carnival Corp | Klehr Harrison Harvey Branzburg |
| Domenic | Pacitti | Carnival Corporation | Carnival Corporation |
| Daniel | Rubens | Carnival Corporation | Orrick |
| Katherine | Georginis | Carnival Corporation | |
| Heather | Weeter | Carnival Corporation | |
| Michael | Trentin | Carnival Corporation | Orrick Herrington & Sutcliffe |
| Colin | Robinson | Chapter 7 Trustee | Pachulski Stang Ziehl & Jones LLP |
| Bradford | Sandler | Chapter 7 Trustee, Alfred T. Giuliano | Pachulski Stang Ziehl & Jones LLP |
| Benjamin | Finestone | Corbin Capital Partners | Quinn Emanuel |
| Mike | Nestor | Corbin Capital Partners | YCST |
| Rachel | Epstein | Corbin Capital Partners | Quinn Emanuel |
| Bipul | Raj | Critical Vendor of Decurtis | Blueed Technology Private Limited |
| Kwame | Akuffo | DCL | |
| Andrew | Troop | DCL | |
| Zach | Javorsky | DCL | Richards, Layton & Finger |
| Hugh | McDonald | DCL | |
| Kennedy | Rose | Debtwire | |
| Aaron | Applebaum | DLA Piper LLP (US) | DLA Piper LLP (US) |
| Noah | Schottenstein | DLA Piper LLP (US) | DLA Piper LLP (US) |
| Nick | Groombridge | Groombridge Wu | Groombridge Wu |
| Nick | Groombridge | Groombridge Wu | Groombridge Wu |
| Jennifer | Wu | Groombridge Wu | Groombridge Wu |
| Jessica | Steinhagen | Interested Party | |

| | | | |
|---|---|---|---|
| Reuben | Dizengoff | Interested Party | Schulte Roth & Zabel LLP |
| Evan | Lazerowitz | Interested Party | |
| Eric | Monzo | Interested Party (Potential counsel to Invictus Global Management) | Morris James LLP |
| David | Hillman | Invictus Global Management LLC | Proskauer Rose LLP |
| Vincent | Indelicato | Invictus Global Management LLC | Proskauer Rose LLP |
| Jordan | Sazant | Invictus Global Management LLC | Proskauer Rose LLP |
| Matthew | McGuire | Invictus Global Management LLC | Landis Rath & Cobb LLP |
| Nicolas | Jenner | Invictus Global Management LLC | Landis Rath & Cobb LLP |
| Cindy | Delano | Invictus Global Management LLC | Invictus Global Management LLC |
| Amit | Patel | Invictus Global Management LLC | Invictus Global Management LLC |
| Utsav | Ghosh | Invictus Global Management LLC | Invictus Global Management LLC |
| Jeffrey | Lamken | Invictus Global Management LLC | MoloLamken LLP |
| Jennifer | Fischell | Invictus Global Management LLC | MoloLamken LLP |
| Joshua | Bloom | Invictus Global Management LLC | MoloLamken LLP |
| Ryan | Yeh | Invictus Global Management LLC | MoloLamken LLP |
| Swara | Saraiya | Invictus Global Management LLC | MoloLamken LLP |
| Justin | Ellis | Invictus Global Management LLC and UnumX | MoloLamken LLP |
| Lauren | Weinstein | Invictus Global Management LLC and UnumX | MoloLamken LLP |
| Adam | Landis | Invictus Global Management LLC and UnumX | Landis Rath & Cobb LLP |
| Daniel | DeFranceschi | Magical Cruise Company, Limited d/b/a Disney Cruise Line | Richards, Layton & Finger. P.A. |
| Amy | Richardson | MOLOLAMKEN LLP | HWG LLP |
| Amanda | Lindner | Observer | Cooley LLP |
| Kevin | Lippman | Observer | |
| Matthew | Shoemake | Peritum LLC | |
| Babak | Aghevli | UnumX | Sentioza |
| Paula | Subda | USBC | USBC |
| Marcos | Ramos | Virgin Voyages | Richards, Layton & Finger, P.A. |
| Hugh | Murtagh | Virgin Voyages | Latham & Watkins |
| Kenneth | Schuler | Virgin Voyages | Latham & Watkins |
| George | Davis | Virgin Voyages | Latham & Watkins |
| Zach | Shapiro | Virgin Voyages | Richards, Layton & Finger, P.A. |
| Matthew | Milana | Virgin Voyages | Richards, Layton & Finger |
| Becky | Yerak | Wall Street Journal | News Corp |