# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of Morris James LLP in place of Landis Rath & Cobb LLP as attorneys for Invictus Global Management, LLC in the above-captioned cases.

Dated: October 3, 2023

| **WITHDRAWING** | **APPEARING BY SUBSTITUTION** |
|---|---|
| */s/ Matthew B. McGuire* | */s/ Eric J. Monzo* |
| Adam G. Landis (DE Bar No. 3407) | Eric J. Monzo (DE Bar No. 5214) |
| Matthew B. McGuire (DE Bar No. 4366) | Brya M. Keilson (DE Bar No. 4643) |
| Nicolas E. Jenner (DE Bar No. 6554) | MORRIS JAMES LLP |
| LANDIS RATH & COBB LLP | 500 Delaware Avenue, Suite 1500 |
| 919 Market Street, Suite 1800 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 888-6800 |
| Telephone: (302) 467-4400 | Facsimile: (302) 571-1750 |
| Facsimile: (302) 467-4450 | E-mail: emonzo@morrisjames.com |
| E-mail: landis@lrclaw.com | E-mail: bkeilson@morrisjames.com |
| E-mail: mcguire@lrclaw.com | |
| E-mail: jenner@lrclaw.com | |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

16341001/1