**DeCurtis Holdings, LLC 23-10548**
**October 4, 2023 -10:00AM**
**Status Conference**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Agustina | Berro | Amit Patel and Cindy Chen Delano | Glenn Agre Bergman & Fuentes |
| Andrew | Glenn | Amit Patel and Cindy Chen Delano | Glenn Agre Bergman & Fuentes |
| Richard | Beck | Carnival | Klehr Harrison Harvey Branzburg, LLP |
| Diana | Fassbender | Carnival | Orrick |
| Sheryl | Garko | Carnival | Orrick |
| Vann | Pearce | Carnival | Orrick |
| Raniero | D'Aversa | Carnival Corporation | Orrick, Herrington & Sutcliffe LLP |
| Katherine | Georginis | Carnival Corporation | |
| Heather | Weeter | Carnival Corporation | |
| Rachel | Epstein | Corbin Capital Partners | Quinn Emanuel |
| Benjamin | Finestone | Corbin Capital Partners | Quinn Emanuel |
| Mike | Nestor | Corbin Capital Partners | YCST |
| Kwame | Akuffo | DCL | |
| Hugh | McDonald | DCL | |
| Taylor | Harrison | Debtwire | |
| Zach | Javorsky | Disney | Richards, Layton & Finger |
| Aaron | Applebaum | DLA Piper LLP (US) | DLA Piper LLP (US) |
| Noah | Schottenstein | DLA Piper LLP (US) | DLA Piper LLP (US) |
| Reuben | Dizengoff | Interested Party | Schulte Roth & Zabel LLP |
| Hugh | Murtagh | Interested party | |
| Michael | Tomback | Interested Party | |
| Michael | Firestein | Invictus Global Management | Proskauer Rose LLP |
| Jennifer | Roche | Invictus Global Management | |
| Cindy | Delano | Invictus Global Management LLC and UnumX | Invictus Global Management LLC |

| | | | |
|---|---|---|---|
| Justin | Ellis | Invictus Global Management LLC and UnumX | MoloLamken LLP |
| Utsav | Ghosh | Invictus Global Management LLC and UnumX | Invictus Global Management LLC |
| David | Hillman | Invictus Global Management LLC and UnumX | Proskauer Rose LLP |
| Nicolas | Jenner | Invictus Global Management LLC and UnumX | Landis Rath & Cobb LLP |
| Adam | Landis | Invictus Global Management LLC and UnumX | Landis Rath & Cobb LLP |
| Matthew | McGuire | Invictus Global Management LLC and UnumX | Landis Rath & Cobb LLP |
| Amit | Patel | Invictus Global Management LLC and UnumX | Invictus Global Management LLC |
| Jordan | Sazant | Invictus Global Management LLC and UnumX | Landis Rath & Cobb LLP |
| Lauren | Weinstein | Invictus Global Management LLC and UnumX | MoloLamken LLP |
| Ryan | Yeh | Invictus Global Management LLC and UnumX | MoloLamken LLP |
| Brya | Keilson | Invictus Global Management, LLC | Morris James LLP |
| John | Ashmead | Party in Interest | Seward and Kissel |
| John | Patouhas | Party in Interest | Seward and Kissel |
| Matthew | Shoemake | Peritum LLC | |
| Babak | Aghevli | Sentioza | |
| Alfston | Thomas | TREO | |
| Jeffrey | Dunn | Treo Asset Management | Treo Asset Management |
| Finbarr | O'Connor | Treo Asset Management | Treo Asset Management |
| Matthew | Milana | Virgin Voyages | Richards, Layton & Finger |
| Becky | Yerak | Wall Street Journal | News Corp |