# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of DLA Piper LLP (US) in place of Landis Rath & Cobb LLP and MoloLamken LLP as attorneys for UnumX in the above-captioned case.

Dated:  October 12, 2023

**WITHDRAWING**

/s/ Matthew B. McGuire
Adam G. Landis (DE Bar No. 3407)
Matthew B. McGuire (DE Bar No. 4366)
Nicolas E. Jenner (DE Bar No. 6554)
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
　　　　mcguire@lrclaw.com
　　　　jenner@lrclaw.com

- and -

Jeffrey A. Lamken
Jennifer E. Fischell
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.

**APPEARING BY SUBSTITUTION**

/s/ Aaron Applebaum
Aaron Applebaum (DE No. 5587)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: aaron.applebaum@us.dlapiper.com

-and-

Noah Schottenstein (*pro hac vice* pending)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4515
Email: noah.schottenstein@us.dlapiper.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

{1385.001-W0072838.}
ACTIVE\1604654677.1

Washington, D.C.  20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
Email: jlamken@mololamken.com
          jfischell@mololamken.com

- and –

*/s/ Justin M. Ellis*_____
Justin M. Ellis
Joshua D. Bloom
Ryan Yeh
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
Email:  jellis@mololamken.com
           jbloom@mololamken.com
           ryeh@mololamken.com