## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10548 (JKS) |
| Debtors. | ) (Jointly Administered) |
| CARNIVAL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Adv. Case No. 23-50413 (JKS) |
| DECURTIS HOLDINGS LLC, DECURTIS LLC | ) |
| Defendants. | ) |

### NOTICE OF STATUS CONFERENCE SCHEDULED
### FOR NOVEMBER 1, 2023 AT 1:00 P.M. (ET)

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware has scheduled a telephonic conference (the "Status Conference") for **November 1, 2023, at 1:00 p.m. (ET)**. The Status Conference will be held by Zoom only. CourtCall will not be used.

**PLEASE TAKE FURTHER NOTICE** that participants wishing to participate in the Status Conference should register using the following link:

https://debuscourts.zoomgov.com/meeting/register/vJItcu-prTgiEz8d1qpxyS-dmzVgbrPpynk

Once registered, parties will receive a confirmation email containing personal log-in information for the Status Conference.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

10723221.v1

|  |  |
|---|---|
| Dated: October 30, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Richard M. Beck (DE Bar No. 3370)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email:  dpacitti@klehr.com<br>          rbeck@klehr.com<br>          sveghte@klehr.com<br><br>-and-<br><br>Raniero D'Aversa, Esq.<br>Michael Trentin, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Email: rdaversa@orrick.com<br>          mtrentin@orrick.com<br><br>-and-<br><br>Sheryl K. Garko, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley Street, Suite 2000<br>Boston, Massachusetts 02116<br>Telephone: (617) 880-1800<br>Email: sgarko@orrick.com<br><br>-and-<br><br>Steven J. Routh Esq.<br>T. Vann Pearce, Jr., Esq.<br>Diana S. Fassbender, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 339-8400<br>Email:  srouth@orrick.com<br>          vpearce@orrick.com<br>          szego@orrick.com<br><br>-and-<br><br>Robert L. Uriarte<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>355 S. Grand Ave., Ste. 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 629-2020<br>Email: ruriarte@orrick.com<br><br>*Counsel to Carnival Corporation* |