# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>DECURTIS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10548 (JKS)<br><br>(Jointly Administered) |
| CARNIVAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DECURTIS HOLDINGS LLC, DECURTIS LLC<br><br>Defendants. | Adv. Case No. 23-50413 (JKS) |

## NOTICE OF AGENDA MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 1, 2023 AT 1:00 P.M. (ET)

> PLEASE NOTE: THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND WILL REQUIRE ALL PARTICIPANTS TO REGISTER IN ADVANCE, NO LATER THAN 4:00 P.M. ON OCTOBER 31, 2023 TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM. COURTCALL WILL NOT BE USED TO DIAL IN. PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcu-prTgiEz8d1qpxyS-dmzVgbrPpynk
>
> REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.

<u>STATUS CONFERENCE</u>:

1. Notice of Status Conference Scheduled for November 1, 2023 at 1:00 p.m. ET [Docket No. 700/Adv. Docket No. 145; Filed 10/30/2023]

    Status:    The Court has scheduled a status conference in this matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

| | |
|---|---|
| Dated: October 30, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Richard M. Beck (DE Bar No. 3370)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email:  dpacitti@klehr.com<br>          rbeck@klehr.com<br>          sveghte@klehr.com<br><br>-and-<br><br>Raniero D'Aversa, Esq.<br>Michael Trentin, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Email: rdaversa@orrick.com<br>          mtrentin@orrick.com<br><br>-and-<br><br>Sheryl K. Garko, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley Street, Suite 2000<br>Boston, Massachusetts 02116<br>Telephone: (617) 880-1800<br>Email: sgarko@orrick.com<br><br>-and-<br><br>Steven J. Routh Esq.<br>T. Vann Pearce, Jr., Esq.<br>Diana S. Fassbender, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 339-8400<br>Email:  srouth@orrick.com<br>          vpearce@orrick.com<br>          szego@orrick.com<br><br>-and-<br><br>Robert L. Uriarte<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>355 S. Grand Ave., Ste. 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 629-2020<br>Email: ruriarte@orrick.com<br><br>*Counsel to Carnival Corporation* |