**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) ) | Case No. 23-10548 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Related to Docket Nos. 514 and 635** |

**NOTICE OF (A) HEARING SCHEDULED FOR JANUARY 3, 2024 AT 10:00 A.M. (ET) AND (B) PRE-TRIAL CONFERENCE SCHEDULED FOR DECEMBER 27, 2023 AT 3:00 P.M.**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has scheduled a hearing to be held on **January 3, 2024, at 10:00 a.m. (ET)** (the "Hearing") before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, with respect to the following matters (collectively, the "Motions"):

> *Motion of Carnival Corporation for Access to Carnival-Licenses MAS Software Code Pursuant to 11 U.S.C. § 365 (n)* [Docket No. 514]; and
>
> *Carnival Corporation's Motion for 11 U.S.C. § 105 Relief from Unlawful Strict Foreclosure and For a Finding of Contempt and Sanctions Under Fed. R. Bank. 9014 and 9020* [Docket No. 635].

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a pre-trial conference with respect to the Hearing on the Motions (the "Pre-Trial Conference") for **December 27, 2023, at 3:00 p.m. (ET).** The Pre-Trial Conference will be held by Zoom only. CourtCall will not be used.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

10733681.v2

**PLEASE TAKE FURTHER NOTICE** that participants wishing to participate in the Pre-Trial Conference should register using the following link:

https://debuscourts.zoomgov.com/meeting/register/vJIsd-2prT8iHLn40waQj1M31ScjppPz98I

Once registered, parties will receive a confirmation email containing personal log-in information for the Pre-Trial Conference.

[Remainder of Page Intentionally Left Blank]

| | |
|---|---|
| Dated:  November 13, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Richard M. Beck (DE Bar No. 3370)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email:  dpacitti@klehr.com<br>           rbeck@klehr.com<br>           sveghte@klehr.com |

-and-

Raniero D'Aversa, Esq.
Michael Trentin, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Email: rdaversa@orrick.com
           mtrentin@orrick.com

-and-

Sheryl K. Garko, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Telephone: (617) 880-1800
Email: sgarko@orrick.com

-and-

Steven J. Routh Esq.
T. Vann Pearce, Jr., Esq.
Diana S. Fassbender, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street NW
Washington, D.C. 20005
Telephone: (202) 339-8400
Email:  srouth@orrick.com
           vpearce@orrick.com
           szego@orrick.com

-and-

Robert L. Uriarte
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Email: ruriarte@orrick.com

*Counsel to Carnival Corporation*