# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2023, Invictus Global Management, LLC, by and through its attorneys of record, caused a copy of the *Responses and Objections of Invictus Global Management to Carnival Corporation's First Notice of 30(b)(6) Deposition of Invictus Global Management* to be served upon the following parties via electronic mail:

> Domenic E. Pacitti, Esq.
> Richard M. Beck, Esq.
> Sally E. Veghte, Esq.
> **KLEHR HARRISON HARVEY BRANZBURG LLP**
> 919 Market Street, Suite 1000
> Wilmington, DE 19801-3062
> Email: rbeck@klehr.com
>        dpacitti@klehr.com
>        sveghte@klehr.com

and

> Raniero D'Aversa, Esq.
> Michael Trentin, Esq.
> **ORRICK, HERRINGTON & SUTCLIFFE LLP**
> 51 West 52nd Street
> New York, NY 10019-6142
> Email: rdaversa@orrick.com
>        mtrentin@orrick.com

and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

16461987/1

Sheryl K. Garko, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, MA 02116
Email: sgarko@orrick.com

*Counsel to Carnival Corporation*

Dated: December 21, 2023
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
        tpakrouh@morrisjames.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq. (admitted *pro hac vice*)
Richard C. Ramirez, Esq. (admitted *pro hac vice*)
Margaret J. Lovric, Esq. (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
        rramirez@glennagre.com
        mlovric@glennagre.com

*Counsel for Invictus Global Management LLC*

**CERTIFICATE OF SERVICE**

I, Eric J. Monzo, hereby certify that on December 21, 2023, I caused a copy of the foregoing *Notice of Service* to be served upon the parties below in the manner indicated.

**VIA EMAIL:**

Domenic E. Pacitti, Esq.
Richard M. Beck, Esq.
Sally E. Veghte, Esq.
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Email: rbeck@klehr.com
dpacitti@klehr.com
sveghte@klehr.com

and

Raniero D'Aversa, Esq.
Michael Trentin, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Email: rdaversa@orrick.com
mtrentin@orrick.com

and

Sheryl K. Garko, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, MA 02116
Email: sgarko@orrick.com

*Counsel to Carnival Corporation*

    */s/ Eric J. Monzo*
    Eric J. Monzo (DE Bar No. 5214)

16461987/1