**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 )  |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10548 (JKS) ) |
| Debtors. | ) (Jointly Administered) ) |
|  | ) **Re: Docket Nos. 626, 627, 628, 632 & 634** |

## INDEX FOR FINAL FEE APPLICATIONS

1. Combined Fourth Monthly and Final Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the (I) Monthly Period August 1, 2023 Through August 29, 2023 and (II) Final Period April 30, 2023 Through August 29, 2023 [Docket No. 626 – filed September 18, 2023]

    Objection/Response Deadline        October 10, 2023 at 4:00 p.m. (ET)

    Objection/Responses Received:      None.

    Related Documents:

    A.  Combined First Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period April 30, 2023 Through May 31, 2023 [Docket No. 248 – filed June 16, 2023]

    B.  Certificate of No Objection Regarding Combined First Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period April 30, 2023 Through May 31, 2023 [Docket No. 330 – filed July 10, 2023]

    C.  Second Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period June 1, 2023 Through June 30, 2023 [Docket No. 366 – filed July 17, 2023]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include:  DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241).  The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

- D. Certificate of No Objection Regarding Second Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period June 1, 2023 Through June 30, 2023 [Docket No. 454 – filed August 8, 2023]

- E. Third Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period July 1, 2023 Through July 31, 2023 [Docket No. 467 – filed August 15, 2023]

- F. Certificate of No Objection Regarding Third Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period July 1, 2023 Through July 31, 2023 [Docket No. 589 – filed September 6, 2023]

2. Combined Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the (I) Monthly Period from August 1, 2023 Through August 29, 2023, and (II) Final Period from April 30, 2023 Through August 29, 2023 [Docket No. 627 – filed September 18, 2023]

    Objection/Response Deadline    October 10, 2023 at 4:00 p.m. (ET)

    Objection/Responses Received:    None.

    Related Documents:

    - A. Combined First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the Period from April 30, 2023 Through May 31, 2023 [Docket No. 294 – filed June 26, 2023]

    - B. Certificate of No Objection Regarding Combined First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the Period from April 30, 2023 Through May 31, 2023 [Docket No. 405 – filed July 21, 2023]

    - C. Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 409 – filed July 24, 2023]

    - D. Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 466 – filed August 15, 2023]

  E. Certificate of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 469 – filed August 15, 2023]

  F. Certificate of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Debtors, for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 588 – filed September 6, 2023]

3. Combined Fourth Monthly and Final Application of Groombridge, Wu, Baughman & Stone LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors for the (I) Monthly Period August 1, 2023 Through August 29, 2023 and (II) Final Period April 30, 2023 Through August 29, 2023 [Docket No. 628 – filed September 18, 2023]

  <u>Objection/Response Deadline</u>  October 10, 2023 at 4:00 p.m. (ET)

  <u>Objection/Responses Received</u>:

  A. Carnival Corporation's Objection to Second and Third Monthly Fee Applications of Groombridge, Wu, Baughman & Stone LLP as Special Patent Counsel to the Debtors [Docket No. 527 – filed August 24, 2023]

  <u>Related Documents</u>:

  A. First Monthly Fee Statement of Groombridge, Wu, Baughman & Stone LLP as Special Counsel to the Debtors for the Period from April 30, 2023 Through and Including May 31, 2023 [Docket No. 315 – filed July 5, 2023]

  B. Certificate of No Objection Regarding First Monthly Fee Statement of Groombridge, Wu, Baughman & Stone LLP as Special Counsel to the Debtors for the Period from April 30, 2023 Through and Including May 31, 2023 [Docket No. 420 – filed July 27, 2023]

  C. Second Monthly Fee Statement of Groombridge, Wu, Baughman & Stone LLP as Special Counsel to the Debtors for the Period from June 1, 2023 Through and Including June 30, 2023 [Docket No. 437 – filed August 3, 2023]

  D. Third Monthly Fee Statement of Groombridge, Wu, Baughman & Stone LLP as Special Counsel to the Debtors for the Period from July 1, 2023 Through and Including July 31, 2023 [Docket No. 468 – filed August 15, 2023]

4. Final Application of Omni Agent Solutions, Inc. for Compensation for Services Rendered and for Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Period of April 30, 2023 Through August 29, 2023 [Docket No. 632 – filed September 19, 2023]

    Objection/Response Deadline    October 10, 2023 at 4:00 p.m. (ET)

    Objection/Responses Received:    None.

    Related Documents:    None.

5. Combined Third Monthly, First Interim, and Final Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the (I) Monthly Period of August 1, 2023 Through August 29, 2023, and (II) Interim and Final Period of April 30, 2023 Through August 29, 2023 [Docket No. 634 – filed September 19, 2023]

    Objection/Response Deadline    October 10, 2023 at 4:00 p.m. (ET)

    Objection/Responses Received:    None.

    Related Documents:

    A. First Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation as Reimbursement of Expenses for the Period of April 30, 2023 Through May 31, 2023 [Docket No. 309 – filed July 3, 2023]

    B. Certificate of No Objection Regarding First Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation as Reimbursement of Expenses for the Period of April 30, 2023 Through May 31, 2023 [Docket No. 416 – filed July 25, 2023]

    C. Combined Second Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation as Reimbursement of Expenses for the Period of June 1, 2023 Through July 31, 2023 [Docket No. 485 – filed August 18, 2023]

    D. Certificate of No Objection Regarding Combined Second Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation as Reimbursement of Expenses for the Period of June 1, 2023 Through July 31, 2023 [Docket No. 599 – filed September 11, 2023]