# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 728** |

### CERTIFICATION OF COUNSEL SUBMITTING ORDER GRANTING BLUEED TECHNOLOGY PRIVATE LIMITED'S MOTION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE

The undersigned, counsel to Blueed Technology Private Limited ("**Blueed**") hereby certifies, as follows:

1. On December 8, 2023, Blueed filed *Blueed Technology Private Limited's Motion for Allowance of an Administrative Expense* [D.I. 728] (the "**Motion**"). The deadline to object to the Motion was December 20, 2023.

2. No party filed an objection to the Motion by the objection deadline. However, the chapter 7 trustee and Blueed agreed to changes to the proposed order. Attached as **Exhibit A** (the "**Proposed Order**") is the revised proposed order. Attached as **Exhibit B** is a comparison version of the Proposed Order, showing changes from the proposed order filed along with the Motion.

3. Blueed respectfully requests entry of the Proposed Order.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

51519538.1 12/22/2023

-2-

Dated: December 22, 2023                  **SAUL EWING LLP**

                                     By:   */s/ Lucian Murley*
                                                 Lucian B. Murley (DE Bar No. 4892)
                                                 1201 N. Market Street, Suite 2300
                                                 P.O. Box 1266
                                                 Wilmington, DE 19899
                                                 Telephone: (302) 421-6800
                                                 luke.murley@saul.com

                                                 *Counsel for Blueed Technology Private Limited*