# EXHIBIT A

**Revised Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered)<br>**Re: Docket Nos. 728 and ___** |

## ORDER GRANTING BLUEED TECHNOLOGY PRIVATE LIMITED'S MOTION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE

Upon the motion (the "Motion")[2] of Blueed Technology Private Limited ("Blueed"), for entry of an order (this "Order") allowing Blueed an administrative expense in the amount of $487,500; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing (if any) having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Blueed has an allowed chapter 11 administrative expense against DeCurtis LLC in the amount of $487,500 entitled to priority pursuant to 11 U.S.C. § 507(a)(2), which shall be entitled to payment pro rata with other allowed chapter 11 administrative expenses as and when such similarly situated allowed chapter 11 administrative expenses receive a distribution.

3. This Court retains jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.