# EXHIBIT A

| JX | Date | Description | Begin Bates Number | End Bates Number | Deposition Exhibit Number | Carnival's Objection | Invictus's Objection |
|---|---|---|---|---|---|---|---|
| | 7/2/2015 | Master License and Services Agreement for DeCurtis's MAS Product [ECF 516; Ex. 1] | | | | | |
| | 9/14/2016 | Statement of Work 16 [ECF 516; Ex. 2] | | | | | |
| | 8/11/2017 | Email thread from D. Fournier to J. Learish and D. DeCurtis re Action Needed [ECF 517; Ex. 6] | DeCurtis_01637440 | | | | |
| | 4/3/2019 | Email thread from J. Learish to C. Collins, D. Choudhury and others re C-3 Code secured? [ECF 517; Ex. 7] | DeCurtis_00854052 | DeCurtis_00854053 | | | |
| | 3/27/2023 | Email thread from C. Chen Delano to D. Fournier and others re Escrow Agreement [ECF 517; Ex. 13] | DECURTISBK_00020261 | | | | |
| | 3/28/2023 | Meeting Invitation from A. Patel to D. Fournier and others re VV Escrow Progress [ECF 517; Ex.3] | DECURTISBK_00017908 | DECURTISBK_00017909 | | | |
| | 3/28/2023 | Email thread from D. Fournier to A. Patel and others re VV Escrow Progress with attachment [ECF 517; Ex. 8] | DECURTISBK_00020425 | DECURTISBK_00020437 | | | |
| | 3/29/2023 | Email from C. Chen Delano to J. Learish and others re Escrow Agreement – FINAL REVIEW [ECF 517; Ex. 4] | DECURTISBK_00016960 | DECURTISBK_00016961 | | | |
| | 3/29/2023 | Email thread from J. Learish to D. Fournier and other re Escrow Agreement [ECF 517; Ex. 10] | DECURTISBK_00020207 | DECURTISBK_00020208 | | | |
| | 3/29/2023 | Email thread from J. Learish to C. Chen and others re Escrow Agreement – FINAL REVIEW [ECF 517; Ex. 11] | DECURTISBK_00016484 | DECURTISBK_00016485 | | | |
| | 3/30/2023 | Email thread from. J. Martinez to C. Chen and others re Escrow Agreement [ECF 517; Ex. 9] | DECURTISBK_00021652 | DECURTISBK_00021653 | | | |
| | 3/31/2023 | Email thread from A. Patel to D. Fournier re DeCurtis-Escrow Agreements Fully Executed [ECF 517; Ex. 12] | DECURTISBK_00014278 | DECURTISBK_00014283 | | | |
| | 4/26/2023 | A. Patel (Invictus) letter to N. Groombridge (Groombridge) | INVICTUS_CHP700000638 | INVICTUS_CHP700000640 | Chen Delano Exhibit 16 | | |
| | 4/26/2023 | Letter from A. Patel (Invictus) to N. Groombridge (Groombridge) | INVICTUS_CHP700000638 | INVICTUS_CHP700000640 | | | |
| | 6/7/2023 | Transcript regarding Hearing Held 6/7/2023 RE: Omnibus Hearing (Carnival Stay Relief Motion) [ECF 226] | | | | | |
| | 6/21/2023 | Email thread S. Routh to E. Lazerowitz, C. Speckhart and others re Motion to Reject – RE 408 [ECF 517; Ex. 5] | N/A | | | | |
| | 6/21/2023 | Transcript regarding Hearing Held 6/21/2023 RE: Status Conference (Bidding Proceedures and Rejection Motion) [ECF 275] | | | | | |
| | 6/22/2023 | Transcript regarding Hearing Held 6/22/2023 RE: Status Conference (Bidding Proceedures and Rejection Motion) [ECF 293] | | | | | |
| | 6/23/2023 | Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Secured Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 285] | | | | | |
| | 7/17/2023 | Transcript regarding Hearing Held 7/17/2023 RE: PreTrial Conference [Adv. 23-50413; ECF 41] | | | | | |
| | 7/18/2023 | Transcript regarding Hearing Held 7/18/2023 RE: Trial [Adv. 23-50413; ECF 42] | | | | | |
| | 7/19/2023 | Transcript regarding Hearing Held 7/19/2023 RE: Trial [Adv. 23-50413; ECF 43] | | | | | |
| | 7/20/2023 | Transcript regarding Hearing Held 7/20/2023 RE: Trial [Adv. 23-50413; ECF 44] | | | | | |
| | 8/4/2023 | Transcript regarding Hearing Held 8/4/2023 RE: Status Conference (Motion to Seal) [ECF 453] | | | | | |
| | 8/9/2023 | Opinion Regarding Ownership of the DXP Assets and Carnival's Request for Declaratory and Injunctive Relief [ECF No. 459] | | | | | |
| | 8/13/2023 | Email thread from D. Soto to N. Groombridge and others re DeCurtis Meeting | INVICTUS_CHP700001600 | INVICTUS_CHP700001606 | | | |
| | 8/14/2023 | Memorandum Order Regarding Carnival Corporation's Standing Motion and Credit Bid Motion [D.I. 465] | | | | | |
| | 8/16/2023 | Notice of Termination Declaration of DIP Obligations [D.I. 473] | | | | | |
| | 8/17/2023 | C. Chen Delano email to A. Patel and others re Sync Up | INVICTUS_CHP700001046 | INVICTUS_CHP700001048 | Chen Delano Exhibit 6 | | |
| | 8/17/2023 | Email thread from C. Chen Delano to A. Patel and others re Sync Up | INVICTUS_CHP700001046 | INVICTUS_CHP700001048 | | | |
| | 8/17/2023 | Transcript regarding Hearing Held 8/17/2023 RE: Status Conference [Adv. 23-50413; ECF 69] | | | | | |
| | 8/19/2023 | Email from C. Chen Delano to J. Learish, J. Carino and others re Strict Foreclosure | INVICTUS_CHP700000086 | | | | |
| | 8/19/2023 | Email thread from C. Chen Delano to D. Hillman and others re DeCurtis | INVICTUS_CHP700000421 | INVICTUS_CHP700000422 | | | |
| | 8/20/2023 | Email from J. Learish to E. Lazerowitz and others re Strict Foreclosure | INVICTUS_CHP700000339 | INVICTUS_CHP700000343 | | | |
| | 8/21/2023 | Notice of Exercise of Remedies by DIP Agent Pursuant to Final DIP Order [D.I. 503] | | | | | |
| | 8/21/2023 | Notice of Filing of DIP Post-Termination Budget [ECF No. 494] | | | | | |
| | 8/21/2023 | Notice of Exercise of Remedies by DIP Agent Pursuant to Final DIP Order [ECF No. 503] | | | | | |
| | 8/21/2023 | 8/21/2023 Hearing Transcript | | | | | |
| | 8/21/2023 | D. Hillman email to E. Lazerowitz and C. Speckhart re DeCurtis | INVICTUS_CHP700000344 | | Chen Delano Exhibit 7 | | |
| | 8/21/2023 | Hearing Transcript | | | Chen Delano Exhibit 13 | | |
| | 8/21/2023 | D. Hillman email to E. Lazerowitz and C. Speckhart re DeCurtis | INVICTUS_CHP700000344 | | Chen Delano Exhibit 14 | | |
| | 8/21/2023 | D. Hillman email to E. Lazerowitz and C. Speckhart re DeCurtis | INVICTUS_CHP700000344 | | Chen Delano Exhibit 15 | | |
| | 8/21/2023 | Schedule 1(a) – DIP Collateral Draft | INVICTUS_CHP700000172 | INVICTUS_CHP700000197 | | | |
| | 8/21/2023 | Email from D. Hillman to E. Lazerowitz and C. Speckhart re DeCurtis | INVICTUS_CHP700000344 | | | | |
| | 8/21/2023 | Transcript regarding Hearing Held 8/21/2023 RE: Status Conference [Adv. 23-50413; ECF 77] | | | | | |
| | 8/23/2023 | Carnival Corporation's Response and Objection to Notice of Exercise of Remedies By DIP Agent Pursuant to Final DIP Order [ECF No. 510] | | | | | |
| | 8/23/2023 | SEALED Declaration of Erik de la Iglesia in Support of 356(n) Motion | | | | | |
| | 8/23/2023 | U. Ghosh email to J. Carino and others with attachment re Schedules and Agreement for Foreclosure | INVICTUS_CHP700000146 | INVICTUS_CHP700000171 | Chen Delano Exhibit 8 | | |
| | 8/23/2023 | Email thread from E. Lazerowitz to J. Sazant re DeCurtis – Partial Strict Foreclosure Agreements | INVICTUS_CHP700000483 | INVICTUS_CHP700000484 | | | |
| | 8/24/2023 | Notice of Proposed Permanent Injunction [Adv Proc. D.I. 80] | | | | | |

| JX | Date | Description | Begin Bates Number | End Bates Number | Deposition Exhibit Number | Carnival's Objection | Invictus's Objection |
|---|---|---|---|---|---|---|---|
|  | 8/24/2023 | Notice of Filing Debtors' Proposed Order Related to the Opinion Regarding Ownership of the DXP Assets and Carnival's Request for Declaratory and Injunctive Relief [ECF No. 529] |  |  |  |  |  |
|  | 8/24/2023 | Notice of Exercise of Remedies By DIP Agent Pursuant to Final DIP Order [ECF No. 530] |  |  |  |  |  |
|  | 8/24/2023 | Partial Strict Foreclosure Agreement [ECF No. 530-1] |  |  |  |  |  |
|  | 8/24/2023 | 8/24/2023 Hearing Transcript |  |  |  |  |  |
|  | 8/24/2023 | Partial Strict Foreclosure Agreement between Invictus Special Situations Master I, L.P., Invictus Global Management, LLC, UnumX, DeCurtis LLC, DeCurtis Holdings LLC |  |  | Chen Delano Exhibit 3 |  |  |
|  | 8/24/2023 | T. Dean email to E. Lazerowitz and other with attachment re DeCurtis/DIPL - India | INVICTUS_CHP700000355 | INVICTUS_CHP700000393 | Chen Delano Exhibit 9 |  |  |
|  | 8/24/2023 | S. Sharpe email to E. Lazerowitz and others with attachment | INVICTUS_CHP700000215 | INVICTUS_CHP700000251 | Chen Delano Exhibit 10 |  |  |
|  | 8/24/2023 | Hearing Transcript |  |  | Chen Delano Exhibit 12 |  |  |
|  | 8/24/2023 | Email from U. Ghosh to D Fournier and others re Schedules and Agreement for Foreclosure | INVICTUS_CHP700000207 | INVICTUS_CHP700000210 |  |  |  |
|  | 8/24/2023 | Email thread from S. Sharpe to E. Lazerowitz and others re FORECLOSURE CLOSING at 7:15 PM and attachments | INVICTUS_CHP700000215 | INVICTUS_CHP700000338 |  |  |  |
|  | 8/24/2023 | Email thread from D. Hillman to S. Sharpe and others re FORECLOSURE CLOSING AT 7:25 PM – CLOSING COMPLETE | INVICTUS_CHP700000446 | INVICTUS_CHP700000453 |  |  |  |
|  | 8/24/2023 | Email from J. Learish to C. Chen Delano and others re New Org Structure and attachment | INVICTUS_CHP700001031 | INVICTUS_CHP700001040 |  |  |  |
|  | 8/24/2023 | Transcript regarding Hearing Held 8/24/2023 RE: Status Conference [Adv. ECF 85] |  |  |  |  |  |
|  | 8/25/2023 | Order regarding Ownership Issue [ECF 533] |  |  |  |  |  |
|  | 8/25/2023 | Permanent Injunction [ECF No. 534] |  |  |  |  |  |
|  | 8/28/2023 | Response and Objection to Second Notice of Exercise of Remedies by DIP Agent Pursuant to Final DIP Order [D.I. 540] |  |  |  |  |  |
|  | 8/29/2023 | Offer of Employment to M. Scott | INVICTUS_CHP700000952 | INVICTUS_CHP700000954 |  |  |  |
|  | 8/29/2023 | Offer of Employment to E. Plaezkowski | INVICTUS_CHP700000955 | INVICTUS_CHP700000957 |  |  |  |
|  | 8/29/2023 | Offer of Employment to M. Clennon | INVICTUS_CHP700000961 | INVICTUS_CHP700000964 |  |  |  |
|  | 8/29/2023 | Offer of Employment to R. Rutowski | INVICTUS_CHP700000965 | INVICTUS_CHP700000968 |  |  |  |
|  | 8/29/2023 | Offer of Employment to E. Visser | INVICTUS_CHP700000969 | INVICTUS_CHP700000971 |  |  |  |
|  | 8/29/2023 | Offer of Employment to E. Holub | INVICTUS_CHP700000972 | INVICTUS_CHP700000974 |  |  |  |
|  | 8/29/2023 | Offer of Employment to R. Arnold | INVICTUS_CHP700000975 | INVICTUS_CHP700000978 |  |  |  |
|  | 8/29/2023 | Offer of Employment to C. Bentubo | INVICTUS_CHP700000979 | INVICTUS_CHP700000981 |  |  |  |
|  | 8/29/2023 | Offer of Employment to K. Mongwa | INVICTUS_CHP700000982 | INVICTUS_CHP700000984 |  |  |  |
|  | 8/29/2023 | Offer of Employment to S. Crawley | INVICTUS_CHP700000985 | INVICTUS_CHP700000988 |  |  |  |
|  | 8/29/2023 | Offer of Employment to N. Aluri | INVICTUS_CHP700000992 | INVICTUS_CHP700000994 |  |  |  |
|  | 8/29/2023 | Offer of Employment to K. Ramos | INVICTUS_CHP700000995 | INVICTUS_CHP700000997 |  |  |  |
|  | 8/29/2023 | Offer of Employment to A. Saxena | INVICTUS_CHP700001008 | INVICTUS_CHP700001010 |  |  |  |
|  | 8/29/2023 | Offer of Employment to P. Basilyous | INVICTUS_CHP700001011 | INVICTUS_CHP700001013 |  |  |  |
|  | 8/29/2023 | Offer of Employment to B. Hall | INVICTUS_CHP700001017 | INVICTUS_CHP700001019 |  |  |  |
|  | 8/29/2023 | Offer of Employment to O. DeHaas | INVICTUS_CHP700001020 | INVICTUS_CHP700001022 |  |  |  |
|  | 8/29/2023 | Email thread from U. Ghosh to R. Voerg and others re Bank Accounts and attachments | INVICTUS_CHP700001500 | INVICTUS_CHP700001506 |  |  |  |
|  | 8/29/2023 | Transcript regarding Hearing Held 8/29/23 RE: Conversion Motion [ECF 556] |  |  |  |  |  |
|  | 8/31/2023 | Offer of Employment to Jim Learish | INVICTUS_CHP700000958 | INVICTUS_CHP700000960 | Chen Delano Exhibit 18 |  |  |
|  | 8/31/2023 | Offer of Employment to Derek Fournier | INVICTUS_CHP700000989 | INVICTUS_CHP700000991 | Chen Delano Exhibit 19 |  |  |
|  | 8/31/2023 | Offer of Employment to J. Learish | INVICTUS_CHP700000958 | INVICTUS_CHP700000960 |  |  |  |
|  | 8/31/2023 | Offer of Employment to D. Fournier | INVICTUS_CHP700000989 | INVICTUS_CHP700000991 |  |  |  |
|  | 8/31/2023 | Offer of Employment signature page – B. Prova | INVICTUS_CHP700000998 |  |  |  |  |
|  | 8/31/2023 | Offer of Employment to J. Carino | INVICTUS_CHP700000999 | INVICTUS_CHP700001001 |  |  |  |
|  | 8/31/2023 | Offer of Employment to B. Aghevli | INVICTUS_CHP700001002 | INVICTUS_CHP700001004 |  |  |  |
|  | 8/31/2023 | Offer of Employment to E. Murroni | INVICTUS_CHP700001005 | INVICTUS_CHP700001007 |  |  |  |
|  | 8/31/2023 | Offer of Employment to M. Winans | INVICTUS_CHP700001014 | INVICTUS_CHP700001016 |  |  |  |
|  | 8/31/2023 | Email from U. Ghosh to J. Carino re Offer Letters and attachment | INVICTUS_CHP700001507 | INVICTUS_CHP700001510 |  |  |  |
|  | 9/1/2023 | Email thread from U. Ghosh to C. Chen Delano and others re FYI – Ennio and attachment | INVICTUS_CHP700001496 | INVICTUS_CHP700001499 |  |  |  |
|  | 9/5/2023 | E. Murroni email to M. Clennon and others re rebrand | N/A |  | Chen Delano Exhibit 20 |  |  |
|  | 9/6/2023 | Email thread from A. Patel to A. Zyngier and others re Batuta Engagement Letter DeCurtis September 2023 | INVICTUS_CHP700001102 | INVICTUS_CHP700001103 |  |  |  |
|  | 9/6/2023 | Letter from A. Zyngier (Batuta) to A. Patel (Invictus) | INVICTUS_CHP700001104 | INVICTUS_CHP700001110 |  |  |  |
|  | 9/6/2023 | Email thread from A. Patel to A. Zyngier and others re Batuta Engagement Letter DeCurtis September 2023 | INVICTUS_CHP700001530 | INVICTUS_CHP700001532 |  |  |  |
|  | 9/7/2023 | Batuta Capital Advisors Invoice to A. Patel (Invictus) | INVICTUS_CHP700000641 |  |  |  |  |
|  | 9/8/2023 | Email thread from A. Patel to D. Fournier and others re Customer update call | INVICTUS_CHP700001041 | INVICTUS_CHP700001042 |  |  |  |
|  | 9/11/2023 | V. Pearce (Orrick) letter to R. Yeh (MoloLamken) |  |  | Chen Delano Exhibit 4 |  |  |
|  | 9/11/2023 | A. Patel email to A. Zyngier and ryan@thedevelopers.dev re CEO update | INVICTUS_CHP700001096 | INVICTUS_CHP700001097 | Chen Delano Exhibit 22 |  |  |
|  | 9/11/2023 | Email thread from A. Patel to A. Zyngier and others re CEO Update | INVICTUS_CHP700001096 | INVICTUS_CHP700001097 |  |  |  |
|  | 9/11/2023 | Email thread from A. Zyngier to A. Patel and others ere CEO update | INVICTUS_CHP700001533 | INVICTUS_CHP700001534 |  |  |  |
|  | 9/11/2023 | Transcript regarding Hearing Held 9/11/2023 RE: Status Conference [ECF 607] |  |  |  |  |  |
|  | 9/13/2023 | Exhibit 5 – J. Ellis (MoloLamken) letter to V. Pearce (Orrick) |  |  | Chen Delano Exhibit 5 |  |  |
|  | 9/13/2023 | Email thread from A. Patel to B. Aghevli and others re Update | INVICTUS_CHP700001043 | INVICTUS_CHP700001045 |  |  |  |
|  | 9/13/2023 | Email thread from B. Aghevli to A. Patel and others re Update | INVICTUS_CHP700001277 | INVICTUS_CHP700001280 |  |  |  |
|  | 9/13/2023 | Transcript regarding Hearing Held 9/13/2023 RE: Stay Motion on Injunction [Adv. 23-50413; ECF 116] |  |  |  |  |  |
|  | 9/13/2023 | Transcript regarding Hearing Held 9/13/2023 RE: Stay Motion on Injunction [ECF 617] |  |  |  |  |  |
|  | 9/15/2023 | Email thread from A. Zyngier and A. Patel and others re Screenshots I said I would send | INVICTUS_CHP700001270 | INVICTUS_CHP700001272 |  |  |  |
|  | 9/18/2023 | Email from A. Patel to J. Carino and others re Retention Bonus Questions | INVICTUS_CHP700001131 | INVICTUS_CHP700001133 |  |  |  |
|  | 9/18/2023 | Email thread from B. Aghevli to J. Bloom and others re New Policy for MAS Work | INVICTUS_CHP700002249 | INVICTUS_CHP700002251 |  |  |  |
|  | 9/19/2023 | Email thread from C. Chen Delano to A. Troop and others re Disney Escrow Agreement | INVICTUS_CHP700001644 | INVICTUS_CHP700001649 |  |  |  |
|  | 9/20/2023 | SEALED Declaration of Justin M. Ellis in Support of Invictus's and UnumX's Combined Objection to Motions of Carnival Corporation Pursuant to 11 U.S.C. § 365(n) [Docket Nos. 256, 514 & 625] [ECF 638] |  |  |  |  |  |

| JX | Date | Description | Begin Bates Number | End Bates Number | Deposition Exhibit Number | Carnival's Objection | Invictus's Objection |
|---|---|---|---|---|---|---|---|
| | 9/20/2023 | SEALED Declaration of Apurva Saxena in Support of Invictus's and UnumX's Combined Objection to Motions of Carnival Corporation Pursuant to 11. U.S.C. § 365(n) [Docket Nos. 256, 514 & 625] [ECF 639] | | | | | |
| | 9/20/2023 | Email from A. Patel to E. Murroni and others re Employment Agreement and attachment | INVICTUS_CHP700001111 | INVICTUS_CHP700001129 | | | |
| | 9/24/2023 | A. Patel email to A. Zyngier and R. Scott re UnumX business plan | INVICTUS_CHP700001098 | INVICTUS_CHP700001099 | Chen Delano Exhibit 21 | | |
| | 9/24/2023 | Email from A. Patel to A. Zyngier and others re UnumX business plan | INVICTUS_CHP700001098 | INVICTUS_CHP700001099 | | | |
| | 9/25/2023 | Email thread from A. Troop and C. Chen Delano and others re Disney and attachment | INVICTUS_CHP700001879 | INVICTUS_CHP700001896 | | | |
| | 9/26/2023 | Email thread from A. Patel to H. McDonald and others re Disney/DeCurtis - Injunction | INVICTUS_CHP700001982 | INVICTUS_CHP700001986 | | | |
| | 9/27/2023 | Declaration of Cindy Chen Delano in support of DIP Agent's and UNUMX's Objection to Carnival Corporation's Motion for 11 U.S.C. §105 Relief from Unlawful Strict Foreclosure and for a Finding of Contempt and Sanctions Under Fed. R. Bankr. P. 9014 and 9020 [ECF 660] | | | | | |
| | 9/27/2023 | SEALED Declaration of Apurva Saxena in Support of DIP Agent's and UnumX's Objection to Carnival Corporation's Motion for U.S.C. § 105 Relief from Unlawful Strict Foreclosure and for a Finding of Contempt and Sanctions Under Fed. R. Bankr. P. 9014 and 9020 [ECF 661] | | | | | |
| | 9/27/2023 | Declaration of Cindy Chen Delano in support of DIP Agent's and UNUMX's Objection to Carnival Corporation's Motion for 11 U.S.C. §105 Relief from Unlawful Strict Foreclosure and for a Finding of Contempt and Sanctions Under Fed. R. Bankr. P. 9014 and 9020 [ECF 660] | | | Chen Delano Exhibit 2 | | |
| | 9/27/2023 | SEALED Declaration of Apurva Saxena in Support of DIP Agent's and UnumX's Objection to Carnival Corporation's Motion for U.S.C. § 105 Relief from Unlawful Strict Foreclosure and for a Finding of Contempt and Sanctions Under Fed. R. Bankr. P. 9014 and 9020 [ECF 661] | | | Chen Delano Exhibit 11 | | |
| | 9/27/2023 | Email thread from U. Ghosh to M. Abebe and others re UnumX – Engagement Letter (Obasanjo) (23307992.1) (002) and attachment | INVICTUS_CHP700001818 | INVICTUS_CHP700001830 | | | |
| | 9/27/2023 | Email thread from B. Aghevli to A. Troop and others re Disney/DeCurtis - Injunction | INVICTUS_CHP700001987 | INVICTUS_CHP700001997 | | | |
| | 9/28/2023 | Email thread from A. Troop to C. Chen Delano re Disney and UnumX Path Forward | INVICTUS_CHP700002198 | INVICTUS_CHP700002199 | | | |
| | 9/28/2023 | Transcript regarding Hearing Held 9/28/2023 RE: Status Conference [Adv. 23-50413; ECF 133] | | | | | |
| | 9/29/2023 | SEALED Supplemental Declaration of Erik de la Iglesia on Anticipated Testimony for October 4, 2023 Hearing [ECF No. 669] | | | | | |
| | 9/29/2023 | Letter from R. Epstein (Quinn Emanuel) to A. Patel and C. Chen Delano (Invictus) | INVICTUS_CHP700000815 | INVICTUS_CHP700000820 | | | |
| | 9/30/2023 | Letter from M. Abebe (Blackhill) to C. Chen Delano (Invictus) | INVICTUS_CHP700001831 | INVICTUS_CHP700001838 | | | |
| | 10/2/2023 | Transcript regarding Hearing Held 10/2/2023 RE: Status Conference [Adv. 23-50413; ECF 138] | | | | | |
| | 10/15/2023 | Letter from A. Glenn (Glenn Agre) from to A. Applebaum (DLA Piper) | INVICTUS_CHP700000879 | INVICTUS_CHP700000881 | | | |
| | 10/18/2023 | The Limited Partner of the Fund letter to F. O'Connor (Treo Asset Management) [EXHIBIT N] | N/A | | Chen Delano Exhibit 23 | | |
| | 10/18/2023 | Letter from A. Glenn (Glenn Agre) to F. O'Connor (Invictus) and A. Applebaum (DLA Piper) | INVICTUS_CHP700000791 | INVICTUS_CHP700000794 | | | |
| | 10/23/2023 | Letter from A. Glenn (Glenn Agre) from to A. Applebaum (DLA Piper) with attachments | INVICTUS_CHP700000821 | INVICTUS_CHP700000850 | | | |
| | 10/30/2023 | Letter from A. Glenn (Glenn Agre) from to A. Applebaum (DLA Piper) with attachment | INVICTUS_CHP700000851 | INVICTUS_CHP700000864 | | | |
| | 10/30/2023 | Letter from A. Glenn (Glenn Agre) from to A. Applebaum (DLA Piper) with attachment | INVICTUS_CHP700000865 | INVICTUS_CHP700000878 | | | |
| | 11/2/2023 | Letter from A. Glenn (Glenn Agre) to F. O'Connor (Invictus) and A. Applebaum (DLA Piper) – Demand for Indemnification | INVICTUS_CHP700000795 | INVICTUS_CHP700000814 | | | |
| | 11/20/2023 | Invictus Global Management LLC, Amit Patel, and Cindy Chen Delano's First Set of Interrogatories to Carnival Corporation RegardingCarnival's Motion for 11 U.S.C. § 105 Relief From Unlawful Strict Foreclosure and For a Finding of Contempt and Sanctions Under Fed. R. Bankr. 9014 and9020 [Docket No. 635] | | | | | |
| | 11/29/2023 | Notice of 30(b)(6) Deposition to Invictus Global Mgmt | | | Chen Delano Exhibit 1 | | |
| | 12/4/2023 | Carnival Corporation's Responses and Objections to Invictus Global Management, LLC's Interrogatories | | | | | |
| | 12/20/2023 | Deposition Transcript of Amit Patel | | | | | |
| | 12/21/2023 | Deposition Transcript of Cindy Chen Delano | | | | | |
| | 6/15/2023 | Transcript regarding Hearing Held 06/15/2023 RE: Court Ruling (Carnival Stay Motion) [ECF 244] | | | | | |
| | | [Additional Supplemental Declaration of Erik de la Iglesia to be submitted] | | | | | |
| | | Documents evidencing Carnival's fees and expenses incurred in connection with strict foreclosure and sanctions motion. | | | | | |
| | | Excel – NEED DESCRIPTION | INVICTUS_CHP700000647 | | Chen Delano Exhibit 17 | | |
| | | Senate Report No. 100-505 re Intellectual Property Licenses in Bankruptcy Dates of Consideration and Passage [ECF 517; Ex. 14] | N/A | | | | |
| | | Permitted Liens in Redline | INVICTUS_CHP700000087 | INVICTUS_CHP700000110 | | | |
| | | Consulting Proposal for Technology Assessment and Strategic Planning of UnumX | INVICTUS_CHP700000642 | INVICTUS_CHP700000646 | | | |
| | | Excel Spreadsheet | INVICTUS_CHP700000647 | | | | |
| | | Excel – UnumX DeCurtis Transactions Pos | INVICTUS_CHP700000789 | | | | |