# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA MATTERS SCHEDULED
## FOR HEARING ON JANUARY 3, 2024 AT 10:00 A.M. (ET)

**THE REMAINING MATTERS SCHEDULED FOR HEARING ON JANUARY 3, 2024 AT 10:00 A.M. HAVE BEEN ADJOURNED TO JANUARY 30, 2024 AT 9:30 A.M.**

<u>RESOLVED AND CONTINUED MATTERS</u>:

1. Motion of Carnival Corporation for Access to Carnival-Licenses MAS Software Code Pursuant to 11 U.S.C. § 365 (n) [Docket No. 514; Filed 8/23/2023]

   Related Documents:

   A. Notice of Withdrawal of Motion of Carnival Corporation for Access to Carnival-Licenses MAS Software Code Pursuant to 11 U.S.C. § 365 (n) [Docket No. 763; Filed 12/28/2023]

   Status: This matter has been resolved by the parties and a Notice of Withdrawal has been filed.

2. Carnival Corporation's Motion for 11 U.S.C. § 105 Relief from Unlawful Strict Foreclosure and For a Finding of Contempt and Sanctions Under Fed. R. Bank. 9014 and 9020 [Docket No. 635; Filed 9/19/2023]

   Status: This matter has been adjourned to January 30, 2024 at 9:30 a.m.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

| Dated: December 28, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Richard M. Beck (DE Bar No. 3370)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com<br>      rbeck@klehr.com<br>      sveghte@klehr.com<br><br>-and-<br><br>Raniero D'Aversa, Esq.<br>Michael Trentin, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Email: rdaversa@orrick.com<br>      mtrentin@orrick.com<br><br>-and-<br><br>Sheryl K. Garko, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley Street, Suite 2000<br>Boston, Massachusetts 02116<br>Telephone: (617) 880-1800<br>Email: sgarko@orrick.com<br><br>-and-<br><br>Steven J. Routh Esq.<br>T. Vann Pearce, Jr., Esq.<br>Diana S. Fassbender, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 339-8400<br>Email: srouth@orrick.com<br>      vpearce@orrick.com<br>      szego@orrick.com<br><br>-and-<br><br>Robert L. Uriarte<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>355 S. Grand Ave., Ste. 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 629-2020<br>Email: ruriarte@orrick.com<br><br>*Counsel to Carnival Corporation* |
|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*, | ) Case No. 23-10548 (JKS) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the December 28, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the **Notice of Agenda of Matters Scheduled for Hearing on January 3, 2024 at 10:00 a.m.** upon the registered parties via ECF and on the parties listed on the attached service list.

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)

10804773.v3

# SERVICE LIST

**Counsel for Invictus Global Management, LLC**

GLENN AGRE BERGMAN & FUENTES LLP
Andrew K. Glenn
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
aglenn@glennagre.com

MORRIS JAMES LLP
Eric J. Monzo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com

**Counsel for Invictus Special Situations Master I, L.P., and UnumX**

DLA PIPER LLP (US)
Aaron S. Applebaum
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
aaron.applebaum@us.dlapiper.com

DLA PIPER LLP (US)
Noah Schottenstein
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
noah.schottenstein@us.dlapiper.com

**Counsel for UnumX**

MCELROY, DEUSCH, MULVANEY & CARPENTER, LLP
David P. Primack
300 Delaware Ave., Suite 1014
Wilmington, Delaware 19801
dprimack@mdmc-law.com

**Counsel for Magical Cruise Company, Limited, d/b/a Disney Cruise Line**

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi
Cory D. Kandestin
Zachary J. Javorsky
One Rodney Square
920 North King Street
Wilmington, Delaware 19801 T
defranceschi@rlf.com
kandestin@rlf.com
javorsky@rlf.com


PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Hugh H. McDonald
Kwame O. Akuffo
31 West 52nd Street
New York, NY 10019-6131
andrew.troop@pillsburylaw.com
 hugh.mcdonald@pillsburylaw.com
 kwame.akuffo@pillsburylaw.com

**Counsel for Chapter 7 Trustee**

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com