# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 23-10548 (JKS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Related to Docket No. 635** |

### NOTICE OF (A) CONTINUED HEARING SCHEDULED FOR JANUARY 30, 2024 AT 9:30 A.M. (ET) AND (B) PRE-TRIAL CONFERENCE SCHEDULED FOR JANUARY 26, 2024 AT 9:30 A.M.

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has scheduled a continued evidentiary hearing to be held on **January 30, 2024, at 9:30 a.m. (ET)** (the "Hearing") before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, with respect to the following matter (the "Motion"):

> *Carnival Corporation's Motion for 11 U.S.C. § 105 Relief from Unlawful Strict Foreclosure and For a Finding of Contempt and Sanctions Under Fed. R. Bank. 9014 and 9020* [Docket No. 635]

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a pre-trial conference with respect to the Hearing on the Motion (the "Pre-Trial Conference") for **January 26, 2024, at 9:30 a.m. (ET).** The Pre-Trial Conference will be held by Zoom only. CourtCall will not be used.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

10804778.v2

**PLEASE TAKE FURTHER NOTICE** that participants wishing to participate in the Pre-Trial Conference should register using the following link:

https://debuscourts.zoomgov.com/meeting/register/vJItduChqzgjHgA7XrKFhFJMakh3hbRk6zg

Once registered, the parties will receive a confirmation email containing personal log-in information for the Pre-Trial Conference.


*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 28, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Richard M. Beck (DE Bar No. 3370)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware, 19801-3062<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com<br>      rbeck@klehr.com<br>      sveghte@klehr.com<br><br>-and-<br><br>Raniero D'Aversa, Esq.<br>Michael Trentin, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Email: rdaversa@orrick.com<br>     mtrentin@orrick.com<br><br>-and-<br><br>Sheryl K. Garko, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley Street, Suite 2000<br>Boston, Massachusetts 02116<br>Telephone: (617) 880-1800<br>Email: sgarko@orrick.com<br><br>-and-<br><br>Steven J. Routh Esq.<br>T. Vann Pearce, Jr., Esq.<br>Diana S. Fassbender, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 339-8400<br>Email: srouth@orrick.com<br>     vpearce@orrick.com<br>     szego@orrick.com<br><br>-and-<br><br>Robert L. Uriarte<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>355 S. Grand Ave., Ste. 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 629-2020<br>Email: ruriarte@orrick.com<br><br>*Counsel to Carnival Corporation* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*, | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2023, I caused to be served a true and correct copy of the **Notice of (A) Continued Hearing Scheduled for January 30, 2024 at 9:30 a.m. and (B) Pre-Trial Conference Scheduled for January 26, 2024 at 9:30 a.m.** upon the parties that are registered to receive notice via the Court's CM/ECF notification system and on the parties set forth on the attached service list.

/s/ *Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)

# SERVICE LIST

**Counsel for Invictus Global Management, LLC**

GLENN AGRE BERGMAN & FUENTES LLP
Andrew K. Glenn
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
aglenn@glennagre.com

MORRIS JAMES LLP
Eric J. Monzo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com

**Counsel for Invictus Special Situations Master I, L.P., and UnumX**

DLA PIPER LLP (US)
Aaron S. Applebaum
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
aaron.applebaum@us.dlapiper.com

DLA PIPER LLP (US)
Noah Schottenstein
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
noah.schottenstein@us.dlapiper.com

**Counsel for UnumX**

MCELROY, DEUSCH, MULVANEY & CARPENTER, LLP
David P. Primack
300 Delaware Ave., Suite 1014
Wilmington, Delaware 19801
dprimack@mdmc-law.com

**Counsel for Magical Cruise Company, Limited, d/b/a Disney Cruise Line**

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi
Cory D. Kandestin
Zachary J. Javorsky
One Rodney Square
920 North King Street
Wilmington, Delaware 19801 T
defranceschi@rlf.com
kandestin@rlf.com
javorsky@rlf.com

10804778.v2

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Hugh H. McDonald
Kwame O. Akuffo
31 West 52nd Street
New York, NY 10019-6131
andrew.troop@pillsburylaw.com
 hugh.mcdonald@pillsburylaw.com
 kwame.akuffo@pillsburylaw.com

**Counsel for Chapter 7 Trustee**

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

10804778.v2