# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | Case No. 23-10548 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 635 |

**NOTICE OF WITHDRAWAL OF MOTION OF CARNIVAL CORPORATION FOR 11 U.S.C. § 105 RELIEF FROM UNLAWFUL STRICT FORECLOSURE AND FOR A FINDING OF CONTEMPT AND SANCTIONS UNDER FED. R. BANKR. 9014 AND 9020 AS TO UNUMX**

**PLEASE TAKE NOTICE THAT** Carnival Corporation, by and through its undersigned attorneys, hereby withdraws the *Motion of Carnival Corporation for 11 U.S.C. § 105 Relief from Unlawful Strict Foreclosure and For a Finding of Contempt and Sanctions Under Fed. R. Bankr. 9014 and 9020* [Docket No. 635] (the "Motion") filed on September 19, 2023 as to UnumX only.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

10823983.v1

| | |
|---|---|
| Dated:  January 12, 2024<br>Wilmington, Delaware | */s/ Sally E. Veghte* |

Domenic E. Pacitti (DE Bar No. 3989)
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street, Suite 1000
Wilmington, Delaware, 19801-3062
Telephone: (302) 426-1189
Email:  dpacitti@klehr.com
            rbeck@klehr.com
            sveghte@klehr.com

-and-

Raniero D'Aversa, Esq.
Michael Trentin, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Email: rdaversa@orrick.com
            mtrentin@orrick.com

-and-

Sheryl K. Garko, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Telephone: (617) 880-1800
Email: sgarko@orrick.com

-and-

Steven J. Routh Esq.
T. Vann Pearce, Jr., Esq.
Diana S. Fassbender, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street NW
Washington, D.C. 20005
Telephone: (202) 339-8400
Email:  srouth@orrick.com
            vpearce@orrick.com
            szego@orrick.com

-and-

Robert L. Uriarte
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Email: ruriarte@orrick.com

*Counsel to Carnival Corporation*

10823983.v1