# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10548 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 30, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, <u>WILMINGTON, DELAWARE 19801</u>**

**THIS HEARING WILL BE CONDUCTED IN PERSON.**
**Remote appearances at in-person court proceedings are allowed only in the following circumstances: i. Counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; ii. A party or a representative of a party is interested in observing the hearing; iii. A party is proceeding in a claims allowance dispute on a pro se basis; iv. An individual has a good faith reason to participate remotely and has obtained permission from chambers to do so; or v. Other extenuating circumstances that warrant remote participation as may be determined by the Court.**
**To attend this hearing remotely, please register using the eCourt Appearance tool at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at www.deb.uscourts.gov**
**The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing. An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241).

**MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Motion of Groombridge, Wu, Baughman & Stone LLP for Entry of an Order Authorizing Groombridge, Wu, Baughman & Stone LLP to File Under Seal the Supplement in Support of Combined Fourth Monthly and Final Application of Groombridge, Wu, Baughman & Stone LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for the (I) Monthly Period August 1, 2023 Through August 29, 2023 and (II) Final Period April 30, 2023 Through August 29, 2023 [Filed: 1/16/24] ([Docket No. 772](#)).

    Response Deadline:  January 23, 2024, at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a.  [Proposed] Order

    b.  [SEALED] Supplement in Support of Combined Fourth Monthly and Final Application of Groombridge, Wu, Baughman & Stone LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for the (I) Monthly Period August 1, 2023 Through August 29, 2023 and (II) Final Period April 30, 2023 Through August 29, 2023 [Filed: 1/16/24] (Docket No. 770).

    c.  (REDACTED) Supplement in Support of Combined Fourth Monthly and Final Application of Groombridge, Wu, Baughman & Stone LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for the (I) Monthly Period August 1, 2023 Through August 29, 2023 and (II) Final Period April 30, 2023 Through August 29, 2023 [Filed: 1/16/24] ([Docket No. 771](#)).

    d.  Certificate of No Objection [Filed: 1/24/24] ([Docket No. 776](#)).

    Status:  A certificate of no objection has been filed.

| | |
|---|---|
| Dated: January 26, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile:  302-652-4400 |
| | E-mail:  bsandler@pszjlaw.com |
| |           crobinson@pszjlaw.com |
| |           pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |