# EXHIBIT A

## Fee Statement




919 North Market Street
17th Floor
Wilmington, DE 19801

Mr. Alfred T. Giuliano
Giuliano Miller & Co. LLC
2301 E. Eversham Road
800 Pavilion Suite 210
Vorhees Township, NJ 08043
USA

July 31, 2025
Invoice 148902
Client 31273.00001

RE: Trustee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2025**

| | |
|---|---:|
| FEES | $69,631.00 |
| EXPENSES | $793.45 |
| **TOTAL CURRENT CHARGES** | **$70,424.45** |
| **TOTAL BALANCE DUE** | **$70,424.45** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 1,725.00 | 0.50 | $862.50 |
| BJS | Sandler, Bradford J. | Partner | 1,595.00 | 6.50 | $10,367.50 |
| CRR | Robinson, Colin R. | Counsel | 1,095.00 | 1.80 | $1,971.00 |
| PJK | Keane, Peter J. | Counsel | 1,150.00 | 11.60 | $13,340.00 |
| PJK | Keane, Peter J. | Counsel | 1,025.00 | 33.20 | $34,030.00 |
| ECO | Corma, Edward A. | Associate | 725.00 | 4.20 | $3,045.00 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 0.60 | $357.00 |
| HRD | Daniels, Hope R. | Paralegal | 595.00 | 1.90 | $1,130.50 |
| HRD | Daniels, Hope R. | Paralegal | 545.00 | 5.10 | $2,779.50 |
| PEC | Cuniff, Patricia E. | Paralegal | 545.00 | 0.90 | $490.50 |
| ARP | Paul, Andrea R. | Case Management Assistant | 475.00 | 0.10 | $47.50 |
| ARP | Paul, Andrea R. | Case Management Assistant | 425.00 | 1.60 | $680.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 475.00 | 0.40 | $190.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 425.00 | 0.80 | $340.00 |
| | | | 69.20 | | $69,631.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 1.10 | $1,165.00 |
| AD | Asset Disposition | 6.40 | $7,778.00 |
| AP | Appeals | 1.20 | $1,378.00 |
| BL | Bankruptcy Litigation | 36.50 | $38,073.50 |
| CA | Case Administration | 8.40 | $4,888.00 |
| CO | Claims Administration and Objections | 2.50 | $2,202.50 |
| CPO | Other Professional Compensation | 3.10 | $3,733.00 |
| FN | Financing/Cash Collateral/Cash Management | 0.20 | $205.00 |
| HE | Hearings | 2.00 | $2,087.50 |
| LN | Litigation (Non-Bankruptcy) | 0.80 | $920.00 |
| MC | Meetings of and Communications with Creditors | 0.80 | $877.00 |
| RP | PSZJ Retention | 4.60 | $4,571.00 |
| RPO | Other Professional Retention | 0.70 | $717.50 |
| TI | Tax Issues | 0.90 | $1,035.00 |
| | | 69.20 | $69,631.00 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Conference Call | $2.67 |
| Delivery/Courier Service | $30.00 |
| Lexis/Nexis- Legal Research | $160.36 |
| Pacer - Court Research | $364.60 |
| Postage | $43.92 |
| Reproduction Expense | $2.50 |
| Reproduction Scan Expense - @0.10 per page | $189.40 |
| | $793.45 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 11/01/2023 | PJK | AA | Research re assets and issues re same (.6), email to trustee re docs and final report (.2) | 0.80 | 1,025.00 | $820.00 |
| 04/16/2024 | PJK | AA | Draft letter re Indian entity, email to A Applebaum re same | 0.30 | 1,150.00 | $345.00 |
| | | | | **1.10** | | **$1,165.00** |
| **Asset Disposition** | | | | | | |
| 09/08/2023 | BJS | AD | Attention to strict foreclosure; various emails with Carnival regarding same and various emails with counsel regarding same | 0.50 | 1,595.00 | $797.50 |
| 09/09/2023 | BJS | AD | Various emails with R Beck regarding 549 actions | 0.10 | 1,595.00 | $159.50 |
| 09/13/2023 | BJS | AD | Telephone conference with ATG regarding Carnival/Invictus litigation | 0.50 | 1,595.00 | $797.50 |
| 10/03/2023 | BJS | AD | Telephone conference with D Hillman regarding foreclosure, cash and telephone conference with Treo regarding foreclosure, settlement | 0.50 | 1,595.00 | $797.50 |
| 10/11/2023 | BJS | AD | Various emails with P,Keane regarding turnover | 0.10 | 1,595.00 | $159.50 |
| 10/11/2023 | PJK | AD | Review status re funds turnover (.3), emails with debtor counsel re same (.2), emails with trustee's office re same (.2) | 0.70 | 1,025.00 | $717.50 |
| 10/16/2023 | PJK | AD | Review turnover issues (.2), emails with trustee and K Good re status call (.2) | 0.40 | 1,025.00 | $410.00 |
| 10/17/2023 | PJK | AD | Emails with K Good re documents for trustee and wire instructions (.2), emails with trustee and D Dileo re same (.2) | 0.40 | 1,025.00 | $410.00 |
| 10/25/2023 | BJS | AD | Various emails with A Applebaum regarding foreclosure and various emails with ATG regarding same | 0.10 | 1,595.00 | $159.50 |
| 10/26/2023 | BJS | AD | Various emails with A Applebaum regarding foreclosure and various emails with P. P. Keane regarding same | 0.30 | 1,595.00 | $478.50 |
| 11/06/2023 | CRR | AD | Review docket and send foreclosure documents to B. Sandler. | 0.30 | 1,095.00 | $328.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2023 | PJK | AD | Emails with Unum counsel re funds in debtor accounts | 0.20 | 1,025.00 | $205.00 |
| 12/01/2023 | PJK | AD | Review turnover issues (.3), emails with K Good re same (.2), emails with trustee re same (.2) | 0.70 | 1,025.00 | $717.50 |
| 12/04/2023 | PJK | AD | Email with trustee re turnover of funds | 0.20 | 1,025.00 | $205.00 |
| 12/05/2023 | PJK | AD | Emails with trustee re funds turnover re same | 0.20 | 1,025.00 | $205.00 |
| 12/06/2023 | PJK | AD | Emails with D Dileo re turnover of funds | 0.20 | 1,025.00 | $205.00 |
| 12/14/2023 | PJK | AD | Emails with trustee re UnumX funds re Disney, review info re same, email with A Applebaum re same | 0.40 | 1,025.00 | $410.00 |
| 12/27/2023 | PJK | AD | Emails with UnumX counsel re deposits return | 0.20 | 1,025.00 | $205.00 |
| 12/28/2023 | PJK | AD | Emails with D Dileo re UnumX payment | 0.20 | 1,025.00 | $205.00 |
| 12/29/2023 | PJK | AD | Emails with A Applebaum re Disney payment | 0.20 | 1,025.00 | $205.00 |
| | | | | **6.40** | | **$7,778.00** |

**Appeals**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/06/2023 | BJS | AP | Telephone conference with D Hillman regarding appeal | 0.10 | 1,595.00 | $159.50 |
| 09/11/2023 | CRR | AP | Review email from Invictus counsel re appeals. | 0.20 | 1,095.00 | $219.00 |
| 09/11/2023 | CRR | AP | Review email from B. B. Sandler re appeal request from Invictus counsel. | 0.10 | 1,095.00 | $109.50 |
| 09/11/2023 | PJK | AP | Review appeal issues, emails with B. Sandler re strategy re pending appeal | 0.50 | 1,025.00 | $512.50 |
| 12/29/2023 | PJK | AP | Review stip to dismiss appeals, emails with UnumX counsel re same | 0.20 | 1,025.00 | $205.00 |
| 01/17/2024 | BJS | AP | Review Order dismissing appeals | 0.10 | 1,725.00 | $172.50 |
| | | | | **1.20** | | **$1,378.00** |

**Bankruptcy Litigation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/03/2023 | BJS | BL | Teleconference with Carnival's counsel and various emails with ATG regarding same | 0.50 | 1,595.00 | $797.50 |
| 09/08/2023 | CRR | BL | Review re proposed hearing and status of recently converted case. | 0.70 | 1,095.00 | $766.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/08/2023 | CRR | BL | Confer with Bradford B. Sandler re notice of hearing and upcoming status conference. | 0.50 | 1,095.00 | $547.50 |
| 09/08/2023 | ECO | BL | Review e-mails from Bradford Sandler/Debtors' counsel and the Court re information on upcoming hearing. | 0.20 | 725.00 | $145.00 |
| 09/08/2023 | ECO | BL | Prepare notice of status conference and forward to Bradford Sandler/coordinate filing. | 0.30 | 725.00 | $217.50 |
| 09/11/2023 | BJS | BL | Various emails with A Lugano regarding notice and telephone conference with C.Robinson regarding status conference | 0.30 | 1,595.00 | $478.50 |
| 09/11/2023 | ECO | BL | Attend status conference re litigation/post-conversion issues and case going forward. | 0.80 | 725.00 | $580.00 |
| 09/11/2023 | PJK | BL | Emails with PSZJ team re case status and 9-11 status conf | 0.20 | 1,025.00 | $205.00 |
| 09/14/2023 | BJS | BL | Telephone conference with ATG regarding case status, injunction, and trustee issues | 0.50 | 1,595.00 | $797.50 |
| 09/18/2023 | BJS | BL | Telephone conference with Carnival Counsel regarding litigation | 0.20 | 1,595.00 | $319.00 |
| 09/25/2023 | BJS | BL | Attention to settlement/discovery | 0.40 | 1,595.00 | $638.00 |
| 09/28/2023 | ECO | BL | E-mails with Bradford Sandler/review agenda re upcoming status conference. | 0.10 | 725.00 | $72.50 |
| 09/29/2023 | BJS | BL | Attention to Carnival litigation and telephone conference with Colin Robinson regarding same | 0.40 | 1,595.00 | $638.00 |
| 10/02/2023 | BJS | BL | Attention to settlement, status conference, continuance and motion to withdraw | 0.20 | 1,595.00 | $319.00 |
| 10/09/2023 | BJS | BL | Review Disney motion to shorten and various emails with K Akuffo regarding same | 0.20 | 1,595.00 | $319.00 |
| 10/16/2023 | PJK | BL | Emails with trustee and K Good re status call | 0.20 | 1,025.00 | $205.00 |
| 10/17/2023 | PJK | BL | Status call with debtor counsel re transition (.5), emails with trustee re same (.2), review docs re transition items (.4) | 1.10 | 1,025.00 | $1,127.50 |
| 10/26/2023 | PJK | BL | Review adversary and main case dockets re pending matters and upcoming deadlines (.5), emails with PSZJ team re same (.2), review bank info from UnumX, email from UnumX re same (.2), email to trustee re same (.2) | 1.10 | 1,025.00 | $1,127.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2023 | BJS | BL | Attention to status conference | 0.10 | 1,595.00 | $159.50 |
| 10/30/2023 | PJK | BL | Review docket and 11/1 status confere notice, emails with PSZJ team re same | 0.40 | 1,025.00 | $410.00 |
| 11/01/2023 | PJK | BL | Call with A Applebaum re status | 0.20 | 1,025.00 | $205.00 |
| 11/01/2023 | PJK | BL | Review UnumX issues (.3), email to trustee re same (.2) | 0.50 | 1,025.00 | $512.50 |
| 11/06/2023 | PJK | BL | Review docket re recent filings (.3), emails with PSZJ team re 11/6 status confirmation (.2), attention to issues re same (.2) | 0.70 | 1,025.00 | $717.50 |
| 11/09/2023 | PJK | BL | Review docket and status re pending matters (.5), emails with D Pacitti re Dec. hearing (.2) | 0.70 | 1,025.00 | $717.50 |
| 11/13/2023 | ECO | BL | E-mails with Peter Keane re information for upcoming hearing. | 0.10 | 725.00 | $72.50 |
| 11/13/2023 | PJK | BL | Review 11/15 agenda, emails with PSZJ team re same | 0.20 | 1,025.00 | $205.00 |
| 11/13/2023 | PJK | BL | Emails with EC re covering 11/15 hearing | 0.20 | 1,025.00 | $205.00 |
| 11/14/2023 | PJK | BL | Email to chambers re hearing dates and retention apps, attention to issues re same | 0.20 | 1,025.00 | $205.00 |
| 11/15/2023 | ECO | BL | Review agenda/filings and prepare notes for hearing. | 0.30 | 725.00 | $217.50 |
| 11/15/2023 | ECO | BL | Attend hearing on Disney Cruise Line motion to modify permanent injunction. | 1.10 | 725.00 | $797.50 |
| 11/15/2023 | ECO | BL | Prepare e-mail to Peter Keane re notes from hearing. | 0.10 | 725.00 | $72.50 |
| 11/16/2023 | PJK | BL | Email to JKS chambers re hearing date | 0.20 | 1,025.00 | $205.00 |
| 11/21/2023 | BJS | BL | Attention to discovery | 0.20 | 1,595.00 | $319.00 |
| 11/27/2023 | PJK | BL | Email to JKS chambers re hearing date (.2), review docket re recent filings (.3) | 0.50 | 1,025.00 | $512.50 |
| 12/01/2023 | PEC | BL | Prepare Certification of Counsel Scheduling Omnibus Hearing Dates for filing and service | 0.20 | 545.00 | $109.00 |
| 12/01/2023 | PJK | BL | Finalize COC re hearing date (.2), emails with PC re same, (.2), emails with TT and PC re service list issues (.3) | 0.70 | 1,025.00 | $717.50 |
| 12/04/2023 | PEC | BL | Re-upload Order scheduling omnibus hearing dates | 0.10 | 545.00 | $54.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2023 | PJK | BL | Emails with PSZJ team re COC/order re 12/27 hearing, review docket, email with JKS chambers re same | 0.30 | 1,025.00 | $307.50 |
| 12/04/2023 | PJK | BL | Emails with trustee re server access questions | 0.20 | 1,025.00 | $205.00 |
| 12/11/2023 | PJK | BL | Emails with D Dileo re bank statements | 0.20 | 1,025.00 | $205.00 |
| 12/12/2023 | PJK | BL | Call with Blueed counsel re 12/27 hearing (.2), email with counsel re same (.1), attention to issues re same (.1) | 0.40 | 1,025.00 | $410.00 |
| 12/14/2023 | PJK | BL | Emails with Blueed counsel re 12/27 hearing | 0.20 | 1,025.00 | $205.00 |
| 12/19/2023 | PJK | BL | Email to trustee re UnumX | 0.20 | 1,025.00 | $205.00 |
| 12/21/2023 | BJS | BL | Review agenda and discuss with P. Keane and attention to discovery disputes | 0.10 | 1,595.00 | $159.50 |
| 12/21/2023 | PJK | BL | Emails with debtor counsel re 12/27 agenda (.3), review fee index (.2), emails with JKS counsel re 12/27 hearing and agenda (.2), draft agenda for 12/27 hearing (.4), review 12/21 status conference audio (.2), email draft agenda to other counsel (.2), attention to agenda issues and 12/27 hearing issues (.4) | 1.90 | 1,025.00 | $1,947.50 |
| 12/22/2023 | BJS | BL | Review Agenda and discuss with P. Keane | 0.10 | 1,595.00 | $159.50 |
| 12/22/2023 | CJB | BL | Prepare hearing binder for hearing on 12/27/23. | 0.80 | 425.00 | $340.00 |
| 12/22/2023 | PJK | BL | Finalize and file 12/27 agenda (.2), emails with JKS chambers re same (.2), attention to issues for 12/27 hearing (.2) | 0.60 | 1,025.00 | $615.00 |
| 12/22/2023 | PJK | BL | Emails with A Applebaum re email/privilege review re UnumX doc production (.2), address issues re same (.2), email to trustee re same (.1) | 0.50 | 1,025.00 | $512.50 |
| 12/26/2023 | ARP | BL | Prepare hearing notebook for hearing on 12-27-23. | 1.60 | 425.00 | $680.00 |
| 12/26/2023 | BJS | BL | Attention to discovery | 0.30 | 1,595.00 | $478.50 |
| 12/26/2023 | PJK | BL | Emails with A Paul re 12/27 agenda and binders (.2), attention to issues re same (.2), emails with Carnival counsel re agenda (.2) | 0.60 | 1,025.00 | $615.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/26/2023 | PJK | BL | Review and edit stip from UnumX re email production (.4), emails with PSZJ team re same (.2), emails and calls with client re same (.2), emails with UnumX counsel re production issues (.3), review email production (2.6) | 3.70 | 1,025.00 | $3,792.50 |
| 12/26/2023 | PJK | BL | Review docket re recent filings (.2), draft amended agenda (.2), emails with T Thompson re same (.2) | 0.60 | 1,025.00 | $615.00 |
| 12/27/2023 | BJS | BL | Attention to settlement | 0.30 | 1,595.00 | $478.50 |
| 12/27/2023 | PJK | BL | Emails with C. Robinson re hearing coverage issues and case coverage (.2), attention to issues re same (.2) | 0.40 | 1,025.00 | $410.00 |
| 12/27/2023 | PJK | BL | Additional emails with trustee re carveout and related issues (.2), research re same (.3) | 0.50 | 1,025.00 | $512.50 |
| 01/23/2024 | BJS | BL | Attention to claims/discovery | 0.10 | 1,725.00 | $172.50 |
| 01/23/2024 | PJK | BL | Email to Carnival counsel re 1/26 pretrial | 0.20 | 1,150.00 | $230.00 |
| 01/26/2024 | BJS | BL | Various emails with P.Keane regarding agenda/status conference | 0.10 | 1,725.00 | $172.50 |
| 01/26/2024 | CJB | BL | Prepare hearing binders for hearing on 1/30/24. | 0.40 | 475.00 | $190.00 |
| 01/26/2024 | PJK | BL | Draft agenda for 1/30 hearing (.5), review docket and status of pending matters (.4), emails with debtor counsel re certain docs (.2), review docs for agenda (.4), emails with file room re binder for court (.3), email to trustee re status update, email from Carnival counsel re status (.2), with TT re agenda filing and service, attention to issues re same (.2) | 2.20 | 1,150.00 | $2,530.00 |
| 01/26/2024 | PJK | BL | Emails with JKS chambers re 1/30 agenda | 0.20 | 1,150.00 | $230.00 |
| 01/29/2024 | PJK | BL | Draft amended agenda for 1/30 hearing (.2), emails with TT re same (.2), emails with PSZJ team re same (.2), prepare for hearing (.6), emails with JKS chambers re agenda (.2) | 1.40 | 1,150.00 | $1,610.00 |
| 01/30/2024 | PJK | BL | Emails with Invictus counsel re agenda | 0.20 | 1,150.00 | $230.00 |
| 01/30/2024 | PJK | BL | Emails with TThompson re agenda | 0.20 | 1,150.00 | $230.00 |
| 01/30/2024 | PJK | BL | Prepare for hearing | 0.30 | 1,150.00 | $345.00 |
| 02/15/2024 | PJK | BL | Emails with trustee re UnumX call | 0.20 | 1,150.00 | $230.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2024 | PJK | BL | Emails with A Applebaum re status call | 0.20 | 1,150.00 | $230.00 |
| 03/05/2024 | PJK | BL | Emails with trustee re UnumX discussion, emails with A Applebaum re same | 0.20 | 1,150.00 | $230.00 |
| 03/07/2024 | PJK | BL | Coordinate UnumX call | 0.20 | 1,150.00 | $230.00 |
| 03/08/2024 | PJK | BL | Call with UnumX counsel (.4), email to trustee re same (.2), call with trustee re same (.1) | 0.70 | 1,150.00 | $805.00 |
| 03/13/2024 | PJK | BL | Email to trustee re UnumX issues | 0.20 | 1,150.00 | $230.00 |
| 03/28/2024 | PJK | BL | Emails with UnumX counsel re recovery/winddown issues | 0.20 | 1,150.00 | $230.00 |
| 05/09/2024 | PJK | BL | Emails with UnuX counsel re letter of authorization, emails with trustee re same | 0.20 | 1,150.00 | $230.00 |
| 12/09/2024 | PJK | BL | Review docket re status report order (.2), review issues re same re status report (.2), email to trustee re same, email to H Daniels re same (.2) | 0.60 | 1,150.00 | $690.00 |
| 12/23/2024 | PJK | BL | Finalize status report (.2), emails with T Thompson re same (.2) | 0.40 | 1,150.00 | $460.00 |
| | | | | **36.50** | | **$38,073.50** |

**Case Administration**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | PEC | CA | Coordinate preparation of 2002 Service List (.1); Review same (.2) | 0.30 | 545.00 | $163.50 |
| 12/26/2023 | PJK | CA | Emails with T Thompson re 2002 list, attention to issues re same | 0.40 | 1,025.00 | $410.00 |
| 05/06/2024 | BDD | CA | Email L. Jones re tasks assigned going forward | 0.10 | 595.00 | $59.50 |
| 05/09/2024 | BDD | CA | Email L. Jones re calendaring matters | 0.10 | 595.00 | $59.50 |
| 05/13/2024 | BDD | CA | Email P. Keane re calendaring matters | 0.10 | 595.00 | $59.50 |
| 05/13/2024 | BDD | CA | Email P. Cuniff re 2002 lists | 0.10 | 595.00 | $59.50 |
| 06/05/2024 | HRD | CA | Update critical dates memo, calendar entries and reminders, and circulate | 5.00 | 545.00 | $2,725.00 |
| 06/07/2024 | BDD | CA | Call with H. Daniels re critical dates | 0.10 | 595.00 | $59.50 |
| 07/02/2024 | ARP | CA | Maintain document control. | 0.10 | 475.00 | $47.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/10/2024 | BDD | CA | Emails P. Keane and H. Daniels re critical dates memo | 0.10 | 595.00 | $59.50 |
| 12/16/2024 | HRD | CA | Review docket and update critical dates memo, as well as provide update of case filings. | 0.10 | 545.00 | $54.50 |
| 01/13/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 01/27/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 02/06/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 02/20/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 03/04/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 03/19/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 03/25/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 03/25/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 04/09/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 04/15/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 04/25/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 05/02/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 05/28/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 06/03/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 06/05/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/17/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 06/30/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 07/15/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| 07/25/2025 | HRD | CA | Review docket and update critical dates memo. | 0.10 | 595.00 | $59.50 |
| | | | | **8.40** | | **$4,888.00** |

## Claims Administration and Objections

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/07/2023 | ECO | CO | E-mails with Bradford Sandler research issue regarding secured claim. | 0.10 | 725.00 | $72.50 |
| 10/08/2023 | ECO | CO | Conduct legal research re secured claim/case conversion issues. | 0.80 | 725.00 | $580.00 |
| 10/08/2023 | ECO | CO | Prepare e-mail to Bradford Sandler re discussion of research issue/case law. | 0.30 | 725.00 | $217.50 |
| 12/13/2023 | PJK | CO | Review Blueed admin claim motion (.4), email to trustee re approach (.2) | 0.60 | 1,025.00 | $615.00 |
| 12/19/2023 | PJK | CO | Email to trustee re Blueed admin claim motion | 0.20 | 1,025.00 | $205.00 |
| 12/21/2023 | PJK | CO | Emails with L Murley re Blueed order, markup same (.3), attention to issues re same (.2) | 0.50 | 1,025.00 | $512.50 |
| | | | | **2.50** | | **$2,202.50** |

## Other Professional Compensation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/18/2023 | BJS | CPO | Review final fee applications | 0.30 | 1,595.00 | $478.50 |
| 12/27/2023 | PJK | CPO | Review and revise omnibus fee order (.6), emails with K Good re same (.2), emails with trustee re same (.2) | 1.00 | 1,025.00 | $1,025.00 |
| 12/28/2023 | BJS | CPO | Attention to fee orders | 0.10 | 1,595.00 | $159.50 |
| 01/16/2024 | BJS | CPO | Review Groombridge ch 11 final fee app and motion to file under seal | 0.20 | 1,725.00 | $345.00 |
| 02/08/2024 | PJK | CPO | Email to K Good re final fee order | 0.20 | 1,150.00 | $230.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2024 | PJK | CPO | Review final fee order, research issues re same (.3), email to trustee re same (.2) | 0.50 | 1,150.00 | $575.00 |
| 03/21/2024 | PJK | CPO | Emails with trustee re final fee order | 0.20 | 1,150.00 | $230.00 |
| 03/25/2024 | PJK | CPO | Email to trustee re ch. 11 final fee order | 0.20 | 1,150.00 | $230.00 |
| 03/25/2024 | PJK | CPO | Emails with ch 11 professionals re final fee order (.2), emails with trustee's office re wire info (.2) | 0.40 | 1,150.00 | $460.00 |
| | | | | **3.10** | | **$3,733.00** |

**Financing/Cash Collateral/Cash Management**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/03/2023 | PJK | FN | Emails from B. Sandler and E. Corma re research on DIP issues | 0.20 | 1,025.00 | $205.00 |
| | | | | **0.20** | | **$205.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2023 | PJK | HE | Prepare for hearing (.2), attend hearing (.3), emails with trustee re same (.2) | 0.70 | 1,025.00 | $717.50 |
| 12/27/2023 | PJK | HE | Attend hearing | 1.00 | 1,025.00 | $1,025.00 |
| 01/30/2024 | PJK | HE | Attend hearing | 0.30 | 1,150.00 | $345.00 |
| | | | | **2.00** | | **$2,087.50** |

**Litigation (Non-Bankruptcy)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/19/2024 | PJK | LN | Review notice re settlement in SD Fla litigation | 0.40 | 1,150.00 | $460.00 |
| 03/22/2024 | PJK | LN | Review markup to FL notice re Carnival, email to trustee re same | 0.20 | 1,150.00 | $230.00 |
| 03/25/2024 | PJK | LN | Emails with Carnival counsel re SD Fla notice filing and edits to same | 0.20 | 1,150.00 | $230.00 |
| | | | | **0.80** | | **$920.00** |

**Meetings of and Communications with Creditors**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2023 | BJS | MC | Telephone conference with ATG regarding 341 and telephone conference with P. Keane regarding same | 0.10 | 1,595.00 | $159.50 |
| 11/01/2023 | PJK | MC | Attend 341 meeting (.3), edits to notes re same (.2), call with trustee (.2) | 0.70 | 1,025.00 | $717.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **0.80** | | **$877.00** |

**PSZJ Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2023 | PJK | RP | Draft PSZJ retention app (.5), review conflicts list (.2), research re possible disclosures for retention re Rule 2014 (.3) | 1.00 | 1,025.00 | $1,025.00 |
| 11/02/2023 | PJK | RP | Draft and revise PSZJ retention application | 0.80 | 1,025.00 | $820.00 |
| 11/06/2023 | PJK | RP | Edit and revise PSZJ retention application (.5), review conflict reports for possible Rule 2014 disclosures (.4) | 0.90 | 1,025.00 | $922.50 |
| 11/15/2023 | PJK | RP | Emails with D Miller re retention apps | 0.20 | 1,025.00 | $205.00 |
| 12/01/2023 | PEC | RP | Prepare Application to Retain PSZJ for filing and service | 0.30 | 545.00 | $163.50 |
| 12/01/2023 | PJK | RP | Finalize PSZJ and GMCO retention apps (.6), emails with PC re same (.2) | 0.80 | 1,025.00 | $820.00 |
| 12/21/2023 | PJK | RP | Finalize CNOs and orders re PSZJ and GMCO retentions (.4), emails with D Potts re same (.2) | 0.60 | 1,025.00 | $615.00 |
| | | | | **4.60** | | **$4,571.00** |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/09/2023 | PJK | RPO | Draft GMCO retention application (.5), email to client re same (.2) | 0.70 | 1,025.00 | $717.50 |
| | | | | **0.70** | | **$717.50** |

**Tax Issues**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/29/2024 | PJK | TI | Draft IRS authorization letter (.3), emails with Unumx counsel and trustee re same (.2) | 0.50 | 1,150.00 | $575.00 |
| 04/12/2024 | PJK | TI | Email to trustee re IRS letter | 0.20 | 1,150.00 | $230.00 |
| 04/15/2024 | PJK | TI | Email to trustee re IRS letter | 0.20 | 1,150.00 | $230.00 |
| | | | | **0.90** | | **$1,035.00** |

**TOTAL SERVICES FOR THIS MATTER: $69,631.00**

**Expenses**

| | | | |
|---|---|---|---|
| 10/08/2023 | LN | 31273.00001 Lexis Charges for 10-08-23 | 134.02 |
| 10/08/2023 | LN | 31273.00001 Lexis Charges for 10-08-23 | 9.66 |
| 11/15/2023 | LN | 31273.00001 Lexis Charges for 11-15-23 | 16.68 |
| 12/01/2023 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 12/01/2023 | RE2 | SCAN/COPY ( 378 @0.10 PER PG) | 37.80 |
| 12/01/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/01/2023 | RE2 | SCAN/COPY ( 364 @0.10 PER PG) | 36.40 |
| 12/01/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/01/2023 | PO | Postage | 20.67 |
| 12/04/2023 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 12/04/2023 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 12/04/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/26/2023 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/26/2023 | PO | Postage | 23.25 |
| 12/26/2023 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

| | | | |
|---|---|---|---|
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/26/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/26/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/26/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/26/2023 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/26/2023 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |

| | | | |
|---|---|---|---|
| 12/26/2023 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/26/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/26/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/26/2023 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |

| | | | |
|---|---|---|---|
| 12/26/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/26/2023 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/26/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/26/2023 | RE2 | SCAN/COPY ( 150 @0.10 PER PG) | 15.00 |
| 12/26/2023 | DC | 31273.00001 Advita Charges for 12-26-23 | 7.50 |
| 12/26/2023 | DC | 31273.00001 Advita Charges for 12-26-23 | 7.50 |
| 01/26/2024 | DC | 31273.00001 Advita Charges for 01-26-24 | 7.50 |
| 01/30/2024 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 01/30/2024 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 01/30/2024 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 02/05/2024 | DC | 31273.00001 Advita Charges for 02-05-24 | 7.50 |
| 03/08/2024 | CC | AT&T Conference Call,PJK | 2.67 |
| 12/23/2024 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/23/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/31/2025 | PAC | Pacer - Court Research | 364.60 |

**Total Expenses for this Matter** **$793.45**