# EXHIBIT B

# Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECURTIS HOLDINGS, LLC, *et al.*[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM AUGUST 29, 2023 THROUGH JULY 31, 2025

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a First and Final application for allowance of compensation and reimbursement of expenses for the period from August 29, 2023 through July 31, 2025 (the "First and Final Fee Application"). The Court has reviewed the First and Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First and Final Fee Application, and any hearing on the First and Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First and Final Fee Application. Accordingly, it is hereby

ORDERED that the First and Final Fee Application is GRANTED, on a final basis. Fees in the amount of $69,631.00, and costs in the amount of $793.45, are allowed on a

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases was 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.
.

4900-8163-5942.1 31273.001

final basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $69,631.00 as compensation and $793.45 as reimbursement of expenses, for a total of $70,424.45 for services rendered and disbursements incurred by PSZ&J for the period August 29, 2023 through July 31, 2025.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.