# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | : | Case No. 23-10548 (JKS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: To be heard with TFR** |
| | : | **Objection Deadline: TBD** |

## NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD AUGUST 29, 2023 THROUGH AUGUST 27, 2025

PLEASE TAKE NOTICE THAT on September 15, 2025, Giuliano Miller and Company, LLC ("Applicant"), accountants and financial advisors to Alfred T. Giuliano (the "Trustee"), Chapter 7 Trustee for the estate of DECURTIS HOLDINGS LLC, *et al.,* filed the *First and Final Application for Compensation and Reimbursement of Expenses of Giuliano, Miller & Company, LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee, for the Period August 29, 2023 through August 27, 2025* (the "Application"), which seeks the following relief: Applicant seeks allowance and payment of $9,487.00 as compensation and $39.40 for reimbursement of actual and necessary expenses for the period August 29, 2023 through August 27, 2025. A copy of the Application is attached hereto.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Application must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned **on or before a date to be**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable are: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241).

**determined** (ET).  If no objections are timely filed in accordance with the above procedures, the Applicant shall file a Certificate of No Objection with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above proceedings, a hearing on the Application will be held **on the hearing date of the TFR,** before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #2, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed and served in accordance with the above procedures will be considered at said hearing.  If you fail to respond in accordance with this notice, the Court may grant the relief demanded in the Application without further notice or hearing.

PACHULSKI STAND ZIEHL & JONES LLP

Dated: September 15, 2025

/s/ *Peter J. Keane*
Bradford J. Sandler, Esquire (DE Bar 4142)
Peter J. Keane, Esquire (DE Bar 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
            pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee