**EXHIBIT A**



# Giuliano Miller & Company, LLC

Pavillion 800, Suite 210
2301 E. Evesham Road
Voorhees, NJ  08043
Phone:  856-767-3000      Fax:   856-767-3500

DeCurtis Holdings LLC
c/o Alfred T. Giuliano, Chapter 7 Trustee
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043

| | |
|---|---|
| *Invoice #:* | 28097 |
| *Date:* | 8/27/2025 |
| *Due Date:* | 9/26/2025 |
| *Client ID:* | 20584 |

*Please return top portion with remittance.*                    Amount Enclosed  $ _____

---

For professional service rendered as follows:

### 951  1    Case Background/Administration

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 9/26/23 | follow up with ATG re: pending appointment | DMM | 0.10 | 60.00 |
| 9/26/23 | review documents | DMM | 0.20 | 120.00 |
| 11/6/23 | emails with counsel re: appointment (DeCurtis) | DMM | 0.30 | 180.00 |
| 11/9/23 | Review appointment documents | DMM | 0.70 | 420.00 |
| 11/15/23 | review docket and email P Keane re: hearing dates for appt | DMM | 0.30 | 180.00 |
| 8/26/25 | email from trustee re: case status | DMM | 0.10 | 69.50 |
| | Subtotal | | **1.70** | **$1,029.50** |

### 952  2    Insurance & Bank Account Analysis

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 12/4/23 | Correspondence with J. Carino (former CFO) re: questions about cash assets (0.2); Met with ATG re: same (0.1); Correspondence with J. Carino re: status (0.1) | DMR | 0.40 | 200.00 |
| | Subtotal | | **0.40** | **$200.00** |

### 955  5    Fee Applications

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 8/27/25 | prepare first and final fee application | DMM | 0.60 | 417.00 |
| | Subtotal | | **0.60** | **$417.00** |

### 957  7    Preference & Fraudulent Transfers Analyses

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 9/11/23 | Download SOFAs, schedules from docket; review | MSG | 0.50 | 167.50 |
| 9/11/23 | Convert SOFA 3B to excel, review to Excel | MSG | 0.50 | 167.50 |
| 11/9/23 | Review bank statements, create inventory | MSG | 0.50 | 167.50 |

Giuliano Miller & Company, LLC

| | | Invoice #: | 28097 |
|---|---|---|---|
| | | Client ID: | 20584 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/9/23 | Review April bank statement with SOFA, make notes | MSG | 1.20 | 402.00 |
| 11/10/23 | Load SOFA 3B, 4 entries to database, April bank statements and update clear dates | MSG | 2.70 | 904.50 |
| 11/20/23 | Reviewed additional bank statements from DD | MSG | 0.60 | 201.00 |
| 1/26/24 | Reviewed bank statements, notes, updated additional clear dates, emailed DD re: bank statements | MSG | 0.70 | 262.50 |
| 2/20/24 | Review DD email re: bank statements | MSG | 0.20 | 75.00 |
| 2/21/24 | Review bank statements from DD, format wire payments into Excel, load to database, review | MSG | 1.80 | 675.00 |
| 2/21/24 | Load check payments to database, download proof of claims from docket | MSG | 1.10 | 412.50 |
| 3/26/24 | Review preference analysis, docket, email ATG | MSG | 0.50 | 187.50 |
| | Subtotal | | **10.30** | **$3,622.50** |

### 962  12  Tax Preparation and Services

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 1/22/24 | Email correspondence with J. Carino (former CFO) re: 2023 tax returns and K-1s; (.1) Met with ATG re: same (.1) | DMR | 0.20 | 110.00 |
| 8/27/25 | review prior return and SOFAs for tax and ownership structure (1.1); discuss with ATG (.1) | DMM | 1.20 | 834.00 |
| | Subtotal | | **1.40** | **$944.00** |

### 972  22  Retirement Plan (401K)

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/21/23 | Review emails from J. Carino (former CFO) and T. Brooker (Ascensus) re: 401k plan termination process | DMR | 0.20 | 100.00 |
| 11/21/23 | Met with ATG re: status of 401k plan | DMR | 0.10 | 50.00 |
| 11/21/23 | VM for J. Carino (former CFO) re: request for status of 401k plan | DMR | 0.10 | 50.00 |
| 11/21/23 | Email to J. Carino (former CFO) re: request for 401k plan current balance and participant count | DMR | 0.10 | 50.00 |
| 11/21/23 | Perform additional online research via DOL website and bankruptcy court docket re: 401k plan sponsored by the debtor | DMR | 0.30 | 150.00 |
| 11/21/23 | Download and review copies of 2019 - 2022 Form 5500s filed by the debtor | DMR | 0.30 | 150.00 |
| 11/21/23 | Correspondence with J. Carino (former CFO) re: status of 401k plan and 401k plan termination process | DMR | 0.40 | 200.00 |
| 11/22/23 | Met with ATG re: status of 401k plan and next steps for wind down of 401k plan | DMR | 0.10 | 50.00 |
| 11/22/23 | Correspondence with J. Carino (former CFO) re: next steps for wind down of 401k plan | DMR | 0.20 | 100.00 |
| 11/30/23 | VM from J. Carino (former CFO) re: request for 401k plan authorization letter | DMR | 0.10 | 50.00 |
| 11/30/23 | Prepare draft letter of direction to Ascensus re: notice of bankruptcy filing and authorized contacts going forward | DMR | 0.70 | 350.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | 28097 |
|--|--|--|--|--|
|  |  |  | Client ID: | 20584 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/30/23 | Prepare draft letter to J. Carino (former CFO) re: agreement to liquidate, terminate, and file final tax filings for the 401k plan sponsored by the debtor | DMR | 0.40 | 200.00 |
| 11/30/23 | Prepare 401k plan termination guide and email to J. Carino (former CFO) | DMR | 0.30 | 150.00 |
| 12/1/23 | Correspondence with J. Carino (former CFO) re: 401k plan service agreement letter | DMR | 0.10 | 50.00 |
| 12/1/23 | Email correspondence with J. Carino (former CFO) re: Ascensus 401k plan number | DMR | 0.10 | 50.00 |
| 12/1/23 | Met with ATG re: approval of letter of direction to Ascensus and 401k plan service agreement letter with J. Carino (former CFO) | DMR | 0.10 | 50.00 |
| 12/1/23 | Email correspondence with J. Carino (former CFO) re: signed copy of 401k plan service agreement letter | DMR | 0.20 | 100.00 |
| 12/1/23 | Email correspondence with T. Brooker (Ascensus) re: submission of 401k plan letter of direction and Ascensus legal review of letter | DMR | 0.20 | 100.00 |
| 12/1/23 | Prepare 401k plan summary sheet | DMR | 0.60 | 300.00 |
| 12/1/23 | Correspondence with T. Brooker (Ascensus) re: 401k plan termination process, distribution process, and legal review of authorized plan contacts | DMR | 0.40 | 200.00 |
| 12/1/23 | Email to J. Carino (former CFO) and T. Brooker (Ascensus) re: copy of 401k plan summary sheet | DMR | 0.10 | 50.00 |
| 12/4/23 | Conference call with T. Brooker (Ascensus) and J. Carino (former CFO) re: next steps for 401k plan termination, distribution process, and liquidation process | DMR | 0.50 | 250.00 |
| 12/4/23 | Review sample Plan Termination Letter provided by Ascensus (0.1); Prepare draft Plan Termination Letter (0.2); Email to J. Carino (former CFO) re: request for approval and submission of Plan Termination Letter | DMR | 0.40 | 200.00 |
| 12/4/23 | Review email from J. Carino (former CFO) re: submission of 401k Plan Termination Letter to Ascensus | DMR | 0.10 | 50.00 |
| 1/22/24 | Email to J. Carino (former CFO) re: request for status of 401k plan termination | DMR | 0.10 | 55.00 |
| 7/31/24 | Check status of 2023 Form 5500 filing and download filed copy from DOL website | DMR | 0.20 | 110.00 |
| 7/30/25 | Check status of 2024 Final Form 5500 filing and download filed copy from DOL website | DMR | 0.10 | 59.00 |
|  | Subtotal |  | **6.50** | **$3,274.00** |
|  | FEES  TOTAL |  | 20.90 | $9,487.00 |

### 7011 Copies

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 9/30/23 | 24 copies @ .10 each | ALL |  | 2.40 |
| 11/30/23 | 182 copies @ .10 each | ALL |  | 18.20 |
| 12/31/23 | 60 copies @ .10 each | ALL |  | 6.00 |
| 3/31/24 | 87 copies @ .10 each | ALL |  | 8.70 |

Giuliano Miller & Company, LLC

| | | | *Invoice #:* | *28097* |
|---|---|---|---|---|
| | | | *Client ID:* | *20584* |
| 8/27/25 | 41 copies @ .10 each | | ALL | 4.10 |
| | Subtotal | | | **$39.40** |
| | EXPENSES TOTAL | | | $39.40 |
| | | | Invoice Total | **$9,526.40** |