# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| DECURTIS HOLDINGS LLC, *et al.,*[1] | : | Case No. 23-10548 (JKS) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Hearing Date: To be heard with TFR** |
|  | : | **Objection Deadline:  TBD** |

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO, MILLER & COMPANY, LLC,  AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD AUGUST 29, 2023 THROUGH AUGUST 27, 2025

Upon consideration of the Application of Giuliano Miller and Company, LLC ("GMCO"), Accountants and Financial Advisors to Alfred T. Giuliano (the "Trustee"), Chapter 7 Trustee for the estate of DeCurtis Holdings LLC, et al., for and Order Granting First and Final Compensation and Reimbursement of Expenses*,* for the period of August 29, 2023 through August 27, 2025 (the "Application");   and the Court having thoroughly reviewed the Application; and the Court finding that, after notice and hearing: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and  for other and good cause:

HEREBY ORDERED THAT:

1.     The Application is GRANTED.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable are: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241).

2.    GMCO be and hereby is awarded compensation in the amount of <u>$9,487.00</u> for services rendered, and <u>$39.40</u> for costs and expenses incurred for the period August 29, 2023 through August 27, 2025.

3.    Any unpaid amounts awarded shall be paid forthwith by the Chapter 7 Trustee.